**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Whittier Seafood, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1003803** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **375 E. Whittier Street**<br>**Whittier, AK 99693**<br>Number, Street, City, State & ZIP Code | **3 Lake Bellevue Drive, Suite 201**<br>**Bellevue, WA 98005**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Valdez Cordova**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.whittierseafood.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Whittier Seafood, LLC**
Name                                                    Case number *(if known)*

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3117

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| | |
|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** |

■ No
☐ Yes.

Debtor   **Whittier Seafood, LLC**                                   Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Whittier Seafood, LLC**                                              Case number (*if known*) _____
         Name

▌ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 19, 2024**
              MM / DD / YYYY

*X* **/s/ Aleksey Kozlov**                                    **Aleksey Kozlov**
   Signature of authorized representative of debtor            Printed name

Title   **Authorized Representative**

**18. Signature of attorney**

*X* **/s/ Thomas A. Buford**                        Date  **August 19, 2024**
   Signature of attorney for debtor                        MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone  **(206) 292-2110**        Email address  **tbuford@bskd.com**

**1805046 AK**
Bar number and State

## LIMITED LIABILITY COMPANY RESOLUTION
### Whittier Seafood, LLC

WHEREAS, Whittier Seafood, LLC, an Alaska limited liability company (the "Company") is experiencing significant financial challenges; and

WHEREAS, the undersigned is the sole Member of the Company (the "Member"); and

WHEREAS, it is the opinion of the Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Member consents to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings, and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

DATED this _____ day of August, 2024.


PRINCE WILLIAM SOUND VENTURES, LLC
    By:  Worldwide Food Solutions, LLC, its manager

    _____
    By: Roger Stiles, President

2837 hh16j6017p

WHEREAS, Whittier Seafood, LLC, an Alaska limited liability company (the "Company") is experiencing significant financial challenges; and

WHEREAS, the undersigned is the sole Member of the Company (the "Member"); and

WHEREAS, it is the opinion of the Member that the only reasonable and prudent response to the Company's financial circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interest in the Chapter 11 proceeding.

NOW, THEREFORE, the undersigned Member consents to the following action by the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings, and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that Aleksey Kozlov, an Authorized Person of the Company, is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

DATED this _10_ day of August, 2024.


PRINCE WILLIAM SOUND VENTURES, LLC
    By:  Worldwide Food Solutions, LLC, its manager


By: Roger Stiles, President


5

2837 hh16j6017p

**Fill in this information to identify the case:**

Debtor name    **Whittier Seafood, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2024**          X **/s/ Aleksey Kozlov**
                                                    Signature of individual signing on behalf of debtor

                                                    **Aleksey Kozlov**
                                                    Printed name

                                                    **Authorized Representative**
                                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Whittier Seafood, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alaska Marine Lines (AML) PO Box 34026 Seattle, WA 98124-1026 | 1 (855) 620-7821 | Outbound Freight | | | | $206,812.70 |
| Bank of America CC 2729 PO Box 15796 Wilmington, DE 19886-5796 | | | | | | $16,550.13 |
| C.A.T Transport P.O. Box 220067 Anchorage, AK 99522-0067 | | | | | | $29,914.18 |
| CBIZ Berntson Porter 11100 NE 8th Street Bellevue, WA 98004 | (425) 289-7601 | | | | | $17,222.50 |
| City of Whittier Harbor PO Box 639 Whittier, AK 99693 | (907) 472-2327 | | | | | $107,210.24 |
| City of Whittier-Utilities 660 E Whittier Street Whittier, AK 99693 | | | | | | $88,406.21 |
| Dojer Services PO Box 669 Whittier, AK 99693 | markm@jenacom.com (907) 382-7630 | | | | | $33,000.00 |
| Grainger Dept. 886688583 Kansas City, MO 64141 | | | | | | $31,810.73 |
| Lynden International PO Box 34026 Seattle, WA 98124 | arcustomersvc@lynden.com 1 (888) 735-1081 | | | | | $305,829.34 |

Debtor   **Whittier Seafood, LLC**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Motion & Flow Control Products Inc - WS 8433 Solution Center Chicago, IL 60677-8004** | **(907) 563-5565** | | | | | $28,228.27 |
| **NAFS - WS 3213 W Wheeler St #249 Seattle, WA 98199** | | | | | | $92,324.65 |
| **Ozone International Financial Srvcs P.O. Box 848779 Los Angeles, CA 98084-8779** | **(831) 247-5553** | | | | | $36,236.12 |
| **Pacific Power Group, LLC c/o City National Bank of Florida Miami, FL 33152-6904** | **(800) 882-3860** | | | | | $31,194.41 |
| **Pallet Services of Alaska 6906 Hyatt St. Anchorage, AK 99507** | **pallet.tom@icloud.com (907) 862-7078** | | | | | $39,140.00 |
| **Parity Factory LLC 109 West Denny Way #315 Seattle, WA 98119** | | | | | | $18,737.86 |
| **Ryco Equipment 6810 220th St SW Mountlake Terrace, WA 98043** | **(425) 744-0444** | | | | | $70,611.16 |
| **Seattle-Tacoma Box Company 23400 71st Place South Kent, WA 98032** | **(253) 854-9700** | **Packaging Supplies** | | | | $422,106.04 |
| **Tote Maritime Alaska PO Box 24457 Seattle, WA 98124-0457** | **1 (800) 426-0074** | | | | | $21,230.63 |
| **U.S. Small Business Admin Legal Dept. 2401 Fourth Ave. #400 Seattle, WA 98121** | | **PPP loan** | | | | $89,750.59 |

Debtor  **Whittier Seafood, LLC**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wesmar Company, Inc**<br>**5720 204th St. SW**<br>**Lynnwood, WA 98036** | **(425) 248-4300** | | | | | **$34,254.53** |

**Fill in this information to identify the case:**

Debtor name      **Whittier Seafood, LLC**

United States Bankruptcy Court for the:      DISTRICT OF ALASKA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................... $   **17,656,328.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................... $   **9,169,986.41**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................... $   **26,826,314.41**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   **19,331,916.64**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$   **2,022,512.26**

4.   Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b

$   **21,354,428.90**

**Fill in this information to identify the case:**

Debtor name      **Whittier Seafood, LLC**

United States Bankruptcy Court for the:      DISTRICT OF ALASKA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Wells Fargo Bank #4919** | **Checking** | **4919** | **$73,624.60** |
| 3.2.   **Cathay Bank** | **Checking** | **2161** | **$1,297.73** |
| 3.3.   **Bank of America** | **Checking** | **2626** | **$1,694,268.15** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,769,190.48** |

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**

Debtor    **Whittier Seafood, LLC**                                          Case number *(If known)* _____
_____
Name

Description, including name of holder of deposit

7.1.    **Deposits** _____    **$8,294.45**

_____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.    **Prepayments** _____    **$72,164.66**

_____

9.    **Total of Part 2.**                                                                              | **$80,459.11** |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:            **15,233.71**       -            **0.00**    = ....    **$15,233.71**
                                        face amount              doubtful or uncollectible accounts

11b. Over 90 days old:            **101,728.36**       -        **101,728.36**    =....    **$0.00**
                                        face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                              | **$15,233.71** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale**<br>**Finished goods inventory** | | **$0.00** | | **$1.00** |

Debtor    **Whittier Seafood, LLC**                                    Case number *(If known)* _____
              Name

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|
| | **Other inventory/supplies** | _____ | $403,127.11 | _____ | $403,127.11 |

| 23. | **Total of Part 5.** | | $403,128.11 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software and Hardware - See Attached** | $1,000.00 | Cost Basis | $58,303.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | $58,303.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Whittier Seafood, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 8:</td><td>**Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Vehicles - See Attached | **$446,144.00** | **Cost Basis** | **$446,144.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Production Equipment - See Attached** | **$6,397,528.00** | **Cost Basis** | **$6,397,528.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$6,843,672.00** |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

<table>
<tr><td style="background:black;color:white">Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real Estate in Whittier, Alaska - See Attached** | Fee Simple, 100% | $3,019,828.00 | FMV | $10,328,164.00 |

---

Schedule A/B Assets - Real and Personal Property

Debtor    **Whittier Seafood, LLC**                          Case number *(If known)* _____
          Name

| 55.2. | Seafood Plant - See Attached | Fee Simple, 100% | $4,067,789.00 | FMV | $7,328,164.00 |

| 56. | **Total of Part 9.** | | $17,656,328.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 10:</td><td>Intangibles and intellectual property</td></tr>
</table>

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.whittierseafoods.com | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| 66. | **Total of Part 10.** | | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 11:</td><td>All other assets</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Whittier Seafood, LLC**_____    Case number *(If known)* _____
          Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Whittier Seafood, LLC**                                    Case number *(If known)* _____
_____
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,769,190.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $80,459.11 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,233.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $403,128.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $58,303.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,843,672.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $17,656,328.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,169,986.41  + 91b. | $17,656,328.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $26,826,314.41 |

**Fill in this information to identify the case:**

Debtor name **Whittier Seafood, LLC**

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Cathay Bank**<br>Creditor's Name<br><br>**6320 Canoga Ave. #910**<br>**Woodland Hills, CA 91367**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/28/2022**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets other than real estate**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,326,374.20** | **Unknown** |
| **2.2** **Ferguson Enterprises LLC**<br>Creditor's Name<br><br>**PO Box 847411**<br>**Dallas, TX 75284-7411**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/16/2024**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br>**Judgement**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$5,542.44** | **$0.00** |

Debtor   **Whittier Seafood, LLC**                                   Case number (if known) _____
         <sub>Name</sub>

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$19,331,916.64** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Whittier Seafood, LLC**

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Alaska Communications**
**PO Box 196666**
**Anchorage, AK 99519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Computer, Phone and Internet Expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$4,697.31**

**3.2** | Nonpriority creditor's name and mailing address
**Alaska Diesel Electric**
**1200 West Int'l Airport RD**
**Anchorage, AK 99518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,569.11**

**3.3** | Nonpriority creditor's name and mailing address
**Alaska Industrial Hardware, Inc.**
**8801 Old Seward Highway**
**Anchorage, AK 99515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,124.53**

**3.4** | Nonpriority creditor's name and mailing address
**Alaska Marine Lines (AML)**
**PO Box 34026**
**Seattle, WA 98124-1026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Outbound Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$206,812.70**

27718

Debtor    **Whittier Seafood, LLC**

Name                                          Case number (if known)

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,541.00 |
|---|---|---|---|

**Alaska Marine Salvage and Diving LLC**
**PO Box 346**
**Girdwood, AK 00099-9587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,059.00 |
|---|---|---|---|

**Alaska Pallet Services Inc**
**2040 East 79th Ave**
**Anchorage, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,408.35 |
|---|---|---|---|

**Alaska Railroad Corporation**
**PO Box 100520**
**Anchorage, AK 99510-0520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,881.00 |
|---|---|---|---|

**Alaska Safety, Inc.**
**4725 Gambell Street**
**Anchorage, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Alaska Seafood Marketing Institute**
**311 N Franklin St**
**Juneau, AK 99801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,110.97 |
|---|---|---|---|

**Alaska Steel Co.**
**6180 Electron DR**
**Anchorage, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.73 |
|---|---|---|---|

**Alaska Waste**
**PO Box 7428**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Whittier Seafood, LLC**
Name

Case number (if known) _____

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,601.00 |
|---|---|---|---|

**Alpine Urgent Care**
**1310 E Dimond BLVD #1**
**Anchorage, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,389.93 |
|---|---|---|---|

**Anchorage Sand and Gravel Co. Inc**
**1040 O'Malley RD**
**Anchorage, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.00 |
|---|---|---|---|

**Angelica Zamudio**
**Av. Dr. Emigdio Flores 1522 apt 205**
**Col. Chapultepec Culiacan**
**Sinaloa MEXICO 80040**
**Aurora, CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,624.00 |
|---|---|---|---|

**AquacultureTalent, Inc.**
**101 Parkshore DR, Ste 100**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,550.13 |
|---|---|---|---|

**Bank of America CC 2729**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $363.90 |
|---|---|---|---|

**Battery Specialists of Alaska**
**801 East 15th Ave**
**Anchorage, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Beacon Occupational Health & Safety**
**800 Cordova St**
**Anchorage, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Whittier Seafood, LLC**

Case number (if known)

Name

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Begich Towers**
**PO Box 725**
**Whittier, AK 99693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,889.89**

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**Broughton, Ryan**
**PO Box 264**
**Seward, AK 99664**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _ **Notice only (owed $6.95)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**Builders Choice**
**3900 C Street**
**Anchorage, AK 99503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,932.12**

---

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**C.A.T Transport**
**P.O. Box 220067**
**Anchorage, AK 99522-0067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$29,914.18**

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**Caine & Weiner (Great American Ins Co)**
**P.O. Box 55848**
**Sherman Oaks, CA 91413**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,250.00**

---

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** |

**Carlile Transportation Systems**
**PO Box 84048**
**Seattle, WA 98124-8448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$944.29**

---

| | |
|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** |

**Carlos Rivera Aquino**
**PO Box 2163**
**Moca, PR 00676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$272.00**

---

Debtor    **Whittier Seafood, LLC**
_____    Case number (if known) _____
Name

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,222.50 |
|------|---|---|---|

**CBIZ Berntson Porter**
**11100 NE 8th Street**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,510.50 |
|------|---|---|---|

**Central Peninsula Refrigeration**
**47130 Harvard Ave**
**Soldotna, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,684.00 |
|------|---|---|---|

**Chinook Fire Protection, Inc**
**1221 E 70th Ave**
**Anchorage, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.43 |
|------|---|---|---|

**Chugach Electric**
**PO Box 196760**
**Anchorage, AK 99519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,210.24 |
|------|---|---|---|

**City of Whittier Harbor**
**PO Box 639**
**Whittier, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,406.21 |
|------|---|---|---|

**City of Whittier-Utilities**
**660 E Whittier Street**
**Whittier, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.88 |
|------|---|---|---|

**Clara Fabiola Noguez Serrano**
**Calle 1917, Lago Baljash #96, Unt 10**
**Aguascalientas, AGS 20200**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Whittier Seafood, LLC**
_____    Case number *(if known)* _____
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,663.00 |
|---|---|---|---|
| | **CMA CGM (America) LLC**<br>**5701 Lake Wright DR**<br>**Norfolk, VA 23502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **Communications North**<br>**PO Box 2009**<br>**Seward, AK 99664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.88 |
|---|---|---|---|
| | **Cordova Net Supply**<br>**PO Box 881**<br>**Cordova, AK 99574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,741.23 |
|---|---|---|---|
| | **Custom Marine Services LLC**<br>**PO Box 672**<br>**Whittier, AK 99693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |
|---|---|---|---|
| | **Dojer Services**<br>**PO Box 669**<br>**Whittier, AK 99693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,229.00 |
|---|---|---|---|
| | **DXP | Alaska Pump & Supply**<br>**PO Box 840511**<br>**Dallas, TX 75284-0511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,312.24 |
|---|---|---|---|
| | **Enstar Natural Gas Company**<br>**P.O. Box 34760**<br>**Seattle, WA 98124-1760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Whittier Seafood, LLC**                                   Case number (if known)
_____
            Name

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,573.69 |

**Fasteners & Fire Equipment, Inc.**
**123 East International Airport RD**
**Anchorage, AK 99518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fefelov, Edesy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,918.49 |

**Ferguson Enterprises LLC**
**PO Box 847411**
**Dallas, TX 75284-7411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Garvey, Matthew**
**664 Rangeview Ave.**
**Homer, AK 99603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.68 |

**GCI**
**PO Box 99016**
**Anchorage, AK 99509-9016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,350.00 |

**General Int'l Freight Forwarders Inc**
**100 West Harrison**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $686.00 |

**Girdwood Health Clinic**
**PO Box 13761**
**Belfast, ME 04915-4028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Whittier Seafood, LLC**

Name                                                                    Case number *(if known)*

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,810.73 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Grainger**
**Dept. 886688583**
**Kansas City, MO 64141**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,450.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Grating Pacific LLC**
**19411 66th Ave South**
**Kent, WA 98032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Gustavo Bracero Reyes**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**H & M Bay, Inc.**
**P.O. Box 418578**
**Boston, MA 02241-8578**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Outbound Freight**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Hand, Eleanor**
**PO Box 2181**
**Cordova, AK 99574**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.17 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Harvey, Max**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Hector Javier Hernandez Salomon**
**4564 Meredith St.**
**Riverside, CA 92505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Whittier Seafood, LLC**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Huffer, Tom**
**11551 Targhee Lp**
**Eagle River, AK 99577**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $8,895.57 |

**Hygiena LLC**
**941 Avenida Acaso**
**Camarillo, CA 93012**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $1,726.32 |

**Independent Lift of Alaska Inc**
**1200 E 70th Ave**
**Anchorage, AK 99518**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $216.92 |

**Integrated Marine Systems Inc.**
**4816 15th Ave NW**
**Seattle, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $550.94 |

**Irish, Deana**
**PO Box 5526**
**Ketchikan, AK 99901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $15,162.20 |

**JAG Alaska, Inc.**
**PO Box 969**
**Seward, AK 99664-0969**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Johannessen, David**
**PO Box 474**
**Cordova, AK 99574**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Whittier Seafood, LLC**

Name                                          Case number (if known)

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,720.98 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**John Just**
**10425 62nd DR NE**
**Marysville, WA 98270-2853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.51 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Jonathan Neil & Associates, Inc.**
**18321 Ventura BLVD #1000**
**Tarzana, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Jonathan Quintanilla**
**2610 Mill Bay Rd Apt B-2**
**Kodiak, AK 99615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Jose Morales**
**822 Almasy Dr**
**Campbell, OH 44405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Joseph Soriano**
**34 Randall Ln**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Joshua Hernandez**
**609 Kendal Lane**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**Julian Barreto Gonzales**
**PO Box 2262**
**Moca, PR 00676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Whittier Seafood, LLC**
_____
Name                                    Case number (if known) _____

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keelean, Cass**
**PO Box 298**
**Ester, AK 99725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|---|---|---|---|

**Kelvin Feliciano Chaparro**
**PO Box 706**
**Aguada PR 00602**
**PUERTO RICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,504.44 |
|---|---|---|---|

**Kenai Peninsula Borough**
**PO Box 3040**
**Soldotna,, AK 99669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Tax Expense - Property_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,740.22 |
|---|---|---|---|

**Kwik Lok**
**P O Box 9548**
**Yakima, WA 98909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,395.20 |
|---|---|---|---|

**LHH Recruitment Solutions**
**SwiftGateway915**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Lineage Logistics, LLC**
**P.O. Box 101389**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Storage Expense_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,829.34 |
|---|---|---|---|

**Lynden International**
**PO Box 34026**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Whittier Seafood, LLC**                                Case number (if known) _____
          _____
          Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.32 |
|---|---|---|---|

Marel Inc.
Dept CH 17141
Palatine, IL 60055-7141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

Marine Surveyors and Consultants
PO BOX 22123
Milwaukie, OR 97269-2123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,849.06 |
|---|---|---|---|

Mark S Millspaugh
193 Lee Dr
Homer, AK 99603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.29 |
|---|---|---|---|

Martushev, Zasima
PO Box 805
Homer, AK 99603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,293.44 |
|---|---|---|---|

Matheson Tri-Gas Inc.
Dept LA 23793
Pasadena, CA 91185-3793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,925.00 |
|---|---|---|---|

Montgomery Purdue
701 Fifth Ave #5500
Seattle, WA 98104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,228.27 |
|---|---|---|---|

Motion & Flow Control Products Inc - WS
8433 Solution Center
Chicago, IL 60677-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Whittier Seafood, LLC**
                                                        Case number (if known) _____
         Name

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,893.00 |
|---|---|---|---|

**Multifrost**
**101 W Fir**
**Othello, WA 99344-1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Multistar Industries**
**101 W Fir Street**
**Othello, WA 99344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,324.65 |
|---|---|---|---|

**NAFS - WS**
**3213 W Wheeler St #249**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,818.94 |
|---|---|---|---|

**North Coast Electric Co**
**PO Box 748177**
**Los Angeles, CA 90074-8177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,142.72 |
|---|---|---|---|

**NSF Certification LLC**
**Dept. Lockbox #771380**
**Detroit, MI 48277-1380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.22 |
|---|---|---|---|

**Otoole, Kevin**
**PO Box 65**
**Cordova, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,236.12 |
|---|---|---|---|

**Ozone International Financial Srvcs**
**P.O. Box 848779**
**Los Angeles, CA 98084-8779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Whittier Seafood, LLC**

Case number (if known)

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,194.41**
--- | --- | --- | ---

**Pacific Power Group, LLC**
c/o City National Bank of Florida
Miami, FL 33152-6904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,140.00**
--- | --- | --- | ---

**Pallet Services of Alaska**
6906 Hyatt St.
Anchorage, AK 99507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,737.86**
--- | --- | --- | ---

**Parity Factory LLC**
109 West Denny Way #315
Seattle, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.41**
--- | --- | --- | ---

**Pavel Varfolomeev**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,750.76**
--- | --- | --- | ---

**Peninsula Scale Service Inc**
P O Box 3304
Kenai, AK 99611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336.00**
--- | --- | --- | ---

**Pied Piper Pest Control Services**
2440 E 88th AVE A
Anchorage, AK 99507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$783.00**
--- | --- | --- | ---

**Pioneer Door**
6514 Greenwood Street
Anchorage, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Whittier Seafood, LLC**
_____
Name

Case number (if known) _____

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.45 |

**Polar Supply Co**
**P O Box 99060**
**Anchorage, AK 99509-9060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.00 |

**Rebecca Morales**
**822 Almasy DR**
**Campbell, OH 44405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,377.40 |

**Rent A Can Toilet Co**
**11119 Mausel Street**
**Eagle River, AK 99577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.00 |

**Roger Stiles**
**36506 SE Woody Creek Lane**
**Snoqualmie, WA 98065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |

**Romel G. Bermudo**
**3014 Wesiayan DR**
**Anchorage, AK 99508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |

**Russ Shaw**
**General Delivery**
**Whittier, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527.00 |

**Russel Shaw**
**1120 Huffman Rd.**
**Anchorage, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Whittier Seafood, LLC**

Name

Case number (if known)

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,611.16 |
|---|---|---|---|

**Ryco Equipment**
6810 220th St SW
Mountlake Terrace, WA 98043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422,106.04 |
|---|---|---|---|

**Seattle-Tacoma Box Company**
23400 71st Place South
Kent, WA 98032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Packaging Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,611.25 |
|---|---|---|---|

**Seward Boat Harbor**
1300 4th Ave
Seward, AK 99664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,323.20 |
|---|---|---|---|

**Seward Heavy Industrial Power, LLC**
PO Box 789 500 Port Ave.
Seward, AK 99664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**SGS**
200 West Potter DR
Anchorage, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,831.74 |
|---|---|---|---|

**Spenard Builders Supply**
PO Box 99060
Anchorage, AK 99509-9060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|

**State of AK Div of Measurement
Standards & Commercial
Vehicle Compliance**
11900 Industry Way
Anchorage, AK 99515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Whittier Seafood, LLC**

Case number (if known)

Name

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,715.00 |
|---|---|---|---|

**State of Alaska-DEC**
**PO Box 111800**
**Juneau, AK 99811-1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |
|---|---|---|---|

**Tami Foster**
**100 Kenai Street, Unit 206**
**Whittier, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.90 |
|---|---|---|---|

**Tasha Berinobis**
**PO Box 712**
**Whittier, AK 99693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,230.63 |
|---|---|---|---|

**Tote Maritime Alaska**
**PO Box 24457**
**Seattle, WA 98124-0457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.58 |
|---|---|---|---|

**TOTEM Equipment & Supply Inc**
**2536 Commercial DR**
**Anchorage, AK 99501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,750.59 |
|---|---|---|---|

**U.S. Small Business Admin**
**Legal Dept.**
**2401 Fourth Ave. #400**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __PPP loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.54 |
|---|---|---|---|

**United Utilities, Inc**
**PO Box 92730**
**Anchorage, AK 99509-2730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Whittier Seafood, LLC**

Case number (*if known*) _____

Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.36 |

**UPS**
**P.O.Box 809488**
**Chicago,, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.77 |

**Valihov, Gabriel**
**P O Box 1585**
**Cordova, AK 99574**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,254.53 |

**Wesmar Company, Inc**
**5720 204th St. SW**
**Lynnwood, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,022,512.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,022,512.26 |

**Fill in this information to identify the case:**

Debtor name    **Whittier Seafood, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract    _____ | _____ |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract    _____ | _____ |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract    _____ | _____ |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract    _____ | _____ |

**Fill in this information to identify the case:**

Debtor name    **Whittier Seafood, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ALASKA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Aleksey Kozlov** | 3 Lake Bellevue Drive Bellevue, WA 98005 | **Cathay Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Marine Fishing International, Inc.** | 3 Lake Bellevue Drive Bellevue, WA 98005 | **Cathay Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Marine Fishing International, LLC** | 3 Lake Bellevue Drive Bellevue, WA 98005 | **Cathay Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Modys, LLC** | 3 Lake Bellevue Drive Bellevue, WA 98005 | **Cathay Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.5 | **Salacia, LLC** | 3 Lake Bellevue Drive Bellevue, WA 98005 | **Cathay Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |

Debtor  **Whittier Seafood, LLC**                                    Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| | | |
|---|---|---|
| 2.6 | **Silver Wave, LLC** | **3 Lake Bellevue Drive**<br>**Bellevue, WA 98005** |

**Cathay Bank**

■ D ___**2.1**___
☐ E/F _____
☐ G _____

# United States Bankruptcy Court
## District of Alaska

In re    **Whittier Seafood, LLC**                                    Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Prince William Sound Ventures, LLC**<br>**800 North State Street #403**<br>**Dover, DE 19901** | | **100** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 19, 2024** _____    Signature    **/s/ Aleksey Kozlov** _____

                                                                         **Aleksey Kozlov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Alaska

In re   **Whittier Seafood, LLC**                                  Case No. _____

Debtor(s)                          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 19, 2024**                      **/s/ Aleksey Kozlov**
                                                 **Aleksey Kozlov/Authorized Representative**
                                                 Signer/Title

```
Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin.
510 L Street
Room 310
Anchorage, AK 99501


Office of the Attorney General (AK)
Attorney General Treg R. Taylor
1031 W 4th Ave. #200
Anchorage, AK 99501


United States Attorney's Office
222 W 7th Ave. Rm. 253, #9
Anchorage, AK 99513


Alaska Communications
PO Box 196666
Anchorage, AK 99519


Alaska Diesel Electric
1200 West Int'l Airport RD
Anchorage, AK 99518


Alaska Industrial Hardware, Inc.
8801 Old Seward Highway
Anchorage, AK 99515
```

Alaska Marine Lines (AML)
PO Box 34026
Seattle, WA 98124-1026

Alaska Marine Salvage and Diving LLC
PO Box 346
Girdwood, AK 00099-9587

Alaska Pallet Services Inc
2040 East 79th Ave
Anchorage, AK 99507

Alaska Railroad Corporation
PO Box 100520
Anchorage, AK 99510-0520

Alaska Safety, Inc.
4725 Gambell Street
Anchorage, AK 99503

Alaska Seafood Marketing Institute
311 N Franklin St
Juneau, AK 99801

Alaska Steel Co.
6180 Electron DR
Anchorage, AK 99518

Alaska Waste
PO Box 7428
Pasadena, CA 91109

Aleksey Kozlov
3 Lake Bellevue Drive
Bellevue, WA 98005

Alpine Urgent Care
1310 E Dimond BLVD #1
Anchorage, AK 99515

Anchorage Sand and Gravel Co. Inc
1040 O'Malley RD
Anchorage, AK 99515

Angelica Zamudio
Av. Dr. Emigdio Flores 1522 apt 205
Col. Chapultepec Culiacan
Sinaloa MEXICO 80040
Aurora, CO


AquacultureTalent, Inc.
101 Parkshore DR, Ste 100
Folsom, CA 95630


Bank of America CC 2729
PO Box 15796
Wilmington, DE 19886-5796


Battery Specialists of Alaska
801 East 15th Ave
Anchorage, AK 99501


Beacon Occupational Health & Safety
800 Cordova St
Anchorage, AK 99501


Begich Towers
PO Box 725
Whittier, AK 99693


Broughton, Ryan
PO Box 264
Seward, AK 99664


Builders Choice
3900 C Street
Anchorage, AK 99503


C.A.T Transport
P.O. Box 220067
Anchorage, AK 99522-0067


Caine & Weiner (Great American Ins Co)
P.O. Box 55848
Sherman Oaks, CA 91413


Carlile Transportation Systems
PO Box 84048
Seattle, WA 98124-8448

Carlos Rivera Aquino
PO Box 2163
Moca, PR 00676


Cathay Bank
6320 Canoga Ave. #910
Woodland Hills, CA 91367


CBIZ Berntson Porter
11100 NE 8th Street
Bellevue, WA 98004


Central Peninsula Refrigeration
47130 Harvard Ave
Soldotna, AK 99669


Chinook Fire Protection, Inc
1221 E 70th Ave
Anchorage, AK 99518


Chugach Electric
PO Box 196760
Anchorage, AK 99519


City of Whittier Harbor
PO Box 639
Whittier, AK 99693


City of Whittier-Utilities
660 E Whittier Street
Whittier, AK 99693


Clara Fabiola Noguez Serrano
Calle 1917, Lago Baljash #96, Unt 10
Aguascalientas, AGS 20200
MEXICO


CMA CGM (America) LLC
5701 Lake Wright DR
Norfolk, VA 23502


Communications North
PO Box 2009
Seward, AK 99664

Cordova Net Supply
PO Box 881
Cordova, AK 99574


Custom Marine Services LLC
PO Box 672
Whittier, AK 99693


Dojer Services
PO Box 669
Whittier, AK 99693


DXP | Alaska Pump & Supply
PO Box 840511
Dallas, TX 75284-0511


Enstar Natural Gas Company
P.O. Box 34760
Seattle, WA 98124-1760


Fasteners & Fire Equipment, Inc.
123 East International Airport RD
Anchorage, AK 99518


Fefelov, Edesy


Ferguson Enterprises LLC
PO Box 847411
Dallas, TX 75284-7411


Garvey, Matthew
664 Rangeview Ave.
Homer, AK 99603


GCI
PO Box 99016
Anchorage, AK 99509-9016


General Int'l Freight Forwarders Inc
100 West Harrison
Seattle, WA 98119

```
Girdwood Health Clinic
PO Box 13761
Belfast, ME 04915-4028


Grainger
Dept. 886688583
Kansas City, MO 64141


Grating Pacific LLC
19411 66th Ave South
Kent, WA 98032


Gustavo Bracero Reyes


H & M Bay, Inc.
P.O. Box 418578
Boston, MA 02241-8578


Hand, Eleanor
PO Box 2181
Cordova, AK 99574


Harvey, Max


Hector Javier Hernandez Salomon
4564 Meredith St.
Riverside, CA 92505


Huffer, Tom
11551 Targhee Lp
Eagle River, AK 99577


Hygiena LLC
941 Avenida Acaso
Camarillo, CA 93012


Independent Lift of Alaska Inc
1200 E 70th Ave
Anchorage, AK 99518
```

Integrated Marine Systems Inc.
4816 15th Ave NW
Seattle, WA 98107


Irish, Deana
PO Box 5526
Ketchikan, AK 99901


JAG Alaska, Inc.
PO Box 969
Seward, AK 99664-0969


Johannessen, David
PO Box 474
Cordova, AK 99574


John Just
10425 62nd DR NE
Marysville, WA 98270-2853


Jonathan Neil & Associates, Inc.
18321 Ventura BLVD #1000
Tarzana, CA 91356


Jonathan Quintanilla
2610 Mill Bay Rd Apt B-2
Kodiak, AK 99615


Jose Morales
822 Almasy Dr
Campbell, OH 44405


Joseph Soriano
34 Randall Ln
Santa Rosa, CA 95409


Joshua Hernandez
609 Kendal Lane
League City, TX 77573


Julian Barreto Gonzales
PO Box 2262
Moca, PR 00676

Keelean, Cass
PO Box 298
Ester, AK 99725


Kelvin Feliciano Chaparro
PO Box 706
Aguada PR 00602
PUERTO RICO


Kenai Peninsula Borough
PO Box 3040
Soldotna,, AK 99669


Kwik Lok
P O Box 9548
Yakima, WA 98909


LHH Recruitment Solutions
SwiftGateway915
Bellevue, WA 98005


Lineage Logistics, LLC
P.O. Box 101389
Pasadena, CA 91189


Lynden International
PO Box 34026
Seattle, WA 98124


Marel Inc.
Dept CH 17141
Palatine, IL 60055-7141


Marine Fishing International, Inc.
3 Lake Bellevue Drive
Bellevue, WA 98005


Marine Fishing International, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005


Marine Surveyors and Consultants
PO BOX 22123
Milwaukie, OR 97269-2123

Mark S Millspaugh
193 Lee Dr
Homer, AK 99603


Martushev, Zasima
PO Box 805
Homer, AK 99603


Matheson Tri-Gas Inc.
Dept LA 23793
Pasadena, CA 91185-3793


Modys, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005


Montgomery Purdue
701 Fifth Ave #5500
Seattle, WA 98104


Motion & Flow Control Products Inc - WS
8433 Solution Center
Chicago, IL 60677-8004


Multifrost
101 W Fir
Othello, WA 99344-1060


Multistar Industries
101 W Fir Street
Othello, WA 99344


NAFS - WS
3213 W Wheeler St #249
Seattle, WA 98199


North Coast Electric Co
PO Box 748177
Los Angeles, CA 90074-8177


NSF Certification LLC
Dept. Lockbox #771380
Detroit, MI 48277-1380

Otoole, Kevin
PO Box 65
Cordova, AK 99574


Ozone International Financial Srvcs
P.O. Box 848779
Los Angeles, CA 98084-8779


Pacific Power Group, LLC
c/o City National Bank of Florida
Miami, FL 33152-6904


Pallet Services of Alaska
6906 Hyatt St.
Anchorage, AK 99507


Parity Factory LLC
109 West Denny Way #315
Seattle, WA 98119


Pavel Varfolomeev


Peninsula Scale Service Inc
P O Box 3304
Kenai, AK 99611


Pied Piper Pest Control Services
2440 E 88th AVE A
Anchorage, AK 99507


Pioneer Door
6514 Greenwood Street
Anchorage, AK 99518


Polar Supply Co
P O Box 99060
Anchorage, AK 99509-9060


Rebecca Morales
822 Almasy DR
Campbell, OH 44405

Rent A Can Toilet Co
11119 Mausel Street
Eagle River, AK 99577


Roger Stiles
36506 SE Woody Creek Lane
Snoqualmie, WA 98065


Romel G. Bermudo
3014 Wesiayan DR
Anchorage, AK 99508


Russ Shaw
General Delivery
Whittier, AK 99693


Russel Shaw
1120 Huffman Rd.
Anchorage, AK 99515


Ryco Equipment
6810 220th St SW
Mountlake Terrace, WA 98043


Salacia, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005


Seattle-Tacoma Box Company
23400 71st Place South
Kent, WA 98032


Seward Boat Harbor
1300 4th Ave
Seward, AK 99664


Seward Heavy Industrial Power, LLC
PO Box 789 500 Port Ave.
Seward, AK 99664


SGS
200 West Potter DR
Anchorage, AK 99518

Silver Wave, LLC
3 Lake Bellevue Drive
Bellevue, WA 98005


Spenard Builders Supply
PO Box 99060
Anchorage, AK 99509-9060


State of AK Div of Measurement
Standards & Commercial
Vehicle Compliance
11900 Industry Way
Anchorage, AK 99515


State of Alaska-DEC
PO Box 111800
Juneau, AK 99811-1800


Tami Foster
100 Kenai Street, Unit 206
Whittier, AK 99693


Tasha Berinobis
PO Box 712
Whittier, AK 99693


Tote Maritime Alaska
PO Box 24457
Seattle, WA 98124-0457


TOTEM Equipment & Supply Inc
2536 Commercial DR
Anchorage, AK 99501


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #400
Seattle, WA 98121


United Utilities, Inc
PO Box 92730
Anchorage, AK 99509-2730

```
UPS
P.O.Box 809488
Chicago,, IL 60680-9488


Valihov, Gabriel
P O Box 1585
Cordova, AK 99574


Wesmar Company, Inc
5720 204th St. SW
Lynnwood, WA 98036
```

# United States Bankruptcy Court
## District of Alaska

In re  **Whittier Seafood, LLC** _____     Case No. _____
                                              Debtor(s)          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Whittier Seafood, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Prince William Sound Ventures, LLC**
**800 North State Street #403**
**Dover, DE 19901**
_____

☐ None [*Check if applicable*]

**August 19, 2024**                          **/s/ Thomas A. Buford**
_____             _____
Date                                         **Thomas A. Buford**
                                             Signature of Attorney or Litigant
                                             Counsel for   **Whittier Seafood, LLC**
                                             **Bush Kornfeld LLP**
                                             **601 Union St., Suite 5000**
                                             **Seattle, WA 98101-2373**
                                             **(206) 292-2110 Fax:(206) 292-2104**
                                             **tbuford@bskd.com**