| | |
|---|---|
| James L. Day, (*pro hac vice* applicant)<br>Thomas A. Buford, AK Bar No. 1805046<br>Lesley Bohleber, (*pro hac vice* applicant)<br>Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101-2373<br>Telephone: (206)292-2110<br>Fax: (206) 292-2014<br>Email: jday@bskd.com;<br>tbuford@bskd.com; lbohleber@bskd.com<br>Proposed Attorneys for Debtors | HONORABLE GARY SPRAKER |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC,<br><br>　　　　　Debtor. | Case No. 24-00139<br><br>*EX PARTE* MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b) |

Debtors-in-Possession Marine Fishing International, Inc. ("MFI Inc."); Marine Fishing International, LLC ("MFI LLC"); Modys, LLC ("Modys"); Salacia, LLC ("Salacia"); Silver Wave, LLC ("Silver Wave"); and Whittier Seafood, LLC ("Whittier") (each, a "Debtor" and collectively, the "Debtors") move the Court pursuant to Bankruptcy Code § 105 and Bankruptcy Rule 1015(b) for an order directing the joint administration of their respective Chapter 11 cases under the lead case of

MOTION REGARDING JOINT
ADMINISTRATION – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 hh18em01pg

*Whittier Seafood, LLC*, Case Number 24-00139. This motion is based on the files and records herein and the accompanying Declaration of Aleksey Kozlov in support of this motion.

**A.    Background**

Each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on August 19, 2024. Kozlov Decl. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. *Id.* No trustee, examiner, or unsecured creditors' committee has been appointed in any of the Debtors' cases. *Id.*

The Debtors are six affiliates that collectively own and operate a seafood business in the States of Alaska and Washington. Kozlov Decl. While six legal entities, the Debtors operate as a single enterprise, which includes common usage of financials, debt, and banking facilities. *Id.*

**B.    Joint Administration**

To administer the Debtors' pending reorganization cases economically, the Debtors request that their cases be jointly administered for procedural purposes. Pursuant to Bankruptcy Rule 1015(b), "[i]f … two or more petitions are pending in the same court by or against … (4) a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). An affiliate is an entity that "20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor …." 11 U.S.C. § 101(2). As set forth above, each Debtor in these cases is an affiliate of another Debtor.

Many of the motions, hearings, and orders that will arise in these Chapter 11 proceedings will jointly affect all of the Debtors. Joint administration will ease the onerous burden of filing and

MOTION REGARDING JOINT
ADMINISTRATION – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 hh18em01pg

mailing duplicative pleadings in each of the cases, and will thereby reduce the fees and costs arising from the administration of the cases. Joint administration will also relieve the Court of the burden of entering duplicative orders and the Clerk's Office of maintaining duplicative files and dockets.

Joint administration will not adversely affect any of the Debtors' respective creditors. This motion does not seek substantive consolidation of the cases. Therefore, creditors will be able to file claims against a specific Debtor or multiple Debtors, while benefiting from the reduced expense of joint administration. Further, the Debtors will provide notice of the proposed joint administration to all parties in each case and provide a notice for parties to object to joint administration.

Based on the foregoing, the Debtors respectfully request the immediate entry of an *ex parte* order providing for the joint administration of the Debtors' Chapter 11 cases under the lead case *In re Whittier Seafood, LLC*, Case Number 24-00139.

DATED this 19th day of August, 2024.

BUSH KORNFELD LLP

By    */s/ Thomas A. Buford*
    James L. Day, (*pro hac vice* applicant)
    Thomas A. Buford, AK Bar No. 1805046
    Lesley Bohleber, (*pro hac vice* applicant)
    *Proposed Attorneys for the Debtors*

MOTION REGARDING JOINT
ADMINISTRATION – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 hh18em01pg