UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 24-00139<br><br>Jointly Administered |

### EX PARTE MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA

To the Honorable Judge of the above-entitled court:

I, Gregory R. Fox, hereby apply for permission to appear and participate as counsel for Cathay Bank, a California state-charted bank, a secured creditor of the above-captioned debtors in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

---

[1] Debtors in this jointly administered case are Whittier Seafood, LLC, Lead Case No. 24-00139; Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; and Silver Wave, LLC, Case No. 24-00144.

119366.0020/9853914.1

**OR**

I hereby designate _____, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: August 22, 2024

_____
(Signature)

Gregory R. Fox
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Tel: (206) 223-7129
Email: FoxG@lanepowell.com

<u>Consent of Local Counsel*</u>

I hereby consent to the granting of the foregoing application.

DATE: August 22, 2024

<u> s/ *Michael J. Parise* </u>
(Signature)

Michael J. Parise, ABA No. 7906044
Lane Powell PC
1600 A Street, Suite 304
Anchorage, Alaska 99503-2648
Tel: (907) 264-3322
Email: <u>parisem@lanepowell.com</u>

(*Member of the Bar of the United States Bankruptcy Court for the District of Alaska)

119366.0020/9853914.1

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Gregory R. Fox

Business Address: Lane Powell PC, 1420 Fifth Avenue, Suite 4200, Seattle, WA 98101

Residence: 6001 39th Ave NE, Seattle, WA 98115

Business Telephone: (206) 223-7129         e-mail address: FoxG@lanepowell.com

Other Names/Aliases: None

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
| --- | --- | --- |
| Washington State Bar | 1325 4th Avenue, Suite 600, Seattle, WA 98101 | 11/17/2000 |
| U.S. Bankruptcy Court, Western District of Washington | 700 Stewart Street, Suite 6301, Seattle, WA 98101 | 10/14/2004 |
| U.S. Bankruptcy Court, Eastern District of Washington | 904 West Riverside, Suite 304, Spokane, WA 99201 | 2/20/2002 |
| U.S. District Court, Western District of Washington | 700 Stewart Street, Suite 2310, Seattle, WA 98101 | 1/18/2001 |
| U.S. District Court, Eastern District of Washington | 920 West Riverside Ave., Rm. 840, Spokane, WA 99201 | 2/20/2002 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

4

119366.0020/9853914.1

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: August 22, 2024

_____
(Signature of Applicant)

119366.0020/9853914.1