LAURIE M. THORNTON, WSBA #35050            HONORABLE GARY A. SPRAKER
*(pro hac vice admission pending)*
Email: lthornton@lawdbs.com
DBS Law
155 NE 100th Street, Suite 205
Seattle, WA  98125
(206) 489-3802
*Attorney for Irina Kozlova*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD LLC,<br><br>Debtor. | Lead Case No. 24-00139<br><br>EX PARTE APPLICATION FOR PRO HAC VICE ADMISSION |

Pursuant to Local Bankruptcy Rule 9010-2(b) of the United States Bankruptcy Court for the District of Alaska, I, Laurie M. Thornton, respectfully request permission to appear Pro Hac Vice on behalf of party in interest Irina Kozlova in these matters. [1]  In support of my application, I declare the following:

1. I am seeking admission under LBR 9010-2(b) to appear for party in interest Irina Kozlova, the spouse of Debtor Aleksey Kozlov and indirect owner of Debtor Silver Wave LLC in these proceedings.   I am currently licensed in Washington (2004) and will be applying for admission to the Alaska Bar later this year.

2. I am admitted to practice in the United States Bankruptcy Courts for the Western and

---

[1] This Application seeks pro hac vice admission for all the related Debtors in these jointly administered cases: Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; and Silver Wave, LLC ("Silver Wave"), Case No. 24-00144.

PRO HAC VICE APPLICATION - 1

DBS│LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Eastern Districts of Washington (2010 and 2024, respectively) and the United States District Courts for the Western District of Washington (2004). I am also admitted to practice in the US Court of Appels, Ninth Circuit (2005).

3.  I have been with DBS Law since May of 2024, representing a variety of creditors and debtors in bankruptcy and also handling commercial litigation.  Prior to that, I served as the Assistant United States Trustee for the Office of the United States Trustee for the Western District of Washington and the District of Alaska from July 2019 to May 2024.  Prior to that I served as the career judicial law clerk for the Honorable Brian D. Lynch of the Tacoma Division of the United States Bankruptcy Court for the Western District of Washington for nine years, from 2010 to 2019.

4.  I am in good standing in all jurisdictions in which I am licensed and admitted.  I am not and have never been subject to disciplinary proceedings, and I have read the Local Bankruptcy Rules for this District.  An original Certificate of Good Standing for the Supreme Court of Washington is attached hereto as Exhibit A.

5.  I ask that the Court waive the requirement at this time for me to designate local counsel to participate, sign pleadings and receive service of notice given my history of appearing in the District and intent to apply for admission to the Alaska State Bar and submit to the jurisdiction of the state.

6.  A proposed order is attached for this Court's consideration.

DATED this 22nd day August, 2024.

DBS LAW

By   /s/ *Laurie M. Thornton*
Laurie M. Thornton, WSBA #35030
*Pro hac vice admission pending*

*Attorney for Irina Kozlova*

PRO HAC VICE APPLICATION - 2



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

# EXHIBIT A

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 35030 |
| OF | ) | **CERTIFICATE** |
| LAURIE M. THORNTON | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**LAURIE M. THORNTON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 11, 2004, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 22nd day of August, 2024.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re

WHITTIER SEAFOOD LLC,

Debtor.

Lead Case No. 24-00139

**ORDER GRANTING EX PARTE APPLICATION FOR PRO HAC VICE ADMISSION**

THIS MATTER CAME before the court upon the Ex Parte Application for Admission Pro Hac Vice of Laurie M. Thornton (the "Application") in this case. The Court has considered the Application and the record and files herein. The Court finds that good cause exists for the requested relief to be granted. Now therefore, it is hereby:

ORDERED that the Motion is GRANTED, and Ms. Thornton of DBS Law is admitted Pro Hac Vice before this Court for the purposes of representing Irina Kozlova in the above-entitled lead chapter 11 case, all the jointly-administered cases[1]; and it is further

ORDERED that the requirement to designated local counsel to participate along with

---

[1] Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; and Silver Wave, LLC ("Silver Wave"), Case No. 24-00144.

ORDER GRANTING THORNTON PRO HAC VICE APPLICATION - 1



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Ms. Thornton is waived at this time; and it is further

ORDERED that Ms. Thornton is charged with knowledge of the Local Rules of this District.

DATED: August __, 2024

BY THE COURT

_____
GARY SPRAKER
United States Bankruptcy Judge

Serve: Debtor
       Thomas A. Buford
       Lesley Bohleber
       James L. Day
       John S. Kaplan
       James E. Torgerson
       Kathryn Evans
       U.S. Trustee
       ECF Participants via NEF

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737