JOHN S. KAPLAN (*Pro Hac Vice Pending*)
john.kaplan@stoel.com
JAMES E. TORGERSON, Bar No. 8509120
jim.torgerson@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
*Attorneys for Aleksey N. Kozlov*

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900  Fax 206.386.7500

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re | Case No. 24-00139 |
| WHITTIER SEAFOOD, LLC,[1] | Chapter 11 |
| Debtors. | |

**EX PARTE MOTION FOR ADMISSION PRO HAC VICE OF JOHN S. KAPLAN**

Pursuant to Local Bankruptcy Rule 9010-2(b) of the United States Bankruptcy Court for the District of Alaska, John S. Kaplan hereby applies for permission to participate as counsel for Aleksey N. Kozlov ("Kozlov") in the above-captioned chapter 11 case. In support of this motion, I declare the following:

1.  I was admitted to practice in Washington on June 21, 1994. I am an active member of the Washington State Bar in good standing. See *Certificate of Good Standing* issued by the Supreme Court of the state of Washington attached as Exhibit A hereto. Currently, I practice law at Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, Washington 98101.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

1

2.         I have not been disbarred or formally censured by a court of record or by a state bar association.  There are no pending disciplinary proceedings against me.  I am a member in good standing with the bar of the state of Washington.

3.         By filing this motion, I request to be admitted for the above-captioned case in order to make appearance and represent Kozlov before this Court.

4.         To the extent the Court requires, James E. Torgerson, counsel for Kozlov, member in good standing of the bar of this Court and practicing at Stoel Rives LLP, is co-counsel with authority to act as attorney of record for all purposes.  Mr. Torgerson hereby consents to this designation by signing this motion.

I respectfully request that this Court enter an order granting my admission *pro hac vice* before this Court allowing me to appear as counsel for Kozlov.  A proposed order is attached hereto for the Court's consideration.

DATED:  August 27, 2024

STOEL RIVES LLP

*/s/ John S. Kaplan*
JOHN S. KAPLAN (*Pro Hac Vice Pending*)
john.kaplan@stoel.com
*Attorneys for Aleksey N. Kozlov*

Agreed to By:

STOEL RIVES LLP

*/s/ James E. Torgerson*
JAMES E. TORGERSON, Bar No. 8509120
jim.torgerson@stoel.com
*Attorneys for Aleksey N. Kozlov*

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main 206.624.0900   Fax 206.386.7500*

2

124347105.1 0083694-00001

# EXHIBIT A

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 23788 |
| OF | ) | **CERTIFICATE** |
| JOHN STUART KAPLAN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**JOHN STUART KAPLAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 21, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 21st day of August, 2024.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC,[1]<br><br>    Debtors. | Case No. 24-00139<br><br>Chapter 11 |

### ORDER GRANTING EX PARTE MOTION FOR ADMISSION PRO HAC VICE OF JOHN S. KAPLAN

THIS MATTER CAME before the court upon the Ex Parte Motion for Admission Pro Hac Vice of John S. Kaplan (the "Motion") in this case.  The Court has considered the Motion and the record and files herein.  The Court finds that good cause exists for the requested relief to be granted.  Now therefore, it is hereby:

ORDERED that the Motion is GRANTED, and Mr. Kaplan of Stoel Rives LLP is admitted Pro Hac Vice before this Court for the purposes of representing Aleksey N. Kozlov in the above-entitled chapter 11 case; and it is further

///

///

///

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main 206.624.0900   Fax 206.386.7500*

1

124347544.1 0083694-00001

ORDERED, that Mr. Kaplan is charged with knowledge of the Local Rules in this District.

DATED this ___ day of August, 2024.

                                                  THE HONORABLE GARY SPRAKER
                                                  United States Bankruptcy Judge

Serve:  Debtor
        Thomas A. Buford
        Lesley Bohleber
        John L. Day
        John S. Kaplan
        James E. Torgerson
        Kathryn Evans
        U.S. Trustee
        ECF Participants via NEF

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main* 206.624.0900   *Fax* 206.386.7500

2

124347544.1 0083694-00001