IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>WHITTIER SEAFOOD, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 24-00139<br><br>Jointly Administered |

**EX PARTE MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**

To the Honorable Judge of the above-entitled court:

I, Joseph M. Welch, hereby apply for permission to appear and participate as counsel for Pacific Premier Bank, a creditor of the above-captioned debtors in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska, and Local Bankruptcy Rule 9010-2.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because:

- ☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

- ☑ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

- ☐ For the reasons set forth in the attached memorandum.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

Dated: August 30, 2024 **BLANK ROME LLP**

<u>*/s/ Joseph M. Welch*</u>
Joseph M. Welch
4 Park Plaza, Suite 450
Irvine, CA 92614
Telephone: (949) 812-6019
Facsimile: (949) 861-6150
Email: Joseph.Welch@blankrome.com

*Counsel to Pacific Premier Bank*