DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Joseph M. Welch

Business Address: 4 Park Plaza, Suite 450, Irvine, CA 92614

Residence: 20 Alegria, Irvine, CA 92620

Business Telephone:  949-812-6019          Email Address: joseph.welch@blankrome.com

Other Names/Aliases: N/A

Jurisdictions to Which Admitted and Year of Admission:

| Supreme Court of the United States | 1 First Street, NE<br>Washington, DC 20543 | 8/10/2015 |
|---|---|---|
| U.S. Court of Appeals for the 9th Circuit | 95 7th Street<br>San Francisco, CA 94103 | 10/27/2014 |
| State of California | 845 S. Figueroa St.<br>Los Angeles, CA 90017 | 12/4/2008 |
| State of Washington | 325 Fourth Ave., Suite 600<br>Seattle, WA 98101-2539 | 6/23/2020 |
| State of Oregon | 16037 SW Upper Boones Ferry Rd,<br>Tigard, OR 97224 | 11/9/2020 |
| State of Texas | 1414 Colorado Street<br>Austin, Texas 78701 | 6/15/2023 |
| U.S. District Court for the Central District of California | 255 East Temple Street<br>Los Angeles, CA 90012-3332 | 12/10/2008 |
| U.S. District Court for the Southern District of California | 333 W. Broadway<br>San Diego CA 92101 | 6/29/2009 |
| U.S. District Court for the Eastern District of California | Robert T. Matsui US Courthouse<br>501 "I" Street,<br>Sacramento, 95814. | 2/10/2010 |
| U.S. District Court for the Northern District of California | 450 Golden Gate Avenue<br>San Francisco, CA 94102 | 5/28/2010 |
| U.S. District Court for the Western District of Washington | 700 Stewart Street, Suite 2310<br>Seattle, WA 98101 | 6/24/2020 |
| U.S. District Court for the Eastern District of Washington | 920 West Riverside Ave, Room 840<br>Spokane, WA 99201 | 7/15/2020 |
| U.S. District Court for the District of Oregon | 1000 Southwest Third Avenue<br>Portland, Oregon 97204-2942 | 11/19/2020 |
| U.S. District Court for the Southern District of Texas | Bob Casey United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 | 6/17/2023 |

| U.S. District Court for the Eastern District of Texas | 300 Willow Street Suite 104 Beaumont, Texas 77701 | 6/23/2023 |
|---|---|---|
| U.S. District Court for the Western District of Texas | 501 West Fifth Street, Suite 1100 Austin, Texas 78701 | 7/12/2023 |
| U.S. District Court for the Northern District of Texas | 1100 Commerce Street, Room 1452 Dallas, TX 75242 | 7/12/2023 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

No

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

No

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached. Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: August 30, 2024              */s/ Joseph M. Welch*
                                    Joseph M. Welch