Ryan T. Murphy (*pro hac vice* applicant)  
Fredrikson & Byron PA  
60 S 6th St, Suite 1500  
Minneapolis, MN 55402-4400  
Telephone: (612) 492-7000  
Fax: *(612) 492-7077*  
Email: rmurphy@fredlaw.com  
*Proposed Attorney for:  Harris Pacific Northwest LLC*

HONORABLE GARY SPRAKER

**UNITED STATES BANKRUPTCY COURT**  
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re:<br><br>WHITTIER SEAFOOD, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>EX PARTE APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

      Pursuant to Local Bankruptcy Rule 9010-2(b) of the United States Bankruptcy Court for the District of Alaska, Ryan Murphy hereby applies for permission to participate as bankruptcy counsel for Harris Pacific Northwest, LLC, in the above-captioned chapter 11 cases and any related proceedings. This Application is supported by the Declaration of Ryan T. Murphy filed concurrently.

      1.    I am an active member of the Minnesota State Bar in good standing, and am not otherwise disqualified from practicing in the State of Alaska.

      2.    I will associate with Michael R. Mills, a partner at Dorsey & Whitney LLP and member of the Bar of this Court. Dorsey & Whitney LLP maintains an office for the practice of law at 1031 West Fourth Avenue, Suite 600, Anchorage, Alaska 99501, and Mr. Mills will be available to the Court and other counsel to communicate regarding the conduct of the case.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – Page 1

FREDRIKSON & BYRON, P.A.  
60 S. Sixth Street, Suite 1500  
Minneapolis, MN 55402  
Telephone: (612) 492-7000  
Facsimile: (612) 492-7077

4865-1933-2067\1

3. By filing this Application, I request to be admitted for the above-captioned jointly administered case only, in order to make appearance and represent Harris Pacific Northwest, LLC before this Court.

4. I respectfully request that this Court enter an order granting my admission pro hac vice before this Court allowing me to appear as counsel for the Debtors.

DATED this 18th day of September 2024.

FREDRIKSON & BYRON P.A.
Attorney for Harris Pacific Northwest LLC

By: /s/ Ryan T. Murphy
Ryan T. Murphy (Admission *Pro Hac Vice* Pending)

I hereby certify that a copy of the foregoing was served this 18th day of September, 2024 through the ecf filing system

/s/ Ryan T. Murphy
Ryan T. Murphy, Attorney

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – Page 2

FREDRIKSON & BYRON, P.A.
60 S. Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

4865-1933-2067\1

Ryan T. Murphy (*pro hac vice* applicant)  
Fredrikson & Byron PA  
60 S 6th St, Suite 1500  
Minneapolis, MN 55402-4400  
Telephone: (612) 492-7000  
Fax: *(612) 492-7077*  
Email: rmurphy@fredlaw.com  
*Proposed Attorney for:  Harris Pacific Northwest LLC*

HONORABLE GARY SPRAKER

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>WHITTIER SEAFOOD, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

I, Ryan Murphy hereby declares under the penalty of perjury as follows:

1. I was admitted to practice in the state of Minnesota on October 26, 2001, and in the U.S. District Court/Bankruptcy Court for the District of Minnesota in 2002. I am an active member of the Minnesota State Bar in good standing. See Certification of Status History issued by the Minnesota State Bar Association attached hereto as **Exhibit A**.

2. Currently, I practice law at Fredrikson & Byron, P.A., 60 S. Sixth Street, Suite 1500, Minneapolis, MN 55402.

3. I have not been disbarred or censured by a court of record or by a state bar association.

4. There are no pending disciplinary proceedings against me in any jurisdiction or court to which I have been admitted to practice law.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – Page 1

FREDRIKSON & BYRON, P.A.  
60 S. Sixth Street, Suite 1500  
Minneapolis, MN 55402  
Telephone: (612) 492-7000  
Facsimile: (612) 492-7077

4882-9594-6979\2

5. I certify that I have read the local rules of this Court.

DATED this 18th day of September 2024.

                        FREDRIKSON & BYRON P.A.
                        Attorney for Harris Pacific Northwest LLC


By: /s/ Ryan T. Murphy
      Ryan T. Murphy (Admission *Pro Hac Vice* Pending)

I hereby certify that a copy of the foregoing was served this 18th day of September, 2024 through the ecf filing system


/s/ Ryan T. Murphy
Ryan T. Murphy, Attorney

DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – Page 2

4882-9594-6979\2

FREDRIKSON & BYRON, P.A.
60 S. Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

# EXHIBIT A

4882-9594-6979\2

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

RYAN TIMOTHY MURPHY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 2001

Given under my hand and seal of this court on

September 12, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration