David C. Neu (*pro hac vice* applicant)
Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: 206.624.8300
Fax: 206.340.9599
Email: david.neu@millernash.com

*Attorneys for the Official Creditors'
Committee of Whittier Seafoods, LLC*

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-00139<br>Jointly Administered<br><br>APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

Pursuant to Local Bankruptcy Rule 9010-2(b) of the United States Bankruptcy Court for the District of Alaska, David C. Neu applies for permission to participate as counsel to the Official Creditors' Committee of Whittier Seafood, LLC (the "Committee"), in the above-captioned chapter 11 case and any related proceedings.

1. I was admitted to practice in Washington on November 21, 2002. I am an active member of the Washington State Bar in good standing. *See Certification of Status History* issued by the Supreme Court of the State of Washington attached hereto as **Exhibit A**. Currently, I practice law at Miller Nash, LLP, 605 5th Avenue South, Suite 900, Seattle, Washington 98104.

---

[1] The Debtors are Marine Fishing International , Inc. ("MFI Inc."), Case No 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (Collectively, the "Whittier Group").

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4868-0041-2133.1

2. I have not been disbarred or formally censured by a court of record or by a state bar association.  There are no pending disciplinary proceedings against me.  I am a member in good standing with the bar of the State of Washington.

3. By Filing this Application, I request to be admitted for the above-captions jointly administered case only, in order to make appearance and represent the Committee before this Court.

4. I respectfully request that this Court enter an order granting my admission *pro hac vice* before this Court allowing me to appear as counsel for the Committee.

DATED this 18th day of September, 2024.

MILLER NASH LLP

*/s/David Neu*
David Neu (*Pro Hac Vice Pending*)

Attorneys for the Official Creditors' Committee of Whittier Seafood, LLC

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4868-0041-2133.1

# EXHIBIT A

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 33143 |
| OF | ) | **CERTIFICATE** |
| DAVID CONRAD NEU | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**DAVID CONRAD NEU**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 21, 2002, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 18th day of September, 2024.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court