David C. Neu (*pro hac vice* pending)  
Miller Nash, LLP  
605 5th Ave. S., Suite 900  
Seattle, WA  98104  
Telephone: 206-777-7516  
Email: david.neu@millernash.com  
Proposed counsel for the Official Unsecured Creditors Committee

THE HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In Re:<br><br>WHITTIER SEAFOOD, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>DECLARATION OF DAVID C. NEU IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

David C. Neu declares as follows:

1. I am an attorney at the law firm of Miller Nash, LLP ("Miller Nash"). am submitting this declaration in support of The Official Unsecured Creditors Committee's (the "Committee") application to employ Miller Nash as counsel.

2. I am over the age of 18 years old and, if called as a witness, could and would testify to the matters set forth herein based on my personal knowledge, except as otherwise set forth below.

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

DECLARATION OF DAVID C. NEU - 1

MILLER NASH LLP  
ATTORNEYS AT LAW  
T: 206.624.8300 | F: 206.340.9599  
605 5TH AVE S, STE 900  
SEATTLE, WASHINGTON  98104

4894-7836-3622.1

3. I was admitted to practice in Washington on November 21, 2002. I am an active member of the Washington State Bar in good standing. *See Certification of Status History* issued by the Supreme Court of the State of Washington attached hereto as **Exhibit A**.

4. Currently, I practice law at Miller Nash, LLP, 605 5th Avenue South, Suite 900, Seattle, Washington 98104.

5. I have not been disbarred or formally censured by a court of record or by a state bar association. There are no pending disciplinary proceedings against me. I am a member in good standing with the bar of the State of Washington.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 18th day of September, 2024, at Seattle, Washington.

*/s/David C. Neu*
David C. Neu

DECLARATION OF DAVID C. NEU - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4894-7836-3622.1

# EXHIBIT A

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION ) | BAR NO. 33143 |
| OF ) | **CERTIFICATE** |
| DAVID CONRAD NEU ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**DAVID CONRAD NEU**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 21, 2002, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 18th day of September, 2024.

Sarah R. Pendleton
Acting Supreme Court Clerk
Washington State Supreme Court