David C. Neu (Admitted *pro hac vice*)  
Miller Nash, LLP  
605 5th Ave. S., Suite 900  
Seattle, WA 98104  
Telephone: 206-777-7516  
Email: david.neu@millernash.com

Proposed counsel for the Official  
Unsecured Creditors Committee

The Honorable Gary Spraker

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In Re:<br><br>WHITTIER SEAFOOD, LLC[1]<br><br>                    Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>DECLARATION OF DAVID C. NEU IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF MILLER NASH, LLP AS COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE OF WHITTIER SEAFOOD, LLC, ON AN INTERIM BASIS SUBJECT TO FINAL CONFIRMATION ON NOTICE TO ALL CREDITORS |

David C. Neu declares as follows:

1. I am an attorney at the law firm of Miller Nash, LLP ("Miller Nash"). am submitting this declaration in support of The Official Unsecured Creditors Committee's (the "Committee") application to employ Miller Nash as counsel.

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

DECLARATION OF DAVID C. NEU IN SUPPORT OF  
MOTION TO EMPLOY COUNSEL - 1

MILLER NASH LLP  
ATTORNEYS AT LAW  
T: 206.624.8300 | F: 206.340.9599  
605 5TH AVE S, STE 900  
SEATTLE, WASHINGTON 98104

4865-7050-6469.1

2. I am over the age of 18 years old and, if called as a witness, could and would testify to the matters set forth herein based on my personal knowledge, except as otherwise set forth below.

3. Miller Nash has been asked to represent the Committee of Whitter Seafood, LLC ("Whittier") in the above-captioned case. Miller Nash and its partners and associates are not creditors, equity security holders or insiders of Whittier.

4. Based upon my review of the computerized conflicts data on file at Miller Nash, and to the best of my knowledge, Miller Nash does not have an interest adverse to Whittier, to any class of creditors, or to any equity security holders. Miller Nash does not, to the best of my knowledge, have any relationship with the United States Trustee or any person employed by the United States Trustee.

5. After running and reviewing a computer conflicts search of the most significant known creditors, and the major secured creditor, to the best of my knowledge, Miller Nash represents or has represented in matters unrelated to Whittier the following creditors, or affiliates of creditors, of Whittier:

[*Remainder of page intentionally left blank*]

DECLARATION OF DAVID C. NEU IN SUPPORT OF
MOTION TO EMPLOY COUNSEL - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4865-7050-6469.1

| Creditors of Debtor – Current Miller Nash Clients | | |
|---|---|---|
| Creditor | Creditor Claim | Matter |
| Bank of America CC | $16,550.13 | Miller Nash has represented and currently represents Bank of America N.A. and affiliates in numerous matters, none of which are related to Whittier Seafood, LLC |
| Pacific Power | $31,194.41 | Miller Nash represents Berkshire Hathaway, a potential affiliate of Pacific Power in three matters unrelated to Whittier Seafood, LLC |

| Creditors of Debtor – Former Miller Nash Clients | | |
|---|---|---|
| Creditor | Creditor Claim | Matter |
| Seattle Tacoma Box Company | $422,106.04 | Miller Nash formerly represented Seattle Tacoma Box Company on matters unrelated to Whittier Seafood, LLC |

DECLARATION OF DAVID C. NEU IN SUPPORT OF
MOTION TO EMPLOY COUNSEL - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON  98104

4865-7050-6469.1

| Debtor entities – Former Miller Nash Clients | |
|---|---|
| Entity | Matter |
| Marine Fishing International, LLC | Miller Nash formerly represented Marine Fishing International, LLC in a matter unrelated to Whitter. The matter was concluded in two months and closed in 2012 and the attorney involved in the matter has been screened. |

6. Miller Nash has not and will not represent the above creditors in connection with this case, and has obtained or will obtain written conflict of interest waivers as necessary. To the best of my knowledge the above listing of related representations is complete.

7. In the event that additional information comes to my attention with respect to any significant relationship between Miller Nash and creditors of Whittier, Miller Nash will file a supplemental declaration disclosing such additional relationships.

8. The following individuals are likely to render the majority of the legal services for the Committee:

| Professional | Hourly Rate |
|---|---|
| 1. David C. Neu | $695.00 |
| 2. Jesus Palomares | $535.00 |
| 3. Edgar Rosales (paralegal) | $240.00 |

9. Rates are subject to adjustments to reflect economic and other conditions, including increases in experience and expertise of members of the firm.

DECLARATION OF DAVID C. NEU IN SUPPORT OF
MOTION TO EMPLOY COUNSEL - 4

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4865-7050-6469.1

1  I declare under the penalty of perjury under the laws of the United States that the
2  foregoing is true and correct to the best of my knowledge.
3
4  EXECUTED this 20th day of September, 2024, at Seattle, Washington.
5
6  /s/David C. Neu
   David C. Neu

DECLARATION OF DAVID C. NEU IN SUPPORT OF
MOTION TO EMPLOY COUNSEL - 5

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4865-7050-6469.1

<u>DECLARATION OF SERVICE</u>

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

EXECUTED this 20th day of September, 2024, in Arlington, Washington.

<u>/s/Edgar Y. Rosales</u>
Edgar Y. Rosales, Paralegal
edgar.rosales@millernash.com

DECLARATION OF SERVICE - 6

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4865-7050-6469.1