James L. Day, (admitted *pro hac vice*)  
Thomas A. Buford, AK Bar No. 1805046  
Lesley Bohleber, (admitted *pro hac vice*)  
Bush Kornfeld LLP  
601 Union Street, Suite 5000  
Seattle, WA 98101-2373  
Telephone: (206)292-2110  
Fax: (206) 292-2014  
Email: jday@bskd.com; tbuford@bskd.com; lbohleber@bskd.com  
Proposed Attorneys for Debtors

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC, [1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br><br>Jointly Administered<br><br>APPLICATION TO EMPLOY HILCO AS INVESTMENT BANKER |

Whittier, Salacia, and Silver Wave, and MFI, Inc., debtors-in-possession in these jointly administered cases, submit this application (the "Application"), pursuant to Bankruptcy Code §§ 327 and 328(a) and Bankruptcy Rules 2014(a) and 2016, to employ Hilco Corporate Finance ("Hilco") as their investment banker. This Application is supported by the Declaration of Teri Stratton. A copy of

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

APPLICATION TO EMPLOY HILCO AS INVESTMENT BANKER  
– Page 1

Bush Kornfeld LLP  
LAW OFFICES  
601 Union St., Suite 5000  
Seattle, Washington 98101-2373  
Telephone (206) 292-2110  
Facsimile (206) 292-2104

2837 hi24jd01ep

the Engagement Agreement is attached to the Stratton Declaration as Exhibit A. Capitalized terms not defined herein shall have the same meaning as defined in the Engagement Agreement.

### I. APPLICATION

The Debtors have selected Hilco for the reason that it has considerable experience in the matters of this character and is well qualified to represent them. The professional services to be rendered by Hilco are described in detail in the Engagement Agreement (pgs. 1-2), are incorporated by reference as if fully stated herein, and include marketing all or a portion of the Debtors' real property and equipment for sale or a capital raise. Stratton Decl., Ex. A.

The Debtors propose to employ Hilco for their investment banking pursuant to section 327(a) and compensate Hilco as set forth in the Engagement Agreement pursuant to section 328(a) (*See* Stratton Decl., Ex. A, ¶ 2). Specifically, the Debtors propose to compensate Hilco as follows:

a) A flat fee monthly fee in the amount of $25,000 (the "Monthly Fee").

b) A Sale Transaction Fee upon the closing of a Sale Transaction, as defined in the Engagement Agreement, in an amount equal to or greater than $500,000 or 3.0% of the Transaction Value, as defined in the Engagement Agreement.

c) A Capital Raise Transaction Fee in an amount equal to (i) 1.5% of the gross proceeds raised or committed that is senior any other debts of the Debtors, plus (ii) 3.0% of gross proceeds raised or committed that is junior and/or subordinated to any other debts of the Debtors, plus (iii) 5.0% of gross proceeds of any equity raised.

d) Fifty percent (50%) of the Monthly Fee paid to Hilco will be credited to any Transaction Fee.

Stratton Decl., Ex. A., ¶ 2.

APPLICATION TO EMPLOY HILCO AS INVESTMENT BANKER
– Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 hi24jd01ep

In addition, the Debtors shall reimburse Hilco for its reasonable expenses incurred in connection with the Engagement agreement. *Id.* Ex. A., ¶ 2.

The Engagement Agreement provides for a 12-month term, which may be extended by mutual agreement, or may be terminated by either party upon written notice. *Id..*, Ex. A., ¶ 3.

Section 327(a) incorporates a general disinterestedness standard, and Bankruptcy Rule 2014 requires that an application for employment disclose all connections with the Debtors, their estates, the professionals, and the United States Trustee.

Among other things, and as described in the Stratton Declaration, Hilco has no connection to the Debtors. Hilco does not to its knowledge represent any party with an interest materially adverse to the Debtors or their estates.

As set forth in the Stratton Declaration, Hilco, to the best of its knowledge as of the date herein: (a) does not have any prior connection with the Debtors, any creditors of the Debtors or their estates, any equity security holders, or any other party in interest in these Chapter 11 Cases, or their respective attorneys or accountants (other than professional connections and relationships unrelated to the Debtors' Chapter 11 Cases), or these Chapter 11 Cases; (b) does not hold or represent an interest materially adverse to the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or any investment banker for any security of the Debtors, or for any other reason; (c) as of the Petition Dates, Hilco was not a creditor, equity security holder, or insider of the Debtors or their estates; (d) Hilco was not, within two (2) years before the Petition Dates, a director, officer, or employee of the Debtors; (e) Hilco has no prepetition claims against the Debtors; and (g) no personnel of Hilco that are providing services under the Engagement Agreements are related to any judge of the United States Bankruptcy

APPLICATION TO EMPLOY HILCO AS INVESTMENT BANKER – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 hi24jd01ep

1  Court for the District of Alaska, the United States Trustee, or to any person employed by the Office of
2  the United States Trustee.
3       In view of the foregoing, the Debtors submit that Hilco is "a disinterested person" as that term
4  is defined in section 101(14), as modified by section 1107(b), and as required under section 327(a) of
5  the Bankruptcy Code.
6       As set forth in the Stratton Declaration, if any new material facts or relationships are
7  discovered or arise, Hilco will provide the court with a supplemental declaration. The Debtors believe
8  that their employment of Hilco upon the terms and conditions set forth above is in the best interest of
9  the Debtors' estates, their creditors, and other parties in interest. As further detailed in the Stratton
10 Declaration, Hilco is disinterested as that term is defined in 11 U.S.C. § 101(14), and represents or
11 holds no interest adverse to the interest of the estate with respect to the matters on which it is to be
12 employed.
13      Based on the foregoing, the Debtor respectfully requests that the Court enter an order
14 authorizing the employment of Hilco and the payment Monthly Fee on the terms and conditions set
15 forth herein.

        DATED this 18th day of October, 2024.

                                Bush Kornfeld LLP

                                By     /s/ Lesley D. Bohleber
                                    James L. Day, (admitted *pro hac vice*)
                                    Thomas A. Buford, AK Bar No. 1805046
                                    Lesley Bohleber, (admitted *pro hac vice*)
                                    *Proposed Attorneys for the Debtors*

APPLICATION TO EMPLOY HILCO AS INVESTMENT BANKER – Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 hi24jd01ep