UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re | Chapter 11<br>Lead Case No.  24-00139-GS |
| WHITTIER SEAFOOD, LLC, [1] | Jointly Administered<br><br>ORDER RE: APPLICATION TO EMPLOY HILCO AS INVESTMENT BANKER |
| Debtors. | |

On October 18, 2024, jointly administered debtors Whittier, Salacia, Silver Wave, and MFI, Inc. filed the Application to Employ Hilco as Investment Banker (ECF No. 158) (Application). On October 31, 2024, the United States Trustee filed an opposition to the Application (ECF No. 186) (Opposition). Typically in this district, upon the filing of an opposition, the matter is set for hearing and argument before the court. In this instance, no hearing was requested and none was set. Instead, on December 3, 2024, the debtors' counsel lodged a proposed order granting the Application, which proposed order was approved by the United States Trustee.

The court will interpret the proposed order approved by the United States Trustee as a withdrawal of the Opposition. Although it now appears the Application is unopposed, no certificate of no objection has been filed. Accordingly,

IT IS HEREBY ORDERED that the court will hold the proposed order granting the Application through and including December 10, 2024. If no further opposition to the Application is filed by that deadline, the court will enter the proposed order granting the Application. If further

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

ORDER RE: APPLICATION TO EMPLOY HILCO AS
INVESTMENT BANKER – Page 1

1   opposition to the Application is filed, the debtors must submit a request for hearing on the Application

2   to the court's chambers.

3      DATED: December 4, 2024

4      BY THE COURT

5      /s/ Gary Spraker

6      GARY SPRAKER
       United States Bankruptcy Judge

7   Serve:  T. Buford, Esq.
           L. Bohleber, Esq.
8          J. Day, Esq.
           G. Fox, Esq.
9          D. Neu, Esq.
           M. Parise, Esq.
10         L. Thornton, Esq.
           J. Torgerson, Esq.
           J. Kaplan, Esq.
11         R. Murphy, Esq.
           M. Mills, Esq.
12         T. Brannon, Esq.
           A. Ivanov, Esq.
13         G. Pitts, Esq.
           J.M. Palomares, Esq.
14         F. Rasch, Esq.
           J. Welch, Esq.
           K. Evans, Esq.
15         U.S. Trustee
           ECF Participants via NEF

16

17

18

19

20

21

22

23

ORDER RE: APPLICATION TO EMPLOY HILCO AS
INVESTMENT BANKER – Page 2