James L. Day, (admitted *pro hac vice*)
Thomas A. Buford, AK Bar No. 1805046
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
tbuford@bskd.com; lbohleber@bskd.com
Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| In re | Chapter 11 |
|---|---|
| | Lead Case No. 24-00139-GS |
| WHITTIER SEAFOOD, LLC, [1] | Jointly Administered |
| | ORDER APPROVING BIDDING PROCEDURES AND FORM OF NOTICE |
| Debtors. | <u>Hearing Date</u><br>DATE: January 7, 2025<br>TIME: 1:30 p.m. |

On January 7, 2025, this matter came before the Court on the Whittier and Silver Wave's (together, the "<u>Sellers</u>") Motion to Approve Bidding Procedures and Form of Notice (the "<u>Motion</u>,"

---

[1] The Debtors are Marine Fishing International, Inc. ("<u>MFI Inc.</u>"), Case No. 24-00140; Marine Fishing International, LLC ("<u>MFI LLC</u>"), ITCase No. 24-00141; Modys, LLC ("<u>Modys</u>"), Case No. 24-00142; Salacia, LLC ("<u>Salacia</u>"), Case No. 24-00143; Silver Wave, LLC ("<u>Silver Wave</u>"), Case No. 24-00144; and Whittier Seafood, LLC ("<u>Whittier</u>") (collectively, the "<u>Whittier Group</u>").

ORDER APPROVING BIDDING PROCEDURES AND
FORM OF NOTICE – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Dkt. 214). Appearances were as noted on the record. The Court has reviewed the Motion and the record and files herein and finds that cause exists to grant the requested relief. Now, therefore,

IT IS HEREBY ORDERED:

1. The Revised Bidding Procedures, including the deadlines contained therein, filed at Dkt. 255, are approved in their entirety.

2. <u>Notice of Bid Procedures</u>. The Notice of Bidding Procedures (Motion, Ex. B) is approved. Within two business days following the entry of this this Bidding Procedures Order, the Sellers shall serve the Notice of Bidding Procedures, by ECF or regular mail to:

    a. the UST;

    b. counsel for Whittier's Official Committee of Unsecured Creditors (the "<u>Creditors Committee</u>");

    c. all parties who have filed with the Court a request for notices in this case;

    d. all parties on the creditor mailing matrix for the Sellers; and

    e. all persons or entities that have expressed to the Sellers an interest in acquiring the Property during the past twelve months or which the Sellers reasonably believe may have an interest in bidding for the Property.

3. <u>Assumption and Assignment of Unexpired Leases</u>. The following procedures (the "<u>Lease Procedures</u>") shall govern the assumption and assignment of Leases.

    a. Notice of Objection Deadline: Within two business days after the date this Bidding Procedures Order is entered, Whittier shall mail or otherwise serve a copy of such Order, together with a copy of the Notice of Whittier's Intent to Assume and Assign Unexpired Leases, by regular mail to all non-Debtor parties (the "<u>Contract Parties</u>") to the Assumed Leases, as well as to all Persons or other entities entitled to notice pursuant to the terms of such Assumed Leases, notifying all such Persons or

ORDER APPROVING BIDDING PROCEDURES AND FORM OF NOTICE – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

entities and Contract Parties of the requirement to file an objection on or before the Cure Objection Deadline (as defined below).

b.     After the Auction, Whittier will provide immediate notice of the identity of the Successful Bidder to the Contract Parties by email, or any method reasonably expected to provide notice in a timely manner.

c.     Objections.  Any Contract Party wishing to assert that any defaults, conditions, or pecuniary losses under any of the Assumed Executory Contracts as of the Petition Date must be cured or satisfied in order for any such Assumed Lease to be assumed and/or assigned, other than those identified in the Cure Amount, shall be required to file and serve an objection (a "Cure Objection"), in writing, setting forth with specificity any and all obligations that the Contract Party asserts must be cured or satisfied.  Any party objecting to the potential assumption and assignment of such Assumed Lease, shall likewise be required to file and serve an objection (an "Assumption/Assignment Objection") setting forth with specificity any and all objections to the potential assumption and assignment of such Assumed Lease.

d.     Cure Objection or Assumption/Assignment Deadline:  Each objection, to be considered a timely Cure Objection or Assumption/Assignment Objection, must be filed and served on or before February 21, 2025 (the "Cure/Assignment Objection Deadline").  Any Cure Objection and/or Assumption/Assignment Objection must be filed with the Court and a copy delivered to all interested parties:

e.     Failure to File Cure Objection and/or Assumption/Assignment Objection:  Unless a Cure Objection and/or Assumption/Assignment Objection is timely filed and served by a Contract Party to an Assumed Executory Contract or Lease by the Cure Objection Deadline and/or Assumption/Assignment Deadline, the Court may enter an order authorizing or effecting the assumption and assignment of

ORDER APPROVING BIDDING PROCEDURES AND
FORM OF NOTICE – Page 3

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

such Assumed Executory Contract or Lease at the Sale Hearing without regard to any objection such party may have.

    f. Waiver of Cure Objection:  Contract Parties who fail to file and serve Cure Objections as provided above shall be deemed to have waived and released any objection to the amount of the cure proposed by Whittier and shall be forever barred and estopped from asserting or claiming against Whittier or any Qualified Bidder that any additional amounts are due or defaults exist, or conditions to assignment must be satisfied, under such assumed Lease.

    g. Objection Hearings:  Hearing(s) with respect to Cure Objections and or Assumption/Assignment Objections, if any, may be held at the Sale Hearing, or at such other date as the Court may designate, giving effect to the need for certainty and the timing provisions regarding the establishment and satisfaction of applicable cure amounts as set forth in the Purchase Agreement, as well as the fact that a Successful Bidder may have identified contracts not included in the Assumed Leases to include in such party's bid.  If the subject Assumed Lease is assumed and assigned prior to resolution of the cure amount, the liquidated cure amount timely asserted by the objecting party, if any (or such lower amount as may be fixed by the Court), shall be deposited by Whittier into a segregated account pending further order of the Court or agreement of the parties.

  4. The form of Notice of Whittier's Intent to Assume and Assign Unexpired Leases (Motion, Ex. C) is approved.

  5. <u>Sale Hearing</u>.  The notice period for the Sale Hearing shall be shortened to seven days.

  6. <u>Objections to Sale Motion</u>.  Responses or objections, if any, to entry of the Sale Order shall be filed with the Bankruptcy Court on or before 4:00 p.m. (Alaska Time) two business days before the Sale Hearing.  The failure of any objecting person or entity to timely file its objection in

ORDER APPROVING BIDDING PROCEDURES AND
FORM OF NOTICE – Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

accordance with the requirements above shall be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Motion, the sale of the Property, or the Sellers' consummation and performance under any asset purchase agreement related to the proposed transaction (including the transfer of the Property and Assumed Leases free and clear of all liens, claims, interests, and encumbrances), if authorized by the Court.

DATED: January 14, 2025

BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Presented by:

BUSH KORNFELD LLP

By    /s/    *Lesley Bohleber*
   James L. Day, WSBA No. 20474 (admitted *pro hac vice*)
   Thomas A. Buford, AK Bar No. 1805046
   Lesley Bohleber, WSBA No. 49150 (admitted *pro hac vice*)
Attorneys for the Debtors-in-Possession

LANE POWELL PC

By    /s/ James B. Zack
  Gregory R. Fox, WSBA No. 30559 (admitted *pro hac vice*)
  James B. Zack, WSBA No. 48122 (admitted *pro hac vice*)
  Todd M. Brannon, WSBA No. 5975 (admitted *pro hac vice*)
  Alena Ivanov, WSBA No. 59900 (admitted *pro hac vice*)
  Michael J. Parise, ABA No. 7906044
Attorneys for Cathay Bank

MILLER NASH LLP

By    /s/ David C. Neu
  David C. Neu, WSBA No. 33143 (admitted *pro hac vice*)
Attorneys for the Official Unsecured Creditors' Committee of Whitter Seafood, LLC

ORDER APPROVING BIDDING PROCEDURES AND FORM OF NOTICE – Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Serve: T. Buford, Esq.
L. Bohleber, Esq.
J. Day, Esq.
G. Fox, Esq.
D. Neu, Esq.
M. Parise, Esq.
L. Thornton, Esq.
J. Torgerson, Esq.
J. Kaplan, Esq.
R. Murphy, Esq.
M. Mills, Esq.
T. Brannon, Esq.
A. Ivanov, Esq.
G. Pitts, Esq.
J.M. Palomares, Esq.
F. Rasch, Esq.
J. Welch, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF

ORDER APPROVING BIDDING PROCEDURES AND
FORM OF NOTICE – Page 6

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104