James L. Day, (*pro hac vice* applicant)
Thomas A. Buford, AK Bar No. 1805046
Lesley Bohleber, (*pro hac vice* applicant)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
tbuford@bskd.com; lbohleber@bskd.com
*Attorneys for Debtors*

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC, [1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>DECLARATION OF SANJAY MARKEN IN SUPPORT OF WHITTIER SEAFOOD LLC AND SILVER WAVE LLC'S MOTION FOR ORDER (1) APPROVING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES; (2) APPROVING THE ASSUMPTION AND ASSIGNMENT OF THE ARRC LEASE;<br>(3) DETERMINING THAT BUYER QUALIFIES AS GOOD FAITH PURCHASER UNDER 11 U.S.C. SECTION 363(m); AND (4) AUTHORIZING DISTRIBTUIONS |

I, Sanjay Marken, declare as follows:

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

DECLARATION OF SANJAY MARKEN– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ib27jp01v1

1. I am over the age of 18 and competent to testify to the matters herein. I give this declaration based on my own personal knowledge of the matters stated herein, unless indicated otherwise.

2. I am a Director of Hilco Corporate Finance ("Hilco"), investment banker for the Debtors. I have personal knowledge of the facts set forth herein. I make this Declaration in support of Whittier and Silver Wave's Motion for Order (1) Approving Sale of Assets Free and Clear of Liens; (2) Approving the Assumption and Assignment of the ARRC Lease; (3) Determining that Buyer Qualifies as Good Faith Purchaser; and (4) Authorizing Distributions (the "Motion"). Undefined capitalized terms shall have the same meaning as set forth in the Motion.

3. As of the date of this Declaration, Hilco has incurred $3,260.37 in reimbursable expenses related to the Marketed Assets. A true and correct copy of the itemized expenses is attached hereto as Exhibit A.

4. I declare under the penalty of perjury the foregoing is true and correct.

DATED this 27th day of February, 2025.

*/s/ Sanjay Marken*
Sanjay Marken

DECLARATION OF SANJAY MARKEN– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ib27jp01v1

# EXHIBIT A

**Hilco Corporate Finance**
**Whittier - Expense Run 2/26/2025**

| Employee | Cateogry | Date | Amount | Description |
|---|---|---|---|---|
| Marken, Sanjay | Ground Transportation | 1/7/2025 | $60.53 | Car from home to IAH airport |
| Marken, Sanjay | Airfare | 1/7/2025 | 1,280.91 | Airfare from IAH-ANC |
| Marken, Sanjay | Misc Travel Exp | 1/7/2025 | 8.00 | In flight WiFi flight IAH-SEA |
| Marken, Sanjay | Dinner | 1/7/2025 | 42.58 | Travel dinner 1/7 - layover at SEA airport |
| Marken, Sanjay | Lodging | 1/7/2025 | 152.00 | Anchorage Airport Courtyard - one night (room rate) |
| Marken, Sanjay | Lodging | 1/7/2025 | 18.24 | Anchorage Airport Courtyard - one night (taxes/fees) |
| Marken, Sanjay | Ground Transportation | 1/8/2025 | 8.05 | Car from hotel to car rental |
| Marken, Sanjay | Tolls | 1/8/2025 | 13.00 | Whittier Tunnel toll |
| Marken, Sanjay | Snacks/Drinks | 1/8/2025 | 9.00 | Coffee and snack at Anchor Inn after plant tour - 1/8 |
| Marken, Sanjay | Dinner | 1/8/2025 | 94.46 | Travel dinner at Alyeska Hotel - Tuesday 1/8 |
| Marken, Sanjay | Tolls | 1/9/2025 | 13.00 | Whittier tunnel toll |
| Marken, Sanjay | Dinner | 1/9/2025 | 35.59 | Travel dinner at Alyeska Hotel - Wednesday 1/9 |
| Marken, Sanjay | Lodging | 1/10/2025 | 596.70 | Alyeska Hotel - Two Nights (room rate) |
| Marken, Sanjay | Lodging | 1/10/2025 | 108.72 | Alyeska Hotel - Two Nights (Taxes/Fees) |
| Marken, Sanjay | Fuel | 1/12/2025 | 25.64 | Gas for rental car prior to car return |
| Marken, Sanjay | Car Rental | 1/12/2025 | 369.46 | Car rental - two days (AWD & Snow Tires), includes taxes/fees |
| Marken, Sanjay | Airfare | 1/12/2025 | 346.90 | Airfare from ANC-IAH (re-booked due to cancellation of original flight) |
| Marken, Sanjay | Misc Travel Exp | 1/13/2025 | 8.00 | In flight wifi - return flight |
| Marken, Sanjay | Ground Transportation | 1/13/2025 | 69.59 | Car from IAH airport to home |

| | | TOTAL | $3,260.37 | |