James L. Day, (admitted *pro hac vice*)
Thomas A. Buford, AK Bar No. 1805046
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
tbuford@bskd.com; lbohleber@bskd.com
*Attorneys for Debtors*

HONORABLE GARY SPRAKER

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA AT ANCHORAGE

|  |  |
|---|---|
| In re | Chapter 11 |
| WHITTIER SEAFOOD, LLC[1], | Lead Case No. 24-00139 |
| Debtors. | Jointly Administered |
|  | SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION |

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

# <u>TABLE OF CONTENTS</u>

**ARTICLE I. DEFINITIONS** ...............................................................................................**5**

**ARTICLE II. BACKGROUND INFORMATION** ..........................................................**5**

   A.  Overview of the Debtors ..............................................................................................5

      1.  Whittier ...............................................................................................................5

      2.  MFI Inc. ..............................................................................................................5

      3.  Salacia ................................................................................................................6

      4.  MFI LLC .............................................................................................................6

      5.  Modys .................................................................................................................6

      6.  Silver Wave ........................................................................................................6

      7.  Ownership and Management of the Debtors .......................................................7

      8.  Affiliates ............................................................................................................7

   B.  Historical Background and Events Leading to Bankruptcy Filing ...............................7

      1.  The Cathay Loan .................................................................................................7

      2.  Events Leading to Bankruptcy. ...........................................................................8

   C.  Significant Post-Petition Activity in the Chapter 11 Cases .......................................10

**ARTICLE III. FINANCIAL INFORMATION** ............................................................**12**

   A.  Debtors' Assets and Liabilities .................................................................................12

      1.  Whittier .............................................................................................................12

      2.  Salacia ..............................................................................................................14

      3.  MFI Inc. ............................................................................................................16

      4.  MFI LLC ...........................................................................................................17

      5.  Silver Wave ......................................................................................................18

      6.  Modys ...............................................................................................................19

      7.  Intercompany Transfers ....................................................................................20

   B.  The Debtor's Financial Statements ...........................................................................20

   C.  Source of Financial Information ................................................................................20

**ARTICLE IV. SUMMARY OF PROPOSED PLAN OF REORGANIZATION** ..........**20**

   A.  Classification of Claims and Interests .......................................................................20

      1.  Unclassified Claims ..........................................................................................20

      2.  Classified Claims and Equity Interests .............................................................21

   B.  Explanation of Impaired and Unimpaired Claims ......................................................21

   C.  Treatment of Classified Claims and Equity Interests, and Means for Implementation. ...........22

**ARTICLE V. FEASIBILITY AND PAYMENT OF PROFESSIONALS** ......................**23**

   A.  Feasibility ................................................................................................................23

   B.  Payment of Professionals .........................................................................................24

**ARTICLE VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** .................**24**

**ARTICLE VII. TAX CONSEQUENCES** .......................................................................**24**

**ARTICLE VIII. LIQUIDATION ANALYSIS** ...............................................................**25**

   A.  Whittier ...................................................................................................................26

   B.  Salacia .....................................................................................................................27

   C.  Modys ......................................................................................................................27

   D.  Silver Wave .............................................................................................................28

   E.  MFI LLC and MFI Inc. ............................................................................................28

   A.  Voting Procedures ....................................................................................................29

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

B.   Hearing on Confirmation ........................................................................29
C.   Treatment of Dissenting Classes of Creditors .........................................29
D.   Effect of Confirmation of the Plan..........................................................30
E.   Consequences of the Failure to Confirm the Plan ...................................30

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

IMPORTANT:  THIS DISCLOSURE STATEMENT CONTAINS INFORMATION RELATED TO THE JOINT PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS:

PLEASE READ THIS DOCUMENT WITH CARE.  THIS DOCUMENT SUMMARIZES THE TERMS OF THE DEBTORS' PROPOSED JOINT PLAN OF REORGANIZATION.  THE DEBTORS MAY CONTINUE TO NEGOTIATE PAYMENT TERMS WITH THEIR CREDITORS, AND THE SPECIFIC TREATMENT OF CLAIMS MAY CHANGE AS A RESULT, BUT THE PAYMENT TERMS WHICH THE DEBTORS WILL ASK THE COURT TO APPROVE WILL NOT BE LESS FAVORABLE THAN THOSE DESCRIBED HEREIN.

TO ALL PARTIES IN INTEREST:

On August 19, 2024 (the "Petition Date"), the Debtors each filed a petition commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq*. (the Bankruptcy Code") in the above-captioned court (the "Bankruptcy Court" or the "Court").  The Debtors are managing their affairs as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.  No trustee has been appointed in the Chapter 11 Cases.  The Chapter 11 Cases remain pending before the Bankruptcy Court.

This Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization (the "Disclosure Statement") contains information with respect to Debtors' Joint Plan of Reorganization (the "Plan").  Pursuant to § 1125 of the Bankruptcy Code, this Disclosure Statement is being distributed to you along with a copy of the proposed Plan to allow you to make an informed decision in exercising your right to accept or reject the proposed Plan.  This Disclosure Statement has been approved by order of the Court pursuant to § 1125 of the Bankruptcy Code as containing information of a kind, and in sufficient detail, as far as is reasonably practicable under the circumstances, that would enable a hypothetical reasonable investor to make an informed judgment about the Plan.  In the event of inconsistencies between the Plan and the Disclosure Statement, however, the terms of the Plan shall control.  The Court's approval of this Disclosure Statement does not constitute an endorsement of the proposed Plan by the Court.

THE ONLY REPRESENTATIONS THAT ARE AUTHORIZED OR THAT MAY BE MADE CONCERNING THE DEBTORS, THE VALUE OF ASSETS, OR THE PLAN ARE CONTAINED IN THIS DISCLOSURE STATEMENT.  ANY FINANCIAL INFORMATION CONTAINED HEREIN OR INCORPORATED BY REFERENCE HAS BEEN PREPARED BY THE DEBTORS' MANAGEMENT AND PROFESSIONAL ADVISORS AND IS EFFECTIVE AS OF THE DATE HEREOF UNLESS OTHERWISE SPECIFIED.  THE READER SHOULD NOT INFER OR ASSUME THAT THERE HAVE BEEN NO CHANGES IN THE FACTS SET FORTH HEREIN SINCE THE DATE HEREOF.

FINANCIAL INFORMATION, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, IS NECESSARILY BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS THAT, ALTHOUGH CONSIDERED REASONABLE AND PRUDENT BY THE DEBTORS' MANAGEMENT, MAY NOT BE REALIZED AND WILL REMAIN SUBJECT TO INHERENT

SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

UNCERTAINTIES.  THE FINANCIAL INFORMATION HAS NOT BEEN SUBJECTED TO AN AUDIT AND FOR THAT REASON THE DEBTORS ARE UNABLE TO WARRANT OR REPRESENT THAT THE INFORMATION CONTAINED IN THIS DISCLOSURE STATEMENT IS WITHOUT INACCURACY.  HOWEVER, GREAT EFFORT HAS BEEN MADE TO ENSURE THAT ALL SUCH INFORMATION IS FAIRLY REPRESENTED.

The Plan provides for full payment of all creditors from the liquidation of certain assets and the proceeds of a refinance of the existing secured financing or a sale of additional assets, all within a relatively short period of time.  The Debtors urge you to accept the proposed Plan and to promptly return your completed ballot to enable your vote to be counted.

## ARTICLE I.
## DEFINITIONS

Capitalized terms used in this Disclosure Statement not specifically defined herein or in the Bankruptcy Code shall be defined as set forth in the Plan that accompanies this Disclosure Statement. In particular, certain capitalized terms shall have the meanings ascribed for such terms in Section II of the Plan.

## ARTICLE II.
## BACKGROUND INFORMATION

**A.**     **Overview of the Debtors**

The Debtors consist of six distinct entities, each with a distinct purpose, that collectively focused on wild-caught seafood fishing, processing, and distribution.

**1.**     **Whittier**

Whittier is an Alaska limited liability company that owns and previously operated a pink chum, sockeye, silver, and king salmon processing facility (the "Whittier Facility") in Whittier, Alaska near the Prince William Sound. The Whittier Facility operated for 22 years, and has been under Whittier's control and ownership from 2017 to 2023. Whittier historically had two year-round employees and approximately 290 seasonal employees. In addition to the processing plant, Whittier also owns adjacent condominiums and other employee housing where seasonal employees reside during their employment from May to September each year. In 2023, Whittier generated $16 million in revenue.

Whittier did not operate the Whittier Facility for the 2024 season due to a downturn in the salmon fishing industry.  Whittier presently has two part-time employees maintaining the plant.

**2.**     **MFI Inc.**

SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION – Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

Founded in 1999[2] and headquartered in Bellevue, Washington, MFI Inc., a Nevada corporation, was an international crab processer and distributer, with a focus on king and deepwater crab. MFI Inc. focused its operations on importing king and deepwater crab from Russian waters. MFI Inc. has sold and distributed its packaged products worldwide, with the majority of its products shipping to the United States, Japan, Korea and China. Historically, MFI Inc. operated eight vessels and a processing facility with 10 year-round employees, some of which also provided services to Modys. In 2023, MFI, Inc. generated $28 million in revenue.

As detailed below, world events over which the Debtors had no influence caused MFI Inc.'s source for product to be eliminated and MFI Inc. is not presently operational and has no employees.

**3.      Salacia**

Salacia, a Washington limited liability company, owns the Salacia Plant, which (when completed) will be a multi-food processing plant and cold storage facility located in Marysville, Washington. The Salacia Plant is approximately 70% completed, with construction paused since August 2024. Once complete, the Salacia Plant will boast 99,000 SF of usable space with a production capacity of 500,000 pounds per day and cold storage capacity of 6 million pounds of finished product, as well as dry storage, shipping, and office space. Salacia intends that the completed facility will ultimately operate several lines simultaneously and feature robotics and automated conveyor systems that will offer significant efficiency gains compared to manually operated warehouses. Salacia has one employee maintaining the plant pending further proceedings.

**4.      MFI LLC**

MFI LLC is a Washington limited liability company that provides payroll and management services to the other Debtors and has three part-time employees.   Other than minor office equipment, MFI LLC has no assets and produces no revenue.

**5.      Modys**

Modys is a Washington limited liability company that owns the Modys Building, located at 3 Lake Bellevue Dr., Bellevue Washington. Its sole revenue is monthly rental income from the office lease, which it utilizes to service monthly mortgage payments.  Modys has no other assets and has no employees.

**6.      Silver Wave**

Silver Wave is a Washington limited liability company that owns two tender vessels (the ESTHER POINT and the LADY ANGELA) and a barge (the PORTAGE BAY), each of which Silver Wave previously chartered to Whittier for delivering fish from catcher vessels to the Whittier Facility.

---

[2] From 1999 to 2002, MFI Inc operated as MFI LLC.  In 2003, MFI Inc. was formed as a Nevada corporation.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 6

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

Cathay Bank holds a ship's mortgage encumbering the PORTAGE BAY.  Silver Wave does not have any employees. Silver Wave's Vessels have been docked since October 2023. Silver Wave is maintaining the vessels and their insurance while docked.  Vessels ESTHER POINT and LADY ANGELA have been listed for sale through Dock Street Brokers since December 2023. All three Vessels are also being offered for sale in connection with the marketing of the Whittier assets.

### 7.    Ownership and Management of the Debtors

Attached as Exhibit A is a chart depicting the Debtors' ownership structure.  As can be seen, MFI Inc, Modys and Salacia are each wholly owned by North Star Capital Solutions, LLC. Aleksey Kozlov is the trustee and beneficiary of Chatsworth Venture Fund, which owns Worldwide Food Solutions, LLC, which owns North Star Capital Solutions, LLC. Irina Kozlova is the trustee and beneficiary of TrustYou Venture Fund, which owns Portage Bay Ventures, LLC, which wholly owns Silver Wave, LLC. MFI LLC and Whittier are owned by North Star Capital Solutions (90%) and Portage Bay Ventures, LLC (10%).

The following are the officers and managers of the reorganized Debtors:

Aleksey Kozlov, authorized agent for the Debtors.. Prior to the Petition Date, Mr. Kozlov was compensated with owner draws of $30,000 per month. Mr. Kozlov is the indirect owner of each of MFI Inc., MFI LLC, Salacia, Whittier, and Modys.  Mr. Kozlov personally guaranteed the Cathay Bank loans.   Mr. Kozlov is also a debtor in possession in his own chapter 11 bankruptcy case pending before this Court, Case No. 24-00148.

Irina Kozlova, indirect owner of Silver Wave. Ms. Kozlova is married to Mr. Kozlov. Prior to the Petition Date, Ms. Kozlova performed various services for the Debtors and earned a salary of $75,000 annually. Ms. Kozlova no longer receives a salary or compensation.  Ms. Kozlova is not a guarantor of the Cathay Bank loans nor is she a debtor in a bankruptcy case.

### 8.    Affiliates

Each Debtor is an affiliate of the other Debtors. In addition, JSC Tefida ("Tefida"), a Russian crab fishing company, was an affiliate of the Debtor. As discussed below, Tefida is no longer in the control of Mr. Kozlov and is now controlled by the Russian government.

## B.    Historical Background and Events Leading to Bankruptcy Filing

### 1.    The Cathay Bank Loan

On February 22, 2023, MFI Inc. executed the Cathay Loan Documents in favor of Cathay Bank, which included the Tranche A Promissory Note (the "Tranche A Note") in the maximum principal amount of $25,000,000 (the "Tranche A Loan"), a Tranche B Promissory Note (the "Tranche B Note") in the maximum principal amount of $23,000,000 (the "Tranche B Loan"), and Tranche C Promissory Note (the "Tranche C Note") in the maximum principal amount of $5,000,000 (the "Tranche C Loan", and collectively with the Tranche A and Tranche B Loans, the "Cathay

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 7

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Loan"). Each of the remaining Debtors and Aleksey Kozlov, individually and as trustee of the Chatsworth Venture Trust, dated September 23, 2022, guaranteed the Loans.

The proceeds of the Tranche A Loan were to be used for the completion of construction of the Salacia Plant. The proceeds of the Tranche B Loan were to be used to finance the purchase of processing equipment and other capital assets that would be installed in the Salacia Plant. The proceeds of the Tranche A, B, and C Loans were used to refinance existing debt, with the additional intended purpose of providing working capital to the Debtors, and for any other general corporate purpose of the Debtors.

The Cathay Loans are secured by (1) a first priority security interest in the Debtors' accounts, general intangibles, letters of credit and letter of credit rights, inventory, equipment, books and records, investment property, deposit accounts, and commercial tort claims as evidenced by UCC - 1 Financing Statements filed against each Debtor in their respective states of record; (2) a lien on the real property and improvements comprising the Salacia Plant, together with rents, profits, and income derived from the property and personal property related the real property as evidenced by the February 22, 2023 Deed of Trust, Assignment of Rents, Fixture Filing and Security Agreement, duly recorded in Snohomish County on February 27, 2023 as document no. 202302270274; and (3) a first position lien granted by Silver Wave in the vessel Portage Bay, O/N 550249 as evidenced by the Preferred Mortgage dated July 25, 2023 (collectively, the "Collateral" and along with the Loan Agreement, the Notes and all other documents evidencing and governing the Loans, the "Cathay Bank Loan Documents").

As of July 31, 2024, Cathy Bank alleges it advanced $19,326,374.20 under the Loan,[3] and it is owed accrued and unpaid interest in the amount of $872,637.11, plus attorneys' fees, costs, and expenses.

**2.      Events Leading to Bankruptcy.**

In 2022 and 2023, the Debtors collectively generated annual gross revenues exceeding $39 million and $41 million, respectively. The Debtors expected to maintain that revenue level going forward to assist in the completion of the Salacia Plant, and exceed their historic income levels following its completion. However, for reasons outside of their control, the Debtors were unable to sustain their operations and income levels, and ceased operations prior to the Petition Date.

**a.      *Sharp Decline in Salmon Prices***

The well-documented downturn in the Alaska salmon and crab fisheries over the last several years created challenges for the entire fishing and crabbing industry and related service providers. Over the last several seasons, salmon and crab populations have declined, and the quotas for the

---

[3] Tranche A, B, and C Loans have the following alleged principal balances of: $10,706,467.17, $4,096,436.54, and $4,523,472.49, respectively according to Cathay Bank.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 8

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

species were accordingly slashed. Although the Debtors do not distribute Alaska-sourced crab, the context is relevant to the crab industry as a whole.

The salmon market has historically experienced price fluctuations with lows and highs rotating over a five-to-seven-year cycle. In 2022, salmon prices dropped dramatically and continued to drop further in 2023, where they remain today. Whittier operated the Whitter Facility in 2022 and sustained $2 million in losses. In 2023, Whittier fared worse with $7 million in losses. When the salmon season ended in August 2023 and the final salmon were processed, the Whittier Facility ceased operations and did not reopen for the 2024 season.

### b.    The Effects of the Ukraine War on King and Deepwater Crab Imports

Approximately 95% of king and deepwater crab is harvested from Russian waters, and MFI, Inc imported the majority of its crab from Tefida, a king and deepwater crab fisher and supplier headquartered in Vladivostok, Russia. Mr. Kozlov was the 100% owner of Tefida.

In 2022, following the Russian invasion of Ukraine, the United States and the European Union ("EU") implemented broad sanctions focused on isolating Russia from the global financial system, which included an embargo on Russian crab and fish. The embargo suddenly rendered MFI Inc. unable to import its primary product.

Of equal detriment to MFI Inc., buyers became increasingly unwilling to purchase products that originated from Russia. As a result, the value of MFI Inc.'s existing inventory was immediately devalued. Eventually MFI Inc. was forced to lower prices for its king and deepwater crab inventory, and it has sold all of its inventory. MFI Inc. has suspended further acquisition of king and deepwater crab inventory and is not operational today.

In response to the sanctions imposed on Russia by the US and the EU, Russia retaliated against Russian businesses with American connections. In June 2023, Russia revoked all of Tefida's fishing licenses. Tefida could no longer operate even for sale in non-US and EU markets, and became unable to repay MFI Inc. for a series of loans related to Tefida's fishing vessels (as discussed below).

Worse still, in the second quarter of 2024 the Russian government confiscated the stock of Tefida for the benefit of the state and now controls the company.

### c.    The Tefida Loans

In 2020 and 2021, MFI Inc. loaned Tefida approximately $10 million (the "Tefida Loans"), documented by eleven non-interest-bearing promissory notes, which Tefida used to purchase three vessels. Tefida also utilized the loan proceeds to convert tuna vessels to crab fishing and processing vessels. The Tefida Loans were to be repaid to MFI Inc. with periodic payments in addition to an arrangement whereby Tefida would supply to MFI Inc. king crab in exchange for credit on the balances due under the Tefida Loans.  Each Tefida Loan was to be paid in full upon the sale of the related vessel. MFI Inc.'s balance sheet for the year ending 2022 shows Tefida had reduced the Tefida Loan balances from $10.1 million to approximately $8.1 million.

SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION – Page 9

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

The current balance on the Tefida Loans is $6.3 million. Because Tefida has no assets and is no longer able to operate following the Russian government's seizure, the Debtors do not expect to collect the remaining balance.

### d.  *Default on Cathay Loans*

In May 2023, citing alleged non-payment defaults as to various Cathay Loan covenants, Cathay Bank stopped disbursements under the Loans.  Nevertheless, the Debtors continued to make interest payments on the Tranche A, B and C Loan through May 2024. In April 2024, the Debtors began making payments due under the Tranche B Loan. Again, citing defaults in various Loan covenants, Cathay Bank eventually accelerated the maturity date of the Cathay Loan and demanded the Debtors pay the Cathay Loan in full by June 18, 2024.

When the Debtors were unable to pay the accelerated Loan in full by the demand date, Cathay Bank initiated an action in the Superior Court of Washington for King County ("Superior Court") styled *Cathay Bank v. Marine Fishing International, et al.*, case no. 24-2-17856-2-SEA (the "Receivership Action") in which it moved for appointment of a general receiver over all of the Debtors' assets. The Debtors filed these cases to stay the Receivership Action.

### e.  *Tesla Electric Action*

Finally, on July 8, 2024, Tesla Electric, LLC, the holder of a labor and/or materials lien recorded against the Salacia Plant related to unpaid construction invoices, initiated a judicial foreclosure action in the Superior Court of Washington for Snohomish County in the case styled *Tesla Electric, LLC v. Salacia, LLC, et al*, case no. 24-2-05206-3 (the "Foreclosure Action").

The Debtors filed these cases on August 19, 2024, primarily to restructure their secured obligations owed to Cathay Bank, as well as other liabilities to third-party creditors, in order to pay all creditors and full.

## C.  **Significant Post-Petition Activity in the Chapter 11 Cases**

**1.  Debtors-in-Possession.**  The Debtors are managing their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed to serve in this reorganization case.

**2.  Adequate Assurances to Utilities.**  On August 23, 2024, the court entered an order approving the Debtors' proposed adequate protection to utility providers (the "Utilities Order").  Docket No. 44.  After notice to utility providers and receiving no responses, the Utilities Order became final on September 23, 2024.

**3.  Use of Prepetition Cash Management Systems and Bank Accounts.**  On August 23, 2024, the court entered an order approving the Debtors' continued use of prepetition cash management systems and bank accounts.  Dkt. No. 43.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 10

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

**4.      Employment of Professionals.**

On October 2, 2024, the Court entered an order authorizing the employment of Kidder Mathews as Appraiser for the Salacia Plant and equipment. Dkt No. 144.

The Debtors have submitted applications to employ (1) Bush Kornfeld LLP ("Bush Kornfeld") as bankruptcy counsel for the Debtors; (2) Hilco Corporate Finance ("Hilco") as Investment Banker to MFI Inc, Salacia, Whittier, and Silver Wave; and (3) Dock Street Brokers ("Dock Street") as vessel broker for Silver Wave. Each of the applications are pending.

**5.      Approval of Debtor's Use of Cash Collateral.**  On October 21, 2024, following the entry of numerous interim orders, the Court entered an order granting final approval of the use of cash collateral and granting of adequate protection, subject to termination on the bases set forth in the order.  Dkt. No. 167.

**6.      Claims Bar Date.**  December 24, 2024 is the last day for the filing of proofs of claim by non-governmental creditors, and February 17, 2025 (180 days from the Petition Date), for governmental creditors (in both cases, the "Claims Bar Date").  Pursuant to Bankruptcy Code § 1111(a) and Bankruptcy Rule 3003(b)(1), every creditor whose Claim is listed in the Schedules as disputed, contingent or unliquidated was required to file a Proof of Claim by the Claims Bar Date.

**7.      Harris Pacific Motion for Relief From Stay.**  Harris Pacific Northwest, LLC ("Harris Pacific"), is a mechanical contractor that Salacia engaged in connection with construction of the Salacia Plant.  Harris Pacific recorded a Claim of Lien on June 11, 2024 pursuant to RCW 60.04 and in the principal amount of $3,008,623.29 plus contractual interest accruing of 12% per annum on each invoice not paid within thirty days of billing, lien fees, and attorneys' fees and costs.  State law (RCW 60.04.141) requires that lien claimants commence a lien foreclosure action within eight months of the recording of the Claim of Lien.  On September 25, 2024, Harris Pacific filed a motion for limited relief from the automatic stay solely for purposes of commencing (but not pursuing) a lien foreclosure action so it could preserve its rights as a lien creditor.  On October 22, 2024, the Court granted the motion.  Dkt No. 174.  On December 26, 2024, Harris Pacific filed its Answer, Affirmative Defenses, Counterclaim Cross-Complaint and Complaint-In-Intervention and subsequently served the same, thereby preserving Harris Pacific's rights as a lien holder pursuant to RCW 60.04.141.

**8.      Debtors File Initial Plan.**  On November 18, 2024, the Debtors filed their initial plan and disclosure statement, *Debtors' Joint Plan of Reorganization* [Docket No. 199] (the "Initial Plan") and *Joint Disclosure Statement for Debtors' Joint Plan of Reorganization* [Docket No. 198].

**9.      Cathay Bank's Motion for Relief From Stay.**  On November 26, 2024, Cathay Bank filed *Cathay Bank's Motion for Relief From Stay Pursuant to 11 U.S.C. § 362(d)(3)* [Docket No. 208], contending that it was entitled to relief from the automatic stay on the basis that the Initial Plan did not have "a reasonable possibility of being confirmed within a reasonable time."  On January 7, 2025, the Court held a hearing on the motion and, by order entered January 8, 2025, the motion was denied without prejudice.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 11

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

**10.** **Settlement Conference and Plan Support Agreement.** At the Debtors' request, on January 21, 2025, the Court entered its *Order (1) Appointing Settlement Judge, (2) Setting Settlement Conference, and (3) Setting Status Conference* [Docket No. 263], which appointed Judge Trish Brown as settlement judge and directed the parties to appear in person for a settlement conference on February 12, 2025. After an all-day conference and significant discussions thereafter, the Debtors, Cathay Bank and Cathay Holdings entered into a settlement term sheet and, thereafter, a Plan Support Agreement that governs the treatment of Cathay Bank and Cathay Holdings under the Plan and avoids the significant expense and delay that would arise from a contested plan confirmation process.

### ARTICLE III.
### FINANCIAL INFORMATION

**A.** **Debtors' Assets and Liabilities**

The Debtors' bankruptcy Schedules A/B and D/E/F[4] reflect that, as of the Petition Date, the Debtor had the following assets and liabilities:

**1.** **Whittier**

a. <u>Assets</u>

(1) *Real Property*. The Schedules reflect real property and improvements comprising the Whittier Facility[5] and Whittier Employee Housing, with a value of $17,656,328.00, comprised of non-plant real property and improvements with a stated value of $10,328,164 and plant real property and improvements with a stated value of $7,328,164. None of these assets has been appraised recently; the values are management's estimates as of the Petition Date. As indicated below, market conditions have led to a salable value materially less than the stated values.

(2) *Cash, Receivables and Deposits*. The Schedules reflect that, as of the Petition Date, Whittier had cash, deposits, prepayments and accounts receivable totaling about $870,000, of which $774,200 was cash in various bank accounts. Since the Petition Date, cash has been substantially depleted in payment of the costs of maintaining assets and administering the Bankruptcy Case.

(3) *Furniture, Fixtures and Equipment.* The bankruptcy schedules reflect software and hardware, with a depreciated cost value of $58,303.00. None of these assets has been appraised. The fair market value may be less than the stated values.

---

[4] The Schedules and SOFA for each Debtor are on file in their respective bankruptcy cases.

[5] Whittier does not own 100% of the land upon which the Whittier Facility sits. Whittier leases a portion of the real property from Alaska Railroad Corporation pursuant to the terms of the Whittier Ground Lease.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 12

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

(4)    *Machinery, Equipment, and Vehicles.* The schedules reflect numerous vehicles, with a stated aggregate depreciated cost value of $446,144.00, and production equipment with a stated aggregate book value of $6,397,528.  None of these assets has been appraised recently; the values are the depreciated cost values as reflected in the Debtor's books and records as of the Petition Date.  The fair market value may be less than the stated values.

(5)    *Pending Litigation*.  The SOFA reflects the following actions were pending on the Petition Date:

| Case Title and Number | Jurisdiction | Nature of the Case |
|---|---|---|
| *Cathay Bank v. Marine Fishing International, Inc. et al.* 24-2-17856-2 SEA | King County Superior Court 516 Third Avenue Seattle, WA 98104 | Receivership Action |
| *Pacific Power Group v. Marine Fishing International, Inc. and Whittier Seafoods, LLC* 24-2-16184-8 SEA | King County Superior Court 516 Third Avenue Seattle, WA 98104 | Collections |
| *Sahaniuk v. Whittier Seafood, LLC* 3AN-23-09747CI | Third Judicial District Court- Anchorage 825 W. 4th Ave. Anchorage, AK 99501 | Personal Injury |

Each of the above-referenced actions were stayed upon the commencement of the Chapter 11 Cases but remains pending.

(6)    *Avoidance Claims*.  As defined in the Plan, an Avoidance Claim is "Any Claim or cause of action of the Estate arising out of or maintainable pursuant to Chapter V of the Bankruptcy Code or under any other similar applicable law."  Generally, Avoidance Claims are comprised of (i) actions to avoid and recover preferential transfers pursuant to §§ 547 and 550 of the Bankruptcy Code; (ii) actions to avoid and recover fraudulent transfers pursuant to §§ 548 and 550 of the Bankruptcy Code or under applicable non-bankruptcy law pursuant to §§ 544 and 550 of the Bankruptcy Code; or (iii) certain unauthorized transactions of the Debtor following the Petition Date pursuant to §§ 549 and 550 of the Bankruptcy Code.

Whittier listed in the SOFA various payments that it made to insiders and non-insiders, including the Intercompany Transfers, during the ninety-day and one-year periods prior to the Petition Date.  *See* Docket No. 61 at 2.  At this time, the Debtors do not believe any of these payments qualify as actionable Avoidance Claims and, as detailed in the Plan, the Debtors will not be pursuing any Avoidance Claims following Confirmation.

b.    Liabilities

SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION – Page 13

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

(1)   *Secured Claims*.  Two entities filed Proofs of Claim: Ferguson Enterprises in the amount of $5,542.44, which is fully secured; and Cathay Bank in the amount of $20,489,919.07.  As of the Petition Date, Cathay Bank held a lien on Whittier's equipment assets and its claim would be a Secured Claim to the extent of the value of the equipment assets.  Following the Petition Date, Cathay Bank was also granted an adequate protection lien against the Whittier real property in the amount of $1,865,000, which is in addition to its claim secured by the Whittier equipment.

(2)   *Priority Unsecured Claims.*  The Schedules reflect no priority unsecured claims.[6]

(3)   *Non-Priority General Unsecured Claims*.  As set forth in <u>Exhibit B</u>, general unsecured claims as of the Petition Date totaled $2,634,527.96, using the greater of the scheduled amount or as reflected in a Proof of Claim, excluding the claims for Intercompany Transfers, which are addressed in section III(A)(7) below (Intercompany Transfers).

**2.**   **Salacia**

a.   <u>Assets</u>

(1)   *Real Property and Equipment*.  On December 9, 2024, Kidder Mathews completed an appraisal of the real property and improvements comprising the Salacia Plant, which states an as-is value of $37,000,000 and an as-completed and stabilized value of $61,000,000.  In addition, on December 2, 2024, James G. Murphy Co. completed an appraisal of the equipment assets located at the Salacia Plant, including various vehicles, and concluded that the fair market value of such assets totals $11,097,800.

Cathay Bank recently engaged CBRE to prepare an appraisal of the real property and improvements comprising the Salacia Plant, which (as of December 9, 2024) states an as-is value of $20,400,000, an as-completed value of $46,000,000 and an as-stabilized value of $51,400,000.  The Debtors do not believe that Cathay had an appraisal performed of the Salacia equipment assets.

(2)   *Cash, Receivables and Deposits*.  The schedules reflect the following cash assets as of the Petition Date:

| | |
|---|---|
| Cash and Funds in Various Accounts | $12,311.84 |
| Prepaid construction and equipment | $15,891,381.00 |
| **Total** | **$15,903,692.80** |

---

[6] The City of Whittier filed a priority unsecured claim (Claim 17) for post-petition water and sewer charges. The Plan makes no provision for payment of this claim because it is a post-petition claim. The Kenai Peninsula Borough filed two priority unsecured claims (Claims 11 and 12). The Debtors have paid these claims, and therefore, the Plan makes no provision for the payment of Claims 11 and 12.

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

(3)    *Pending Litigation*.  The SOFA reflects the following actions were pending on the Petition Date:

| Case Title and Number | Jurisdiction | Nature of the Case |
|---|---|---|
| *Cathay Bank v. Marine Fishing International, Inc. et al*. 24-2-17856-2 SEA | King County Superior Court 516 Third Avenue Seattle, WA 98104 | The Receivership Action |
| *Tesla Electric LLC v. Salacia LLC et al*. 24-2-05206-31 | Snohomish County Superior Cour 3000 Rockefeller Ave. #502 Everett, WA 98201 | The Foreclosure Action |
| *Mastercraft Electric Inc. v. Salacia LLC* (Summons and complaint served, but case not filed) | Snohomish County Superior Cour 3000 Rockefeller Ave. #502 Everett, WA 98201 | Collections |

Each of the above referenced actions were stayed upon the commencement of the Chapter 11 Cases but remains pending, with the exception of the *Mastercraft Electric Inc.* action, which was not filed as of the Petition Date.

(4)    *Avoidance Claims*.  Salacia listed in the SOFA various payments that it made to insiders and non-insiders, including the Intercompany Transfers, during the ninety-day and one-year periods prior to the Petition Date.  *See* Salacia Docket No. 16 at 1-2.  At this time, the Debtors do not believe any of these payments qualify as actionable Avoidance Claims and, as detailed in the Plan, the Debtors will not be pursuing any Avoidance Claims following Confirmation.

b.    Liabilities

(1)    *Scheduled Secured Claims*.  Proofs of claim that have been filed reflect total Secured Claims in the amount of $24,237,906,  which is comprised of Cathay Bank and three holders of asserted mechanic's liens encumbering the Salacia Plant (Harris Pacific and Mastercraft Electric)  Cathay Bank holds a security interest in both the real property comprising the Salacia Plant and the equipment located at the Salacia Plant, which have a combined appraised value of approximately $48,000,000.  Harris Pacific contends that it is owed $3,008,623.29 in principal as of the Petition Date with continuing contractual interest accruing of 12% per annum on each invoice not paid within thirty days of billing, plus lien fees, and attorneys' fees and costs, and that such amount is secured by a statutory lien against the Salacia Plant based on the recording of a Claim of Lien on June 11, 2024, pursuant to RCW 60.04

SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION – Page 15

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

The Debtors also understand that Tesla Electric asserts a Secured Claim based on a recorded mechanic's lien.  On January 21, 2025, Tesla Electric filed a proof of claim alleging an amount owed of $303,369.87.  The Claims Bar Date was December 24, 2024, so the Proof of Claim was untimely filed.

(2)    *Priority Unsecured Claims.*  The Schedules reflect no priority unsecured claims.

(3)    *Non-Priority General Unsecured Claims*.  As set forth in <u>Exhibit C</u>, general unsecured claims as of the Petition Date totaled $4,138,230.37 using the greater of the scheduled amount or as reflected in a Proof of Claim excluding the claims for Intercompany Transfers, which are addressed in section III(A)(7) below (Intercompany Transfers).

**3.    MFI Inc.**

a.    <u>Assets</u>

(1)    *Cash, Receivables and Deposits*.  The schedules reflect that, as of the Petition Date, MFI Inc. had cash, deposits, prepayments and accounts receivable totaling about $916,000, of which $501,880 was cash in various bank accounts.  Since the Petition Date, cash has been substantially depleted in payment of the costs of maintaining assets and administering the Bankruptcy Case.

(2)    *Intercompany Transfers*. The schedules reflect a total amount owed to MFI Inc. by Whittier, MFI, LLC, Silver Wave, and Salacia in the aggregate amount of $91,763,237.07. The Intercompany Transfers are addressed in section III(A)(7) below.

(3)    *Pending Litigation*.  The SOFA reflects the following actions were pending on the Petition Date:

| Case Title and Number | Jurisdiction | Nature of the Case |
|---|---|---|
| *Cathay Bank v. Marine Fishing International, Inc. et al*. 24-2-17856-2 SEA | King County Superior Court 516 Third Avenue Seattle, WA 98104 | The Receivership Action |
| *Pacific Power Group v. Marine Fishing International, Inc. and Whittier Seafoods, LLC* 24-2-16184-8 SEA | King County Superior Court 516 Third Avenue Seattle, WA 98104 | Collections |

Each of the above referenced actions were stayed upon the commencement of the Chapter 11 Cases but remains pending.

(4)    *Avoidance Claims*.  MFI Inc. listed in the SOFA various payments that it made to insiders and non-insiders, including the Intercompany Transfers, during the ninety-day and one-year periods prior to the Petition Date.  *See* MFI Inc. Docket No. 17 at 2-3.  At this time, the

SECOND AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION – Page 16

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

Debtors do not believe any of these payments qualify as actionable Avoidance Claims and, as detailed in the Plan, the Debtors will not be pursuing any Avoidance Claims following Confirmation.

      b.   <u>Liabilities</u>

      (1)   *Scheduled Secured Claims*.  The Schedules reflect Secured Claims in the amount of $19,326,374.20.   However, there are no assets of MFI Inc. securing the Cathay Bank claim.

      (2)   *Priority Unsecured Claims.*  The IRS filed a proof of claim asserting a priority claim in the amount of $4,754.56, which shall be paid as a Priority Tax Claim pursuant to the Plan. There are no other priority unsecured claims.

      (3)   *Non-Priority General Unsecured Claims*.  As set forth in <u>Exhibit D</u>, general unsecured claims as of the Petition Date totaled $243,430.10 using the greater of the scheduled amount or as reflected in a Proof of Claim, excluding the claims for Intercompany Transfers, which are addressed in section III(A)(7) below (Intercompany Transfers).

## 4.   **MFI LLC**

      a.   <u>Assets</u>

      (1)   *Leasehold Interests*.  The schedules reflect a leasehold interest in the Modys Building with a book value of $246,029.41.  The Debtors do not believe the leasehold interest has any realizable value.

      (2)   *Cash, Receivables and Deposits*.  The schedules reflect that, as of the Petition Date, Whittier had cash, deposits, prepayments and accounts receivable totaling about $870,000, of which $774,200 was cash in various bank accounts.  Since the Petition Date and as detailed below, cash has been substantially depleted in payment of the costs of maintaining assets and administering the Bankruptcy Case.

      (3)   *Furniture, Fixtures and Equipment.*  The bankruptcy schedules reflect office equipment with a depreciated cost value of $22,995.06.  The fair market value is likely less than the stated values.

      (4)   *Pending Litigation*.  The SOFA reflects the Receivership Action was the only pending litigation on the Petition Date. The Receivership Action was stayed upon the commencement of the Chapter 11 Cases but remains pending.

      (5)   *Avoidance Claims*.  MFI LLC listed in the SOFA various payments that it made to insiders and non-insiders, including the Intercompany Transfers, during the ninety-day and one-year periods prior to the Petition Date.  *See* MFI LLC Docket No. 15 at 2-3.  At this time, the Debtors do not believe any of these payments qualify as actionable Avoidance Claims and, as detailed in the Plan, the Debtors will not be pursuing any Avoidance Claims following Confirmation.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 17

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

b.    Liabilities

(1)    *Scheduled Secured Claims*.  The Schedules reflect Secured Claims in the amount of $19,326,374.20, consisting solely of the Cathay Bank's claim.  However, there are no assets of MFI LLC securing the Cathay Bank claim.

(2)    *Priority Unsecured Claims.*  The Schedules reflect no priority unsecured claims.

(3)    *Non-Priority General Unsecured Claims*.  As set forth in Exhibit E, general unsecured claims as of the Petition Date totaled $16,905 using the greater of the scheduled amount or as reflected in a Proof of Claim, excluding the claims for Intercompany Transfers, which are addressed in section III(A)(7) below (Intercompany Transfers). Oracle Credit Corporation & Oracle America, Inc. filed a proof of claim in the amount of $149,558.80 (Claim 2). The claim is based on amounts due post-petition. The Plan makes no provision for the payment of Claim 2.

**5.    Silver Wave**

a.    Assets

(1)    *Cash, Receivables and Deposits*.  The schedules reflect cash in a checking account in the amount of $10,860.00 as of the Petition Date. The schedules reflect receivables in the amount of $1,795,597.15, some of which may be collectible.

(2)    *Vessels.*  The bankruptcy schedules reflect the three Vessels with a total scheduled value of $976,467.23.  There are no recent marine surveys or other valuations of the Vessels; the amount stated was management's estimate as of the Petition Date. The salable value of the Vessels is substantially less than the scheduled value.

(3)    *Pending Litigation*.  The SOFA reflects the Receivership Action was the only pending litigation on the Petition Date. The Receivership Action was stayed upon the commencement of the Chapter 11 Cases but remains pending.

(4)    *Avoidance Claims*.  Silver Wave listed in the SOFA various payments that it made to insiders, including the Intercompany Transfers, during the one-year period prior to the Petition Date.  *See* Silver Wave Docket No. 16 at 3.  At this time, the Debtors do not believe any of these payments qualify as actionable Avoidance Claims and, as detailed in the Plan, the Debtors will not be pursuing any Avoidance Claims following Confirmation.

b.    Liabilities

(1)    *Scheduled Secured Claims*.  The Schedules reflect Secured Claims in the amount of $19,326,374.20, consisting solely of the Cathay Bank's claim.  However, the Secured Claim is limited to the value of the Vessel it encumbers. The City of Whittier filed a secured claim in the amount of $2,973, which is secured by the LADY ANGELA.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 18

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

(2)    *Priority Unsecured Claims.*  The Schedules reflect no priority unsecured claims.

(3)    *Non-Priority General Unsecured Claims*.  Other than the claims for Intercompany Transfers, which are addressed in section III(A)(7)  below (Intercompany Transfers), the schedules do not reflect any unsecured claims. The Kenai Peninsula Borough filed two proofs of claims for personal property taxes that the Debtors have since paid. As such, the Plan makes no provision for the payment of unsecured claims owing by Silver Wave.

**6.    Modys**

a.    Assets

(1)    *Real Property*.  The schedules reflect real property and improvements comprising the Modys Building with a scheduled value of $4,000,000.  There is no recent appraisal or other valuation of the building; the amount stated is management's estimate.  There are significant vacancies in the building, so the realizable value may be less.

(2)    *Cash, Receivables and Deposits*.  The schedules reflect the following cash assets as of the Petition Date:

| | |
|---|---|
| Cash and Funds in a single Checking Account | $44,645.73 |
| Prepayments | $5,604.75 |
| **Total** | **$50,250.48** |

(3)    *Intercompany Transfers*. The schedules reflect a total amount owed to Modys by MFI Inc. and MFI, LLC in the aggregate amount of $361,544.72. The Intercompany Transfers are addressed in section III(A)(7) below.

(4)    *Pending Litigation*.  The SOFA reflects the Receivership Action was the only pending litigation on the Petition Date. The Receivership Action was stayed upon the commencement of the Chapter 11 Cases but remains pending.

(5)    *Avoidance Claims*.  Modys listed in the SOFA various payments that it made to insiders, including the Intercompany Transfers, during the one-year period prior to the Petition Date.  *See* Modys Docket No. 17 at 2.  At this time, the Debtors do not believe any of these payments qualify as actionable Avoidance Claims and, as detailed in the Plan, the Debtors will not be pursuing any Avoidance Claims following Confirmation.

b.    Liabilities

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 19

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

(1)    *Scheduled Secured Claims*.  The Schedules reflect Secured Claims in the amount of $20,069,777.26, consisting of the Cathay Bank and Pacific Premier claims.  However, only the Pacific Premier claim is a Secured Claim.

(2)    *Priority Unsecured Claims.*  The Schedules reflect no priority unsecured claims.

(3)    *Non-Priority General Unsecured Claims*.  As set forth in Exhibit F, general unsecured claims as of the Petition Date totaling $2,228.82 using the greater of the scheduled amount or as reflected in a Proof of Claim.

### 7.    Intercompany Transfers

Prior to the Petition Date, the Debtors made various advances among themselves on an as needed basis in order for each Debtor to pay its obligations and maintain operations (the "Intercompany Transfers"). Each Debtor maintained detailed ledgers of each transaction. The net result is that the Debtors collectively owe $91,533,239.88 and $361,544.72 to MFI Inc. and Modys, respectively. A summary of the pre-petition Intercompany Transfers is attached hereto as Exhibit G.

Post-petition, the Debtors continue to maintain detailed ledgers of the Intercompany Transfers, which are attached to each Debtor's Monthly Operating Reports.

The Plan provides for the payment in full to all creditors, except for the Intercompany Transfers. The Debtors have agreed to subordinate their claims, including administrative expense claims, related to any pre or post-petition Intercompany Transfer to all creditors of any Debtor.

### B.    The Debtor's Financial Statements

The Debtors' 2023 Consolidated Financial Statement is attached hereto as Exhibit H. The Debtors' Consolidated Financial Statement from January 1, 2024 through June 30, 2024 is attached hereto as Exhibit I.

### C.    Source of Financial Information

All of the above disclosed information was provided by the Debtors through their management, in house CPA, and tax preparer.

### ARTICLE IV.
### SUMMARY OF PROPOSED PLAN OF REORGANIZATION

### A.    Classification of Claims and Interests

### 1.    Unclassified Claims
Pursuant to Bankruptcy Code section 1123(a)(1), certain claims are not classified under the Plan, but are entitled to specific treatment.  Such claims are not impaired and are not entitled to vote

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 20

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

on the Plan.  Accordingly, the Debtors have not classified (i) Administrative Expense Claims, which are Allowed Claims for costs or expenses of the Chapter 11 Cases that are allowed under sections 503(b) and 507(a)(2) of the Bankruptcy Code, which will primarily be comprised of the allowed claims of Professional Persons, and amounts owed the US Trustee pursuant to 28 U.S.C. § 1930; or (ii) Priority Tax Claims, which unsecured income, employment, and other taxes described by 11 U.S.C. § 507(a)(8).  The treatment of Unclassified Claims is specified in the Plan and complies with required treatment under the Bankruptcy Code.  Nevertheless, the Holder of an Unclassified Claim is entitled to object to the Plan if such Holder contends that the Plan's treatment of such claims is inconsistent with the requirements of the Bankruptcy Code.

### 2. Classified Claims and Equity Interests

Class 1:  Secured Claim of Cathay Bank
Class 2:  Secured Claim of Harris Pacific (Salacia)
Class 3:  Secured Claim of Tesla Electric (Salacia)
Class 4: Secured Claim of Mastercraft Electric (Salacia)
Class 5:  Secured Claim of Whittier Estate (Salacia)
Class 6:  Secured Claim of Ferguson Enterprises (Whittier)
Class 7:  Secured Claim Cathay Holdings (Modys)
Class 8: Secured Claim of Spokane Stainless Technologies, Inc. (Salacia)
Class 9: Secured Claim of the City of Whittier (Silver Wave)
Class 10:  General Unsecured Claims (Whittier)
Class 11:  General Unsecured Claims (MFI Inc.)
Class 12:  General Unsecured Claims (Salacia)
Class 13:  General Unsecured Claims (Modys)
Class 14:  General Unsecured Claims (MFI LLC)
Class 15:  General Unsecured Claims (Silver Wave)
Class 16:  Intercompany Claims Owing to MFI Inc., Modys and Whittier
Class 17:  Equity Interests of Prince William Sound Ventures (Whittier)
Class 18:  Equity Interests of Prince William Sound Ventures (MFI LLC)
Class 19:  Equity Interests of North Star Capital (Modys)
Class 20:  Equity Interests of North Star Capital (Salacia)
Class 21:  Equity Interests of North Star Capital (MFI Inc.)
Class 22:  Equity Interests of Portage Bay Ventures (Silver Wave)

### B. Explanation of Impaired and Unimpaired Claims

A Class of creditors under the Plan is "Impaired" if the Plan effects any change in the legal, equitable or contractual rights of the creditors in such Class.  The members of a Class that is impaired are entitled to accept or reject the Plan.  All Classes are impaired under the Plan, and the Holders of Claims in all Classes are entitled to vote to accept or reject the Plan.

A Class of creditors is "Unimpaired" if the Plan leaves the rights of such creditors wholly unaltered.  Because of this favorable treatment, these creditors are conclusively deemed to have

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 21

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

accepted the Plan.  Accordingly, under Section 1126(f) of the Bankruptcy Code, it is not necessary to solicit acceptances from the holders of claims or interests in such classes.  No Class is Unimpaired under the Plan.

**C.    Treatment of Classified Claims and Equity Interests, and Means for Implementation.**

As detailed in the Plan, all Allowed Claims will be paid in full from a combination of the closing of the Whittier Sale, a sale of the Salacia Plant and Salacia Equipment, and a sale of the Modys Building.  The Debtors anticipate that there will be sufficient Net Proceeds to pay all Unsecured Claims and Administrative Expense Claims after payment of all Secured Claims.

The Plan is largely based upon the terms of a Plan Support Agreement that the Debtors negotiated and entered into with Cathay Bank and Cathay Holdings, and which the Court approved.  Under the Plan Support Agreement, the Post-Confirmation Debtors will, among other things, do the following:

(i) Continue to seek to close a pending sale of Whittier assets, as a culmination of marketing efforts that the Debtors began earlier.  If the pending sale closes, the proposed distribution of sale proceeds will satisfy the Class 6 claim (Ferguson Enterprises) and reduce the Class 1 claim (Cathay Bank) by approximately $4,000,000, although there will likely be no funds for distribution to Whittier unsecured creditors from this sale.  However, the pending sale does <u>not</u> include all Whittier assets, and based on expressions of interest thus far, the remaining assets may be worth an additional $2,000,000.  The Whittier unsecured creditors will also be beneficiaries of the sale of the Salacia assets, as described below.

(ii) Market and sell the Salacia assets.  Pursuant to the Plan Support Agreement, the Debtors agreed to launch a marketing and sale process for Salacia assets five (5) Business Days following execution of a term sheet that preceded the execution of the Plan Support Agreement.  If the pending sale of Whittier assets discussed above closes, the claim of Cathay Bank will be reduced to about $18 million.  As indicated above, the as-is values of the Salacia Plant and the Salacia Equipment are $37 million and $11 million, respectively.  If the Whittier sale closes, a sale of the Salacia Plant and the Salacia Equipment that yields <u>combined</u> net proceeds of only $30 million will be sufficient to fully pay the remaining balance of Class 1 (Cathay Bank); Class 2 (Harris Pacific); Class 3 (Tesla Electric); Class 4 (Mastercraft Electric); Class 5 (Whittier estate in the amount of $2,100,000); Class 8 (Spokane Stainless Technologies, Inc.; and Class 12 (Salacia general unsecured creditors).  In addition, MFI Inc. has a claim against Salacia based on inter-company loans it previously made, which would result in full payment of claims in Class 11 (MFI Inc. unsecured creditors).

(iii) Market and sell the Modys Building.  Pursuant to the Plan Support Agreement, the Debtors agreed to market and sell the Modys Building commencing not later than five (5) Business Days following the Court's approval of the Plan Support Agreement.  The Class 7 claim is secured in first position against the Modys Building, a claim that Cathay Holdings recently acquired.  Also under the Plan Support Agreement, the Debtors have agreed to provide Cathay Bank with a second-position deed of trust against the Modys Building, to provide even more collateral to secure its Class 1 Claim.  A sale of the Modys Building will satisfy the Class 7 in full.  The Debtors assume that a sale of the

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 22

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en012k

Salacia assets will close prior to a sale of the Modys Building, which will mean that the Class 1 claim will have been fully satisfied.  If not, the balance of the Net Proceeds from the sale will be distributed to the Holder of the Class 1 Claim.

In summary, if the pending sale of Whittier assets closes, and the Salacia assets sell for even 60% of their appraised value, the Debtors anticipate that there will be sufficient funds to pay all creditors in full other than Class 7, which will be paid in full from the sale of the Modys Building. Article VII.G. of the Plan provides detailed waterfalls of the distributions from the sales of the various assets.

Section VIII.I. of the Plan defines and sets forth the procedures that creditors shall follow in the event of a default under the Plan and the remedies creditors may exercise in the event a default remains uncured following the expiration of any applicable cure period.  The Holders of Equity Interests shall retain their interests following Confirmation and will continue to own, manage and operate the Debtors and their property.  YOU ARE ENCOURAGED TO REVIEW THE TREATMENT OF YOUR CLAIM UNDER THE PLAN WITH CARE.

### ARTICLE V.
### FEASIBILITY AND PAYMENT OF PROFESSIONALS

**A.**   **Feasibility**

The Bankruptcy Code requires that a plan of reorganization be "feasible," which requires a showing that, "Confirmation of the plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the plan, unless such liquidation or reorganization is proposed in the plan."  Bankruptcy Code section 1129(a)(11).  In demonstrating the feasibility of its plan, a debtor need not show that plan success is a certainty.  Rather, "only 'a relatively low threshold of proof [is] necessary to satisfy the feasibility requirement.'" *In re Sagewood Manor Assoc., L.P.*, 223 B.R. 756, 762 (Bankr. D. Nev. 1998), quoting *In re Sea Garden Motel And Apartments*, 195 B.R. 294, 305 (D.N.J.1996).  A "plan does not need to guarantee success, but it must present reasonable assurance of success."  *In re Brice Road Developments, L.L.C.*, 392 B.R. 274, 283 (6th Cir. BAP 2008).

Here, the Plan provides for the liquidation of the Whittier Facility, the sale of the Salacia Plant, the sale of the Salacia Equipment, and the sale of the Modys Building to pay all creditors in full. The Debtors have a pending sale of significant Whittier assets, and Hilco has launched a marketing and sale process for the Salacia assets.  All evidence is that the aggregate value of these assets is substantially greater than the total of all claims against the Debtors.  Because the Plan does not rely on the potential unpredictability of future cash flow projections but rather is based on the Debtors' proposal to functionally liquidate their material assets, the Plan is feasible.

Attached hereto as Exhibit J are projected expenses through December 2025. The Debtors expect the expenses will be funded by Protective Advances as set forth in the Plan.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 23

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

**B.**    **Payment of Professionals**

As of March 18, 2025, Bush Kornfeld has incurred $511,052 in connection with representing the Debtors in these six jointly-administered cases. Bush Kornfeld estimates that it will incur an additional $100,000 - $200,000 through Confirmation. Bush Kornfeld is holding a retainer for the Debtors in the amount of $174,049.

The Unsecured Creditors Committee of Whittier has engaged both bankruptcy counsel and a financial advisor. The Debtors have no visibility as to fees incurred to date, nor a projection of future fees, as to either professional.

MFI, Inc. has also paid Kidder Mathews $12,000 for preparation of appraisal reports for the Salacia Plant and equipment. As of the date hereof, the appraisal report is not completed.

Finally, Whittier and MFI, Inc. will pay Hilco $25,000 monthly for its investment banking services, 50% of which shall be credited to Hilco's commission in the event of any Transaction, as set forth in Hilco's Engagement Agreement (Dkt No. 159).

**ARTICLE VI.**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Subject to Bankruptcy Court approval, the Bankruptcy Code grants the Debtor the right to assume or reject, in its discretion, any executory contracts and/or unexpired leases of the Debtor. The Debtor's assumption of an executory contract or unexpired lease means that the Debtor has elected to continue to perform the obligations under such contract or lease, and to cure defaults of the type that must be cured under the Bankruptcy Code, if any.

The Plan constitutes a motion by the Debtors to assume each of the Leases identified in Exhibit K (the "Assumed Leases") to the Plan as of the Effective Date pursuant to § 365(a) of the Bankruptcy Code. The Debtors do not believe any cure will be due in connection with assumptions of the remaining Begich Tower Leases as set forth in Exhibit K, and the Plan does not provide for any such cure. The Alaska Railroad Corporation lease will be cured and assumed in connection with the closing of the Whittier Sale, as set forth in the Whittier sale motion (Docket No. 285). The estimated cure amount of the Shen lease is set forth in Exhibit K. The Plan also constitutes a motion by the Debtors to reject all other executory contracts and unexpired leases of the Debtors, other than the Assumed Leases, as of the Effective Date that are subject to rejection under § 365 of the Bankruptcy Code. Article VI of the Plan establishes a deadline for parties to an executory contract or unexpired lease that is (i) scheduled for assumption to object to the proposed cure amount pursuant to Bankruptcy Code § 365(b)(1)(A), and (ii) scheduled for rejection to file a Proof of Claim for damages resulting from such rejection pursuant to section 502(b)(6) of the Bankruptcy Code. Pursuant to the Plan, each rejected agreement shall be deemed rejected as of the Effective Date.

**ARTICLE VII.**
**TAX CONSEQUENCES**

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 24

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

The federal income tax consequences of the implementation of the Plan to a Holder of a Claim will depend, among other things, on (a) whether its Claim constitutes a debt or security for federal income tax purposes, (b) whether the Holder of the Claim receives consideration in more than one tax year, (c) whether the Holder of the Claim is a resident of the United States, (d) whether all of the consideration by the Holder of the Claim is deemed received by that Holder of the Claim as part of an integrated transaction, (e) whether the Holder of the Claim reports income using the accrual or cash method of accounting, and (f) whether the Holder of the Claim has previously taken a bad debt deduction or worthless security deduction with respect to the Claim.

THERE MAY BE OTHER CIRCUMSTANCES RELATED TO A PARTICULAR HOLDER OF A CLAIM THAT COULD CREATE TAX CONSEQUENCES FOR SUCH HOLDER, AND THE DEBTORS SPECIFICALLY DISCLAIM ANY REPRESENTATION OR WARRANTY THAT THE FOREGOING LIST IS COMPLETE.  ALL PARTIES IN INTEREST ARE ENCOURAGED TO READ THIS ENTIRE DISCLOSURE STATEMENT CAREFULLY, INCLUDING THE PLAN AND OTHER EXHIBITS, BEFORE DECIDING TO VOTE EITHER TO ACCEPT OR REJECT THE PLAN.  HOLDERS OF CLAIMS AND EQUITY INTERESTS SHOULD, HOWEVER, NOT CONSTRUE THE CONTENTS OF THE DISCLOSURE STATEMENT AS PROVIDING ANY LEGAL, BUSINESS, FINANCIAL OR TAX ADVICE AND SHOULD CONSULT WITH THEIR OWN ADVISORS AS TO ALL SUCH MATTERS.

The Debtors anticipate that the tax consequences of the Plan to the Debtors will have no effect on its ability to consummate the Plan.  Because five of the Debtors are limited liability companies, any tax consequences arising from implementation of the Plan will flow through to the Equity Holder(s) and will not be payable by the Debtor(s). MFI Inc. does not anticipate that any tax consequences of the Plan will impact MFI Inc.'s ability to consummate the Plan, as (among other reasons) MFI Inc. will incur significant losses upon the closing of a Salacia Financial Transaction as it will not recover any material portion of the more than $90 million that it has advanced Whittier and Salacia prior to the Petition Date.

TREASURY DEPARTMENT CIRCULAR 230 DISCLAIMER:  TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE INTERNAL REVENUE SERVICE, WE INFORM YOU THAT (A) ANY U.S. FEDERAL TAX INFORMATION CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED OR RELIED UPON, AND CANNOT BE USED OR RELIED UPON, FOR THE PURPOSE OF (1) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR TAX MATTER(S) ADDRESSED HEREIN, AND (B) THIS DISCUSSION WAS WRITTEN IN CONNECTION WITH THE DEBTOR'S SOLICITING ACCEPTANCE OF THE PLAN THROUGH THIS DISCLOSURE STATEMENT.

**ARTICLE VIII.**
**LIQUIDATION ANALYSIS**

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 25

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

Section 1129(a)(7) of the Bankruptcy Code requires that a creditor with a right to vote accept the Plan, or, alternately, that the creditor receive under the Plan at least as much as it would receive if the debtor's assets were liquidated and the proceeds distributed under a chapter 7 liquidation. This is generally known as the "best interests of creditors" test. As set forth below, the Debtors believe that the Plan satisfies this test.

To apply the test, the Debtors' assets are valued in the context of a hypothetical distressed liquidation by a chapter 7 trustee appointed by the Bankruptcy Court. The analysis considers the costs and expenses of the liquidation, and such additional administrative and priority claims that may arise following conversion of the case to chapter 7 for the purpose of liquidation. Net liquidation proceeds would be paid to general unsecured creditors only to the extent funds are available after secured creditors have been paid the full value of their collateral and priority creditors receive full payment on their claims.

A.    **Whittier**

The Plan provides for the liquidation of the Whittier assets, which is what would ultimately occur in a chapter 7 case. A trustee would inherit an idle seafood processing plant with a statutory mandate to liquidate it efficiently. A trustee would have no institutional knowledge of either the assets or prior operations, leading to delay in getting up to speed and the accrual of additional interest on secured claims. A trustee would likely engage counsel at additional expense, and would also need to identify and engage an entity to market and sell the assets, and that entity itself would need additional time to familiarize itself with the assets, prepare marketing materials and reach out to potential buyers, leading to further delay. Finally, a trustee would be entitled to a commission that would not be payable under the Plan. On hypothetical sale proceeds of $5 million, a trustee's commission would be $173,250. *See* Bankruptcy Code section 326(a).

There are two Secured Claims encumbering Whittier's real property assets: Ferguson Enterprises LLC, which holds a judgment lien in the amount of approximately $6,000; and Cathay Bank, which holds an adequate protection lien in the amount of $1,865,000. Cathay Bank also holds a security interest in all equipment assets located at the Whittier plant.

The Debtors have already engaged Hilco to market and sell the Whittier assets, and a sale is pending. The Debtors believe that a managed sale process through a chapter 11 will inevitably yield a greater return than a sale by a chapter 7 trustee, and a sale may occur prior to Confirmation of the Plan. However, assuming (i) a sale by a chapter 7 trustee yielded 80% of sale proceeds as compared to a Debtors' sale, and (ii) $2,000,000 of the purchase price was allocated to the equipment subject to Cathay Bank's lien, on a hypothetical sale of $5,000,000 the comparison between the Plan and a chapter 7 case is as follows:

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 26

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

|  | Plan | Chapter 7 |
|---|---|---|
| Net sale proceeds: | $5,000,000 | $4,000,000 |
| Less: Trustee commission: | 0 | $143,250 |
| 6 mos. Interest (est): | 0 | 100,000 |
| Attorney fees: | 0 | $50,000 |
| Secured claims: | $3,871,000 | $3,871,000[7] |
| **Remaining proceeds:** | $1,129,000 | $(164,250) |

**B.**    **Salacia**

   **In a chapter 7 case, there would be insufficient funds to even fully pay the two secured claims, and nothing would remain for unsecured creditors. Under the Plan, although substantially all the net sale proceeds would be distributed to Cathay Bank on its Class 1 Claim, each dollar that goes to Cathay Bank reduces the payoff amount of the Class 1 claim upon a sale of the Salacia Plant and Salacia Equipment, creating an almost certainty that the Whittier unsecured creditors will be fully paid from the proceeds of their adequate protection lien. The Plan provides a much better alternative for unsecured creditors than a chapter 7 case.**

   The value of the Salacia Plant and equipment is such that unsecured creditors would be paid in full under either the Plan or a chapter 7 case. However, a trustee would incur real estate excise tax ("REET") upon a sale as well as the statutory commission. On a sale price of $40 million, these amounts would be about $1.3 million each, for a total of about $2.6 million. In addition, there would be delay in seeking to market the property and, again, a trustee would likely achieve a lower return for the property than would occur in a managed liquidation that is already going forward. Unsecured creditors will benefit under the Plan from avoiding that delay and the increased risk of less than full payment from the delay (and resulting interest accrual on senior claims) as well the increased expenses in the form of a trustee's commission, additional attorney fees and payment of REET.

**C.**    **Modys**

   Modys' sole asset is the Modys Building. There is no recent appraisal of the building but the Debtors believe there is substantial value in the building in excess of the amount of the Class 7 secured claim. Modys is a guarantor of the Class 1 claim, and Cathay Bank will receive a second-position deed of trust against the Modys Building under the Plan to further secure the Class 1 claim. Modys has other unsecured creditors of only about $2,000. The Modys Building is already on the market for sale.

   In a chapter 7, the trustee would also seek to sell the building, but would incur the trustee's commission and REET that would not be payable under the Plan, and a chapter 7 would add delay and

---

   [7] This figure is the sum of the $6,000 Ferguson Enterprises judgment lien, Cathay Bank's $1,865,000 adequate protection lien, and $2,000,000 of the purchase price allocated to the equipment.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 27

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

additional interest accrual.  The Plan provides for treatment of creditors at least as favorable as would occur in a chapter 7 case.

### D.    Silver Wave

Silver Wave's assets are the Vessels, which do not generate income at this time. The Vessels are being offered for sale in connection with the marketing of the Whittier assets, and are also listed with Dock Street.  PORTAGE BAY is encumbered by ship's mortgage in favor of Cathay Bank, which it will retain following Confirmation.  The City of Whittier holds a statutory lien against the LADY ANGELA in the amount of $2,973. There are no unsecured creditors here to protect.

### E.    MFI LLC and MFI Inc.

MFI LLC and MFI Inc. lack any physical assets of meaningful value. Any estate cash is the cash collateral of Cathay Bank. The trustee would likely abandon the office furniture and equipment. As a result, the only means for repayment of unsecured creditors of MFI Inc. and MFI LLC is from the liquidation of the Salacia Plant and a recovery based on an outstanding Intercompany Transfer. As discussed above, the Debtors are in a much better position to monetize the Salacia Plant for its greatest value than would a trustee.

**ARTICLE IX.**
**RISK FACTORS**

Distributions to Holders of Allowed Claims contemplated under the Plan are contingent upon assumptions, some or all of which could fail to materialize and preclude the Plan from becoming effective or reduce anticipated distributions.  Most important, however, is that the Plan is subject to approval by the various classes of creditors entitled to vote on the Plan pursuant to the Bankruptcy Code and to confirmation of the Plan by the Bankruptcy Court.  No assurance can be given that the Plan will be accepted by the requisite number and amount of creditors or confirmed by the Court.

More specifically, while the Debtors believe the risk is very low, there is a risk that the Debtors will be unable to sell the Salacia Plant, the Salacia Equipment, the Whittier assets and the Modys Building for an aggregate amount that would pay all creditors in full within the timeline provided for under the Plan.  If that were to occur, the Plan would be in default.  If the Post-Confirmation Debtors failed to cure the default within 30 days, the Plan would effectively terminate and all creditors would be authorized to pursue any remedies provided under non-bankruptcy law.  As a practical matter, this means that Cathay Bank could (and likely would) seek to foreclose on its deed of trust encumbering the Salacia Plant.  If it completed a foreclosure, only Cathay Bank and holders of mechanic's liens senior in priority to Cathay Bank's deed of trust would be in a position to recover on their claims.  In that event, the significant equity the Debtors believe exists in the Salacia Plant and Salacia Equipment would be lost.  Whittier creditors would not receive any payment on the adequate protection lien the Whittier estate holds against the Salacia Plant as it is junior to Cathay Bank's deed of trust.  Salacia's unsecured creditors would also not receive any payment.  The Debtors are confident that it will monetize the Salacia Plant within the time provided such that all creditors are paid in full, but there is no guarantee of that outcome.

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 28

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

There is a related but much less likely risk that, if a sale process for the Salacia Plant yields offers for less than the amount necessary to pay Cathay Bank's claim in full, Cathay Bank would have the right to "credit bid" its claim. This means that it could participate in an auction for the Salacia Plant assets and submit bids up to the full amount of its claim without having to offer any cash. If Cathay Bank was the winning bidder by way of just a credit bid, it would become the owner of the Salacia Plant and related assets without having to pay anything to the Debtors other than a reduction of its claim by the amount of the credit bid, which would lead to no distribution to any creditors from the Salacia Plant. (Cathay Bank would, however, take the Salacia Plant subject to the claims of the holders of any mechanic's lien that are senior in right to Cathay Bank's deed of trust.) Because the appraisal of the Salacia Plant real property and improvements and the equipment located there totals $48 million, the Debtors believe that, while possible, the likelihood of this scenario occurring is extremely low.

## ARTICLE X.
## CONFIRMATION OF THE PLAN

### A.    Voting Procedures

A ballot to be used for voting your acceptance or rejection of the Plan of Reorganization is being mailed to you together with this Disclosure Statement and Plan. Holders of claims should read the instructions carefully, complete, date and sign the ballot, and return it to the address and prior to the deadline set forth in the enclosed Notice. IN ORDER TO BE COUNTED, YOUR BALLOT MUST BE RECEIVED AT THE INDICATED ADDRESS BY THE TIME PROVIDED ON THE BALLOT. FAILURE TO VOTE OR A VOTE TO REJECT THE PLAN WILL NOT AFFECT THE TREATMENT TO BE ACCORDED A CLAIM OR INTEREST IF THE PLAN NEVERTHELESS IS CONFIRMED.

If more than one-half in number of claimants voting and at least two-thirds in amount of the allowed claims of such claimants in each class of claims vote to accept the Plan, such classes will be deemed to have accepted the Plan. For purposes of determining whether a class of claims has accepted or rejected the Plan, only the votes of those who have timely returned their ballots will be considered. Votes will be calculated based on the Plan as a whole and not on a per-estate basis.

### B.    Hearing on Confirmation

The hearing on confirmation of the Plan will be set before the Honorable Gary Spraker, United States Bankruptcy Judge, in U.S. Bankruptcy Court for the District of Alaska. Notice of the time and date of that hearing shall be separately provided. The Bankruptcy Court shall confirm the Plan at that hearing only if certain requirements, as set forth in section 1129 of the Bankruptcy Code, are satisfied.

### C.    Treatment of Dissenting Classes of Creditors

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 29

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

The Bankruptcy Code requires the Bankruptcy Court to find that the Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the Plan.  Upon such a finding, the Bankruptcy Court may confirm the Plan despite the objections of a dissenting class.  The Debtors have requested that the Court confirm the Plan even if creditors holding claims in impaired classes do not accept the Plan.

**D.      Effect of Confirmation of the Plan**

Upon Confirmation, all property of the Debtors shall be free and clear of all claims and interests of creditors, except as otherwise provided in the Plan or the order of the Bankruptcy Court confirming the Plan.  The Post-Effective Date Debtors shall be vested with all assets of the Debtors. The provisions of the Plan shall bind the Post-Effective Date Debtors and all other parties in interest, including any creditor of the Debtors, whether or not such creditor is impaired under the Plan and whether or not such creditor has accepted the Plan.

**E.      Consequences of the Failure to Confirm the Plan**

In the event the Court declines to confirm the Plan, the Debtors believe the most likely outcome is that the Court would ultimately convert the cases to Chapter 7 or appoint a Chapter 11 trustee and grant a motion from Cathay Bank for relief from the automatic stay so it could proceed with its remedies under the loan documents.  In that event, only creditors with liens senior to Cathay Bank will receive any distribution on their claims.

DATED this 31st day of March, 2025.

*[Signature blocks on the following page.]*

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

1

**MARINE FISHING INTERNATIONAL, LLC**

2

3

_____

By: Aleksey Kozlov, Authorized Person

4

**MARINE FISHING INTERNATIONAL, INC.**

5

6

_____

By: Aleksey Kozlov, Authorized Person

7

8

**WHITTIER SEAFOOD, LLC**

9

10

_____

By: Aleksey Kozlov, Authorized Person

11

**MODYS, LLC**

12

13

_____

By: Aleksey Kozlov, Authorized Person

14

15

**SALACIA, LLC**

16

17

_____

By: Aleksey Kozlov, Authorized Person

18

**SILVER WAVE, LLC**

19

20

_____

By: Aleksey Kozlov, Authorized Person

21

22

23

SECOND AMENDED DISCLOSURE STATEMENT FOR
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION – Page 31

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ic31en01zk

# EXHIBIT A

EXHIBIT A



# EXHIBIT B

| Name | Contingent, Unliquidated, Disputed | Scheduled Amount | Claimed Amount | Claim Number | Notes | Entitled to Priority |
|---|---|---|---|---|---|---|
| Alaska Communications | No | $ 4,697.31 | | | | |
| Alaska Diesel Electric | No | $ 5,569.11 | | | | |
| Alaska Industrial Hardware, Inc. | No | $ 11,124.53 | $ 11,884.86 | 9 | | |
| Alaska Marine Lines (AML) | No | $ 206,812.70 | $ 231,775.13 | 21 | | |
| Alaska Marine Salvage and Diving LLC | No | $ 2,541.00 | | | | |
| Alaska Pallet Services Inc | No | $ 7,059.00 | | | | |
| Alaska Railroad Corporation | No | $ 8,408.35 | $ 13,453.36 | 32 | To be paid at closing of the Whittier sale | |
| Alaska Safety, Inc. | No | $ 2,881.00 | | | | |
| Alaska Seafood Marketing Institute | No | $ 1,500.00 | | | | |
| Alaska Steel Co. | No | $ 13,110.97 | | | | |
| Alaska Waste | No | $ 399.73 | | | | |
| Alpine Urgent Care | No | $ 1,601.00 | | | | |
| Anchorage Sand and Gravel Co. Inc | No | $ 4,389.93 | $ 4,506.45 | 14 | | |
| Angelica Zamudio | No | $ 238.00 | | | | |
| AquacultureTalent, Inc. | No | $ 6,624.00 | | | | |
| Bank of America CC 2729 | No | $ 16,550.13 | | | | |
| Battery Specialists of Alaska | No | $ 363.90 | | | | |
| Beacon Occupational Health & Safety | No | $ 105.00 | | | | |
| Begich Towers | No | $ 5,889.89 | | | | |
| Broughton, Ryan | No | $ - | | | | |
| Builders Choice | No | $ 6,932.12 | | | | |
| C.A.T Transport | No | $ 29,914.18 | | | | |
| Caine & Weiner (Great American Ins Co) | No | $ 2,250.00 | | | | |
| Carlile Transportation Systems | No | $ 944.29 | | | | |
| Carlos Rivera Aquino | No | $ 272.00 | | | | |
| CBIZ Berntson Porter | No | $ 17,222.50 | | | | |
| Central Peninsula Refrigeration | No | $ 6,510.50 | | | | |
| Chinook Fire Protection, Inc | No | $ 1,684.00 | | | | |
| Chugach Electric | No | $ 4,800.43 | | | | |
| Chou J. Shen | No | $ - | $ 29,025.00 | 7 | | |
| City of Whittier Harbor | No | $ 107,210.24 | $ 201,136.98 | 19 | | |
| City of Whittier-Utilities | No | $ 88,406.21 | $ 104,707.12 | 19 | | |
| City of Whittier -Fox Island Barge | | $ - | $ 2,617.11 | 18 | Claim filed as secured | |
| City of Whitter- Water/Sewer charges | | $ - | $ 3,613.88 | 17 | Filed as an administrative priority claim | Yes |
| Clara Fabiola Noguez Serrano | No | $ 259.88 | | | | |
| CMA CGM (America) LLC | No | $ 6,663.00 | | | | |
| Communications North | No | $ 150.00 | | | | |
| Cordova Net Supply | No | $ 134.88 | | | | |
| Custom Marine Services LLC | No | $ 4,741.23 | | | | |
| Dojer Services | No | $ 33,000.00 | | | | |
| DXP | Alaska Pump & Supply | No | $ 5,229.00 | | | | |
| Enstar Natural Gas Company | No | $ 14,312.24 | | | | |
| Fasteners & Fire Equipment, Inc. | No | $ 1,573.69 | | | | |
| Fefelov, Edesy | No | $ - | | | | |
| Ferguson Enterprises LLC | No | $ 3,918.49 | $ 5,632.64 | 5 | Filed unsecured claim- paying as secured at sale closing | |
| Garvey, Matthew | No | $ - | | | | |
| GCI | No | $ 8.68 | | | | |
| General Int'l Freight Forwarders Inc | No | $ 16,350.00 | | | | |
| Girdwood Health Clinic | No | $ 686.00 | | | | |
| W.W. Grainger, Inc. | No | $ 31,810.73 | $ 31,810.73 | 4 | | |
| Grating Pacific LLC | No | $ 5,450.00 | | | | |
| Guillermo Sahaniuk | Contingent, unliquidated, Disputed | $ - | $ 100,000.00 | 25 | | |
| Gustavo Bracero Reyes | No | $ 51.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| H & M Bay, Inc. | No | $ | 1,400.00 | | | |
| Hand, Eleanor | No | $ | 12.00 | | | |
| Harvey, Max | No | $ | 172.17 | | | |
| Hector Javier Hernandez Salomon | No | $ | 238.00 | | | |
| Huffer, Tom | No | $ | - | | | |
| Hygiena LLC | No | $ | 8,895.57 | | | |
| Independent Lift of Alaska Inc | No | $ | 1,726.32 | | | |
| Integrated Marine Systems Inc. | No | $ | 216.92 | | | |
| Irish, Deana | No | $ | 550.94 | | | |
| JAG Alaska, Inc. | No | $ | 15,162.20 | | | |
| Johannessen, David | No | $ | - | | | |
| John Just | No | $ | 1,720.98 | | | |
| Jonathan Neil & Associates, Inc. | No | $ | 416.51 | | | |
| Jonathan Quintanilla | No | $ | 374.00 | | | |
| Jose Morales | No | $ | 374.00 | | | |
| Joseph Soriano | No | $ | 374.00 | | | |
| Joshua Hernandez | No | $ | 374.00 | | | |
| Julian Barreto Gonzales | No | $ | 34.00 | | | |
| Keelean, Cass | No | $ | - | | | |
| Kelvin Feliciano Chaparro | No | $ | 51.00 | | | |
| Kenai Peninsula Borough | No | $ | 5,504.44 | | | Silver Wave Creditor- reflected on Silver Wave Unsecured Creditor List |
| Kwik Lok | No | $ | 4,740.22 | $ | 4,740.22 | 3 |
| LHH Recruitment Solutions | No | $ | 13,395.20 | | | |
| Lineage Logistics, LLC | No | $ | 800.00 | | | |
| Lynden Logistics, Inc. | | $ | - | $ | 18,665.76 | 24 | Duplicate claim to Claim 20, will not be paid. Emailed creditor on 3/7 asking them to withdraw one of th eduplicate claims |
| LyndenTransport, Inc. | | $ | - | $ | 18,665.76 | 20 |
| Lynden International | No | $ | 305,829.34 | | | |
| Marel Inc. | No | $ | 5,250.32 | | | |
| Marine Surveyors and Consultants | No | $ | 2,300.00 | | | |
| Mark S Millspaugh | No | $ | 7,849.06 | | | |
| Martushev, Zasima | No | $ | 6.29 | | | |
| Matheson Tri-Gas Inc. | No | $ | 3,293.44 | | | |
| McCarthy Burgess and Wolff | No | Unk | | | | |
| Montgomery Purdue | No | $ | 3,925.00 | | | |
| Motion & Flow Control Products Inc - WS | No | $ | 28,228.27 | $ | 28,228.27 | 30 |
| Multifrost | No | $ | 15,893.00 | | | This claim is included in the Multistar POC and will be paid as Multistar Industries. |
| Multistar Industries | No | $ | 550.00 | $ | 16,774.50 | 23 | Filed duplicate claims (23 and 25) |
| North American Fishing Supplies, Inc. | No | $ | 92,324.65 | $ | 97,966.17 | 13 |
| North Coast Electric Co | No | $ | 2,818.94 | | | |
| NSF Certification LLC | No | $ | 10,142.72 | $ | 17,050.78 | 16 |
| Otoole, Kevin | No | $ | 34.22 | | | |
| Ozone International Financial Srvcs | No | $ | 36,236.12 | | | |
| Pacific Power Group, LLC | No | $ | 31,194.41 | $ | 51,104.10 | 22 |
| Pallet Services of Alaska | No | $ | 39,140.00 | | | |
| Parity Factory LLC | No | $ | 18,737.86 | | | |
| Pavel Varfolomeev | No | $ | 26.41 | | | |
| Peninsula Scale Service Inc | No | $ | 14,750.76 | | | |
| Pied Piper Pest Control Services | No | $ | 336.00 | | | |
| Pioneer Door | No | $ | 783.00 | | | |
| PMA Insurance Company | No | Unk | | | | |
| Polar Supply Co | No | $ | 856.45 | | | |
| Rebecca Morales | No | $ | 374.00 | | | |
| Rent A Can Toilet Co | No | $ | 1,377.40 | $ | 1,597.38 | 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Roger Stiles | No | $ 294.00 | | | | |
| Romel G. Bermudo | No | $ 136.00 | | | | |
| Russ Shaw | No | $ 170.00 | | | | |
| Russel Shaw | No | $ 527.00 | | | | |
| Ryco Equipment | No | $ 70,611.16 | $ 84,445.99 | 2 | | |
| Seattle-Tacoma Box Company | No | $ 422,106.04 | $ 475,407.66 | 29 | | |
| Seward Boat Harbor | No | $ 1,611.25 | | | | |
| Seward Heavy Industrial Power, LLC | No | $ 1,323.20 | | | | |
| SGS | No | $ 225.00 | | | | |
| Small Business Administration | No | $ - | $ 102,236.38 | 10 | | |
| Spenard Builders Supply | No | $ 5,831.74 | $ 4,335.08 | 31 | | |
| State of AK Div of Measurement | No | $ 1,440.00 | | | | |
| State of Alaska-DEC | No | $ 1,715.00 | | | | |
| Tami Foster | No | $ 77.00 | | | | |
| Tasha Berinobis | No | $ 250.90 | | | | |
| Tom Turner | | $ - | $ 43,140.00 | 27 | | |
| Tote Maritime Alaska | No | $ 21,230.63 | | | | |
| TOTEM Equipment & Supply Inc | No | $ 1,220.58 | $ 1,256.93 | 1 | | |
| U.S. Small Business Admin | No | $ 89,750.59 | | | | |
| United Utilities, Inc | No | $ 490.54 | | | | |
| UPS | No | $ 79.36 | | | | |
| Valihov, Gabriel | No | $ 26.77 | | | | |
| Wesmar Company, Inc | No | $ 34,254.53 | $ 59,500.17 | 15 | | |

**Total Proposed Unsecured Payments**    $   2,634,527.96

# EXHIBIT C

| Creditor | Contingent, Unliquidated, Disputed | Claim Amount | Claimed Amount | Claim Number | Notes | Entitled to Prioirty |
|---|---|---|---|---|---|---|
| 2812 Architecture Inc. | No | $ 1,200.00 | | | | |
| AABCO Barricade Co., Inc | No | $ 1,756.42 | | | | |
| Ahern Rentals (United Rentals) | No | $ 46,918.76 | $ 55,950.64 | 6 | | |
| American Food Equipment Co. | No | $ 89,452.00 | | | | |
| Arbon Equipment Corporation | No | $ 226,186.02 | $ 226,186.02 | 4 | | |
| Auquix, LLC (PEWE) | No | $ 14,844.35 | | | | |
| California Hydronics Corp | No | $ 116,088.16 | | | | |
| CBRE | No | $ 5,500.00 | | | | |
| Central Welding Supply | No | $ 6,981.93 | $ 11,809.53 | 1 | | |
| City of Marysville - EQ | No | $ 479.99 | | | | |
| City of Marysville - Utility | No | $ 284.71 | | | | |
| Comcast - Marysville account ending in 3 | No | $ 456.20 | | | | |
| Comcast - Marysville account ending in 4 | No | $ 1,244.26 | | | | |
| DSI Dantech | No | $ 882,000.00 | | | | |
| Economy Fence Center | No | $ 64,095.00 | | | | |
| Fastenal Company | No | $ 2,306.43 | | | | |
| Get Distilled Inc | No | $ 100.04 | | | | |
| Grainger | No | $ 1,033.03 | | | | |
| Greater Marysville Tulalip Chamber of Co | No | $ 600.00 | | | | |
| H.D. Fowler Company | No | $ 387.79 | | | | |
| IRS | | | $ 62.22 | 9 | Priority Claim | yes |
| Key Technology Inc. | No | $ 103,488.00 | | | | |
| Mayes Testing Engineers | No | $ 1,094.37 | | | | |
| Mistras Group Inc. | No | $ 960.00 | | | | |
| National Construction Rentals | No | $ 1,519.44 | | | | |
| Nelson Petroleum | No | $ 2,873.79 | | | | |
| Nienstedt Inc. | Disputed, Contingent, Unliquidated | $ - | $ 2,551,511.75 | 7 | Not included in total unsecured claims amount | |
| North Peak Associates LLC | No | $ 12,778.00 | | | | |
| NorthStar CG, LP | | $ - | $ 4,205.26 | 34 (filed in Whittier) | | |
| Pacific Fire and Security, Inc. | No | $ 33,334.78 | | | | |
| Pacific Mobile Structures, Inc. | No | $ 5,914.73 | | | | |
| Pacific Security | No | $ 31,664.03 | $ 19,009.03 | 9 | | |
| PacNW Excavation | No | $ 9,663.33 | | | | |
| Pape Material Handling Inc. | No | $ 132.82 | | | | |
| Puget Sound Energy - Marysville, WA | No | $ 532.09 | | | | |
| Quantum Consulting Engineers | No | $ 1,002.50 | | | | |
| Rensch Engineering LLC | No | $ 33,681.25 | | | | |
| Riley Group | No | $ 15,883.00 | | | | |
| Scan America Corporation | No | $ 353,707.00 | | | | |
| Smokey Point Concrete | No | $ 6,404.03 | | | | |
| Snohomish County PUD_AC #1870 | No | $ 3,212.15 | | | | |
| Snohomish County PUD_AC #8914 | No | $ 571,200.00 | | | | |
| Sound Industrial LLC | No | $ 24,483.39 | | | | |
| Spokane Stainless Technologies, Inc. | No | $ 181,275.40 | | 26 (Filed in Whittier) | Claim filed as secured - will be paid as a Class 8 Claim | |
| Sprague Pest Solutions | No | $ 181.71 | | | | |
| Tann Corporation | No | $ 69,450.00 | | | | |
| Triangle Package Machinery Company | No | $ 870,000.00 | | | | |
| WA State Department of Ecology | No | $ 1,720.00 | | | | |
| Whispering Pines Custom Landscapes, LLC | No | $ 44,196.43 | | | | |
| Wilevco LLC | No | $ 309,438.00 | | | | |
| Ziply Fiber | No | $ 124.33 | | | | |

**Total Payable**
**Unsecured Claims   $ 4,138,230.37**

# EXHIBIT D

| Creditor | Contingent, Unliquidated, or Disputed | Claim Amount | Claimed Amount | Claim Number | Notes | Entitled to Priority |
|---|---|---|---|---|---|---|
| CBIZ Berntson Porter | No | $ 82,463.22 | | | | |
| Global Star Logistics Co., LTD | No | $ 152,822.23 | | | | |
| IRS | | $ - | $ 1,994.13 | 1 | Total claim amount is $6,568.69, of which $4,574.56 is entitled to prioirty. | Yes, $4,574.56 |
| KVH Industries A/S | No | $ 4,374.02 | | | | |
| LeSourd & Patten | No | $ 238.00 | | | | |
| R. Shawn Griggs | No | $ 1,527.50 | | | | |
| SL Marine Co., Ltd. | No | $ 11.00 | | | | |
| | Total | $ 243,430.10 | | | | |

# EXHIBIT E

| Creditor | Contingent, Uliquidated, or Disputed | Claim Amount | Claimed Amount | Claim Number | Notes |
|---|---|---|---|---|---|
| CBIZ Berntson Porter | No | $ 13,000.00 | | | |
| City of Bellevue | No | $ 1,362.37 | | | |
| Crystal Springs | No | $ 71.77 | | | |
| Davidson-Macri Sweeping, Inc | No | $ 118.91 | | | |
| EC2 (ECC, LLC) | No | $ 500.00 | | | |
| Oracle Credit Corp. and Oracle America, Inc. SII to NetSuite, Inc. | Disputed | $ - | $ 149,558.80 | 2 | Claim is for post-petition amounts owed that were not due as of the petition date |
| Orkin | No | $ 201.65 | | | |
| Peterson Russell Kelly Livengood | No | $ 1,122.00 | | | |
| WA State Department of Revenue | No | $ 528.94 | | | |

**Total Proposed Unsecured Payments**    $    16,905.64

# EXHIBIT F

| Creditor | Contingent, Unliquidated, Disputed | Claim Amount | Claimed Amount |
|---|---|---|---|
| Lake Bellevue Water Quality Mgmt. Assoc. | No | $ 1,765.88 | n/a |
| Puget Sound Energy - Bellevue, WA | No | $ 410.58 | n/a |
| Republic Services #172, Rabanco Ltd | No | $ 52.36 | n/a |

**Total Proposed Unsecured Payments**    **$    2,228.82**

# EXHIBIT G

## MFI, Inc. (Assets)

| | |
|---|---|
| 19250 - Due To/From Whittier Seafood | 23,776,523.48 |
| 19260 - Due To/From MFI LLC | 558,579.76 |
| 19270 - Due To/From Silver Wave | 3,621,485.54 |
| 19280 - Due To/From Salacia | 63,806,648.29 |
| 19285 - Due to/From Modys | (229,997.19) |
| **Total Intercompany Assets** | **91,533,239.88** |

## MFI LLC (Assets and Liabilities)

| | |
|---|---|
| 19250 - Due To/From Whittier Seafood | $334,937.69 |
| 19255 - Due To/From MFI Inc | $558,579.76 |
| 19280 - Due To/From Salacia | ($876,059.45) |
| 19285 - Due to/From Modys | $131,547.53 |
| **Total Intercompany Liabilities** | **($149,005.53)** |

## Modys (Assets)

| | |
|---|---|
| 19255 - Due To/From MFI Inc | $229,997.19 |
| 19260 - Due To/From MFI LLC | $131,547.53 |
| **Total Intercompany Assets** | **$361,544.72** |

## Salacia (Liabilities)

| | |
|---|---|
| 19250 - Due To/From Whittier Seafood | 696,036.08 |
| 19255 - Due To/From MFI Inc | 63,806,648.29 |
| 19260 - Due To/From MFI LLC | 876,059.45 |
| **Total Intercompany Liabilities** | **(65,378,743.82)** |

## Whittier (Liabilities)

| | |
|---|---|
| 19255 - Due To/From MFI Inc | 23,776,523.48 |
| 19260 - Due To/From MFI LLC | (334,937.69) |
| 19270 - Due To/From Silver Wave | (52,475.00) |
| 19280 - Due To/From Salacia | (696,036.08) |
| **Total Intercompany Liabilities** | **(22,693,074.71)** |

## Silver Wave (Liabilities)

| | | |
|---|---|---|
| 19250 - Due To/From Whittier Seafood | 52,475.00 | |
| 19255 - Due To/From MFI Inc | 3,621,485.54 | |
| **Total Intercompany Liabilities** | **(3,673,960.54)** | - |

# EXHIBIT H

**Marine Fishing International, Inc. (Consolidated)**
**Balance Sheet - Pre-Audited Draft**
**End of Dec 2023**

| Updated 06.27.24 | MFI LLC | MFI INC | MDS | SAL | SLW | WSF | Elimination | Total |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| **Bank** | | | | | | | | |
| 10100 - Cash - MFI Inc Bank of America #2995 | - | 44,807.65 | - | - | - | - | - | 44,807.65 |
| 10101 - Cash - MFI Inc Cathay #2072 General | - | 2,041.90 | - | - | - | - | - | 2,041.90 |
| 10102 - Cash - MFI Inc Cathay #2013 Cash Concentration | - | 16,843.20 | - | - | - | - | - | 16,843.20 |
| 10103 - Cash - MFI Inc Cathay #2080 Payroll | - | 500.00 | - | - | - | - | - | 500.00 |
| 10104 - Cash - MFI Inc Cathay Analysis #2390 | - | 42.13 | - | - | - | - | - | 42.13 |
| 10105 - Cash - MFI Inc Cathay Analysis #2404 | - | 42.13 | - | - | - | - | - | 42.13 |
| 10200 - Cash - MFI LLC US Bank #7668 | (19,974.67) | - | - | - | - | - | - | (19,974.67) |
| 10201 - Cash - MFI LLC Cathay #2099 General | 620.66 | - | - | - | - | - | - | 620.66 |
| 10202 - Cash - MFI LLC Cathay #2021 Cash Concentratio | 1,799.47 | - | - | - | - | - | - | 1,799.47 |
| 10203 - Cash - MFI LLC Cathay #2102 Payroll | (1,030.71) | - | - | - | - | - | - | (1,030.71) |
| 10500 - Cash - WSF Wells Fargo #4885 General | - | - | - | - | - | (34,299.31) | - | (34,299.31) |
| 10510 - Cash - WSF Wells Fargo #4851 Operating | - | - | - | - | - | 793.90 | - | 793.90 |
| 10520 - Cash - WSF Wells Fargo #4987 AR | - | - | - | - | - | 48.24 | - | 48.24 |
| 10530 - Cash - WSF Wells Fargo #4919 Fish Buy | - | - | - | - | - | 12,618.41 | - | 12,618.41 |
| 10531 - Cash - WSF Cathay #2161 General | - | - | - | - | - | (33,269.67) | - | (33,269.67) |
| 10532 - Cash - WSF Cathay #2048 Cash Concentration | - | - | - | - | - | 104,139.23 | - | 104,139.23 |
| 10533 - Cash - WSF Cathay #2188 Payroll | - | - | - | - | - | (2,593.75) | - | (2,593.75) |
| 10600 - Cash - WSF Bank of America #2626 AR | - | - | - | - | - | 12,147.26 | - | 12,147.26 |
| 10700 - Cash - Modys Pacific Premier Bank #0152 | - | - | 26,665.01 | - | - | - | - | 26,665.01 |
| 10750 - Cash - Salacia Bank of America #7554 | - | - | - | 931.23 | - | - | - | 931.23 |
| 10752 - Cash - Salacia Cathay #2129 General | - | - | - | (2,158.91) | - | - | - | (2,158.91) |
| 10753 - Cash - Salacia Cathay #2064 Cash Concentration | - | - | - | 241.48 | - | - | - | 241.48 |
| 10754 - Cash - Salacia Cathay #2137 Payroll | - | - | - | 815.61 | - | - | - | 815.61 |
| **Total Bank** | **(18,585.25)** | **64,277.01** | **26,665.01** | **(170.59)** | **-** | **59,584.31** | **-** | **131,770.49** |
| **Accounts Receivable** | | | | | | | | |
| 11000 - Accounts Receivable | 395,089.81 | 73,477.90 | 69,642.81 | - | - | 642,219.23 | (464,732.62) | 715,697.13 |
| **Total Accounts Receivable** | **395,089.81** | **73,477.90** | **69,642.81** | **-** | **-** | **642,219.23** | **(464,732.62)** | **715,697.13** |
| **Other Current Asset** | | | | | | | | |
| **11200 - Other Receivables** | | | | | | | | |
| 11205 - MV Neptune Receivable | - | 435,918.91 | - | - | - | - | - | 435,918.91 |
| 11206 - MV Neptune - Repairs - Receivable | - | 217,225.36 | - | - | - | - | - | 217,225.36 |
| 11207 - MV Poseydon Receivable | - | (710,759.06) | - | - | - | - | - | (710,759.06) |
| 11208 - MV Poseydon - Repairs - Receivable | - | 20,532.50 | - | - | - | - | - | 20,532.50 |
| 11209 - MV Prometey - Receivable | - | 1,352,193.51 | - | - | - | - | - | 1,352,193.51 |
| 11210 - MV Parys - Receivable | - | 1,484,405.88 | - | - | - | - | - | 1,484,405.88 |
| 11211 - MV Pegas - Receivable | - | 3,070,140.84 | - | - | - | - | - | 3,070,140.84 |
| 11212 - MV Persey - Receivable | - | 1,021,936.96 | - | - | - | - | - | 1,021,936.96 |
| 11213 - MV Seifuku Maru No. 68 - Receivable | - | 1,332,288.35 | - | - | - | - | - | 1,332,288.35 |
| 11214 - MV Prometey - Repairs - Receivable | - | 117,104.42 | - | - | - | - | - | 117,104.42 |
| 11215 - MV Koyo Maru No. 6 - Receivable | - | 141,174.50 | - | - | - | - | - | 141,174.50 |
| **Total - 11200 - Other Receivables** | **-** | **8,482,162.17** | **-** | **-** | **-** | **-** | **-** | **8,482,162.17** |
| **12000 - Inventory** | | | | | | | | |
| 12120 - Inventory - Finished Goods | - | 933,916.23 | - | - | - | 4,503,044.33 | - | 5,436,960.56 |
| 12130 - Inventory - Packaging | - | - | - | - | - | 403,127.71 | - | 403,127.71 |

**Marine Fishing International, Inc. (Consolidated)**
**Balance Sheet - Pre-Audited Draft**
**End of Dec 2023**

| Updated 06.27.24 | MFI LLC | MFI INC | MDS | SAL | SLW | WSF | Elimination | Total |
|---|---|---|---|---|---|---|---|---|
| **Total - 12000 - Inventory** | - | 933,916.23 | - | - | - | 4,906,172.04 | - | **5,840,088.27** |
| 13000 - Federal Inc Tax Receivable | - | 110,000.00 | - | - | - | - | - | 110,000.00 |
| 14000 - Advances - Tenders | - | - | - | - | 292,252.65 | - | - | 292,252.65 |
| 14011 - Advances - Fishermen | - | - | - | - | 288,329.72 | 101,728.36 | - | 390,058.08 |
| 14015 - Loans Receivable - Seiners | - | - | - | - | 1,215,014.78 | - | - | 1,215,014.78 |
| 14100 - Deposits Short Term | - | 304,579.31 | - | 15,094,905.61 | - | 15,275.65 | - | 15,414,760.57 |
| 14500 - Undeposited Funds | - | 3,600.00 | - | - | - | - | - | 3,600.00 |
| 14510 - Prepaid Expense | - | 104,128.89 | 1,629.47 | 579,065.33 | 43,489.19 | 180,168.29 | - | 908,481.17 |
| **Total Other Current Asset** | - | 9,938,386.60 | 1,629.47 | 15,673,970.94 | 1,839,086.34 | 5,203,344.34 | - | **32,656,417.69** |
| **Total Current Assets** | 376,504.56 | 10,076,141.51 | 97,937.29 | 15,673,800.35 | 1,839,086.34 | 5,905,147.88 | (464,732.62) | **33,503,885.31** |
| **Fixed Assets** | | | | | | | | |
| 15000 - Land | - | - | 250,784.21 | 2,324,000.00 | - | 718,444.00 | - | 3,293,228.21 |
| 16000 - Production Equipment | - | - | - | 3,122,204.86 | - | 6,397,528.00 | - | 9,519,732.86 |
| 16100 - Non-production equipment | - | - | - | 116,844.57 | - | 10,692.20 | - | 127,536.77 |
| 16300 - Vehicles | - | - | - | 202,432.29 | - | 446,144.00 | - | 648,576.29 |
| 16500 - Software | 736.99 | - | - | - | - | 58,303.00 | - | 59,039.99 |
| **17000 - Seafood Plant** | | | | | | | | |
| 17000 - Seafood Plant | - | - | - | 23,180,708.82 | - | 3,338,653.00 | - | 26,519,361.82 |
| 17005 - Permits | - | - | - | 580,568.70 | - | - | - | 580,568.70 |
| 17010 - Traffic Engineering | - | - | - | 4,500.00 | - | - | - | 4,500.00 |
| 17015 - LDC Site Design | - | - | - | 372,831.09 | - | - | - | 372,831.09 |
| 17018 - Fisher Arch Design and Coordination | - | - | - | 1,200,295.59 | - | - | - | 1,200,295.59 |
| 17020 - Fisher Gen Requirements | - | - | - | 8,375.00 | - | - | - | 8,375.00 |
| 17025 - Fisher Site Work | - | - | - | 2,926,613.04 | - | - | - | 2,926,613.04 |
| 17030 - Fisher Infiltration | - | - | - | 42,779.75 | - | - | - | 42,779.75 |
| 17035 - Fisher Landscaping | - | - | - | 210,490.93 | - | - | - | 210,490.93 |
| 17040 - Fisher Site Fill | - | - | - | 2,203,536.03 | - | - | - | 2,203,536.03 |
| 17045 - Fisher Concrete | - | - | - | 303,283.27 | - | - | - | 303,283.27 |
| 17050 - Fisher Metal and Steel | - | - | - | 2,299,553.64 | - | - | - | 2,299,553.64 |
| 17055 - Fisher Thermal and Moisture | - | - | - | 295,872.43 | - | - | - | 295,872.43 |
| 17060 - Fisher Doors and Windows | - | - | - | 229,721.38 | - | - | - | 229,721.38 |
| 17070 - Fisher Equipment | - | - | - | 4,656,928.38 | - | - | - | 4,656,928.38 |
| 17075 - Fisher Special Construction | - | - | - | 7,779,259.47 | - | - | - | 7,779,259.47 |
| 17080 - Fisher Mechanical | - | - | - | 479,141.13 | - | - | - | 479,141.13 |
| 17085 - Fisher Electric | - | - | - | 604,184.47 | - | - | - | 604,184.47 |
| **Total - 17000 - Seafood Plant** | - | - | - | 47,378,643.12 | - | 3,338,653.00 | - | **50,717,296.12** |
| 17500 - Tenant Improvements | 246,029.41 | - | - | - | - | - | - | 246,029.41 |
| 17600 - Office Equipment | 22,995.06 | - | - | - | - | - | - | 22,995.06 |
| 18000 - Other Real Estate | - | - | 1,713,000.00 | - | - | 3,019,828.00 | - | 4,732,828.00 |
| 18500 - Vessels | - | - | - | - | 1,775,549.93 | - | - | 1,775,549.93 |
| 18900 - Accumulated Depreciation | (70,932.00) | - | (374,716.75) | - | (710,304.72) | (8,019,973.04) | - | (9,175,926.51) |
| **Total Fixed Assets** | 198,829.46 | - | 1,589,067.46 | 53,144,124.84 | 1,065,245.21 | 5,969,619.16 | - | **61,966,886.13** |
| **Other Assets** | | | | | | | | |
| 19250 - Due From Whittier Seafood | - | 26,685,219.87 | - | - | - | - | ########## | - |
| 19255 - Due From MFI Inc | - | - | 299,640.00 | - | - | - | (299,640.00) | - |
| 19260 - Due From MFI LLC | - | 421,130.36 | - | - | - | - | (421,130.36) | - |
| 19270 - Due From Silver Wave | - | 3,621,485.54 | - | - | - | - | (3,621,485.54) | - |

**Marine Fishing International, Inc. (Consolidated)**
**Balance Sheet - Pre-Audited Draft**
**End of Dec 2023**

| Updated 06.27.24 | MFI LLC | MFI INC | MDS | SAL | SLW | WSF | Elimination | Total |
|---|---|---|---|---|---|---|---|---|
| 19280 - Due From Salacia | - | 55,001,328.62 | - | - | - | - | ########### | - |
| 19400 - Owner Loan | - | - | - | - | - | 484,933.38 | - | 484,933.38 |
| 19500 - Long Term Receivable - Salacia (land) | - | 2,326,862.30 | - | - | - | - | (2,326,862.30) | - |
| 19510 - Long Term Receivable - Salacia | - | 4,751,326.37 | - | - | - | - | (4,751,326.37) | - |
| **Total Other Assets** | **-** | **92,807,353.06** | **299,640.00** | **-** | **-** | **484,933.38** | **###########** | **484,933.38** |
| **Total ASSETS** | **575,334.02** | **102,883,494.57** | **1,986,644.75** | **68,817,925.19** | **2,904,331.55** | **12,359,700.42** | **###########** | **95,955,704.82** |
| **Liabilities & Equity** | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| **Accounts Payable** | | | | | | | | |
| 20000 - Accounts Payable | 101,126.38 | 4,657,378.45 | 5,402.12 | 6,809,926.26 | - | 2,773,187.88 | 464,732.62 | 13,882,288.47 |
| **Total Accounts Payable** | **101,126.38** | **4,657,378.45** | **5,402.12** | **6,809,926.26** | **-** | **2,773,187.88** | **464,732.62** | **13,882,288.47** |
| **Other Current Liability** | | | | | | | | |
| 21000 - Accrued Payables | 6,460.96 | - | - | - | - | - | - | 6,460.96 |
| 21110 - Accrued Payroll Checks | 34,034.59 | - | - | - | - | - | - | 34,034.59 |
| 22100 - Credit Card Payable - WSF BoA#8803 | - | - | - | - | - | 22,349.71 | - | 22,349.71 |
| 22110 - Credit Card Payable - SAL BoA#2729 | - | - | - | (15,178.06) | - | - | - | (15,178.06) |
| 23500 - Federal Income Tax Payable | - | 4,409,463.00 | - | - | - | - | - | 4,409,463.00 |
| 24000 - Customer Deposits | - | 2,600,000.00 | 4,000.00 | - | - | - | - | 2,604,000.00 |
| 24016 - Cathay Bank Loan C - LOC | - | 4,523,472.49 | - | - | - | - | - | 4,523,472.49 |
| **Total Other Current Liability** | **40,495.55** | **11,532,935.49** | **4,000.00** | **(15,178.06)** | **-** | **22,349.71** | **-** | **11,584,602.69** |
| **Total Current Liabilities** | **141,621.93** | **16,190,313.94** | **9,402.12** | **6,794,748.20** | **-** | **2,795,537.59** | **464,732.62** | **25,466,891.16** |
| **Long Term Liabilities** | | | | | | | | |
| 24017 - Cathay Bank Loan A - Construction | - | 10,706,465.17 | - | - | - | - | - | 10,706,465.17 |
| 24018 - Cathay Bank Loan B - Equipment | - | 4,187,627.56 | - | - | - | - | - | 4,187,627.56 |
| 25020 - Due To MFI Inc | 421,130.36 | - | - | 45,659,519.65 | 3,621,485.54 | 26,685,219.87 | 76,387,355.42 | - |
| 25045 - Due To Modys | - | 299,640.00 | - | - | - | - | 299,640.00 | - |
| 27000 - Long Term Debt | - | - | 750,164.98 | - | - | - | - | 750,164.98 |
| 27020 - Long Term Debt SBA Cares Act | - | - | - | - | - | 142,981.86 | - | 142,981.86 |
| 27100 - Long Term Payable - MFI Inc | - | - | - | 16,419,997.64 | - | - | 16,419,997.64 | - |
| **Total Long Term Liabilities** | **421,130.36** | **15,193,732.73** | **750,164.98** | **62,079,517.29** | **3,621,485.54** | **26,828,201.73** | **93,106,993.06** | **15,787,239.57** |
| **Equity** | | | | | | | | |
| 30100 - Common Stock | - | 394,882.14 | - | - | - | - | - | 394,882.14 |
| **31000 - Contributed Capital** | | | | | | | | |
| 31000 - Contributed Capital | - | - | - | - | - | 14,223.00 | - | 14,223.00 |
| 31010 - Contributed Capital - Aleksey Kozlov | (8,670,000.00) | - | - | - | - | - | - | (8,670,000.00) |
| **Total - 31000 - Contributed Capital** | **(8,670,000.00)** | **-** | **-** | **-** | **-** | **14,223.00** | **-** | **(8,655,777.00)** |
| 31030 - Owner Dividend | (6,520,078.97) | (2,447,939.98) | - | - | - | - | - | (8,968,018.95) |
| 32000 - Retained Earnings - Current Year | 4,337,116.21 | (5,554,598.17) | - | 1,282,340.80 | - | (2,917,442.17) | - | (2,852,583.33) |
| Retained Earnings | 10,510,223.77 | 79,534,420.47 | 1,233,031.14 | (1,338,681.10) | (544,060.96) | (7,588,016.73) | - | 81,806,916.59 |
| Net Income | 355,320.72 | (427,316.56) | (5,953.49) | 0.00 | (173,093.03) | (6,772,803.00) | - | (7,023,845.36) |
| **Total Equity** | **12,581.73** | **71,499,447.90** | **1,227,077.65** | **(56,340.30)** | **(717,153.99)** | **(17,264,038.90)** | **-** | **54,701,574.09** |
| **Total Liabilities & Equity** | **575,334.02** | **102,883,494.57** | **1,986,644.75** | **68,817,925.19** | **2,904,331.55** | **12,359,700.42** | **93,571,725.68** | **95,955,704.82** |
| | | | | | | | | - |

# EXHIBIT I

**Marine Fishing International, Inc. (Consolidated)**
**Income Statement**
**Jan 24 - Jun 24**

| | MFI LLC | MFI INC | Modys | Salacia | Silver Wave | Whittier Seafood | Elimination | Total |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| 41000 - Outside Sales | - | 764,398.70 | - | - | - | 6,287,719.68 | | 7,052,118.38 |
| 43000 - IC: Rental Income | - | - | 46,428.54 | - | - | - | (46,428.54) | - |
| 43500 - Rental Income - Apartments | - | - | - | - | - | 11,166.67 | | 11,166.67 |
| **46000 - Selling Agent Fees** | | | | | | | | |
| 46000 - Selling Agent Fees | - | 422,555.07 | - | - | - | - | | 422,555.07 |
| 46051 - Revenue - Ship Supplies | - | 1,351,345.67 | - | - | - | - | | 1,351,345.67 |
| 46055 - Revenue - Ship Repairs | - | 7,500.00 | - | - | - | - | | 7,500.00 |
| 46090 - Revenue - Ship Support Services | - | 109,296.00 | - | - | - | - | | 109,296.00 |
| **Total - 46000 - Selling Agent Fees** | - | 1,890,696.74 | - | - | - | - | | 1,890,696.74 |
| 46200 - Misc. Income | - | - | - | - | - | 281.90 | | 281.90 |
| 46300 - Management Fee Income | 938,538.44 | - | - | - | - | - | (938,538.44) | - |
| 49000 - Sales Allowances | - | - | - | - | - | (10,000.00) | | (10,000.00) |
| **Total - Income** | 938,538.44 | 2,655,095.44 | 46,428.54 | - | - | 6,289,168.25 | (984,966.98) | 8,944,263.69 |
| **Cost Of Sales** | | | | | | | | |
| 50100 - Cost of Sales - Outside Sales | - | 567,654.98 | - | - | - | 4,165,407.17 | | 4,733,062.15 |
| **50250 - COGS - Ship Services** | | | | | | | | |
| 50250 - COGS - Ship Services | - | 319,861.41 | - | - | - | - | | 319,861.41 |
| 50255 - COGS - Ship Supplies | - | 568,297.86 | - | - | - | - | | 568,297.86 |
| 50260 - COGS: Ship Fuel | - | 21,670.00 | - | - | - | - | | 21,670.00 |
| 50270 - COGS: Ship: Capitain Draw | - | 48,537.00 | - | - | - | - | | 48,537.00 |
| 50290 - COGS: Ship Administration | - | 99,360.00 | - | - | - | - | | 99,360.00 |
| **Total - 50250 - COGS - Ship Services** | - | 1,057,726.27 | - | - | - | - | | 1,057,726.27 |
| **53000 - COGS - Variances** | | | | | | | | |
| 53060 - COGS - Inventory adjustments | - | - | - | - | - | 5,109.21 | | 5,109.21 |
| **Total - 53000 - COGS - Variances** | - | - | - | - | - | 5,109.21 | | 5,109.21 |
| **Total - Cost Of Sales** | - | 1,625,381.25 | - | - | - | 4,170,516.38 | | 5,795,897.63 |
| **Gross Profit** | 938,538.44 | 1,029,714.19 | 46,428.54 | - | - | 2,118,651.87 | (984,966.98) | 3,148,366.06 |
| **Expense** | | | | | | | | |
| 61000 - Outbound Freight | - | 7,622.00 | - | - | - | 37,534.00 | | 45,156.00 |
| 61100 - Internal Freight | - | - | - | - | - | 2,375.00 | | 2,375.00 |
| 66000 - Payroll Expenses | 729,948.77 | - | - | 193,743.70 | - | 1,430.00 | | 925,122.47 |
| 66010 - Payroll Taxes | 78,370.93 | - | - | 18,758.24 | - | 141.72 | | 97,270.89 |
| 66011 - Employee Benefits | 30,247.90 | - | - | - | - | 2,839.00 | | 33,086.90 |
| 66020 - Fuel Expense | - | - | - | - | - | 1,999.11 | | 1,999.11 |
| 66021 - Fuel Expense - Salacia | - | - | - | 8,164.46 | - | - | | 8,164.46 |
| 66030 - Rental - Equipment | - | - | - | 28,607.32 | - | 18,273.49 | | 46,880.81 |
| 66035 - Engineering/Consulting | - | - | - | 70,095.75 | - | - | | 70,095.75 |
| 66060 - Storage Expense | - | 45,251.43 | - | - | - | 148,243.67 | | 193,495.10 |
| 66080 - Tender Fees | - | - | - | - | - | 22,500.00 | | 22,500.00 |
| 66090 - Plant Supplies | - | - | - | 30,883.00 | - | - | | 30,883.00 |
| 67003 - Equipment | - | - | - | 142,229.61 | - | - | | 142,229.61 |
| 67010 - Permits & Fees | - | - | 360.00 | - | - | 8,055.00 | | 8,415.00 |
| 67062 - Ester Point Operating Expense | - | - | - | - | - | 3,441.78 | | 3,441.78 |
| 67070 - Garbage Removal | - | - | 262.76 | 20.00 | - | - | | 282.76 |
| 67080 - Recruiting Expenses | - | - | - | - | - | 1,648.28 | | 1,648.28 |
| 67090 - Tax Expense - Property | - | - | 10,061.85 | 65,886.59 | - | - | | 75,948.44 |
| 67095 - Tax Expense - B&O | 5,981.29 | - | - | 44.43 | - | - | | 6,025.72 |
| 67200 - Repairs and Maintenance | 1,844.91 | - | 6,824.00 | 13,535.11 | - | 7,215.57 | | 29,419.59 |
| 68500 - Business Insurance | 2,546.00 | - | 3,497.72 | 40,704.01 | 47,851.20 | 9,162.43 | | 103,761.36 |
| 68550 - Workers Compensation Insurance | - | - | - | - | - | 901.00 | | 901.00 |
| 68600 - Utilities | - | - | 4,930.72 | 6,661.61 | - | 35,408.07 | | 47,000.40 |
| 68700 - Inbound Freight | - | - | - | 10,076.29 | - | - | | 10,076.29 |
| 69050 - Agent Fees and Expenses - Vessels | - | 250.00 | - | - | - | - | | 250.00 |
| 69140 - Discount from Purchase | - | (57.14) | - | - | - | - | | (57.14) |

**Marine Fishing International, Inc. (Consolidated)**
**Income Statement**
**Jan 24 - Jun 24**

| | MFI LLC | MFI INC | Modys | Salacia | Silver Wave | Whittier Seafood | Elimination | Total | | SAL | Excl Salacia |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70200 - Automobile Expense | - | - | - | 119.74 | - | - | | 119.74 | | | |
| 70400 - Bank Charges | (2,913.15) | 88,622.30 | 97.52 | 749.63 | - | 3,521.22 | | 90,077.52 | | | |
| 71700 - Computer, Phone and Internet Expenses | 8,871.42 | 2,335.90 | - | 8,343.69 | - | 14,028.48 | | 33,579.49 | | | |
| 72500 - Dues and Subscriptions | 1,150.39 | - | - | 2,235.20 | - | 294.00 | | 3,679.59 | | | |
| 74300 - Meals and Entertainment | 279.59 | - | - | - | - | - | | 279.59 | | | |
| 74900 - Office Expense | 7,404.08 | (434.73) | - | 4,596.15 | - | (3,463.75) | | 8,101.75 | | | |
| 74940 - Software License Expense | 1,364.44 | 15,796.28 | - | - | - | - | | 17,160.72 | | | |
| 75000 - Water Quality | - | - | (1,975.03) | - | - | - | | (1,975.03) | | | |
| 76700 - Professional Services | 25,095.17 | 91,531.43 | - | 178,887.24 | - | 43,783.86 | | 339,297.70 | | | |
| 76705 - Management Services | - | 146,921.65 | - | 527,447.77 | - | 264,169.02 | (938,538.44) | - | | | |
| 77100 - Rent Expense | 46,428.54 | - | - | 8,452.84 | - | 8,616.68 | (46,428.54) | 17,069.52 | | | |
| 77130 - Business Licenses | - | - | - | 1,138.00 | - | - | | 1,138.00 | | | |
| 77160 - Homeowner Dues | - | - | - | - | - | 34,863.34 | | 34,863.34 | | | |
| 77170 - Plant Security | - | - | - | 79,149.25 | - | - | | 79,149.25 | | | |
| 78400 - Travel Expense | 1,825.39 | 4,619.98 | - | - | - | 2,938.66 | | 9,384.03 | | | |
| 78600 - Fines & Penalties | 92.77 | - | 201.24 | 695.71 | - | 19,015.07 | | 20,004.79 | | | |
| **Total - Expense** | **938,538.44** | **402,459.10** | **24,260.78** | **1,441,225.34** | **47,851.20** | **688,934.70** | **(984,966.98)** | **2,558,302.58** | | **SAL** | **Excl Salacia** |
| **Net Ordinary Income** | **-** | **627,255.09** | **22,167.76** | **(1,441,225.34)** | **(47,851.20)** | **1,429,717.17** | **-** | **590,063.48** | | **(1,441,225.34)** | **2,031,288.82** |
| Other Income and Expenses | | | | | | | | | | | |
| Other Income | | | | | | | | | | | |
| 81000 - (Loss)/Gain on asset disposal | - | - | - | (42,500.00) | - | - | | (42,500.00) | | | |
| 85000 - Interest Income | - | - | - | - | 34,160.58 | 1,677.79 | | 35,838.37 | | | |
| 85050 - Interest Income - Contra | - | - | - | - | (34,160.58) | (1,677.79) | | (35,838.37) | | | |
| 85100 - Other Income | - | - | 30,000.00 | 18,793.00 | - | 81,409.90 | | 130,202.90 | | | |
| **Total - Other Income** | **-** | **-** | **30,000.00** | **(23,707.00)** | **-** | **81,409.90** | | **87,702.90** | | | |
| Other Expense | | | | | | | | | | | |
| 83400 - Interest Expense | - | 31,368.35 | 28,785.46 | 767,675.45 | - | 53,226.99 | | 881,056.25 | | | |
| 83450 - Depreciation and Amortization Expense | 3,075.00 | - | 21,412.50 | - | 88,777.98 | 537,768.00 | | 651,033.48 | | | |
| 85110 - Other Expenses - capitalized costs | - | - | - | (2,208,900.79) | - | - | | (2,208,900.79) | | | |
| 85200 - Other Expense | - | 30,872.00 | - | - | - | 333,627.06 | | 364,499.06 | | | |
| 89100 - Franchise Tax | 1,200.00 | - | - | - | - | - | | 1,200.00 | | | |
| **Total - Other Expense** | **4,275.00** | **62,240.35** | **50,197.96** | **(1,441,225.34)** | **88,777.98** | **924,622.05** | **-** | **(311,112.00)** | | | |
| **Net Other Income** | **(4,275.00)** | **(62,240.35)** | **(20,197.96)** | **1,417,518.34** | **(88,777.98)** | **(843,212.15)** | **-** | **398,814.90** | | | |
| **Net Income** | **(4,275.00)** | **565,014.74** | **1,969.80** | **(23,707.00)** | **(136,629.18)** | **586,505.02** | **-** | **988,878.38** | | | |

# EXHIBIT J

| CO | Financial Row | Vebdor name | Service desc | 3/28/2025 | 4/4/2025 | 4/18/2025 | 5/2/2025 | 5/16/2025 | 5/30/2025 | 6/13/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| W | Rental Income from Begich | | | | | | 7500 | | 7500 | | 7500 |
| **EXPENSES** | | | | | | | | | | |
| INC | Employee Reimbursement | employees | employee reimbursent | | | | | | | |
| LLC | 66000 - Payroll Expenses | employees | payroll | | 16,880.77 | 16,880.77 | 16,880.77 | 16,880.77 | 16,880.77 | 16,880.77 |
| LLC | 66010 - Payroll Taxes | employees | payroll | | 1,653.93 | 1,653.93 | 1,653.93 | 1,653.93 | 1,653.93 | 1,653.93 |
| LLC | 76700 - Professional Services | Asure | payroll | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| LLC | 66011 - Employee Benefits | Regence | Medical | 8,800.00 | | | 8,800.00 | | 8,800.00 | |
| LLC | 66011 - Employee Benefits | Dental | Dental | 1,000.00 | | | 1,000.00 | | 1,000.00 | |
| LLC | 66011 - Employee Benefits | Medical co pay (deduction Medical paid by employee | (1,500.00) | | | (1,500.00) | | (1,500.00) | | |
| S | 66000 - Payroll Expenses | employees | payroll | | 5,121.60 | 5,121.60 | 5,121.60 | 5,121.60 | 5,121.60 | 5,121.60 |
| S | 66010 - Payroll Taxes | employees | payroll | | 510.70 | 510.70 | 510.70 | 510.70 | 510.70 | 510.70 |
| S | 76700 - Professional Services | Asure | payroll | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| ALL | 67010 - Permits & Fees | Chapter 11 | Inc | | | | | 468 | | |
| ALL | 67010 - Permits & Fees | Chapter 11 | llc/SW/M/S | | | | | 1,000 | | |
| ALL | 67010 - Permits & Fees | Chapter 11 | W | | | | | 580 | | |
| INC | 68600 - Utilities | Puget Sound Energy | Electricity | 2,507 | 1,837 | 780 | | | 780 | |
| INC | 68600 - Utilities | Bellevue City Treasurer | Water | 360 | | 355 | | | | |
| INC | 67070 - Garbage Removal | Republic Services | Garbage Removal - Bellevue | 52 | | 52 | | | 52 | |
| INC | 67200 - Repairs and Maintenanc | Comfort Mechnical | air conditioning repairs done | 1,008 | | | | | | |
| INC | 71700 - Computer, Phone and In | Comcast | internet Bellevue | 370 | | 370 | | | 370 | |
| INC | 74900 - Office Expense | Davidson Marci | parking cleaning Bellevue | 245 | | 150 | | | 150 | |
| INC | 74900 - Office Expense | Orkin | pest | 202 | | | | | | |
| INC | 74900 - Office Expense | EC2 | Office clean Bellevue | 425 | | 425 | | | 425 | |
| INC | 74900 - Office Expense | ADT | Security cameras Bellevue | 736 | | 200 | | | 200 | |
| INC | 74900 - Office Expense | Crystal Spring | Drining  water Bellevue | 55 | | 55 | | | 55 | |
| INC | 74900 - Office Expense | Jenacom | IT support and Windows Subscription | | 5,000 | | | | | |
| INC | 74940 - Software License Expens | Netsuite | accounting | 19,000 | | 19,000 | | | | |
| LLC | 67095 - Tax Expense - B&O | City of Bellevue | B&O tax | 205 | | | | | | |
| LLC | 67095 - Tax Expense - B&O | Department of Revenue | B&O tax | | | 500 | | | 500 | |
| LLC | 68500 - Business Insurance | CAN | General ins for LLC | paid | | | | | | |
| LLC | 70400 - Bank Charges | Bank of America | | | | 200 | | | 200 | |
| M | 75000 - Water Quality | Lake Bellevue Water Qual annual wafer fee Bellevue | | | | | | | 3,000 | |
| M | 67090 - Tax Expense - Property | Lake Bellevue | property tax | | | 10,100 | | | | |
| M | 68500 - Business Insurance | Liberty Mutual | Property Insurance (3 Lake Bellevue) | | | 8,000 | | | | |
| M | M83400 - Interest Expense (mortgage) | | | | | | | | | |
| S | 68600 - Utilities | Snohomish County PUD | Electricity | 928 | | 1,040 | | | 1,040 | |
| S | 68600 - Utilities | City of Marysville Fire Hyd Water | | 3,510 | | 1,500 | | | 1,500 | |
| S | 66021 - Fuel Expense - Salacia | Gas, Diesel, Propane (em; Gas, Diesel, Propane | | | | 100 | | | 100 | |
| S | 66030 - Rental - Equipment | National Construction - Fe Fencing Rental | | 1,519 | | 760 | | | 760 | |
| S | 71700 - Computer, Phone and In | Comcast internet for secu internet Salacia | | 443 | 460 | | 460 | | 460 | |
| S | 72500 - Dues and Subscriptions | Godaddy Salacia | websites | | | 25 | | | 25 | |
| S | 74900 - Office Expense | Honey Bucket | Salacia toilet | 630 | 200 | | 200 | | 200 | |
| S | 77100 - Rent Expense | Pacific Mobile Structures, | Portable Office Rental | 2,200 | 1,100 | | 1,100 | | 1,100 | |
| S | 67090 - Tax Expense - Property | Snohomish County Treasu property tax | | | | 66,000 | | | | |
| S | 68500 - Business Insurance | United Financial Casualty | Auto Insurance - Salacia | cancelled | | | | | | |
| S | 68500 - Business Insurance | AGCS | Salacia Inland marine | | | | | | | 10,000 |
| S | 68500 - Business Insurance | | General | | | | | | | 25,000 |
| S | 77170 - Plant Security | Prostasia Security | Salacia plant security | 33,000 | | 18,000 | | | 18,000 | |
| SW | 68500 - Business Insurance | TBD | Boat insurance | | | | | | | |
| W | 68600 - Utilities | Chugach | Electricity | 3,912 | | | | | | |
| W | 67070 - Garbage Removal | Alaska Waste | Garbage in AK | 360 | | | | | | |
| W | 71700 - Computer, Phone and In | AT&T | mobile phones | 600 | | | | | | |
| W | 77100 - Rent Expense | Chou J Shen | land lease - AK | | | | | | | 40,000 |
| W | 77160 - Homeowner Dues | Begich Towers | | 5,800 | | 5,800 | | | 5,800 | |
| **TOTAL EXPENSE** | | | | 86,367.00 | 33,164.00 | 157,979.35 | 34,627.00 | 26,615.00 | 64,584.35 | 102,567.00 |
| **EXPENSE LESS INCOME** | | | | 86,367.00 | 33,164.00 | 150,479.35 | 34,627.00 | 19,115.00 | 64,584.35 | 95,067.00 |

| CO | Financial Row | Vebdor name | Service desc | 6/27/2025 | 7/11/2025 | 7/25/2025 | 8/8/2025 | 8/22/2025 | 9/5/2025 | 9/19/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| W | Rental Income from Begich | | | | 7500 | | 7500 | | | 7500 |
| **EXPENSES** | | | | | | | | | | |
| INC | Employee Reimbursement | employees | employee reimbursent | | | | | | | |
| LLC | 66000 - Payroll Expenses | employees | payroll | 16,880.77 | 14,342.31 | 14,342.31 | 14,342.31 | 14,342.31 | 14,342.31 | 14,342.31 |
| LLC | 66010 - Payroll Taxes | employees | payroll | 1,653.93 | 1,409.73 | 1,409.73 | 1,409.73 | 1,409.73 | 1,409.73 | 1,409.73 |
| LLC | 76700 - Professional Services | Asure | payroll | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| LLC | 66011 - Employee Benefits | Regence | Medical | 8,800.00 | | 8,800.00 | | 8,800.00 | | 8,800.00 |
| LLC | 66011 - Employee Benefits | Dental | Dental | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 |
| LLC | 66011 - Employee Benefits | Medical co pay (deduction) | Medical paid by employee | (1,500.00) | | (1,500.00) | | (1,500.00) | | (1,500.00) |
| S | 66000 - Payroll Expenses | employees | payroll | 5,121.60 | 5,121.60 | 5,121.60 | 5,121.60 | 5,121.60 | 5,121.60 | 5,121.60 |
| S | 66010 - Payroll Taxes | employees | payroll | 510.70 | 510.70 | 510.70 | 510.70 | 510.70 | 510.70 | 510.70 |
| S | 76700 - Professional Services | Asure | payroll | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| ALL | 67010 - Permits & Fees | Chapter 11 | Inc | | | | 468 | | | |
| ALL | 67010 - Permits & Fees | Chapter 11 | llc/SW/M/S | | | | 1,000 | | | |
| ALL | 67010 - Permits & Fees | Chapter 11 | W | | | | 580 | | | |
| INC | 68600 - Utilities | Puget Sound Energy | Electricity | 780 | | 780 | | 780 | | 780 |
| INC | 68600 - Utilities | Bellevue City Treasurer | Water | | | | | | | |
| INC | 67070 - Garbage Removal | Republic Services | Garbage Removal - Bellevue | 52 | | 52 | | 52 | | 52 |
| INC | 67200 - Repairs and Maintenanc | Comfort Mechnical | air conditioning repairs done | | | | | | | |
| INC | 71700 - Computer, Phone and In | Comcast | internet Bellevue | 370 | | 370 | | 370 | | 370 |
| INC | 74900 - Office Expense | Davidson Marci | parking cleaning Bellevue | 150 | | 150 | | 150 | | 150 |
| INC | 74900 - Office Expense | Orkin | pest | | | | | | | |
| INC | 74900 - Office Expense | EC2 | Office clean Bellevue | 425 | | 425 | | 425 | | 425 |
| INC | 74900 - Office Expense | ADT | Security cameras Bellevue | 200 | | 200 | | 200 | | 200 |
| INC | 74900 - Office Expense | Crystal Spring | Drining water Bellevue | 55 | | 55 | | 55 | | 55 |
| INC | 74900 - Office Expense | Jenacom | IT support and Windows Subscri | | | | | | | |
| INC | 74940 - Software License Expens | Netsuite | accounting | 19,000 | | | | | | |
| LLC | 67095 - Tax Expense - B&O | City of Bellevue | B&O tax | | 200 | | | | | |
| LLC | 67095 - Tax Expense - B&O | Department of Revenue | B&O tax | 500 | | 500 | | 500 | | 500 |
| LLC | 68500 - Business Insurance | CAN | General ins for LLC | | | | | | | |
| LLC | 70400 - Bank Charges | Bank of America | | 200 | | 200 | | 200 | | 200 |
| M | 75000 - Water Quality | Lake Bellevue Water Qual | annual water fee Bellevue | | | | | | | |
| M | 67090 - Tax Expense - Property | Lake Bellevue | property tax | | | | | | | |
| M | 68500 - Business Insurance | Liberty Mutual | Property Insurance (3 Lake Belle | | | | | | | |
| M | M83400 - Interest Expense (mortgage) | | | | | | | | | |
| S | 68600 - Utilities | Snohomish County PUD | Electricity | 1,040 | | 1,040 | | 1,040 | | 1,040 |
| S | 68600 - Utilities | City of Marysville Fire Hyd | Water | 1,500 | | 1,500 | | 1,500 | | 1,500 |
| S | 66021 - Fuel Expense - Salacia | Gas, Diesel, Propane (emp | Gas, Diesel, Propane | 100 | | 100 | | 100 | | 100 |
| S | 68500 - Rental - Equipment | National Construction - Fe | Fencing Rental | 760 | | 760 | | 760 | | 760 |
| S | 71700 - Computer, Phone and In | Comcast internet for secu | internet Salacia | 460 | | 460 | | 460 | | 460 |
| S | 72500 - Dues and Subscriptions | Godaddy Salacia | websites | 25 | | 25 | | 25 | | 25 |
| S | 74900 - Office Expense | Honey Bucket | Salacia toilet | 200 | | 200 | | 200 | | 200 |
| S | 77100 - Rent Expense | Pacific Mobile Structures, | Portable Office Rental | 1,100 | | 1,100 | | 1,100 | | 1,100 |
| S | 67090 - Tax Expense - Property | Snohomish County Treasu | property tax | | | | | | | |
| S | 68500 - Business Insurance | United Financial Casualty | Auto Insurance - Salacia | | | | | | | |
| S | 68500 - Business Insurance | AGCS | Salacia Inland marine | | | | | | | |
| S | 68500 - Business Insurance | | General | | | | | | | |
| S | 77170 - Plant Security | Prostasia Security | Salacia plant security | 18,000 | | 18,000 | | 18,000 | | 18,000 |
| SW | 68500 - Business Insurance | TBD | Boat insurance | | | | | | | |
| W | 68600 - Utilities | Chugach | Electricity | | | | | | | |
| W | 67070 - Garbage Removal | Alaska Waste | Garbage in AK | | | | | | | |
| W | 71700 - Computer, Phone and In | AT&T | mobile phones | | | | | | | |
| W | 77100 - Rent Expense | Chou J Shen | land lease - AK | | | | | | | |
| W | 77160 - Homeowner Dues | Begich Towers | | 5,800 | | 5,800 | | 5,800 | | 5,800 |
| **TOTAL EXPENSE** | | | | 83,584.35 | 21,984.34 | 61,801.69 | 23,832.34 | 61,801.69 | 21,784.34 | 61,801.69 |
| **EXPENSE LESS INCOME** | | | | 83,584.35 | 14,484.34 | 61,801.69 | 16,332.34 | 61,801.69 | 21,784.34 | 54,301.69 |

| CO | Financial Row | Vendor name | Service desc | 10/3/2025 | 10/17/2025 | 10/31/2025 | 11/14/2025 | 11/28/2025 | 12/12/2025 | 12/26/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | |
| W | **Rental Income from Begich** | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | |
| INC | Employee Reimbursement | employees | employee reimbursent | | | | | | | |
| LLC | 66000 - Payroll Expenses | employees | payroll | | | | | | | |
| LLC | 66010 - Payroll Taxes | employees | payroll | | | | | | | |
| LLC | 76700 - Professional Services | Asure | payroll | | | | | | | |
| LLC | 66011 - Employee Benefits | Regence | Medical | | | | | | | |
| LLC | 66011 - Employee Benefits | Dental | Dental | | | | | | | |
| LLC | 66011 - Employee Benefits | Medical co pay (deduction | Medical paid by employee | | | | | | | |
| S | 66000 - Payroll Expenses | employees | payroll | | | | | | | |
| S | 66010 - Payroll Taxes | employees | payroll | | | | | | | |
| S | 76700 - Professional Services | Asure | payroll | | | | | | | |
| ALL | 67010 - Permits & Fees | Chapter 11 | Inc | | | | | | | |
| ALL | 67010 - Permits & Fees | Chapter 11 | llc/SW/M/S | | | | | | | |
| ALL | 67010 - Permits & Fees | Chapter 11 | W | | | | | | | |
| INC | 68600 - Utilities | Puget Sound Energy | Electricity | | | | | | | |
| INC | 68600 - Utilities | Bellevue City Treasurer | Water | | | | | | | |
| INC | 67070 - Garbage Removal | Republic Services | Garbage Removal - Bellevue | | | | | | | |
| INC | 67200 - Repairs and Maintenanc | Comfort Mechnical | air conditioning repairs done | | | | | | | |
| INC | 71700 - Computer, Phone and In | Comcast | internet Bellevue | | | | | | | |
| INC | 74900 - Office Expense | Davidson Marci | parking cleaning Bellevue | | | | | | | |
| INC | 74900 - Office Expense | Orkin | pest | | | | | | | |
| INC | 74900 - Office Expense | EC2 | Office clean Bellevue | | | | | | | |
| INC | 74900 - Office Expense | ADT | Security cameras Bellevue | | | | | | | |
| INC | 74900 - Office Expense | Crystal Spring | Drining water Bellevue | | | | | | | |
| INC | 74900 - Office Expense | Jenacom | IT support and Windows Subscri | | | | | | | |
| INC | 74940 - Software License Expens | Netsuite | accounting | | | | | | | |
| LLC | 67095 - Tax Expense - B&O | City of Bellevue | B&O tax | | | | | | | |
| LLC | 67095 - Tax Expense - B&O | Department of Revenue | B&O tax | | | | | | | |
| LLC | 68500 - Business Insurance | CAN | General ins for LLC | | | | | | | |
| LLC | 70400 - Bank Charges | Bank of America | | | | | | | | |
| M | 75000 - Water Quality | Lake Bellevue Water Qual | annual water fee Bellevue | | | | | | | |
| M | 67090 - Tax Expense - Property | Lake Bellevue | property tax | | | | | | | |
| M | 68500 - Business Insurance | Liberty Mutual | Property Insurance (3 Lake Belle | | | | | | | |
| M | M83400 - Interest Expense (mortgage) | | | | | | | | | |
| S | 68600 - Utilities | Snohomish County PUD | Electricity | | | | | | | |
| S | 68600 - Utilities | City of Marysville Fire Hyd | Water | | | | | | | |
| S | 66021 - Fuel Expense - Salacia | Gas, Diesel, Propane (emp | Gas, Diesel, Propane | | | | | | | |
| S | 66030 - Rental - Equipment | National Construction - Fe | Fencing Rental | | | | | | | |
| S | 71700 - Computer, Phone and In | Comcast internet for secu | internet Salacia | | | | | | | |
| S | 72500 - Dues and Subscriptions | Godadly Salacia | websites | | | | | | | |
| S | 74900 - Office Expense | Honey Bucket | Salacia toilet | | | | | | | |
| S | 77100 - Rent Expense | Pacific Mobile Structures, | Portable Office Rental | | | | | | | |
| S | 67090 - Tax Expense - Property | Snohomish County Treasu | property tax | | | | | | | |
| S | 68500 - Business Insurance | United Financial Casualty | Auto Insurance - Salacia | | | | | | | |
| S | 68500 - Business Insurance | AGCS | Salacia Inland marine | | | | | | | |
| S | 68500 - Business Insurance | | General | | | | | | | |
| S | 77170 - Plant Security | Prostasia Security | Salacia plant security | | | | | | | |
| SW | 68500 - Business Insurance | TBD | Boat insurance | | | | | | | |
| W | 68600 - Utilities | Chugach | Electricity | | | | | | | |
| W | 67070 - Garbage Removal | Alaska Waste | Garbage in AK | | | | | | | |
| W | 71700 - Computer, Phone and In | AT&T | mobile phones | | | | | | | |
| W | 77100 - Rent Expense | Chou J Shen | land lease - AK | | | | | | | |
| W | 77160 - Homeowner Dues | Begich Towers | | | | | | | | |
| **TOTAL EXPENSE** | | | | | | | | | | |
| **EXPENSE LESS INCOME** | | | | | | | | | | |

| CO | Financial Row | Vebdor name | Service desc |
|---|---|---|---|
| **Income** | | | |
| W | **Rental Income from Begich** | | |
| **EXPENSES** | | | |
| INC | Employee Reimbursement | employees | employee reimbursent |
| LLC | 66000 - Payroll Expenses | employees | payroll |
| LLC | 66010 - Payroll Taxes | employees | payroll |
| LLC | 76700 - Professional Services | Asure | payroll |
| LLC | 66011 - Employee Benefits | Regence | Medical |
| LLC | 66011 - Employee Benefits | Dental | Dental |
| LLC | 66011 - Employee Benefits | Medical co pay (deduction | Medical paid by employee |
| S | 66000 - Payroll Expenses | employees | payroll |
| S | 66010 - Payroll Taxes | employees | payroll |
| S | 76700 - Professional Services | Asure | payroll |
| ALL | 67010 - Permits & Fees | Chapter 11 | Inc |
| ALL | 67010 - Permits & Fees | Chapter 11 | llc/SW/M/S |
| ALL | 67010 - Permits & Fees | Chapter 11 | W |
| INC | 68600 - Utilities | Puget Sound Energy | Electricity |
| INC | 68600 - Utilities | Bellevue City Treasurer | Water |
| INC | 67070 - Garbage Removal | Republic Services | Garbage Removal - Bellevue |
| INC | 67200 - Repairs and Maintenanc | Comfort Mechnical | air conditioning repairs done |
| INC | 71700 - Computer, Phone and In | Comcast | internet Bellevue |
| INC | 74900 - Office Expense | Davidson Marci | parking cleaning Bellevue |
| INC | 74900 - Office Expense | Orkin | pest |
| INC | 74900 - Office Expense | EC2 | Office clean Bellevue |
| INC | 74900 - Office Expense | ADT | Security cameras Bellevue |
| INC | 74900 - Office Expense | Crystal Spring | Drining water Bellevue |
| INC | 74900 - Office Expense | Jenacom | IT support and Windows Subscri |
| INC | 74940 - Software License Expens | Netsuite | accounting |
| LLC | 67095 - Tax Expense - B&O | City of Bellevue | B&O tax |
| LLC | 67095 - Tax Expense - B&O | Department of Revenue | B&O tax |
| LLC | 68500 - Business Insurance | CAN | General ins for LLC |
| LLC | 70400 - Bank Charges | Bank of America | |
| M | 75000 - Water Quality | Lake Bellevue Water Qual | annual water fee Bellevue |
| M | 67090 - Tax Expense - Property | Lake Bellevue | property tax |
| M | 68500 - Business Insurance | Liberty Mutual | Property Insurance (3 Lake Belle |
| M | M83400 - Interest Expense (mortgage) | | |
| S | 68600 - Utilities | Snohomish County PUD | Electricity |
| S | 68600 - Utilities | City of Marysville Fire Hyd | Water |
| S | 66021 - Fuel Expense - Salacia | Gas, Diesel, Propane (em | Gas, Diesel, Propane |
| S | 66030 - Rental - Equipment | National Construction - Fe | Fencing Rental |
| S | 71700 - Computer, Phone and In | Comcast internet for secu | internet Salacia |
| S | 72500 - Dues and Subscriptions | Godaddy Salacia | websites |
| S | 74900 - Office Expense | Honey Bucket | Salacia toilet |
| S | 77100 - Rent Expense | Pacific Mobile Structures, | Portable Office Rental |
| S | 67090 - Tax Expense - Property | Snohomish County Treasu | property tax |
| S | 68500 - Business Insurance | United Financial Casualty | Auto Insurance - Salacia |
| S | 68500 - Business Insurance | AGCS | Salacia Inland marine |
| S | 68500 - Business Insurance | | General |
| S | 77170 - Plant Security | Prostasia Security | Salacia plant security |
| SW | 68500 - Business Insurance | TBD | Boat insurance |
| W | 68600 - Utilities | Chugach | Electricity |
| W | 67070 - Garbage Removal | Alaska Waste | Garbage in AK |
| W | 71700 - Computer, Phone and In | AT&T | mobile phones |
| W | 77100 - Rent Expense | Chou J Shen | land lease - AK |
| W | 77160 - Homeowner Dues | Begich Towers | |
| | | | |
| **TOTAL EXPENSE** | | | |
| **EXPENSE LESS INCOME** | | | 797,494.09 |

# EXHIBIT K

## Begich Towers Leases

| Unit | Lessor | Lessee | Term | Cure Amount |
|------|--------|--------|------|-------------|
| 206 | Whittier | T.F. | 6/1/24 - 9/30/24 | $0 |
| 402 | Whittier | Turnagain Marine Construction | 5/22/24 - 8/31/24 | $0 |
| 609 | Whittier | Turnagain Marine Construction | 8/12/2024-10/31/2024 | $0 |
| 807 | Whittier | Turnagain Marine Construction | 5/13/24 - 8/31/24 | $0 |
| 1001 | Whittier | J.E and T.M. | 6/1/24 - 4/30/25 | $0 |

## Misc. Leases

| Debtor | Counter Party | Lease Details | Cure Amount |
|--------|---------------|---------------|-------------|
| Whitter | Alaska Railroad Corporation | Ground Lease related to the Whitter Property, term expires 4/30/25 | $13,453 |
| Whittier | Chou J. Shen and Yenwen A. Shen | Ground Lease related to the portable employee housing, term expires 5/14/26 | $29,025 |