James L. Day, (admitted *pro hac vice*)
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
lbohleber@bskd.com
Attorneys for Debtors

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

| In re | Chapter 11 |
|---|---|
| WHITTIER SEAFOOD, LLC,[1] | Lead Case No. 24-00139 |
| Debtors. | Jointly Administered |
| | APPLICATION TO EMPLOY KIDDER MATHEWS AS REAL ESTATE BROKER |

Modys, LLC ("Modys"), one of the debtors-in-possession in these jointly administered cases, submits this application (the "Application"), pursuant to Bankruptcy Code §§ 327 and 328 and Bankruptcy Rules 2014(a) and 2016, to employ Kidder Mathews ("KM") as its real estate broker with respect to its real property located at 3 Lake Bellevue Drive., Bellevue, Washington (the "Modys Property"). This Application is based on the files and records herein and the Declaration of Aaron Kraft (the "Kraft Declaration").

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

APPLICATION TO EMPLOY KIDDER MATHEWS AS
REAL ESTATE BROKER– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**APPLICATION**

Modys has selected KM because it is a premier, full-service real estate services company with offices located at numerous locations on the West Coast, including Seattle and Bellevue.

Modys proposes to employ KM for its brokerage services pursuant to section 327(a) and compensate KM for its brokerage services pursuant to section 328(a) as set forth in the Exclusive Sale Listing Agreement (the "Listing Agreement"), a copy of which is attached to the Kraft Declaration as Exhibit A.

Pursuant to the Listing Agreement, KM will be compensated on a commission basis in an amount equal to 3.0% of the sales price if the buyer is represented, or 5.0% of the sales price if the buyer is not represented. In addition, KM will be reimbursed at the closing of any sale for costs incurred in measuring the deck space of the Modys Building so that the deck space may be included in the marketed square footage.

Section 327(a) incorporates a general disinterestedness standard, and Bankruptcy Rule 2014 requires that an application for employment disclose all connections with the Debtors, their estates, the professionals, and the United States Trustee.

On October 2, 2024, the Court entered an order authorizing Salacia, LLC ("Salacia"), one of the joint Debtors in these jointly administered chapter 11 cases, to employ KM as Appraiser of the Salacia Plant and Equipment (Dkt. No 144). Salacia paid KM $12,000 for its appraisal services (the "Appraisal Fee"). As asset forth in the Kraft Declaration, KM does not have any other connection to the Debtors. KM does not to its knowledge represent any party with an interest materially adverse to the Debtors or their estates.

As set forth in the Kraft Declaration, and except as otherwise disclosed herein, KM, to the best of its knowledge as of the date herein: (a) does not have any prior connection with the Debtors, any

APPLICATION TO EMPLOY KIDDER MATHEWS AS
REAL ESTATE BROKER– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id02g001rw

creditors of the Debtors or their estates, any equity security holders, or any other party in interest in these Chapter 11 Cases, or their respective attorneys or accountants (other than professional connections and relationships unrelated to the Debtors' Chapter 11 Cases), or these Chapter 11 Cases; (b) does not hold or represent an interest materially adverse to the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or any investment banker for any security of the Debtors, or for any other reason; (c) as of the Petition Dates, KM was not a creditor, equity security holder, or insider of the Debtors or their estates; (d) KM was not, within two (2) years before the Petition Dates, a director, officer, or employee of the Debtors; (e) KM has no prepetition claims against the Debtors; and (g) no personnel of KM that are providing services under the Listing Agreement are related to any judge of the United States Bankruptcy Court for the District of Alaska, the United States Trustee, or to any person employed by the Office of the United States Trustee.

Based on the foregoing, Modys submits that KM is "a disinterested person" as that term is defined in section 101(14), as modified by section 1107(b), and as required under section 327(a) of the Bankruptcy Code.

As set forth in the Kraft Declaration, if any new material facts or relationships are discovered or arise, KM will provide the court with a supplemental declaration. The Debtors believe that their employment of KM upon the terms and conditions set forth above is in the best interest of the Debtors' estates, their creditors, and other parties in interest. As further detailed in the Kraft Declaration, KM is disinterested as that term is defined in 11 U.S.C. § 101(14), and represents or holds no interest adverse to the interest of the estate with respect to the matters on which it is to be employed.

APPLICATION TO EMPLOY KIDDER MATHEWS AS
REAL ESTATE BROKER– Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id02g001rw

Based on the foregoing, Modys respectfully requests that the Court enter an order authorizing the employment of KM and as its real estate broker *nunc pro tunc* to April 4, 2025, on the terms and conditions set forth herein.

DATED this 14th day of April, 2025.

BUSH KORNFELD LLP

By   /s/ Lesley Bohleber
    James L. Day, (admitted *pro hac vice*)
    Lesley Bohleber, (admitted *pro hac vice*)
*Attorneys for the Debtors*

APPLICATION TO EMPLOY KIDDER MATHEWS AS REAL ESTATE BROKER– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id02g001rw