James L. Day, (admitted *pro hac vice*)
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
lbohleber@bskd.com
Attorneys for Debtors

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re | Chapter 11 |
| WHITTIER SEAFOOD, LLC, [1] | Lead Case No. 24-00139 |
| Debtors. | Jointly Administered |
| | MOTION TO APPROVE SALACIA BIDDING PROCEDURES FOR SALACIA PROPERTY AND FORM OF NOTICE |

Salacia, LLC ("Salacia") debtor-in-possession herein, pursuant to Bankruptcy Code sections

105(a), 363 and 365, moves the Court for an order (1) approving the Bidding Procedures related to the

sale of the Property[2] in the form attached hereto as **Exhibit A**; (2) approving the proposed form of

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

[2] Undefined terms shall have the same meaning as set forth in the Bidding Procedures.

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

1  notice of bidding procedures (the "Notice of Bidding Procedures") in the form attached hereto as

2  **Exhibit B**[3]; and (3) shortening time on the Sale Hearing.

3  **I.     BACKGROUND**

4  On August 19, 2024, the Debtors filed their chapter 11 petitions for relief under title 11 of the

5  Bankruptcy Code. A detailed description of the Debtors and their former operations is set forth in

6  Debtors' Second Amended Joint Disclosure Statement (Dkt. No. 319). Whitter, Salacia, MFI, Inc. and

7  Silver Wave have selected Hilco Corporate Finance ("Hilco") as their investment banker. On

8  December 4, 2024, the Court entered an order approving Hilco's employment as investment banker

9  (Dkt. No. 212).

10  With the assistance of Hilco, Salacia has begun marketing the Property, which includes the

11  following:

12  1.   Six parcels of real property (each a "Parcel" and together, the "Parcels") as follows:

13  a.   Main plant and warehouse (Parcel 31053300400700; 11.2 acres);

14  b.   Improved parcel for future development (Parcel 30050400102500; 5.8 acres);

15  c.   Two excess Parcels (Parcels 31053300400500 and 31053300400900; 4.0 and 3.9

16  acres, respectively);

17  d.   Undeveloped wetland parcel (Parcel 31053300400400; 8.0 acres);

18  e.   Strip along road (Parcel 31053300400400; 2.2 acres);

19  2.   All of Salacia's food processing and cold storage equipment, wherever located (the

20  "Equipment"), excluding the Tanks; and

21

22

23

[3] To avoid duplication, the Bidding Procedures are excluded as an exhibit to the form of Notice of Bidding Procedures. The Bidding Procedures attached hereto as Exhibit A will be included in their entirety as an exhibit to the Notice of Bidding Procedures that is filed and served on the Bid Notice Parties.

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

3.  Nine tanks (the "Tanks") in the possession of Spokane Stainless Technologies, located at 3808 N. Sullivan Rd. Bldg 4-h, Spokane Valley, WA 99216:

   a.  Two 10312-gallon fry oil storage tanks;

   b.  Six 834-gallon fry oil storage tanks;

   c.  One 9657-Gallon water PH balance tank.

Hilco has prepared marketing materials and established a data room containing pertinent information related to the Property, which is available to all potential buyers following the execution of a nondisclosure agreement.

Salacia's assets are subject to the following liens[4]:

1)  Cathay Bank's lien in the total approximate amount of $23 million that encumbers the Parcels as evidenced by its Deed of Trust dated February 22, 2023;

2)  Harris Pacific Northwest LLC's lien in the amount of $3,350,000 that encumbers the Parcels, based on the recording of a Claim of Lien on June 11, 2024, pursuant to RCW 60.04;

3)  Tesla Electric, LLC's lien in the approximate amount of $237,000 that encumbers the Parcels, based on the recording of a Claim of Lien on November 9, 2023, pursuant to RCW 60.04;

4)  Mastercraft Electric, LLC's lien in the approximate amount of $714,000 that encumbers the Parcels, based on the recording of a Claim of Lien on February 23, 2024, pursuant to RCW 60.04;

---

[4] Salacia makes no representations as to the priority of any lien. Salacia reserves the right to contest all lien amounts and priority as set forth in the Debtors' Fourth Amended Joint Plan of Reorganization, Dkt. No. 368 (the "Plan"), except as to the claims and/or amounts specifically allowed in the Plan and/or the Order Confirming Plan.

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

5)  Whittier's lien in the amount of $2,100,000 granted pursuant to the terms of the *Order Authorizing Final Use of Cash Collateral; and Granting Adequate Protection* [Dkt. 167], entered by the Bankruptcy Court on October 21, 2024, that encumbers the Parcels; and

6)  Cathay Bank's lien against the Equipment in an amount equal to the value of the collateral, up to the total approximate amount of $23 million.

In addition, Salacia has numerous unsecured creditors whose claims total at least $1.65 million.

Salacia proposes to establish bidding procedures so that the sale process can proceed in a matter that is designed to generate the highest and best sale price for the Property, and that conforms to the timeline agreed upon by Salacia and Cathay Bank as set forth in the Plan Support Agreement (Dkt. No. 326, Ex. A).

## II.    RELIEF REQUESTED

### A.    <u>The Bidding Procedures</u>

Salacia seeks authority to implement procedures to ensure that its estate will obtain the best return possible.  Salacia thus requests that the Court approve the bidding procedures (the "<u>Bidding Procedures</u>") set forth below related to the sale of the Property.

1.    <u>Notice of Bid Procedures</u>.  Within two business days after its entry by the Court, Salacia shall send a copy of the Notice of Bidding Procedures, by ECF or regular mail, to:

(i)   the UST;

(ii)  counsel for Whittier's Official Committee Of Unsecured Creditors (the "<u>Creditors Committee</u>");

(iii) all parties who have filed with the Court a request for notices in this case;

(iv)  all parties on Salacia's creditor mailing matrix; and

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

(v)   all persons or entities that have expressed to Salacia and/or Hilco an interest in acquiring the Property during the past twelve months or which Salacia reasonably believes may have an interest in bidding for the Property.

(the "Bid Notice Parties").

2.      Proposed Deadlines.   Salacia proposes the following timeline for the sale of the Property:

| Event | Date/Deadline |
| --- | --- |
| File and Serve Notice of Bidding Procedures | Two business days following entry of the order approving Notice of Bidding Procedures and Bidding Procedures |
| Indication of Interest and/or Stalking Horse Bid Deadline (the "Initial Deadline") | Thursday June 19, 2025 at 5:00 p.m. Alaska Time |
| File and Serve Notice of Selection of Stalking Horse Bid (if applicable) and/or Auction Notice ("Stalking Horse Designation Deadline") | Thursday July 3, 2025 at 5:00 p.m. Alaska Time |
| Deadline for Submission of Materials to become a Qualified Bidder ("Qualified Bid Deadline") | Thursday August 7, 2025 at 5:00 p.m. Alaska Time |
| Auction (if necessary) | Thursday August 14, 2025 at 12:00 p.m. Alaska Time |
| File and Serve Sale Notice and Motion (if necessary) | No later than Monday August 21, 2025 at 5:00 p.m. Alaska Time |
| Sale Hearing (if necessary) (subject to the Court's availability) | Not less than 7 (seven) days after the date of the Notice of Hearing on Sale Motion subject to the Court's availability |
| Sale Close | As soon as practical after entry of the Sale Order. |

3.      Proposed Bidding Procedures

Salacia designed the proposed Bidding Procedures to promote a competitive, fair, and efficient sale process and encourage all parties to expeditiously put forward their best bids and create sufficient competitive tensions to maximize the value of the Property. The Bidding Procedures will allow

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

1  Salacia to solicit and identify bids from potential buyers that constitute the highest or otherwise best

2  offer for the Property on a schedule consistent with Plan and the Plan Support Agreement.

3       Salacia believes that the Bidding Procedures and the timeline set forth therein are in the best

4  interests of its bankruptcy estate, will establish the extent of the market for the Property, and provide

5  interested parties with sufficient opportunity to participate.  Because the Bidding Procedures are

6  attached hereto as **Exhibit A**, they are not restated in their entirety herein.  However, the salient points

7  of the Bidding Procedures are described as follows:[5]

8         a.    *Stalking Horse Designation*.  As has become customary in attempting to market

9  and sell assets in distressed situations in a value-maximizing manner, the Bidding Procedures allow

10  Salacia to negotiate and enter into potential Stalking Horse APAs, while continuing to move forward

11  with sale and auction process regardless of whether any potential Stalking Horse Bidders emerge.

12       If Salacia selects one or more Stalking Horse Bidders for some portion or all of the Property,

13  the Salacia shall file a notice with the Court of the acceptance of the Stalking Horse Bid(s) and (the

14  "Stalking Horse Notice").  The Stalking Horse Notice shall include a copy of at least one of the

15  following: (i) all the Stalking Horse Bidders' asset purchase agreements (the "Stalking Horse APA");

16  (ii) term sheet; or (iii) a summary of the material terms of the Stalking Horse Bid. The Sellers may

17  agree to a breakup fee equal to 3% of the purchase price, not to exceed $1,000,000 (as agreed by

18  Salacia, the "Bid Protections").  Such customary Bid Protections are a commercially reasonable

19  feature of the stalking horse/bidding process, and, in the event, they become payable, shall be paid

20  first from the proceeds received in the sale transaction.

21

22       [5] These provisions are excerpted from the Bidding Procedures.  However, to the extent of any

23  inconsistencies between this summary and the Bidding Procedures, the Bidding Procedures shall govern.

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 6

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

b. *Auction.* If Salacia receives more than one bid for some portion or all of the Property, Salacia will conduct an Auction for the Property.

c. *Net Proceeds Sufficient to Pay Secured Creditors in Full.* Pursuant to Section VII.D of the Plan, in the event that the purchase price would result in net proceeds equal to or greater than an amount necessary to pay each of the Allowed Claims of Cathay Bank; Harris Pacific Northwest LLC; Tesla Electric, LLC; Mastercraft Electric, LLC; the Whittier Estate (Class 5 in the Plan), and Spokane Stainless Technologies, Inc. (together, the "Salacia Secured Creditors") in full, then Salacia may close the transaction that is the subject of some or all of the Property without further order of the Court.

d. *Sale Notice and Motion.* If the purchase price would result in net proceeds in an amount that is insufficient to pay the Allowed Claims of the Salacia Secured Creditors in full, Salacia shall file and serve the Sale Notice and Motion as set forth below.

If an Auction is conducted, the Sale Notice and Motion shall contain the following information, as applicable: (i) a statement that the Auction for the Property was conducted; (ii) the identity of the Successful Bidder(s); (iii) either a copy of the Successful Bid(s) or a summary of the material terms of such bid(s); and (iv) the objection deadline for objections to approval of the sale(s), which shall be seven (7) calendar days from the date of filing the Sale Notice and Motion.

In the event Salacia designates a Stalking Horse Bidder and the Stalking Horse Bid is the only bid for the Property that is the subject of that Stalking Horse Bid, or there is only one bid for the Property that are the subject of that bid, then there shall be no Auction for such Property, and Salacia shall request that the Court approve the Stalking Horse Bid or sole bid by filing the Sale Notice and Motion with the Court containing the following information, as applicable: (i) a statement that the Auction for the Property has been canceled; (ii) the identity of the Successful Bidder; (iii) either a copy of the Successful Bid or a summary of the material terms of such bid; (iv) the identity of any

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 7

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

1    Back-Up Bidder, (v) the Asset Purchase Agreement or a summary of the material terms of any Back-

2    Up Bid, and (vi) the objection deadline for objections to approval of the sale, which shall be seven (7)

3    calendar days from the date of filing the Sale Notice and Motion.

4         If no Stalking Horse Bid is made or such a bid is terminated, withdrawn, void, or otherwise not

5    intended to be performed by the Stalking Horse Bidder, or with the consent of the Stalking Horse

6    Bidder, Salacia shall have full authority to choose an alternative offer for the Property, which offer

7    Salacia shall present to the Court in the Sale Notice and Motion.  Notwithstanding any provision of

8    the Bidding Procedures, Salacia may, at any point, request that the Court approve a sale upon terms

9    presented to the Court in the Sale Notice and Motion.

10        As set forth above and in the Bidding Procedures, parties shall have seven (7) calendar days

11   from filing the Sale Notice and Motion to file with the Court and serve an objection to the approval of

12   the sale(s).  If an objection is filed and the parties are unable to resolve such objection consensually,

13   the Sellers will promptly request a hearing to approve the sale(s) (subject to the Court's availability).

14        The Bidding Procedures recognize Salacia's obligation to maximize asset value and, as such,

15   do not impair its ability to consider all qualified bid proposals.  Moreover, the Bidding Procedures

16   preserve Salacia's right to modify the Bidding Procedures, including the right to designate parameters

17   for becoming a qualified bidder, as necessary or appropriate to maximize value for creditors.

18   **B.**    **Shortening Time on the Sale Hearing**

19        The Bidding Procedures are designed to provide ample notice and to solicit the highest offer in

20   a fair and transparent sale process. By providing the Notice of the Bidding Procedures, the Notice of

21   Stalking Horse Bid and/or Auction Notice, and the Sale Notice and Motion, creditors and parties in

22   interest will have sufficient notice regarding the sale process and price. As such, Salacia requests that

23

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 8

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

1  the notice period for the hearing on the Sale Motion, to the extent one is required, be shortened from

2  21 days to 7 days, with responses due two business days prior to the hearing date.

### III.    <u>CONCLUSION</u>

Based on the foregoing, Salacia respectfully requests that this Court enter the Bidding

Procedures Order substantially in the form of the proposed order submitted herewith.

DATED this 21st day of May, 2025.

Bush Kornfeld LLP

By____*/s/ Lesley Bohleber*____
    James L. Day, (admitted *pro hac vice*)
    Lesley Bohleber, (admitted *pro hac vice*)
    *Attorneys for the Debtors*

MOTION TO APPROVE BIDDING PROCEDURES FOR
SALACIA PROPERTY AND FORM OF NOTICE
– Page 9

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 id22mx01h7

# EXHIBIT A

James L. Day, (admitted *pro hac vice*)
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
tbuford@bskd.com; lbohleber@bskd.com
Attorneys for Debtors

HONORABLE GARY SPRAKER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re | Chapter 11 |
| WHITTIER SEAFOOD, LLC, [1] | Lead Case No. 24-00139 |
| Debtors. | Jointly Administered |
| | **BIDDING PROCEDURES FOR THE SALE OF THE SALACIA PROPERTY** |

The following terms and procedures ("Bidding Procedures") shall govern the bidding process, auction (the "Auction"), if applicable, and sale to one or more third-party buyers of the assets of Salacia, LLC ("Salacia" or the "Seller") as conducted by Salacia[2] through its investment banker Hilco Corporate Finance ("Hilco") in the above referenced chapter 11 bankruptcy

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

[2] Or the Plan Administrator, as defined in the Debtors' Fourth Amended Joint Plan of Reorganization, Dkt. No. 368 (the "Plan").

proceedings. If there is any discrepancy between these Bidding Procedures and marketing materials previously shared with any potential bidders, these Bidding Procedures shall prevail.

**Description of the Property**

The Seller, through Hilco, is soliciting bids for the assets of the Seller, which includes the following:

1.  Six parcels of real property (each a "<u>Parcel</u>" and together, the "<u>Parcels</u>") as follows:

    a.  Main plant and warehouse (Parcel 31053300400700; 11.2 acres);

    b.  Improved parcel for future development (Parcel 30050400102500; 5.8 acres);

    c.  Two excess Parcels (Parcels 31053300400500 and 31053300400900; 4.0 and 3.9 acres, respectively);

    d.  Undeveloped wetland parcel (Parcel 31053300400400; 8.0 acres);

    e.  Strip along road (Parcel 31053300400400; 2.2 acres);



**Bidding Procedures for Salacia, LLC**       2

2. All of Seller's food processing and cold storage equipment, wherever located (the "Equipment"), excluding the Tanks; and

3. Nine tanks (the "Tanks") in the possession of Spokane Stainless Technologies, located at 3808 N. Sullivan Rd. Bldg 4-h, Spokane Valley, WA 99216:

    a. Two 10312-gallon fry oil storage tanks;

    b. Six 834-gallon fry oil storage tanks;

    c. One 9657-Gallon water PH balance tank.

All assets in this section shall be deemed to be the "Property."

**Important Dates and Deadlines**

The following dates and deadlines shall be and hereby are established, each as may be extended by the Seller or its counsel and without further order from the Bankruptcy Court:

| Event | Date/Deadline |
|---|---|
| File and Serve Notice of Bidding Procedures | Two business days following entry of the order approving Notice of Bidding Procedures and Bidding Procedures |
| Indication of Interest and/or Stalking Horse Bid Deadline (the "Initial Deadline") | Thursday June 19, 2025 at 5:00 p.m. Alaska Time |
| File and Serve Notice of Selection of Stalking Horse Bid (if applicable) and/or Auction Notice ("Stalking Horse Designation Deadline") | Thursday July 3, 2025 at 5:00 p.m. Alaska Time |
| Deadline for Submission of Materials to become a Qualified Bidder ("Qualified Bid Deadline") | Thursday August 7, 2025 at 5:00 p.m. Alaska Time |
| Auction (if necessary) | Thursday August 14, 2025 at 12:00 p.m. Alaska Time |
| File and Serve Sale Notice and Motion (if necessary) | No later than Monday August 21, 2025 at 5:00 p.m. Alaska Time |
| Sale Hearing (if necessary) (subject to the Court's availability) | Not less than 7 (seven) days after the date of the Notice of Hearing on Sale Motion subject to the Court's availability |
| Sale Close | As soon as practical after entry of the Sale Order. |

**Bidding Procedures for Salacia, LLC**    3

**<u>Submission of Indication of Interest</u>**

Each party who intends to submit a bid on or before the Qualified Bid Deadline (an "<u>Interested Party</u>") shall submit the following by the Initial Deadline:

(a)      A term sheet summarizing the material terms of any potential bid;

(b)      Disclosure of the source of funds sufficient to close the transaction;

(c)      A description of the Property for which the Interested Party intends to submit a bid; and

(d)      A statement indicating whether or the Interested Party will serve as a Stalking Horse Bidder.

(the "<u>Indication of Interest</u>").

The submission of an Indication of Interest shall not obligate an Interested Party to submit a bid by the Qualified Bid Deadline.

Any Stalking Horse Bid must meet the requirements to be designated as a Qualified Bid as defined below.

**<u>Reporting of Indication of Interest</u>**

On or before Friday, June 5, 2025, Seller shall provide a report to Cathay Bank, the Official Unsecured Creditors' Committee of Whitter (the "<u>Committee</u>"), and any of Seller's secured creditors who request a copy of the report, through their respective counsel, containing a report of each Indication of Interest received (the "<u>Indication of Interest Report</u>") including, for each Indication of Interest, the bid amount and the Property that is the subject of the bid, including allocation of purchase price if available. The Indication of Interest Report and the contents thereof shall remain confidential among the Seller, Hilco, Cathay Bank, the Committee,

**Bidding Procedures for Salacia, LLC**          4

and Seller's secured creditors until the earlier of (i) the filing of a Sale Notice and Motion or (ii) if no Auction is necessary, July 29, 2025.

### Submission of Bids and Qualified Bidders

Each bidder (a "Prospective Bidder") interested in purchasing some portion or all of the Property must meet the requirements set forth herein and thereafter will be deemed a "Qualified Bidder" with a "Qualified Bid" by the Seller; provided, however, each party that holds liens against certain Property is automatically deemed a Qualified Bidder with regard to its respective collateral. To become a Qualified Bidder, a Prospective Bidder shall, on or before the Qualified Bid Deadline, deliver the following written information by email or hard copy to the Bid Notice Parties (as defined below):

(a)     **Identity of the Proposed Buyer and Investor:** The name, the jurisdiction of the organization, and a description of the entity that is intended to be the buyer, as well as its ultimate parent entity, any other relevant affiliates, and any proposed co-investors or other relevant parties that would be participating in the proposed transaction. In addition, the name of the proponent of the bid and identification of an officer or representative who is fully and completely authorized in all respects to appear, act on behalf of, and legally bind such proponent (an "Authorized Representative").

(b)     **APA and Other Transaction Documents:** An asset purchase agreement that is in substantially the same form as the Form APA (defined below), if any, with a redlined version to show clearly any revisions or changes to the Form APA (an "Asset Purchase Agreement"), along with any other transaction documents pursuant to which the Prospective Bidder proposes to effectuate the sale. The transaction documents shall identify the specific assets of the Property being purchased and any executory contracts and unexpired leases of the Seller that the bidder

**Bidding Procedures for Salacia, LLC**          5

wishes to have assumed and assigned to it pursuant to the sale, including proposed payment of any applicable cure amounts due.

(c)    **Purchase Price:**  The proposed purchase price must be in U.S. dollars or in the form of a credit bid, with any non-cash consideration set forth in detail, including proposed assumption of liabilities and/or cure costs, if any. If the proposed purchase price includes a form of consideration other than cash, the Prospective Bidder must provide details necessary to value the non-cash consideration, and the Seller shall value the non-cash consideration to determine the non-cash consideration's value as part of the proposed purchase price. The bid must include proof of financial ability to consummate the sale in a timely manner. To the extent a successful credit bid would require a Prospective Bidder to satisfy senior liens or encumbrances with cash at closing, Seller may require the Prospective Bidder to offer evidence of its ability to provide the required cash at closing.

(i)    <u>Allocation of Purchase Price</u>.  Each Qualified Bid must include an allocation of the purchase price that identifies the asset to be purchased and the amount of the purchase price to be allocated to a particular asset, including following, as applicable: (1) Each Parcel; (2) the Equipment; and (3) the Tanks.

(d)    **Good Faith Deposit:**  Each Qualified Bid must be accompanied by a good faith deposit (each, a "<u>Good Faith Deposit</u>") in the form of cash (or other form acceptable to the Seller in its sole discretion) in an amount equal to ten percent (10%) of the proposed purchase price for the applicable assets. Each bid, with all of the aforementioned information, shall be delivered to the following parties (collectively, the "<u>Bid Notice Parties</u>"):

- Investment Banker for the Seller, Hilco Corporate Finance, 401 N. Michigan, Suite 1630, Chicago, IL 60611 (Attn: Teri Stratton (<u>tstratton@hilcocf.com</u>), Alina Mardesich (<u>amardesich@hilcocf.com</u>), and Sanjay Marken (<u>smarken@hilcocf.com</u>));

**Bidding Procedures for Salacia, LLC**       6

- Counsel for the Seller, Bush Kornfeld LLP, 601 Union St., Suite 5000, Seattle, WA 98101 (Attn: Jim Day (jday@bskd.com) and Lesley Bohleber (lbohleber@bskd.com)).

**Bid Review Process**.

The Seller will evaluate bids and, based upon its evaluation of the content of each bid, may, as it may deem appropriate and in a manner consistent with applicable law, engage in negotiations with any Prospective Bidder for the purposes of (i) curing any deficiencies in a bid requirements as set forth herein, (ii) improving the terms of the Prospective Bidder's bid, or (iii) otherwise promoting a more competitive bidding and Auction process with the ultimate goal of maximizing the value of the Property.

In evaluating a bid, the Seller may take into consideration any and all factors that they may deem reasonably pertinent, including (i) the amount of the proposed purchase price and proposed form of consideration; (ii) any Property included in, or excluded from, the bid, including any contracts marked for assumption and assignment; (iii) the value to be provided to the estate under the bid, including the net economic effect on the estate; (iv) any benefit to the estate from any assumption or waiver of liabilities contemplated by the bid; (v) the structure of the proposed sale transaction and any attendant execution risk, including conditions to, timing of, and certainty of closing, termination provisions, availability of financing, and general financial wherewithal to meet all commitments, and any required governmental approvals; and (vi) the impact of the proposed sale transaction on any parties in interest.

The Seller shall have sole discretion in deeming a bid a Qualified Bid. The Seller will evaluate timely bids and will notify Prospective Bidders whether they accept the bid as a Qualified Bid, and whether an Auction will be conducted as soon as commercially reasonable following the Qualified Bid Deadline as set forth herein.  No Qualified Bidder shall modify, amend, or withdraw

**Bidding Procedures for Salacia, LLC**          7

2837 id14pb0164

its bid unless for the purposes of increasing the purchase price or otherwise improving the terms of the bid, as determined by the Seller.

**Minimum Bid Requirements; Stalking Horse Procedure**

a)        The minimum bid for the Tanks shall be $105,000 (the "Tank Minimum Bid Requirement").

b)        The Seller may, but is not required to set a minimum bid for the remainder of the Property (the "Minimum Bid Requirement").  The value ascribed to any bid by the Seller must exceed the Minimum Bid Requirement (if any) for such assets in order to be designated a Qualified Bid (as defined below).

c)        The Seller may, but is not required to, approve a form Asset Purchase Agreement (the "Form APA") for the Property.  The Form APA may be subsequently amended or replaced by the Seller.

d)        Notwithstanding the foregoing, on or before the Stalking Horse Designation Deadline, the Seller may select and designate one or more bids as a stalking horse bid (each, a "Stalking Horse Bid" and any such bidder, a "Stalking Horse Bidder") for some portion or all of the Property.  If the Seller selects one or more Stalking Horse Bids, the Seller shall file a notice with the Court of the acceptance of such Stalking Horse Bid(s) (the "Stalking Horse Notice").  The Stalking Horse Notice shall include a copy of at least one of the following: (i) all the Stalking Horse Bidder's asset purchase agreement(s) (the "Stalking Horse APA"); (ii) term sheet; or (iii) a summary of the material terms of the Stalking Horse Bid.  The Stalking Horse APA(s) may be deemed to be the Form APA and may replace any prior Form APAs previously approved by the Seller with respect to the Property subject to the Stalking Horse Bid(s).  The Seller may agree to a break-up fee equal to 3% of the total sale price, not to exceed $1,000,000 (as agreed by the Seller,

2837 id14pb0164

the "Bid Protections"), without further order from this Court.  The value of a Stalking Horse Bid, plus any Bid Protections and minimum overbid requirements (as set forth below), shall be deemed to be the minimum bid amount for the Property.

e)      In the event the Seller does not designate a Stalking Horse Bid, the Seller may, but is not required to, set forth the Minimum Bid Requirement and minimum requirements to become designated as a Qualified Bidder in the Auction Notice.

f)      Sale of the Property shall be on an as-is, where-is basis, with any material representations and warranties limited to transfer of the Property free and clear of liens, claims, and encumbrances to the fullest extent allowed under applicable law.  The Form APA will reflect the foregoing.

### The Auction

If the Seller receives more than one bid for some portion or all of the Property, the Seller will conduct an Auction for such Property.  If a Stalking Horse Bid is the only bid received in respect of some portion or all of the Property, the Seller will not conduct an Auction for those Property and may, but shall not be required to, seek approval of such Stalking Horse Bid by filing a notice with the Court (the "Sale Notice"), as set forth below.

The Auction, if required, shall take place at such time or location as the Seller may determine, and shall communicate to any Stalking Horse Bidder and any other Qualified Bidder prior to the scheduled time.  To be eligible to participate in the Auction, an Authorized Representative of a Qualified Bidder must appear at the Auction.  If the Seller conducts the Auction virtually, it will provide instructions setting forth how to attend the Auction to the participants and other attendees via electronic mail.  The Seller will promptly provide notice (via electronic mail

**Bidding Procedures for Salacia, LLC**          9

or otherwise) of any change in the date, time, or location of the Auction to Qualified Bidders, and will promptly file notice of such change with the Court.

Only the following persons shall be allowed to appear at the Auction: (i) the Seller and its professionals, including its counsel and Hilco, certain management of the Seller as determined by the Seller, or any other person determined by the Seller; (ii) Authorized Representatives of Qualified Bidders (and their respective professionals); (iii) one or more representatives of the Official Committee of Unsecured Creditors and its counsel; (iv) an Authorized Representative of the Seller's secured creditors and their counsel; and (v) such other parties as approved by the Seller.

The Seller will identify for all Qualified Bidders, including any Stalking Horse Bidder, the highest bid(s) received prior to the Auction.

The Seller shall have the sole, ultimate discretion with respect to the conduct of the Auction and, among other things, may announce at the Auction any procedural rules, in addition to those set forth in these Bidding Procedures, that it determines to be appropriate under the circumstances (including for example, without limitation, the amount of time allotted to make subsequent alternative bids, etc.) for conducting the Auction, so long as such additional rules are not inconsistent with these Bidding Procedures.

All bids at the Auction shall be made in the presence of other Qualified Bidders, shall be submitted in writing, signed by the respective Qualified Bidder, and shall contain a certification that the Qualified Bidder (i) has not engaged in any collusion with respect to the sale or bidding (including that it has no agreement with any other Qualified Bidder to control the price) and (ii) its Qualified Bid is the good-faith *bona fide* offer and it intends to consummate the proposed transaction if selected as the winning bidder.

**Bidding Procedures for Salacia, LLC**       10

The Seller reserves the right to adjourn the Auction one or more times to, among other things: (i) facilitate discussions between the Seller and Qualified Bidders; (ii) allow Qualified Bidders to consider how they wish to proceed; and (iii) provide Qualified Bidders the opportunity to provide the Seller with such additional evidence as the Seller may require, that the Qualified Bidder has sufficient internal resources or has received sufficient non-contingent debt and/or equity funding commitments to consummate the proposed transaction at the prevailing overbid amount.

### Determination of Successful Bid and Closing of Transaction

Upon the conclusion of the Auction, the Seller shall announce their determination of the highest and best bid(s) (a "Successful Bid" by a "Successful Bidder").   In determining the Successful Bid to submit to the Court for approval, the Seller shall determine whether a bid of a Qualified Bidder constitutes the highest and/or best offer for some portion or all of the Property. In making this determination, the Seller may consider any and all factors associated with all bids, including, but not limited to, factors such as the likelihood and ability of proposed buyers to consummate and close a transaction, other timing issues, employment issues, overall value of bids, contracts and leases assumed by each bid and the impact of those issues on the Seller's bankruptcy estate and its creditors, and any other factors deemed material to the Seller.

The Qualified Bidder with the next-highest or otherwise second-best Qualified Bid (the "Back-Up Bid") for some portion or all of the Property, as applicable, at the Auction (if the Auction is conducted), as determined by the Seller shall be required to serve as a back-up bidder (the "Back-Up Bidder"). The Seller shall announce the identity of any Back-Up Bidder(s) and the amount and material terms of the Qualified Bid of the Back-Up Bidder(s) at the conclusion of the Auction at the same time the Seller announces the identity of the Successful Bidder.  The Back-Up Bidder(s)

2837 id14pb0164

shall be required to keep its bid(s) open and irrevocable until the closing of the transaction with the applicable Successful Bidder.  The Back-Up Bidder's Good Faith Deposit shall be held in escrow until the closing of the transaction with the applicable Successful Bidder.  If a Successful Bidder fails to consummate its Successful Bid, the Seller may select the applicable Back-Up Bidder as the Successful Bidder, and such Back-Up Bidder shall be deemed a Successful Bidder for all purposes.  In such case, the defaulting Successful Bidder's deposit shall be forfeited to the Seller, and the Seller specifically reserves the right to seek all available remedies against the defaulting Successful Bidder, including with respect to specific performance.

In the event any Qualified Bidder is declared to be the Successful Bidder and such Qualified Bidder fails to timely perform under the Asset Purchase Agreement, the Seller and the bankruptcy estate shall retain all rights, remedies, claims for monetary damages, counterclaims, and defenses, including but not limited to the right to seek equitable or injunctive relief.

### Bid Protections

a) In the event the Seller selects a Stalking Horse Bidder and any such Stalking Horse Bidder is not the Successful Bidder and the Seller consummates an alternative transaction(s) ("Alternative Transaction"), the Stalking Horse Bidder shall be entitled to receive from the bankruptcy estate, upon the consummation of such Alternative Transaction, the Bid Protections. Any Stalking Horse Bidder who submits a credit bid shall not be entitled to the Bid Protections.

b) No liens, security interests, or encumbrances shall attach to the Bid Protections. The Bid Protections shall be paid on a first-priority basis at the closing of the Alternative Transaction and shall be paid prior to any other distributions or payments by the Seller contemplated in connection with such Alternative

2837 id14pb0164

Transaction by the Successful Bidder; *provided*, *however*, that if an Alternative Transaction does not close, the Stalking Horse Bidder shall not be entitled to the Bid Protections.

c) At the time of and provided there is a closing of an Alternative Transaction, the Bid Protections shall constitute an administrative expense of the bankruptcy state and be paid before parties holding liens against the bankruptcy estate assets under 11 U.S.C. §§ 503(b) and 507.

d) In the event a Stalking Horse Bidder is the Successful Bidder and fails to close the sale without having its performance excused under the terms of the Stalking Horse Bid or with the consent of the Seller, the Stalking Horse Bidder shall not be entitled to the Bid Protections if an Alternative Transaction is consummated.

**Net Proceeds Sufficient to Pay Salacia Secured Creditors in Full**

Pursuant to Section VII.D of the Plan, in the event that the purchase price would result in net proceeds equal to or greater than an amount necessary to pay each of the Allowed Claims[3] of Cathay Bank; Harris Pacific Northwest LLC; Tesla Electric, LLC; Mastercraft Electric, LLC; the Whittier Estate (Class 5 in the Plan), and Spokane Stainless Technologies, Inc. (together, the "Salacia Secured Creditors") in full, then Salacia may close the transaction that is the subject of some or all of the Property without further order of the Court.

**Sale Hearing**

If the purchase price would result in net proceeds in an amount that is insufficient to pay the Allowed Claims of the Salacia Secured Creditors in full, Salacia shall file and serve the Sale Notice and Motion as set forth below.

---

[3] As the term is defined in the Plan.

**Bidding Procedures for Salacia, LLC**          13

In the event the Seller designates a Stalking Horse Bidder and the Stalking Horse Bid is the only bid for the Property that are the subject of that Stalking Horse Bid, or there is only one bid for the Property that are the subject of that bid, then there shall be no Auction for such Property, and the Seller may request that the Court approve the Stalking Horse Bid or sole bid by filing the Sale Notice and Motion with the Court containing the following information, as applicable: (i) a statement that the Auction for the Property has been canceled; (ii) the identity of the Successful Bidder; (iii) either a copy of the Successful Bid or a summary of the material terms of such bid that includes an allocation of the purchase price to any collateral of Cathay Bank that is the subject of the Successful Bid; (iv) the identity of any Back-Up Bidder, (v) the Asset Purchase Agreement or a summary of the material terms of any Back-Up Bid, and (vi) the objection deadline for objections to approval of the sale, which shall be seven (7) calendar days from the date of filing the Sale Notice and Motion.

If no Stalking Horse Bid is made or such a bid is terminated, withdrawn, void, or otherwise not intended to be performed by the Stalking Horse Bidder, or with the consent of the Stalking Horse Bidder, the Seller shall have full authority to choose an alternative offer for the Property, which offer the Seller shall present to the Court in the Sale Notice and Motion.  Notwithstanding any provision of these Bidding Procedures, the Seller may, at any point request that the Court approve a sale upon terms presented to the Court in the Sale Notice and Motion.

The Seller shall be under no obligation to accept any bid that it deems, in its sole discretion, offers a sale price for less than fair market value of the Property.

In the event the Seller conducts an Auction, the Successful Bid(s), as determined by the Seller in accordance with these Bidding Procedures, shall be submitted to the Court for approval. After determining the Successful Bid(s), the Seller will promptly file with the Court the Sale Notice

**Bidding Procedures for Salacia, LLC**      14

and Motion containing the following information, as applicable: (i) a statement that the Auction for the Property was conducted; (ii) the identity of the Successful Bidder(s); (iii) either a copy of the Successful Bid(s) or a summary of the material terms of such bid(s) that includes an allocation of the purchase price to the Property that is the subject of the Successful Bid; and (iv) the objection deadline for objections to approval of the sale(s), which shall be seven (7) calendar days from the date of filing the Sale Notice and Motion.

Parties shall have seven (7) calendar days from filing the Sale Notice and Motion to file with the Court and serve an objection to the approval of the sale(s).  If an objection is filed and the parties are unable to resolve such objection consensually, the Seller will promptly request a hearing to approve the sale(s).

### Reservation of Rights to Modify Bidding Procedures

The Seller reserves the right, and in a manner consistent with applicable law, to modify these Bidding Procedures, including to, among other things, extend or waive deadlines or other terms and conditions set forth herein; adopt new rules and procedures for conducting the bidding and Auction process so long as any such modifications are disclosed to all Bidders, as applicable; set forth qualified bidder procedures, or otherwise modify these Bidding Procedures to further promote competitive bidding for and maximize the value of the Property.

2837 id14pb0164

# EXHIBIT B

1
2
3
4
5
6

James L. Day, (admitted *pro hac vice*)                                    HONORABLE GARY SPRAKER
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
lbohleber@bskd.com
Attorneys for Debtors

7
8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

9
10
11
12
13
14

| In re | Chapter 11 |
|---|---|
| WHITTIER SEAFOOD, LLC, [1] | Lead Case No. 24-00139 |
| Debtors. | Jointly Administered |
| | **NOTICE OF ENTRY OF ORDER APPROVING BIDDING AND NOTICE PROCEDURES RELATED TO THE ASSETS OF SALACIA, LLC** |

15
16

**PLEASE TAKE NOTICE** that on _____, 2025, the Court entered an order (the "Bidding Procedures Order") approving the following procedures for the selection of a Stalking Horse Bid and the Bid Deadline associated with the sale of Salacia's Property [Dkt. No. ____].

17
///

18
///

19
///

20
///

21
22
23

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

**NOTICE OF ENTRY OF ORDER APPROVING
BIDDING AND NOTICE PROCEDURES** – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ie13jv01tv

The approved Bidding Procedures, including pertinent bid submission deadlines, governing the bidding and sale of the Property are attached here to as **Exhibit A**.

DATED this _____ day of _____, 2025.

BUSH KORNFELD LLP

By_____*/s/ Lesley Bohleber*_____
    James L. Day, (admitted *pro hac vice*)
    Lesley Bohleber, (admitted *pro hac vice*)
    *Attorneys for the Debtors*

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ie13jv01tv