James L. Day, (*pro hac vice* applicant)
Thomas A. Buford, AK Bar No. 1805046
Lesley Bohleber, (*pro hac vice* applicant)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
tbuford@bskd.com; lbohleber@bskd.com
*Attorneys for Debtors*

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

In re

WHITTIER SEAFOOD, LLC, [1]

Debtors.

Lead Case No. 24-00139 (Ch. 11)
Jointly Administered

**CERTIFICATE OF SERVICE OF NOTICE OF MOTION TO APPROVE SALACIA BIDDING PROCEDURES FOR SALACIA PROPERTY AND FORM OF NOTICE**

ERIC YOCOM declares:

1. I am an employee of Bush Kornfeld LLP. I am a citizen of the United States, over the age of 18, and competent to make this declaration.

2. On the 21st day of May, 2025, I caused copies the *Notice of Motion to Approve Salacia Bidding Procedures for Salacia Property and Form of Notice* [Docket No. 382] (the "Notice") to be mailed U.S. First-Class mail, postage prepaid, to all creditors and parties-in-interest listed on the court's mailing matrix for the debtor case Salacia, LLC, Case No. 24-00143, a copy of which is attached hereto as **Exhibit A**.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

CERTIFICATE OF SERVICE – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ie21m301h5
2837 hh21h001d0

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

DATED this 21st day of May, 2025, at Seattle, Washington.

/s/ Eric Yocom
ERIC YOCOM

CERTIFICATE OF SERVICE – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ie21m301h5
2837 hh21h001d0

# EXHIBIT A

```
Label Matrix for local noticing        2812 Architecture Inc.                  AABCO Barricade Co., Inc
097--3                                  2812 Colby Avenue                       4025 80th Street SW
Case 24-00143                           Everett,, WA 98201-3513                 Mukilteo, WA 98275-2852
District of Alaska
Anchorage
Wed May 21 14:59:17 AKDT 2025

Ahern Rentals (United Rentals)          American Food Equipment Co.             Arbon Equipment Corporation
P.O. Box 051122                         4923 East Linden Street                 25464 Network Place
Los Angeles, CA 90074-1122              Caldwell, ID 83605-8037                 Chicago, IL 60673-1254


Arbon Equipment Corporation             Attorney General of the                 Auquix, LLC (PEWE)
c/o Kohner, Mann & Kailas, S.C.         United States                           19215 SE 34th St #106-202
4650 North Port Washington Road         US Department of Justice                Camas, WA 98607-8829
Milwaukee, Wisconsin 53212-1077         950 Pennsylvania Ave. NW
                                        Washington, DC 20530-0001

Lesley D Bohleber                       Thomas A. Buford III                    CBRE
Bush Kornfeld LLP                       Bush Kornfeld LLP                       1420 5th Avenue #3800
601 Union Street                        601 Union Street Suite 5000             Seattle, WA 98101-4011
Ste 5000                                Seattle, WA 98101-2373
Seattle, WA 98101-2373

California Hydronics Corp               Cathay Bank                             Cathay Bank
PO Box 55602                            6320 Canoga Ave. #910                   c/o Lane Powell PC
Hayward, CA 94545-0602                  Woodland Hills, CA 91367-2595           1420 Fifth Avenue, Suite 4200
                                                                                Seattle, WA 98101-2375

Central Welding Supply                  City of Marysville - EQ                 City of Marysville - Utility
PO BOX 179                              1049 State Avenue, Suite 101            PO Box 128
North Lakewood,, WA 98259-0179          Marysville, WA 98270-4234               Caldwell, ID 83606-0128

Comcast - Marysville account ending in 3   Comcast - Marysville account ending in 4   DSI Dantech
PO Box 60533                            PO Box 60533                            Speditorvej 1, Building 39
City of Industry,, CA 91716-0533        City of Industry, CA 91716-0533         9000 Aalborg
                                                                                DENMARK CVR 38330284

Economy Fence Center                    Kathryn Evans                           Fastenal Company
11709 Cyrus Way                         DOJ-Ust                                 P.O. Box 1286
Mukilteo, WA 98275-5406                 700 Stewart Street                      Winona,, MN 55987-7286
                                        Suite 5103
                                        Seattle, WA 98101-4438

Get Distilled Inc                       Grainger                                Greater Marysville Tulalip Chamber of Co
PO Box 410                              Dept. 886688583                         8825 34th Avenue NE
Mukilteo, WA 98275-0410                 Kansas City, MO 64141                   Tulalip,, WA 98271-8085

H.D. Fowler Company                     Harris Pacific Northwest, LLC           Harris Pacific Northwest, LLC
PO Box 84368                            3436 Airport Drive                      c/o Fredrikson & Byron
Seattle, WA 98124-5668                  Bellingham, WA 98226-8068               Attn: Ryan Murphy
                                                                                60 S 6th Street Suite 1500
                                                                                Minneapolis, MN 55402-1425
```

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Key Technology Inc.<br>PO Box 95213<br>Chicago, IL 60694-5213 |
| Mastercraft Electric, Inc.<br>206 Frontage Road N<br>Pacific, WA 98047-1051 | Mayes Testing Engineers<br>PO Box 959673<br>St Louis,, MO 63195-9673 | Mistras Group Inc.<br>P.O. Box 405694<br>Atlanta,, GA 30384-5694 |
| Municipality of Anchorage<br>Department of Law<br>P O Box 196650<br>Anchorage, AK 99519-6650 | National Construction Rentals<br>711 W Valley Hwy S<br>Pacific, WA 98047-2140 | Nelson Petroleum<br>P.O. Box 102092<br>Pasadena, CA 91189-2092 |
| Nienstedt Inc.<br>c/o Becker Glynn Muffly<br>Chassin & Hosinski LLP<br>299 Park Avenue, 16th Floor<br>New York, NY 10171-0002 | North Peak Associates LLC<br>17270 Wdnvl-Redmond Rd NE<br>Woodinville,, WA 98072-9088 | Office of the Attorney General (AK)<br>Attorney General Treg R. Taylor<br>1031 W 4th Ave. #200<br>Anchorage, AK 99501-5903 |
| Office of the U.S. Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101-4438 | PacNW Excavation<br>5110 Parkridge Pl<br>Sedro Woolley, WA 98284-8191 | Pacific Fire and Security, Inc.<br>12529 - 131st Ct. NE<br>Kirkland, WA 98034-7725 |
| Pacific Mobile Structures, Inc.<br>P.O. Box 24747<br>Seattle,, WA 98124-0747 | (p)PARKER CORPORATE SERVICES<br>2009 IRON ST<br>BELLINGHAM WA 98225-4211 | Pape Material Handling Inc.<br>PO Box 35144<br>Seattle, WA 98124-5144 |
| Performance Contracting, Inc.<br>11145 Thompson Ave<br>Lenexa, KS 66219-2302 | Puget Sound Energy - Marysville, WA<br>P.O. Box 91269<br>Bellevue, WA 98009-9269 | Quantum Consulting Engineers<br>1511 Third Ave Ste 323<br>Seattle, WA 98101-3674 |
| Rensch Engineering LLC<br>111 Ave C - Ste 104<br>Snohomish, WA 98290-2766 | Riley Group<br>17522 Bothell Way NE<br>Bothell, WA 98011-1941 | Salacia, LLC<br>3 Lake Bellevue Drive, Suite 201<br>Bellevue, WA 98005-2440 |
| Scan America Corporation<br>9505 N Congress Ave<br>Kansas City, MO 64153-1218 | Smokey Point Concrete<br>PO Box 24211<br>Seattle, WA 98124-0211 | Snohomish County PUD_AC #1870<br>PO Box 1100<br>Everett,, WA 98206-1100 |
| Snohomish County PUD_AC #8914<br>PO Box 1100<br>Everett,, WA 98206-1100 | Sound Industrial LLC<br>PO Box 32<br>Silvana, WA 98287-0032 | Spokane Stainless Technologies, Inc.<br>PO Box 3303<br>Spokane, WA 99220-3303 |

| | | |
|---|---|---|
| Sprague Pest Solutions<br>PO BOX 35129<br>Seattle,, WA 98124-5129 | Tann Corporation<br>2300 Northridge Drive<br>Kaukauna, WI 54130-9570 | Tesla Electric, LLC<br>PO Box 7066<br>Bonney Lake, WA 98391-0706 |
| Triangle Package Machinery Company<br>6655 W. Diversey Ave<br>Chicago, IL 60707-2293 | U.S. Small Business Admin.<br>510 L Street<br>Room 310<br>Anchorage, AK 99501-1952 | US Attorney<br>Attn Bankruptcy Assistant<br>700 Stewart ST #5220<br>Seattle, WA 98101-4438 |
| US Treasury<br>Secretary of the Treasury<br>1500 Pennsylvania Ave NW<br>Washington, DC 20220-0001 | United Rentals (North America) Inc.<br>C/O CRF Solutions<br>PO Box 1389<br>Simi Valley, CA 93062-1389 | United States Attorney's Office<br>222 W 7th Ave. Rm. 253, #9<br>Anchorage, AK 99513-7504 |
| WA State Department of Ecology<br>Cashiering Unit<br>Olympia, WA 98504-7611 | Whispering Pines Custom Landscapes, LLC<br>2518 Larlin Drive<br>Everett, WA 98203-6929 | Wilevco LLC<br>10 Fortune Drive<br>Billerica, MA 01821-3996 |
| Ziply Fiber<br>P.O. Box 740416<br>Cincinnati,, OH 45274-0416 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Jackson Federal Bldg<br>915 2nd Ave M/S W243<br>Seattle, WA 98174 | Pacific Security<br>2009 Iron Street<br>Bellingham, WA 98225-4211 | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     0<br>Total                  72 |