HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re | Chapter 11 |
| WHITTIER SEAFOOD, LLC, | Lead Case No. 24-00139 |
| Debtor. | Jointly Administered |
| | NOTICE OF APPEARANCE |

J. Todd Tracy and ᵀᴴᴱ TRACY LAW GROUP PLLC appear on behalf of Master Craft Electric, Inc., a secured creditor of Salacia, LLC case, Case No. 24-00143, and pursuant to Fed.R.Bankr.P. 2002 and 9010(b), request that copies of all motions, notices, and pleadings filed herein be served on the undersigned at the following address:

> J. Todd Tracy
> ᵀᴴᴱ TRACY LAW GROUP PLLC
> 1601 Fifth Avenue, Ste. 610
> Seattle, WA 98101

DATED this 29ᵗʰ day of May, 2025.

ᵀᴴᴱ TRACY LAW GROUP PLLC

By   /s/ J. Todd Tracy
   J. Todd Tracy
Attorneys for Master Craft Electric, Inc.

NOTICE OF APPEARANCE - 1

ᵀᴴᴱ **TRACY LAW GROUP**PLLC
1601 Fifth Avenue, Suite 610
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax