UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re | Chapter 11 |
| WHITTIER SEAFOOD, LLC, [1] | Lead Case No. 24-00139-GS |
| Debtors. | Jointly Administered |
| | ORDER APPROVING BIDDING PROCEDURES FOR SALACIA, LLC AND FORM OF NOTICE |

THIS MATTER came before the court on Salacia's Motion to Approve Bidding Procedures and Form of Notice (ECF No. 381) (Motion). The court has reviewed the Motion and the record and files herein and finds that cause exists to grant the requested relief. Now, therefore,

IT IS HEREBY ORDERED:

1. The Motion to Approve Salacia Bidding Procedures for Salacia Property and Form of Notice (ECF No. 381) is GRANTED.

2. The Bidding Procedures,[2] including the deadlines contained therein (Motion, Ex. A), are APPROVED.[3]

3. <u>Notice of Bid Procedures</u>.  The Notice of Bidding Procedures (Motion, Ex. B) is APPROVED. Within two business days following the entry of this Bidding Procedures

---

[1] The Debtors are Marine Fishing International, Inc. ("<u>MFI Inc.</u>"), Case No. 24-00140; Marine Fishing International, LLC ("<u>MFI LLC</u>"), Case No. 24-00141; Modys, LLC ("<u>Modys</u>"), Case No. 24-00142; Salacia, LLC ("<u>Salacia</u>"), Case No. 24-00143; Silver Wave, LLC ("<u>Silver Wave</u>"), Case No. 24-00144; and Whittier Seafood, LLC ("<u>Whittier</u>") (collectively, the "<u>Whittier Group</u>").

[2] Capitalized terms not defined herein shall have their meanings as ascribed in the Motion.

[3] The court has modified the order presented by the debtors' counsel.

Order, the Sellers shall serve the Notice of Bidding Procedures, by ECF or regular mail to:

    a.    the UST;

    b.    counsel for Whittier's Official Committee of Unsecured Creditors (the Creditors Committee);

    c.    all parties who have filed with the Court a request for notices in this case;

    d.    all parties on the creditor mailing matrix for Salacia; and

    e.    all persons or entities that have expressed to Salacia and/or Hilco an interest in acquiring the Property during the past twelve months or which Salacia reasonably believes may have an interest in bidding for the Property.

4. <u>Net Proceeds Sufficient to Pay Salacia Secured Creditors in Full.</u> If the net proceeds of the proposed transaction are greater than or equal to an amount necessary to pay each of the Allowed Claims of the Salacia Secured Creditors in full, Salacia may close the transaction that is the subject of some or all of the Property without further order of the Court.

5. <u>Sale Hearing</u>.  The notice period for the Sale Hearing, if required, shall be shortened to seven days.

6. <u>Objections to Sale Motion</u>.  Responses or objections, if any, to entry of the Sale Order shall be filed with the Bankruptcy Court on or before 4:00 p.m. (Alaska Time) no later than two business days before the Sale Hearing.

//

ORDER APPROVING BIDDING PRCEDURES AND
FORM OF NOTICE – Page 2

7. Spokane Stainless Technologies, Inc. has a possessory lien on the Tanks in the approximate amount of $192,615.40 that encumbers the Tanks, which are in the possession of Spokane Stainless Technologies, Inc.

DATED: June 27, 2025

BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: T. Buford, Esq.
L. Bohleber, Esq.
J. Day, Esq.
G. Fox, Esq.
D. Neu, Esq.
M. Parise, Esq.
L. Thornton, Esq.
J. Torgerson, Esq.
J. Kaplan, Esq.
R. Murphy, Esq.
M. Mills, Esq.
T. Brannon, Esq.
A. Ivanov, Esq.
G. Pitts, Esq.
J.M. Palomares, Esq.
F. Rasch, Esq.
J. Welch, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF