James L. Day, (admitted *pro hac vice*)
Thomas A. Buford, AK Bar No. 1805046
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com; tbuford@bskd.com; lbohleber@bskd.com
Proposed Attorneys for Debtors

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC, [1]<br><br>                Debtors. | Lead Case No. 24-00139 (Ch. 11)<br><br>Jointly Administered<br><br>**NOTICE OF HEARING ON WHITTIER SEAFOOD LLC AND SILVER WAVE LLC'S MOTION FOR ORDER (1) APPROVING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES; (2) APPROVING THE ASSIGNMENT OF EXECUTORY CONTRACTS; (3) DETERMINING THAT BUYERS QUALIFY AS GOOD FAITH PURCHASERS UNDER 11 U.S.C. SECTION 363(m); (4) AUTHORIZING DISTRIBUTIONS; AND (5) APPROVING THE VRSALOVIC NOTICE** |

     **PLEASE TAKE NOTICE** that on June 26, 2025, Debtors Whittier Seafood ("Whittier"), LLC and Silver Wave, LLC ("Silver Wave") filed a *Motion for Order (1) Approving the Sale of Assets Free and Clear of Liens, Claims and Encumbrances; (2) Approving the Assignment of Executory Contracts; (3) Determining that Buyers Qualify as Good Faith Purchasers Under 11 U.S.C. Section 363(M); (4) Authorizing Distributions; and (5) Approving the Vrsalovic Notice* (the "Motion") [Docket No. 405].

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

NOTICE OF HEARING ON DEBTORS' MOTION APPROVING
THE SALE OF ASSETS – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

The Motion is based upon the following: Whittier and Silver Wave seek Court approval of the Proposed Sales and authorization to close and consummate the Proposed Sales pursuant to the Second Purchase Agreements, which contemplate the sales of substantially all (but not all) the assets of both Whittier and Silver Wave; determining that the Buyer is purchasing the Acquired Assets in good faith and is entitled to the protections of 11 U.S.C. § 363(m); authorizing the various distributions and holdbacks of the proceeds of the Proposed Sales as detailed in the Motion; and approving procedures for noticing related to an encumbrance of record in favor of Vrsalovic related to an indebtedness that was satisfied many years ago. The Motion and supporting documents are on file with the Bankruptcy Court. You may contact the Bankruptcy Clerk or the undersigned to obtain a copy of the Motion and exhibits.

**NOTICE IS HEREBY GIVEN THAT** a hearing will be held on the Motion at the Herbert A. Ross Historic Courtroom, Old Federal Building, 605 W. Fourth Avenue, Anchorage Alaska, on July 10, 2025, at 9:30 AM AKT.  Parties appearing at the hearing, including the debtors, may appear in person in the courtroom or by Zoom video or telephonically.  Parties appearing telephonically are responsible for calling in to the court's teleconference phone number.  Instructions for appearing via Zoom or telephonically are available on the court's website at https://www.akb.uscourts.gov/attending-court-hearings

**PLEASE TAKE FURTHER NOTICE** that if you object to the granting of the Motion and entry of an order by the Court you must object in writing **on or before the time of the hearing**. Your written objection is to be filed with the Office of the Clerk of the above-entitled Court at the Old Federal Building, 605 West Fourth Avenue, Room 138, Anchorage, Alaska 99501-2296, a copy served upon the undersigned, and transmit a copy to the United States trustee at 605 West Fourth Avenue, Room 258, Anchorage, Alaska 99501-2296, on or before said date.

SHOULD YOU FAIL TO SO OBJECT, PLEASE BE ADVISED THAT THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO YOU.

DATED this 1st day of July, 2025.

BUSH KORNFELD LLP

By     /s/ James L. Day
James L. Day, (admitted *pro hac vice*)
Thomas A. Buford, AK Bar No. 1805046
Lesley Bohleber, (admitted *pro hac vice*)
*Attorneys for the Debtors*

NOTICE OF HEARING ON DEBTORS' MOTION APPROVING THE SALE OF ASSETS – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104