David C. Neu, *admitted pro hac vice*
Miller Nash LLP
605 5th Ave. S., Suite 900
Seattle, WA 98104
Telephone: (206) 777-7516
david.neu@millernash.com

Counsel for the Official
Unsecured Creditor Committee

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>**NOTICE OF FILING OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR TO THE WHITTIER COMMITTEE; DECLARATION OF ERIC REUBEL** |

PLEASE TAKE NOTICE that Dundon Advisers LLC ("Dundon" or the "Firm") is financial advisor to the official committee of unsecured creditors of Whittier Seafood, LLC (the "Whittier Committee"), in the above-captioned jointly administered Chapter 11 bankruptcy cases (collectively, the "Chapter 11 Case"). Dundon files this First Interim Application of Dundon Advisers LLC for Compensation and Reimbursement of Expenses (the "Application") pursuant to Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1(a), (c) and (d) seeking an order from this Court allowing interim compensation for services rendered and expenses

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

NOTICE OF FILING – Page 1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5 T H AVE S, STE 900
SEATTLE, WASHINGTON 98104

incurred during the period from September 9, 2024 through March 31, 2025 (the "First Interim Period").

PLEASE TAKE FURTHER NOTICE that any party opposing the Application must serve a written response to the undersigned counsel at 605 5th Avenue, Ste. 900, Seattle, WA 98104, and file a response with the Clerk of the United States Bankruptcy Court, Old Federal Building, 605 W. 4th Ave., #138, Anchorage, Alaska on the response date, which is **August 15, 2025**. The Court may enter an Order without an actual hearing or further notice unless a written objection is timely filed and served.

Any party seeking a complete copy of the Application and proposed order may contact David Neu at david.neu@millernash.com or in writing indicated in the lower right-hand corner of this pleading.

DATED this 22nd day of July, 2025.

MILLER NASH LLP

By: /s/David C. Neu
David C. Neu (Admitted *pro hac vice*)
Tel:  (206) 624-8300
Fax:  (206) 340-9599
Email: david.neu@millernash.com

NOTICE OF FILING – Page 2

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the parties.

EXECUTED this 22nd day of July, 2025, at Seattle, Washington.

*/s/ Anna Sier*
Anna Sier, Paralegal

CERTIFICATE OF SERVICE – Page 1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5 T H AVE S, STE 900
SEATTLE, WASHINGTON 98104