Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone: (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank
and Cathay Holdings LLC

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re | Chapter 11 |
| WHITTIER SEAFOOD, LLC *et al.*,[1] | Lead Case No. 24-00139 |
| Debtor. | Jointly Administered |

**NOTICE OF HEARING ON CATHAY'S MOTION FOR PLAN ADMINISTRATOR TO ASSUME RESPONSIBILITY FOR SALACIA MARKETING AND SALE PROCESS**

To:                     All Parties in Interest
Hearing Date:           Wednesday, August 6, 2025
Response Deadline:      Friday, August 1, 2025
Location:               Herbert A. Ross Historic Courtroom, United States Bankruptcy Court, 605 W 4th Ave, Suite 138, Anchorage, AK 99501

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

1
2
3
4

**NOTICE IS HEREBY GIVEN** that the undersigned will bring on for hearing *Cathay's Motion for Plan Administrator to Assume Responsibility for Salacia Marketing and Sale Process* on **Wednesday, August 6, 2025, at 3:00 p.m. (AKST/AKDT**) before the Honorable Gary Spraker in the Historic Courtroom, Old Federal Building, 605 West Fourth Avenue, Anchorage, Alaska 99501.

5
6
7

Parties appearing at the hearing, including the debtor, may appear in person in the courtroom or telephonically.  Parties appearing telephonically are responsible for calling in to the court's teleconference phone number.  Instructions for appearing via telephone are available on the court's website at www.akb.uscourts.gov.

8
9

Parties unable to attend the hearing in-person may attend via Zoom by video or telephone. Instructions for attending court hearings is available at https://www.akb.uscourts.gov/attending-court-hearings. The connection information for remote appearances via Zoom Video/Telephone is as follows:

10
11
12

- Website: https://www.zoomgov.com/join
- Telephone: Dial (833)435-1820 (USA Toll Free) or (669)254-5252
- Meeting ID - 160 448 1815
- Passcode - 055113

13
14

**Your rights may be affected.** *You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy. (If you do not have an attorney, you may wish to consult one).*

15
16
17

1.      The hearing is for the purpose of the Court considering a motion filed by Cathay Bank on July 16, 2025, for the Plan Administrator to assume responsibility for the Salacia marketing and sale process (the "Motion").[2]

18
19

2.      The basis for the Motion is the Debtors' Fourth Amended Joint Plan of Reorganization (the "Plan"), as confirmed and effective as of May 31, 2025, which provides in pertinent part, as follows:

20
21
22
23
24
25

4.      Sale of Salacia Assets Upon Court Order: Cathay Bank and the Committee shall each have the right to move the Court to have the Plan Administrator assume responsibility for the Salacia Plant and Salacia Equipment marketing and sale process earlier than October 15, 2025, for cause; provided, however, any such motion must provide at least 10 days for the Debtors to respond, unless the Bankruptcy Court orders that exigent circumstances warrant a shorter response period, and may only be granted after such notice and a hearing.

26
27

---

[2] Capitalized terms used but not defined herein have the meaning set forth in the Motion.

NOTICE OF HEARING ON CATHAY'S MOTION FOR PLAN ADMINISTRATOR TO ASSUME RESPONSIBILITY FOR SALACIA MARKETING AND SALE PROCESS - 2

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

1   ECF 368 at p. 28 (Article VII, Section E, ¶ 4).  The Motion may be examined at the

2   Office of the Clerk of the Bankruptcy Court, Suite 138, Old Federal Building, 605 West Fourth Avenue, Anchorage, Alaska, or at the office of the undersigned.

3   3.      PLEASE TAKE FURTHER NOTICE that should you wish to OBJECT to the

4   above-described Motion, you must file with the Office of the Clerk of the above-entitled court at 605 West Fourth Avenue, Suite 138, Anchorage, Alaska 99501-

5   2296 an objection in writing, and serve a copy on the undersigned, on or before

6   **Friday, August 1, 2025.**

7   4.      SHOULD YOU FAIL TO SO OBJECT OR ATTEND THE HEARING THE

    COURT MAY ENTER THE ORDER WITHOUT FURTHER NOTICE.

8

9   DATED: July 22, 2025.

10                      BALLARD SPAHR LLP

11

12                      By /s/ *James B. Zack*
                            Gregory R. Fox, WSBA No. 30559*

13                          Michael J. Parise, ABA No. 7906044
                            James B. Zack, WSBA No. 48122*

14                          Alena Ivanov, WSBA No. 59900*
                        Attorneys for Cathay Bank

15                      and Cathay Holdings LLC

16                      *Admitted Pro Hac Vice*

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF HEARING ON CATHAY'S MOTION FOR PLAN
ADMINISTRATOR TO ASSUME RESPONSIBILITY FOR SALACIA
MARKETING AND SALE PROCESS - 3

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

1

<u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that (1) on July 22, 2025, a true and correct copy of the foregoing

3

document was served electronically through the ECF system as indicated on the Notice of Electronic Filing, including the following persons:

4

5

    Debtors
    U.S. Trustee

6

    Registered ECF Participants

7

and that (2) on July 22, 2025, I caused a true and correct copy of the foregoing document to be deposited in the United States mail in Seattle, Washington, via First Class U.S. Mail, addressed to:

8

9

    William A. Earnhart
    Birch Horton Bittner & Cherot

10

    510 L Street, Suite 700
    Anchorage, AK 99501

11

By:  */s/James B. Zack*

12

    James B. Zack, Ballard Spahr LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF HEARING ON CATHAY'S MOTION FOR PLAN
ADMINISTRATOR TO ASSUME RESPONSIBILITY FOR SALACIA
MARKETING AND SALE PROCESS - 4

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107