Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone: (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank
and Cathay Holdings LLC

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re

WHITTIER SEAFOOD, LLC *et al.*,[1]

                Debtors.

Chapter 11

Lead Case No. 24-00139
Jointly Administered

**CATHAY BANK'S MOTION FOR ORDER FOR RULE 2004 EXAMINATION OF HILCO**

    Cathay Bank ("Cathay"), a secured creditor of Debtors Marine Fishing International, Inc., Marine Fishing International, LLC, Modys, LLC, Salacia, LLC, Silver Wave, LLC, and Whittier Seafood, LLC (collectively, the "Debtors"), in the above-captioned jointly administered Chapter 11 case, respectfully requests that this Court enter an order authorizing Cathay Bank to conduct an

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

1 examination pursuant to Federal Rule of Bankruptcy Procedure 2004 and AK LBR 2004-1, as
2 follows:

3     1.     <u>Witness to be Examined</u>: Hilco Corporate Finance, LLC ("<u>Hilco</u>")

4     2.     <u>Examination Date, Time, and Place</u>: Wednesday, August 6, 2025, at 3:00 p.m.
5 (AKST/AKDT) via Zoom before the Honorable Gary Spraker in the Historic Courtroom, Old
6 Federal Building, 605 West Fourth Avenue, Anchorage, Alaska 99501, by video.

7     3.     <u>Examination Scope</u>: Salacia, LLC's ongoing process for marketing and selling its
8 assets, and Cathay's *Motion for Plan Administrator to Assume Responsibility for Salacia*
9 *Marketing and Sale Process* (the "<u>Motion</u>").

10     4.     <u>Documents to be Produced</u>: n/a

11     5.     <u>Document Production Date, Time, and Place</u>: n/a

12     6.     <u>Mileage Calculation</u>: n/a

13     7.     <u>Meet-and-Confer</u>: Cathay has informed Hilco representatives that Cathay intends
14 to issue a subpoena pursuant to Federal Rule of Bankruptcy Procedure 9016 to compel Hilco to
15 virtually attend and testify at the hearing on the Motion (if necessary).

16     DATED this 22nd day of July, 2025.

17     BALLARD SPAHR LLP

19     By */s/James B. Zack*
    Gregory R. Fox, WSBA No. 30559*
20     Michael J. Parise, ABA No. 7906044
    James B. Zack, WSBA No. 48122*
21     Alena Ivanov, WSBA No. 59900*
    Attorneys for Cathay Bank
22     and Cathay Holdings LLC

23     *Admitted Pro Hac Vice*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that (1) on July 22, 2025, a true and correct copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing, including the following persons:

> Debtors
> U.S. Trustee
> Registered ECF Participants

and that (2) on July 22, 2025, I caused a true and correct copy of the foregoing document to be deposited in the United States mail in Seattle, Washington, via First Class U.S. Mail, addressed to:

> William A. Earnhart
> Birch Horton Bittner & Cherot
> 510 L Street, Suite 700
> Anchorage, AK 99501

By: */s/James B. Zack*
James B. Zack, Ballard Spahr LLP

# EXHIBIT A

Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone: (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank
and Cathay Holdings LLC

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>**ORDER FOR RULE 2004 EXAMINATION OF HILCO** |

Cathay Bank's *Motion for Order for Rule 2004 Examination of Hilco* (the "Motion") having come before the Court and the Court having considered the Motion, and it appearing to this Court that the relief requested therein is authorized by Federal Rule of Bankruptcy Procedure 2004,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

//

//

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

**IT IS FURTHER ORDERED** that Hilco Corporate Finance, LLC ("Hilco") must appear for oral examination under oath on **Wednesday, August 6, 2025, at 3:00 p.m. (AKST/AKDT)** before the Honorable Gary Spraker in the Historic Courtroom, Old Federal Building, 605 West Fourth Avenue, Anchorage, Alaska 99501, at the hearing on Cathay Bank's *Motion for Plan Administrator to Assume Responsibility for Salacia Marketing and Sale Process* (ECF 426) by video.[2]

**IT IS FURTHER ORDERED** that Cathay Bank is authorized to compel Hilco's appearance in a subpoena to be issued by Ballard Spahr LLP pursuant to Federal Rule of Civil Procedure 45 and Federal Rules of Bankruptcy Procedure 2004 and 9016, and any subpoena must provide for at least 10-days' notice for compliance.

**IT IS FINALLY ORDERED** that the Clerk of Court is requested and directed to send a copy of this order to the parties listed below.

ENTERED this ___ day of July, 2025

_____
THE HONORABLE GARY SPRAKER
United State Bankrupcy Judge

Serve:   Debtors
U.S. Trustee
Registered ECF Participants

---

[2] Instructions for appearing by video are available at www.akb.uscourts.gov.