Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone: (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank
and Cathay Holdings LLC

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>**ORDER FOR RULE 2004 EXAMINATION OF HILCO** |

Cathay Bank's *Motion for Order for Rule 2004 Examination of Hilco* (the "Motion") having come before the Court and the Court having considered the Motion, and it appearing to this Court that the relief requested therein is authorized by Federal Rule of Bankruptcy Procedure 2004,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

//

//

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

**IT IS FURTHER ORDERED** that Hilco Corporate Finance, LLC ("Hilco") must appear for oral examination under oath on **Wednesday, August 6, 2025, at 3:00 p.m. (AKST/AKDT)** before the Honorable Gary Spraker in the Historic Courtroom, Old Federal Building, 605 West Fourth Avenue, Anchorage, Alaska 99501, at the hearing on Cathay Bank's *Motion for Plan Administrator to Assume Responsibility for Salacia Marketing and Sale Process* (ECF 426) by video.[2]

**IT IS FURTHER ORDERED** that Cathay Bank is authorized to compel Hilco's appearance in a subpoena to be issued by Ballard Spahr LLP pursuant to Federal Rule of Civil Procedure 45 and Federal Rules of Bankruptcy Procedure 2004 and 9016, and any subpoena must provide for at least 10-days' notice for compliance.

**IT IS FINALLY ORDERED** that the Clerk of Court is requested and directed to send a copy of this order to the parties listed below.

ENTERED this 25th day of July 2025

      /s/ Gary Spraker
GARY SPRAKER
United State Bankrupcy Judge

Serve:    Debtors
Kathryn Evans, Esq.
ECF Participants per NEF

---

[2] Instructions for appearing by video are available at www.akb.uscourts.gov.

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107