James L. Day, *admitted pro hac vice*
Lesley Bohleber, *admitted pro hac vice*
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206) 292-2110
jday@bskd.com
lbohleber@bskd.com
Attorneys for Debtors

HONORABLE GARY SPRAKER

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

In re

WHITTIER SEAFOOD, LLC *et al.*,[1]

          Debtor.

Chapter 11

Lead Case No. 24-00139
Jointly Administered

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BUSH KORNFELD LLP AS ATTORNEYS FOR THE DEBTORS; DECLARATION OF JAMES L. DAY**

Bush Kornfeld LLP ("Bush Kornfeld" or the "Firm") is bankruptcy counsel to the above captioned Debtors (each, a "Debtor," and collectively, the "Debtors"), debtors-in-possession in the above-captioned jointly administered Chapter 11 bankruptcy cases (collectively, the "Chapter 11 Case"). Bush Kornfeld files this *Final Application of Bush Kornfeld LLP for Compensation and Reimbursement of Expenses as Attorneys for the Debtors* (the "Final Application") pursuant to Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1(a), (c) and (d). In its June 11, 2025, *Order on First Interim Application for Compensation and Reimbursement of Expenses of Bush Kornfeld LLP as Attorneys for the Debtors* (the "Interim Order")

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

1  (Dkt. No. 402) the Court awarded interim compensation for services rendered and expenses incurred

2  during the period from August 19, 2024 through March 31, 2025 (the "First Interim Period") for a

3  total of $524,005.46 comprised of fees of $499,900.00 and expenses of $24,105.45 (the "Interim

4  Fees"). By this Final Application, Bush Kornfeld seeks final approval of the Interim Fees as well as

5  additional compensation in the amount of $130,044.00 and expenses of $7,565.36, for a total award of

6  $137,609.36 (the "Final Fees") for the period of April 1, 2025 through May 31, 2025 (the Plan

7  Effective Date) (the "Final Period").

8      This Final Application is based on the supporting declaration of James L. Day (the "Day

9  Declaration") filed contemporaneously herewith and the record and files herein.  Attached hereto as

10  **Exhibit A** is a detailed account of services provided and costs incurred by Bush Kornfeld during the

11  Final Period.  In support of this Final Application, Bush Kornfeld represents as follows:

12                          **I.  COMPENSATION REQUEST**

13  **A.**      **Compliance with Local Rule**

14      In accordance with Local Bankruptcy Rule 2016-1(c) and in the format of the same, Bush

15  Kornfeld requests compensation for the services it provided to the Debtors and states:

16      (1)(A). On September 24, 2024, Bush Kornfeld filed an *Application to Employ Bush Kornfeld*

17  *LLP as Bankruptcy Counsel*.  Docket No. 116.  On November 22, 2024, the Court entered an order

18  authorizing the Debtors to retain Bush Kornfeld as their counsel, effective as of August 19, 2024.

19  Docket No. 201.

20      (1)(B). To date, Bush Kornfeld has received $174,049.20 for its services or reimbursement of

21  its expenses pursuant to the Interim Order.

22      (1)(C)(i). Bush Kornfeld is not seeking compensation for the time needed to prepare its

23  application to be employed.

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

(1)(C)(ii). The Court's order approved Bush Kornfeld's employment as of the Petition Date.

(2). Neither Bush Kornfeld nor any members of Bush Kornfeld have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees or expenses to be awarded to Bush Kornfeld with any other person or attorney except as among the partners, associates and employees of Bush Kornfeld.

(3)(A). All services for which Bush Kornfeld is seeking compensation were performed for and on behalf of the Debtors.

(3)(B). Bush Kornfeld performed the services described in this Final Application and as set forth in Exhibit A, which contains the date, time, and charge for each service.

(3)(C). Bush Kornfeld submits that each item of service is sufficiently described and has not been aggregated.

(3)(D). Bush Kornfeld bills in one-tenth hour increments.

(3)(E). Bush Kornfeld seeks compensation for the services provided by the following professionals:

| Attorney | Position | Rate/Hr | Hours | Total Fees |
|---|---|---|---|---|
| James L. Day | Partner | $695.00 | 107.10 | $74,156.50 |
| Thomas A. Buford | Partner | $595.00 | 1.30 | $297.50 |
| Lesley Bohleber | Associate | $425.00 | 135.20 | $55,590.00 |
| **Total** | | | **243.60** | **$130,044.00** |

(3)(F). Bush Kornfeld seeks reimbursement for the expenses incurred on behalf of the Debtors, which are itemized in Exhibit A, pgs. 32-33, in the total amount of $7,565.36.

(3)(G). The attorneys providing services for which compensation is being sought do not hold any board certifications in the bankruptcy field.

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

(4)(A). Bush Kornfeld submits that all services provided were provided in connection with the Debtors' performance of their duties under the Code and were beneficial to the estate. The Court has not ordered Bush Kornfeld to provide any services.

(4)(B). Bush Kornfeld has not performed any services related to discharge or dischargeability.

(5)(A). Bush Kornfeld has grouped its services into categories as follows:

| CATEGORY | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|
| Claims Analysis and Objection to Claims | 6.00 | $3,131.50 |
| Disclosure Statement and Plan Process | 109.20 | $64,844.50 |
| Employment of Professionals | 6.60 | $2,913.00 |
| Fees | 11.90 | $5,606.00 |
| Financing and Cash Collateral | 7.50 | $3,299.00 |
| General Administration | 5.20 | $2,202.00 |
| Insurance | 1.20 | $591.00 |
| Reporting | 4.20 | $1,839.00 |
| Sales of Assets | 91.80 | $45,618.00 |
| **Total** | **243.60** | **$130,044.00** |

(5)(B). During the Final Period, Bush Kornfeld's work occurred in the various categories as follows:

**Claims Analysis and Objections to Claims.** Bush Kornfeld analyzed and evaluated two proofs of claim filed by creditors of Salacia. Bush Kornfeld began preparing an objection to one claim. Because it remains unclear whether funds will be sufficient to pay unsecured creditors in full, the Debtors have not proceeded with filing any claim objections, and the deadline to object to claims is currently October 31, 2025.

**Disclosure Statement and Plan Process.** Bush Kornfeld devoted significant time and resources to the development and refinement of the Debtors' joint plan of reorganization and accompanying disclosure statement and the amendments thereto. Bush Kornfeld worked closely with the Debtors to evaluate various exit strategies, negotiate terms with key creditor constituencies, and

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

1    draft multiple iterations of the plan and disclosure statement. Bush Kornfeld engaged in

2    comprehensive negotiations with counsel for Cathay Bank, the Unsecured Creditors Committee of the

3    Whittier estate (the "UCC") and individual creditors, and addressed objections, and prepared for and

4    attended related hearings. This work culminated in the preparation of a Plan Support Agreement by

5    which the Debtors and Cathay Bank agreed on the terms of an amended plan.  This work led to the

6    preparation and eventual confirmation of *Debtors' Fourth Joint Amended Plan of Reorganization*

7    [ECF No. 368] (the "Plan") that was supported by all creditors that the Court confirmed by order

8    entered on June 5, 2025 [ECF No. 386].

9       **Employment of Professionals.** Bush Kornfeld prepared and filed an application to employ

10    Kidder Mathews as real estate broker for Modys. Bush Kornfeld also prepared an application to

11    employ Stapleton Group as preconfirmation disbursing agent for Protective Advances, which were to

12    be funded from the proceeds of the Whittier sale as set forth in the Plan Support Agreement.  The

13    Debtors expected the Whittier sale to close in early April, which would have provided funding for

14    Protective Advances, but no authority to pay holding costs until Stapleton Group was appointed as

15    Plan Administrator on the Plan's Effective Date (May 31, 2025). However, because the Whittier sale

16    did not ultimately close prior to the Effective Date, there were no Protective Advances to disburse,

17    and thus obviated the need to employ Stapleton Group as preconfirmation disbursing agent.

18       **Fees.**   Bush Kornfeld prepared and filed its First Interim Fee Application for the First Interim

19    Period.

20       **Financing and Cash Collateral.**  Bush Kornfeld negotiated with Cathay Bank on behalf of

21    the Debtors to reach an agreement to employ Stapleton Group as the preconfirmation disbursing agent

22    in exchange for the Debtor's use of the Protective Advances (Cathay Bank's cash collateral) prior to

23

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

1  the Effective Date. However, as stated above, the Whittier sale did not close prior to the Effective

2  Date as anticipated, and therefore negated the need for further cash collateral authority.

3  **General Administration.** Bush Kornfeld provided ongoing legal support for the

4  administration of the Chapter 11 Case, advising the Debtors on a wide range of day-to-day legal

5  matters and case management tasks.

6  **Insurance.** Bush Kornfeld provided certificates of insurance to the US Trustee and

7  corresponded with the Debtors and Cathay Bank regarding insurance for various Debor assets.

8  **Reporting.** Bush Kornfeld assisted the Debtors with their monthly operating reports and other

9  financial disclosures required by the U.S. Trustee. Bush Kornfeld coordinated with the Debtors'

10  controller, reviewed drafts, and ensured the reports complied with bankruptcy reporting requirements.

11  **Sale of Assets.** Bush Kornfeld provided ongoing legal counsel regarding the sale of the

12  Debtors' assets, largely focusing on the Whittier and Salacia sales.  Bush Kornfeld collaborated

13  closely with the Debtors and Hilco to develop and evaluate asset sale strategies, including market

14  outreach and valuation regarding the Salacia assets. Legal services included preparing sale procedures

15  and facilitating the approval of the same by the Court and negotiating with stakeholders on sale

16  structure. With respect to the Whittier sale, following the Court approval of and eventual fall out of

17  the original sale, Bush Kornfeld negotiated new sale terms. Bush Kornfeld participated in weekly calls

18  with Hilco to update stakeholders on the status of sale efforts for Whittier and Salacia assets.

19  ## II.  LEGAL ARGUMENT

20  In determining the amount of allowable fees under Sections 330 and 331, courts are to be

21  guided by the same "general principles" as are to be applied in determining awards under the federal

22  fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *In re*

23  *Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter & Hadden, LLP (In*

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 6

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

1    *re Meronk*), 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that *Manoa Finance* is the

2    controlling authority and characterizing the factor test identified in *Johnson v. Georgia Highway*

3    *Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th

4    Cir. 1975), *cert. denied*, 425 U.S. 951 (1976), as an "obsolete laundry list" now subsumed within

5    more refined analyses).

6         The Supreme Court has evaluated the lodestar approach and endorses its usage. In *Hensley v.*

7    *Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while the Johnson

8    factors might be considered in setting fees, the lodestar amount subsumed many of those factors.

9    *Hensley*, at 434, n. 9. The following year, another civil rights case, *Blum v. Stenson*, 465 U.S. 886

10   (1984), provided the so-called lodestar calculation: "The initial estimate of a reasonable attorney's fee

11   is properly calculated by multiplying the number of hours reasonably expended on the litigation times

12   a reasonable hourly rate . . . Adjustments to that fee then may be made as necessary in the particular

13   case." *Blum*, 465 U.S. at 888.

14        While the lodestar approach is the primary basis for determining fee awards under the federal

15   fee-shifting statutes and Bankruptcy Code, some of the *Johnson/Kerr* factors, previously applied in an

16   ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar

17   approach.  *In re Charles Russell Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is

18   permitted to adjust the lodestar up or down using a multiplier based on the criteria listed in § 330 and

19   its consideration of the *Kerr* factors not subsumed within the initial calculations of the lodestar"); *see*

20   *also Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after

21   considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v.*

22   *Puget Sound Plywood, Inc.*, 924 F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that

23   starting with the 'lodestar' is customary, it does not mandate such an approach in all cases . . . Fee

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 7

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1    shifting cases are persuasive, but due to the uniqueness of bankruptcy proceedings, they are not

2    controlling.").

3          Bush Kornfeld submits that the hourly rates for its attorneys are reasonable and appropriate in

4    the circumstances of this Chapter 11 Case and are properly applied to the hours expended.  Bush

5    Kornfeld believes that the hourly rates identified in this Application are reasonable and appropriate

6    given the complexity and the scope of necessary activity and services provided in the Chapter 11

7    Case, and that such rates are well within the relevant market for the representation of debtors in

8    possession in chapter 11 cases. The Application details the nature and scope of services provided,

9    which directly advanced the progress of this case and benefitted the estates and creditors. All fees and

10    expenses are documented in the Billing Statement attached as Exhibit A.

11         Bush Kornfeld represented six jointly-administered Debtors and was simultaneously managing

12    significant matters involving the Whittier sale, plan negotiations, and coordination of plan

13    amendments. Ms. Bohleber led issues related to the Whittier assets, while Mr. Day focused on plan

14    confirmation strategy and communications relating to the Salacia assets.  As to the latter, Mr. Day (at

15    the request of Judge Brown) also participated in negotiations related to the plan of reorganization in

16    Mr. Kozlov's individual case, the consent to which was a condition of Cathay Bank's support for the

17    Debtors' plan in these cases.

18         Given the scope and time-sensitive nature of these issues, it was frequently necessary for both

19    attorneys to participate in internal strategy meetings and external conferences.  These meetings often

20    addressed multiple legal, financial, and operational matters concurrently, requiring collaboration

21    between attorneys with distinct areas of focus. For example, as Mr. Day negotiated plan treatment

22    with Cathay Bank and other parties, Ms. Bohleber integrated those evolving terms into the amended

23    plan and associated documents—tasks that necessarily overlapped to a degree in real time.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

1    During the sale Whittier and Salacia processes, weekly joint calls were held with the Debtors,

2    Hilco, and stakeholders. Mr. Day addressed the Salacia transaction, while Ms. Bohleber reported on

3    the Whittier process. In the run-up to the confirmation hearing, the Firm prepared and filed two

4    amended plans, necessitating constant coordination between plan negotiations and drafting.

5    "In general, no more than one attorney may charge the estate for intraoffice conferences,

6    meetings and court appearances unless an adequate explanation is given." *In re Grosswiler Dairy,*

7    *Inc.*, 257 B.R. 523, 531 (Bankr. D. Mont. 2000). Fees incurred during intraoffice strategy and status

8    conferences are compensable to all participating attorneys because they require input. *In re Adventist*

9    *Living Ctrs., Inc.*, 137 B.R. 701, 717 (Bankr. N.D. Ill. 1991) (approving multiple-attorney billing

10    where conferences involved litigation or strategic planning and required input from all attendees).

11    Here, the presence of both attorneys in these meetings was not duplicative—it was necessary

12    to ensure seamless execution of intertwined plan and sale strategies. The joint time entries reflect a

13    division of responsibilities across parallel workstreams that advanced the Chapter 11 process in a

14    coordinated and efficient manner, which is common in multi-debtor and larger cases. These efforts

15    materially benefitted the estates and were instrumental in driving the cases toward a confirmable plan

16    and value-maximizing asset sales.

17    In accordance with the factors enumerated in § 330, the amount requested by Bush Kornfeld is

18    fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and

19    extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services

20    other than in a case under the Bankruptcy Code. For the reasons set forth above, Bush Kornfeld

21    respectfully submits that the foregoing establishes that Bush Kornfeld's requested fees and expenses

22    are reasonable and appropriate and requests that this Court approve the same.

23

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 9

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

### III. CONCLUSION

WHEREFORE, for all the foregoing reasons, Bush Kornfeld requests entry of an order (i) awarding Bush Kornfeld fees of $130,044.00 and expenses of $7,565.36, for a total award of $137,609.36 incurred during the Final Period; (ii) granting final approval of the Interim Fees; and (iii) directing payment by the Post- Effective Date Debtors of the balance of the Interim Fees and all Final fees, to the extent funds are or may become available, in accordance with the Plan.

A proposed Order is submitted herewith.

DATED this 30th day of July, 2025.

BUSH KORNFELD LLP

By   /s/ James L. Day
     James L. Day, WSBA #20474
     Lesley Bohleber, WSBA #49150
Attorneys for the Debtor

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

## DECLARATION OF JAMES L. DAY

JAMES L. DAY declares as follows:

1.    I am a partner at the law firm of Bush Kornfeld LLP (the "Firm" or "Bush Kornfeld"), and am one of the attorneys responsible for the representation of the Debtors in the above-captioned Chapter 11 Cases.  I have personal knowledge of the facts stated herein and am competent to testify to them.  I am submitting this declaration in support of the *Final Application for Compensation and Reimbursement of Expenses of Bush Kornfeld LLP* (the "Final Application").  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Application.

2.    By way of this Final Application, Bush Kornfeld seeks allowance of its fees of $130,044.00 and expenses of $7,565.36, for a total award of $137,609.36 incurred during the Final Period.

3.    As set forth in the Final Application, Bush Kornfeld was previously awarded interim compensation for services rendered and expenses incurred during the period from August 19, 2024 through March 31, 2025 (the "First Interim Period") for a total of $524,005.46 comprised of fees of $499,900.00 and expenses of $24,105.45. Bush Kornfeld has received $174,049.20 for its services or reimbursement of its expenses pursuant to the Interim Order.

    a.    I have read the Final Application;

    b.    The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by Bush Kornfeld and generally accepted by the Firm's clients;

    c.    At all relevant times, I believe that Bush Kornfeld has been a disinterested person as that term is defined in § 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtor;

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 11

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

d.      Neither Bush Kornfeld nor any members of the Firm have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees or expenses to be awarded to Bush Kornfeld with any other person or attorney except as among the members, associates and employees of Bush Kornfeld;

e.      To the best of the knowledge, information and belief of the undersigned, formed after reasonable inquiry, no time has been billed to the Debtors outside the scope of work authorized by the order authorizing the employment of Bush Kornfeld;

f.      All compensation for services rendered and reimbursement for expenses incurred, for which an award is sought for representing the interests of the Debtors, were necessary and beneficial to the Debtors in connection with the Chapter 11 Case; and

g.      To the best of the knowledge, information and belief of the undersigned, formed after reasonable inquiry, the compensation and expense reimbursement sought herein is in conformity with the Bankruptcy Rules, the Local Rules, and the Guidelines of the Office of the United States Trustee.

4.      In the ordinary course of its business, the Firm keeps a record of all time expended by its professionals and para-professionals in the rendering of professional services on a computerized billing system as follows: At or near the time the professional services are rendered, attorneys and other professionals of the Firm input the time record, including the client/matter number, duration of time expended, a description of the nature of the services performed directly into the Firm's computer billing system. The Firm's computer billing system keeps a record of all time spent on a client/matter, the professional providing the services and a description of the services rendered. The Firm's computer billing system computes the time expended by each professional by the respective

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 12

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

1   professional's billing rate to calculate the amount of the fee associated.  The Firm conducts its

2   business in reliance on the accuracy of such business records.

3          5.      I have reviewed the Firm's invoice for services rendered in connection with its

4   representation of the Debtor in this Chapter 11 Case during the Final Period, a true and correct copy of

5   which is attached to the Final Application as **Exhibit A**.

6          6.      It is the Firm's usual practice to allocate work and assignments in an efficient manner

7   to achieve an effective result.  As demonstrated in the Final Application, the practice has been

8   followed in the Chapter 11 Case.

9          7.      At any time a reimbursable charge is incurred on behalf of a client, such as photocopy

10  expenses, and the like, employees of the Firm keep a written or electronic record of the file number

11  for which the charges were expended and a brief description of the nature of the expense.  Written

12  records are also transcribed into the computer system which, together with the records of time spent

13  providing professional services, are transcribed onto monthly bills.

14         8.      With respect to costs for the reproduction of documents, the photocopy operator must

15  manually enter in the system the coded "client" number and "matter" number assigned to that

16  particular case and the number of photocopies made.

17         9.      An itemized statement of expenses is set forth at the end of Bush Kornfeld's invoice.

18         10.     I have reviewed the requirements of Local Bankruptcy Rule 2016-1.  I believe the Final

19  Application complies with Local Rule 2016-1.

20  ///

21  ///

22  ///

23  ///

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 13

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

11.     I participated in preparing, am familiar with, and have read the Final Application.  To the best of my knowledge, information and belief, the facts in the Final Application are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 30th day of July, 2025 at Seattle, Washington.

 /s/ *James L. Day*
James L. Day

FINAL APPLICATION FOR COMPENSATION FOR BUSH
KORNFELD LLP– Page 14

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2837 ig29m801hf

# EXHIBIT A

**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101-2373

Phone (206) 292-2110; Fax 292-2104
Federal Tax I.D. #91-1560644

WHITTIER SEAFOOD, LLC                                    July 28, 2025
[via email]                                             Invoice # 25464

In Reference To: OUR CLIENT MATTER NO: 2837-20241
                 Advice

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**            $137,609.36

Professional services

|            |     |                                                                                                             | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | CLAIMS ANALYSIS AND OBJECTIONS TO CLAIMS                                                                     |       |        |
| 4/25/2025  | JLD | Email to F. Rasch regarding accounting of Tesla Electric's asserted claim amount.                           | 0.10  | 69.50  |
| 4/28/2025  | LDB | Analysis of Neinstedt, Inc. Claim and review correspondence provided by S. VonTurk (.9); Begin drafting Objection to Neinstedt claim (1.5). | 2.40  | 1,020.00 |
| 4/30/2025  | JLD | Review detail of Tesla's alleged claim (.2); Email to A. Kozlov regarding same (.1)                          | 0.30  | 208.50 |
| 5/1/2025   | JLD | Read and respond to email from F. Rasch regarding Tesla Electric claim                                       | 0.20  | 139.00 |
| 5/2/2025   | JLD | Various emails with A. Kozlov regarding amount owing Tesla Electric.                                         | 0.20  | 139.00 |
| 5/5/2025   | JLD | Telephone conference with F. Rasch regarding Tesla claim amount.                                             | 0.20  | 139.00 |
| 5/6/2025   | LDB | Correspond with K. Driscoll re PCI claim and case status.                                                    | 0.20  | 85.00  |

WHITTIER SEAFOOD, LLC                                                                                        Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/6/2025 JLD | Two calls and emails with F. Rasch regarding Tesla claim amount. | | 0.60 | 417.00 |
| 5/12/2025 TAB | Telephone call from F. Glasner re claims payment. | | 0.20 | 119.00 |
| 5/14/2025 JLD | Emails with J. Zack regarding calculation of payoff of Cathay loans. | | 0.20 | 139.00 |
| 5/15/2025 JLD | Various emails with J. Zack regarding components of Cathay's total claim (.2); Email to A. Kozlov regarding same (.1) | | 0.30 | 208.50 |
| 5/22/2025 LDB | Analysis of Cathay Bank's interest calculations and phone conference with J. L. Day re the same. | | 0.20 | 85.00 |
| 5/23/2025 LDB | Phone conference with J. L. Day re Cathay Bank claim amount and review correspondence from J. Zack re the same. | | 0.20 | 85.00 |
| 5/27/2025 JLD | Various emails with F. Rasch and client regarding allowable amount of Tesla and Cathay's claims amount (.3); Review client's response to Tesla invoices (.1) | | 0.40 | 278.00 |
| LDB | Review Tesla Electric's invoices and phone conference with J. L. Day re the same (.2); Review A. Kozlov's analysis and notes re the same (.1). | | 0.30 | NO CHARGE |
| | SUBTOTAL: | [ | 6.00 | 3,131.50] |

DISCLOSURE STATEMENT AND PLAN PROCESS

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2025 JLD | Call with Judge Brown regarding status of negotiations in individual case (.2); Telephone conference with L. Bohleber regarding approvals of disclosure statement and order (.1); Prepare for and participate in hearing on disclosure statement and status (.9); Listen to recording of March 31 hearing in individual case in preparation for participating in achieving consensus (.6); Meeting with client in Bellevue for detailed final review of | | 5.00 | 3,475.00 |

WHITTIER SEAFOOD, LLC                                                                Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | plan, disclosure statement and plan support agreement (3.2). |  |  |
| 4/1/2025 | LDB | Numerous correspondences with A. Kozlov, I. Leversee, and J. L. Day re plan and disclosure statement questions (.4); Multiple phone conferences with J. L. Day re the same and hearing preparation (.3). | 0.70 | 297.50 |
|  | LDB | Correspond with numerous counsel coordinating signatures on order approving disclosure statement (.5); Attend hearing on approval of disclosure statement  (.4). | 0.90 | 382.50 |
|  | JLD | Travel to and from Bellevue for client meeting (50% discount). | 0.30 | 208.50 |
| 4/2/2025 | JLD | Emails with A. Kozlov regarding execution of final documents (.1); Various emails with Judge Brown and counsel regarding settlement (.2); Emails with B. Rosen to schedule call (.1) | 0.40 | 278.00 |
|  | LDB | Phone conference with J. L. Day re status of A. Kozlov signatures (.1); Coordinate filing of supplements to amended plan and disclosure statement and submission of orders approving disclosure statement and plan support agreement (.3). | 0.40 | 170.00 |
|  | JLD | Phone conference with LDB re status of A. Kozlov signatures. | 0.10 | NO CHARGE |
| 4/3/2025 | JLD | Read and respond to various emails regarding individual plan terms (.4); Emails with B. Rosen regarding rescheduling of call (.1); Telephone conference with Judge Brown (.2) | 0.70 | 486.50 |
| 4/4/2025 | LDB | Review and revise Notice of Confirmation Hearing and Ballot (.4); Coordinate filing and service of the same (.2). | 0.60 | 255.00 |

WHITTIER SEAFOOD, LLC                                              Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/4/2025 | JLD | Email to J. Kaplan and L. Thornton regarding topics tor discussion with committee counsel (.1); Telephone conference with B. Rosen regarding plan issues (.5); Follow up call with Judge Brown regarding same (.2) | 0.80 | 556.00 |
| 4/7/2025 | JLD | Telephone conference with J. Kaplan regarding various confirmation issue (.5); Email to counsel and Judge Brown regarding same (.1); Read email from B. Rosen regarding Salacia sale process (.1) | 0.70 | 486.50 |
| 4/8/2025 | JLD | Read and respond to email from D. Neu regarding UCC concerns with draft plan | 0.20 | 139.00 |
| 4/9/2025 | JLD | Prepare for and participate in video conference D. Neu, J. Zack and E. Ruebel regarding Committee issues with plan (1.4); Conference with L. Bohleber regarding plan and confirmation issues and strategize regarding (.6); Emails with J. Kaplan and L. Thornton regarding progress in individual case (.2) | 2.20 | 1,529.00 |
|  | LDB | Meet with J. L. Day to discuss plan and confirmation issues and strategize regarding. | 0.60 | 255.00 |
|  | JLD | Meeting with L. Bohleber to strategize regarding plan confirmation | 0.60 | 417.00 |
| 4/10/2025 | JLD | Call with J. Zack (.2); Multiple calls with L. Bohleber regarding numerous issues (.8); Read and respond to emails from J. Kaplan and L. Thornton regarding issues in individual case (.4); Read and respond to email from B. Rosen (.1); Read in detail and insert suggested edits to Plan Support Agreement in individual case (2.8); Email to J. Kaplan and L. Thornton regarding same (.1); Review in detail draft engagement agreement for pre-confirmation disbursing agent (.2); Email to A. Kozlov regarding same and regarding issues to discuss (.2) | 4.80 | 3,336.00 |
|  | LDB | Phone conference with J. L. Day discussing plan confirmation issues. | 0.50 | NO CHARGE |

WHITTIER SEAFOOD, LLC                                                                            Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/11/2025 | JLD | Call with B. Rosen regarding plan matters (.2); Call with J. Kaplan regarding same (.3); Two calls with A. Kozlov regarding same (.5); Call with L. Thornton regarding same (.3); Multiple calls with L. Bohleber regarding numerous plan issues (.6). | 1.90 | 1,320.50 |
|  | LDB | Numerous calls with J. L. Day discussing plan issues. | 0.60 | NO CHARGE |
| 4/14/2025 | JLD | Read and respond to email from B. Rosen regarding response to PSA  modifications (.1); Read and respond to email from Judge Brown (.1) | 0.20 | 139.00 |
| 4/16/2025 | LDB | Phone conference with J. L. Day in preparation for meeting with D. Neu and J. Zack (.2); Phone conference with J. L. Day, D. Neu, J. Zack, and E. Rubel negotiating plan terms and discussing open case issues (1.0); Follow up call with J. L. Day re the same (.2). | 1.40 | NO CHARGE |
|  | JLD | Calls with J. Kaplan and L. Thornton regarding issues related to PSA in individual case (.7); Call with client regarding same (.2). | 0.90 | 625.50 |
|  | JLD | Phone conference with L. Bohleber preparing for phone conference with D. Neu and J. Zack (.2); Phone conference with L. Bohleber, D. Neu, J. Zack, and E. Rubel discussing plan terms for Cathay Bank and Whittier's unsecured creditors (1.0); Follow up phone conference with L. Bohleber re the same (.2). | 1.40 | 973.00 |
| 4/17/2025 | JLD | Read and respond to email from J. Kaplan regarding edits to committee's Plan Support Agreement draft (.2); Email to B. Rosen (.1); Prepare comments to draft and circulate to J. Kaplan and L. Thornton (.6); Read and respond to email from Judge Brown (.1) | 1.00 | 695.00 |
| 4/18/2025 | JLD | Emails with L. Thornton regarding response to committee's demands (.2); Call with Judge Brown (.4); Emails with B. Rosen regarding "best and final" offer (.2); Multiple telephone conferences and email exchanges with L. Bohleber regarding numerous case issues (.8); Extended telephone conference with J. | 4.20 | 2,919.00 |

WHITTIER SEAFOOD, LLC                                              Page    6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | Kaplan regarding plan issues (.4); Telephone conference with J. Zack discussing plan issues (.4); Meeting with J. Kaplan and A. Kozlov discussing individual and business debtor plan strategies (1.8). | | |
| 4/19/2025 | JLD | Numerous emails with Judge Brown, J. Kaplan and L. Thornton regarding revisions to plan support agreement. | 0.80 | 556.00 |
| 4/20/2025 | JLD | Numerous emails with Judge Brown, B. Rosen, J. Kaplan and L. Thornton regarding plan support agreement revisions and continuance of mandatory Anchorage settlement conference and evidentiary hearing (1.2); Call with A. Kozlov regarding same (.2); Call with Judge Brown (.1); Call with J. Kaplan (.1) | 1.60 | 1,112.00 |
| 4/21/2025 | JLD | Initial read of revised draft received from B. Rosen (.2); Email to J. Kaplan and L. Thornton regarding same (.1); Emails with J. Kaplan and L. Thornton to coordinate meeting prior to resume settlement conference (.2); Read and respond to email from K. Evans regarding status (.1) | 0.60 | 417.00 |
| 4/22/2025 | JLD | Correspondence to B. Rosen regarding issues related to committee's latest proposal (.2); Prepare and review compare versions of committee's and debtor's plan support agreement in preparation for conferences (.6); Participate in meetings with counsel and with Judge Brown regarding settlement of individual case (3.4); Read and respond to email from B. Rosen regarding plan support agreement terms (.2) | 4.40 | 3,058.00 |
| 4/23/2025 | LDB | Phone conference with J. L. Day discussing plan and sale issues. | 0.20 | NO CHARGE |
| | LDB | Organize various creditors' plan-related requests. | 0.20 | 85.00 |
| | JLD | Correspondence to R. Murphy regarding proposed plan treatment of Harris claim (.2); Telephone conferences with Judge Brown and with J. Kaplan regarding settlement (.7); Two calls with A. Kozlov regarding same (.4); Emails with J. Kaplan and L. Thornton | 1.80 | 1,251.00 |

WHITTIER SEAFOOD, LLC                                                        Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | regarding committee's redline (.3); Read and respond to email from G. Pitts regarding plan language (.2`) | | |
| 4/23/2025 | JLD | Phone conference with L. Bohleber discussing confirmation status and sale issues. | 0.20 | 139.00 |
| 4/24/2025 | JLD | Extended telephone conference with A. Kozlov regarding numerous confirmation issues (1.1); Read and respond to numerous emails with J. Kaplan and L. Thornton regarding coordination of confirmation of both plans (.6); Phone conference with LDB and J. Zack discussing confirmation and cash collateral issues (.6). | 2.30 | 1,598.50 |
| 4/25/2025 | LDB | Phone conference with J. L. Day strategizing regarding negotiations with various creditors negotiations and balloting process (.7); Update joint task list and email the same to J. L. Day (.2). | 0.90 | 382.50 |
| | JLD | Read in detail redline of the plan support agreement in individual case (.2); Email to J. Zack regarding same (.2); Numerous emails with J. Kaplan, L. Thornton and Judge Brown regarding same (.6); Telephone call from J. Kaplan (.2); Read and respond to email from R. Murphy regarding Harris plan treatment (.2). | 1.40 | 973.00 |
| | JLD | Phone conference with L. Bohleber discussing confirmation status and balloting process and strategy re the same. | 0.70 | 486.50 |
| 4/28/2025 | LDB | Meet with J. L. Day following up from phone conference with A. Kozlov (.1); Video conference with D. Neu, E. Rubel, J. Zack, and J. L. Day discussing UCC's request for amended plan provision and sale status (.8) | 0.90 | 382.50 |
| | JLD | Emails with D. Neu and J. Zack to coordinate call to discuss UCC's plan issues (.1); Email to A. Kozlov regarding UCC's term sheet (.1); Extended telephone conference with A. Kozlov regarding same (.7); Brief meeting with L. Bohleber regarding same (.1); Video conference with D. Neu, E. Rubel, J. Zack, and L. | 2.00 | 1,390.00 |

WHITTIER SEAFOOD, LLC                                                              Page    8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | Bohleber regarding UCC's term sheet for plan amendments and sale status (.8); Various emails with F. Rasch regarding plan treatment of Tesla Electric claim (.2) | | |
| 4/29/2025 | JLD | Telephone conference with Judge Brown regarding settlement (.3); Various correspondence with client regarding same and to schedule meeting (.2); Read email from J. Kaplan and U.S. Trustee's supplement to objection to Proskauer application for employment (.2); Call with A. Kozlov regarding plan issues (.6); Call with J. Kaplan regarding status of individual case (.3); Read and respond to email from J. Zack regarding bank's obligation to support plan (.4); Brief call with J. Zack regarding same (.1) | 2.10 | 1,459.50 |
| | LDB | Analysis of D. Neu's redlines to plan and incorporate the same into Third Amended Plan (.7); Email to J. L. Day re the same (.1); Review numerous correspondences between J. L. Day, J. Zack, and D. Neu re plan provisions, and incorporate two additional rounds of revisions to Third Amended Plan (.8); Correspond with J. L. Day re the same (.1). | 1.70 | 722.50 |
| 4/30/2025 | LDB | Prepare outline of ballot summary and work on pre-confirmation report. | 4.80 | 2,040.00 |
| | LDB | Correspond with B. Mederios re Spokane Stainless claim treatment and minimum proceeds (1); Revise plan accordingly (.3); Confer with J. L. Day re status of various creditor negotiations (.2); Email to G. Pitts requesting ballot accepting plan (.1). | 0.70 | 297.50 |
| | JLD | Brief meeting with L. Bohleber regarding status of discussions with creditors regarding agreed treatment under plan and strategy re the same. | 0.20 | 139.00 |
| 5/1/2025 | LDB | Numerous phone conferences and email correspondences with J. L. Day discussing plan confirmation and strategy for resolution of the same (.8); Phone conference and numerous email correspondences with B. Mederios discussing Spokane | 2.50 | 1,062.50 |

WHITTIER SEAFOOD, LLC                                                                    Page    9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Stainless's claim treatment (.7); Revisions to Third Amended Plan to incorporate various creditors' requests (.5); Work on pre-confirmation report (.4); Review City of Whittier ballots and correspond with G. Pitts re the same (.1). |  |  |
| 5/1/2025 | JLD | Numerous calls with A. Koslov and Judge Brown regarding plan and settlement issues (.6); Various calls and emails with L. Bohleber regarding same (.8); Working on final edits to redline of Third Amended Plan and circulate (.7); Read and respond to correspondence from R. Murphy regarding status (.2); Emails with J. Kaplan regarding individual plan status (.2); Brief initial call with A. Kozlov regarding draft of Third Amended Plan (.2); Correspondence to counsel regarding extension of deadline for plan ballots and objections (.2) | 2.90 | 2,015.50 |
| 5/2/2025 | LDB | Confer with T. Buford re case status and confirmation issues. | 0.20 | 85.00 |
|  | JLD | Telephone conference with A. Kozlov regarding plan and confirmation issues. | 0.50 | 347.50 |
|  | TAB | Confer with L. Bohleber re case status and confirmation issues. | 0.20 | NO CHARGE |
| 5/5/2025 | LDB | Numerous phone conferences with J. L. Day discussing plan confirmation issues and resolution of the same (.9); Phone conference with B. Mederios discussing status of objections (.1); Review submitted ballots and prepare ballot summary (.9); Work on reconfirmation report (2.1); Analysis of Objections to Confirmation filed by Cathay Bank and Cathay Holdings, Tesla Electric, and the Committee and prepare notes re the same (1.1); Email to J. L. Day re objection summaries and preconfirmation report (.2); Email to E. Yocom re filing prep for ballot summary and preconfirmation report (.1). | 5.40 | 2,295.00 |

WHITTIER SEAFOOD, LLC                                                    Page   10

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | Hours | Amount   |
|------------|-----|-----------------------------------------------------|-------|----------|
| 5/5/2025   | JLD | Read and respond to email from J. Kaplan regarding issues with individual plan (.2); Numerous calls with L. Bohleber regarding confirmation issues (.9); Extended telephone conference with A. Kozlov regarding same (1.3); Call with D. Neu (.3); Call with J. Kaplan (.2); Second call with A. Kozlov (.9); Call with F. Rasch regarding plan language (.2); Call with J. Zack regarding confirmation issues (.3); Email to counsel regarding extension of plan objection and balloting deadline (.2); Emails with Harris counsel regarding agreement on plan treatment (.2); Making numerous edits to plan consistent with discussions (.8); Email to all counsel regarding updated plan (.1). | 5.60  | 3,892.00 |
| 5/6/2025   | LDB | Multiple conferences with J. L. Day discussing plan confirmation issues (.6); Revisions to Third Amended Plan to incorporate Spokane Stainless' requested revisions (.3); Correspond with B. Mederios re the same (.1); Prepare Silver Wave receivables supporting documents for production to Committee and transmit the same (.4); Correspond with D. Neu re Salacia appraisal (.1). | 1.50  | 637.50   |
|            | LDB | Review additional ballots and scheduled claims (.2); Correspond with J. L. Day re the same (.1); Phone conference with J. L. Day re status of resolution of objections to confirmation (.1). | 0.40  | 170.00   |
|            | JLD | Initial read of three plan objections (.7); Email to A. Kozlov regarding same (.1); Various conferences with L. Bohleber regarding same and other confirmation issues (.6); Two telephone conferences with A. Kozlov regarding confirmation issues (.7); Working on ballot and pre-confirmation report (2.4); Call with L. Bohleber regarding ballots v. scheduled claims (.1) | 4.60  | 3,197.00 |
| 5/7/2025   | LDB | Numerous conferences with J. L. Day re status of resolution of objections to confirmation (.7); Revisions to Third Amended Plan to revert to prior version and prepare Compare document for Second and Third Amended Plans (1.1); Email the same to D. Neu and E. Reubel (.1); Final edits to Ballot Summary and | 2.70  | 1,147.50 |

WHITTIER SEAFOOD, LLC                                                                Page   11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Preconfirmation Report and finalize the same for filing (.8); |  |  |
| 5/7/2025 | JLD | Working on ballot summary and pre-confirmation report (3.2); Various conferences with L. Bohleber discussing strategy regarding resolving plan objections (.7); Two calls and numerous emails with J. Kaplan regarding obtaining bank's consent to plan (.6); Email to A. Kozlov regarding issues related to individual plan (.2); Call with D. Neu (.1); Read and respond to email from R. Murphy regarding status (.1); Numerous emails with J. Zack regarding resolving bank's confirmation objection (.8); Multiple calls with A. Kozlov regarding confirmation issues (.8); Various mails with F. Rasch regarding plan objection (.4); Email to B. Rosen regarding Holdings plan objection (.2) | 7.10 | 4,934.50 |
| 5/8/2025 | LDB | Analysis of Cathay Bank's and Harris Pacific's requested revisions to Third Amended Plan and incorporate the same into Fourth Amended Plan (.9); Numerous phone conferences and email correspondences with J. L. Day re Fourth Amended Plan and status of approval of the same (.8); Prepare revised exhibit C (.1); Numerous correspondences to secured creditors' counsel re status of resolution of various objections and Fourth Amended Plan (.5); Emails to A. Kozlov re redlined and clean Fourth Amended Plan, execution of the same, and follow up with J. L. Day re the same (.2); Draft Order Confirming Plan (.6); Review and revise Day Declarations in Support of Confirmation and re Redline of Amended Plan (.3); Prepare Compare version of Second vs. Third Amended Plan (.1); Numerous phone and email correspondences with E. Yocom coordinating filing Fourth Amended Plan and related documents and final review of the same (.7). | 4.20 | 1,785.00 |
|  | JLD | Various phone conferences and emails with L. Bohleber regarding revised plan (.8); Three calls with A. Kozlov regarding plan (1.3); Numerous emails with J. Kaplan, Judge Brown and J. Zack regarding status of | 5.20 | 3,614.00 |

WHITTIER SEAFOOD, LLC                                                                          Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | individual plan as condition of confirmation of business debtors' plan (.7); Review and comment on bank's final changes to plan (.6); Emails with counsel and A. Kozlov regarding same (.4); Emails with J. Zack regarding withdrawal of bank's plan objection (.2); Review, comment on and email to counsel on suggested language from Harris (.3); Review and edit declaration in support of confirmation, email to L. Bohleber regarding same (.6); Emails with objecting parties regarding withdrawal of objections (.3) |  |  |
| 5/9/2025 | LDB | Review final draft of proposed confirmation order and phone conference with J. L. Day re the same (.3); Review Cathay Bank payoff and correspondences form secured creditors' counsel re proposed confirmation order (.1). | 0.40 | 170.00 |
|  | LDB | Attend hearing on plan confirmation. | 0.70 | NO CHARGE |
|  | JLD | Final review of form of proposed confirmation order (.6); Email to counsel regarding same (.1); Review bank's schedule of balance of claim (.2); Email to A. Kozlov regarding same (.1); Emails with B. Medeiros regarding plan edits (.2); Prepare for and participate in hearing on plan confirmation (1.2); Email to counsel regarding additions to order to reflect court's ruling (.2); Prepare edits and circulate (.2) | 2.80 | 1,946.00 |
| 5/12/2025 | LDB | Correspond with creditor re plan confirmation. | 0.10 | 42.50 |
| 5/13/2025 | JLD | Various emails with A. Kozlov and J. Zack regarding determining bank's claim amount for insertion in confirmation order. | 0.60 | 417.00 |
| 5/15/2025 | JLD | Telephone conference with Judge Brown regarding status (.2); | 0.20 | 139.00 |
| 5/19/2025 | JLD | Read and respond to email from J. Zack regarding details of calculation of Cathay claim (.1); Email to A. Kozlov regarding same (.1); Read and respond to email | 0.30 | 208.50 |

WHITTIER SEAFOOD, LLC                                                                      Page   13

|            |     |                                                                                                                                                                                                                              | Hours   | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|------------|
|            |     | from S. Andre regarding status of entry of confirmation order (.1)                                                                                                                                                                |         |            |
| 5/19/2025  | LDB | Email to D. Stapleton re plan administrator role.                                                                                                                                                                                 | 0.20    | 85.00      |
| 5/20/2025  | LDB | Correspond with J. L. Day re status of agreed confirmation order (.1); Phone conference with P. Sutton re the same (.1).                                                                                                           | 0.20    | 85.00      |
| 5/23/2025  | LDB | Correspond with D. Stapleton re plan administrator role and coordinating call.                                                                                                                                                    | 0.10    | 42.50      |
| 5/27/2025  | JLD | Email to A. Kozlov regarding need for entry of confirmation order.                                                                                                                                                                | 0.10    | 69.50      |
| 5/28/2025  | LDB | Phone conference with J. L. Day re rescheduling Stapleton meeting and correspond with D. Stapleton re the same (.1); Phone conference with D. Stapleton and B. Landoll discussing plan administrator role (.5); Follow up with D. Stapleton and J. L. Day re the same (.5). | 1.10    | 467.50     |
| 5/29/2025  | JLD | Various emails with J. Zack and client regarding bank's claim amount.                                                                                                                                                             | 0.30    | 208.50     |
| 5/30/2025  | JLD | Calls with J. Zack and client regarding finalizing bank's claim amount for confirmation order (.4); Read and respond to email from J. Zack regarding same (.1)                                                                     | 0.50    | 347.50     |
|            |     | SUBTOTAL:                                                                                                                                                                                                                         | [ 109.20 | 64,844.50] |

EMPLOYMENT OF PROFESSIONALS

|            |     |                                                                                                    | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------|-------|--------|
| 4/1/2025   | LDB | Review revised Kidder Mathews Listing Agreement and follow up with A. Kraft and A. Kozlov re the same. | 0.20  | 85.00  |
| 4/2/2025   | LDB | Phone conference and email correspondence with D. Stapleton re employment as preconfirmation disbursing agent. | 0.20  | 85.00  |

WHITTIER SEAFOOD, LLC                                                                    Page   14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/3/2025 | LDB | Phone and email correspondence with A. Kozlov re status of Kidder Mathews listing agreement. | 0.10 | 42.50 |
|  | LDB | Review Stapleton engagement agreement and follow up with J. L. Day re the same. | 0.20 | 85.00 |
| 4/4/2025 | LDB | Review Stapleton engagement agreement and correspond with D. Stapleton re the same (.2); Phone conference with J. L. Day discussing Kidder Mathews and Stapleton engagement agreements (.1). | 0.30 | 127.50 |
|  | JLD | Phone conference with L. Bohleber regarding Kidder Mathews and Stapleton engagement agreements. | 0.10 | 69.50 |
| 4/10/2025 | LDB | Correspond with D. Stapleton re engagement agreement and review revised engagement agreement (.2); Draft application to employ Stapleton, Declaration, and Order (.8); Email to D. Stapleton re the same (.1); Email to A. Kraft re status of signed listing agreement (.1). | 1.20 | 510.00 |
| 4/11/2025 | LDB | Review revised Kidder Mathews listing agreement (.1); Two phone conferences with A. Kraft re the same (.2); Revise Kraft Declaration and Employment Application (.4); Correspond with A. Kraft re declaration (.2); Finalizing application for filing and correspond with E. Yocom re filing (.1). | 1.00 | 425.00 |
| 4/14/2025 | LDB | Review Notice re Kidder Mathews employment application and correspond with E. Yocom re revisions and filing of the same (.2); Correspond with J. L. Day re listing agreement (.1). | 0.30 | 127.50 |
| 4/16/2025 | LDB | Phone conference with J. L. Day discussing Stapleton employment (.1); Phone and email correspondences with D. Stapleton re engagement agreement (.4); Revise employment application (.2). | 0.70 | 297.50 |
| 4/17/2025 | LDB | Review revised Stapleton Engagement agreement. | 0.10 | 42.50 |

WHITTIER SEAFOOD, LLC                                                                    Page   15

|            |     |                                                                                                                                                                                                                                                                                                                                     | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/17/2025  | JLD | Emails with L. Bohleber regarding Stapleton engagement agreement (.1); Email to client regarding same (.1)                                                                                                                                                                                                                              | 0.20  | 139.00 |
| 4/18/2025  | LDB | Draft language re disclosure of Stapleton representation and email the same to J. L. Day.                                                                                                                                                                                                                                               | 0.20  | 85.00  |
| 4/21/2025  | LDB | Follow up with J. L. Day re status of Stapleton engagement.                                                                                                                                                                                                                                                                            | 0.10  | 42.50  |
| 4/23/2025  | LDB | Revise Application to Employ Stapleton, Stapleton Declaration, and draft Day Declaration in support of the same (.4); Draft Motion to Shorten Time and Order (.3); Email to D. Stapleton re execution of declaration (.1); Follow up with J. L. Day re status of executed engagement agreement (.1).                                        | 0.90  | 382.50 |
|            | JLD | Email to A. Kozlov regarding execution of Stapleton engagement agreement.                                                                                                                                                                                                                                                              | 0.10  | 69.50  |
| 5/7/2025   | LDB | Compile list of Stapleton Group matters and prepare disclosure re the same.                                                                                                                                                                                                                                                            | 0.70  | 297.50 |

|                | Hours    | Amount     |
|----------------|----------|------------|
| SUBTOTAL:      | [  6.60  | 2,913.00]  |

FEES

|            |     |                                                          | Hours | Amount    |
|------------|-----|----------------------------------------------------------|-------|-----------|
| 4/3/2025   | TAB | Telephone calls with K. Evans and L. Bohleber re fee issues. | 0.30  | 178.50    |
|            | LDB | Phone conference with T. Buford discussing fee application. | 0.10  | NO CHARGE |
| 4/4/2025   | LDB | Multiple phone conferences with M. Beck discussing fee application. | 0.30  | 127.50    |
| 4/7/2025   | LDB | Begin reviewing and finalizing invoice.                  | 2.60  | 1,105.00  |
| 4/8/2025   | LDB | Complete review of invoice.                              | 2.00  | 850.00    |

WHITTIER SEAFOOD, LLC                                                                    Page   16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/21/2025 | LDB | Review local rule 2016 and draft fee application, Day Declaration and proposed order. | 2.90 | 1,232.50 |
|  | JLD | Review in detail time records and interim fee application (1.8); Email to L. Bohleber regarding same (.1). | 1.90 | 1,320.50 |
| 4/23/2025 | LDB | Review J. L. Day's revisions to fee application and further revise the same (.5); Review and revise notice of motion (.1); Coordinate filing of the same (.2). | 0.80 | 340.00 |
| 4/24/2025 | LDB | Review finalized fee application, declaration, notice, and order and correspond with E. Yocom re revisions to the same (.4); Review revised final pleadings for filing (.1); Correspond with K. Evans re invoice data (.1). | 0.60 | 255.00 |
| 5/19/2025 | JLD | Read and respond to email from K. Evans regarding form of order approving fees. | 0.10 | 69.50 |
| 5/20/2025 | LDB | Correspond with E. Yocom and J. L. Day confirming no objections to First Interim Fee Application (.1); Revise declaration re the same and review proposed order for submission (.2). | 0.30 | 127.50 |
|  | SUBTOTAL: |  | [    11.90 | 5,606.00] |

FINANCING AND CASH COLLATERAL

| 4/16/2025 | LDB | Review prior cash collateral orders and begin working on cash collateral order re protective advances. | 0.70 | 297.50 |
|---|---|---|---|---|
| 4/17/2025 | LDB | Work on amended cash collateral order and stipulation. | 2.10 | 892.50 |
| 4/18/2025 | LDB | Compare budget versions and revise final budget based on outstanding post-petition expenses (.6); Complete draft of Amended and Restated Cash Collateral Order (.6); Email to J. L. Day re the same (.1). | 1.30 | 552.50 |

WHITTIER SEAFOOD, LLC                                                                                 Page   17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/23/2025 | LDB | Correspond with J. L. Day re Amended and Restated Cash Collateral Order draft and further revise the same (.4); Correspond with J. Zack and J. L. Day re scheduling call to discuss protective advances (.1). | 0.50 | 212.50 |
|  | JLD | Working on edits to revised cash collateral order (.4); Emails with L. Bohleber regarding same (.2) | 0.60 | 417.00 |
| 4/24/2025 | LDB | Phone conference with J. L. Day and J. Zack discussing cash collateral issues and status of resolution of Kozlov plan dispute. | 0.50 | NO CHARGE |
|  | LDB | Work on draft amended and restated cash collateral order and draft stipulation re the same (.8); Correspond with J. L. Day re the same (.1). | 0.90 | 382.50 |
|  | JLD | Conference call with J. Zack and L. Bohleber regarding process for protective advances and resolution of issues with individual plan (.5); Read and respond to email from L. Bohleber regarding same (.1) | 0.60 | 417.00 |
| 4/25/2025 | LDB | Review status of post-petition accounts payable (.2); Correspond with I. Leversee re the same (.1). | 0.30 | 127.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: | [ | 7.50 | 3,299.00] |

GENERAL ADMINISTRATION

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2025 | LDB | Phone conference with T. Buford discussing case status and various case issues. | 0.40 | 170.00 |
|  | LDB | Begin reviewing and redlining invoice (.7); Confer with E. Yocom re drafting fee application (.3). | 1.00 | 425.00 |
| 4/9/2025 | JLD | Conference with T. Buford and L. Bohleber regarding case status and strategy | 0.40 | 278.00 |
|  | LDB | Review January and February bank statements and cash position for each (.5); Meeting with J. L. Day and T. Buford to discuss case status and strategy (.4). | 0.90 | 382.50 |

WHITTIER SEAFOOD, LLC                                                                    Page   18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/9/2025 | TAB | Meeting with L. Bohleber and J. L. Day to discuss case strategy. | 0.40 | NO CHARGE |
| 4/18/2025 | LDB | Review correspondence from Beigich Towers re delinquent payments and phone conference with J. L. Day re the same. | 0.20 | 85.00 |
|  | LDB | Phone conference with J. L. Day discussing status of settlement in Kozlov case, cash collateral order, and Stapleton employment, and various case issues. | 0.80 | 340.00 |
| 4/25/2025 | JLD | Read and respond to email from client regarding outstanding holding expense claims. | 0.10 | 69.50 |
| 4/28/2025 | JLD | Read U.S. Trustee's supplement to objection to application to employ Proskaur. | 0.10 | 69.50 |
| 4/30/2025 | LDB | Review correspondence from M. Manning re Begich Tower invoices (.1): Review post-petition payables report (.1). | 0.20 | 85.00 |
| 5/20/2025 | LDB | Review correspondence between A. Kozlov and Foodworks re Salacia equipment and correspond with J. L. Day re the same. | 0.40 | 170.00 |
|  | LDB | Correspond with I. Leversee re payment of quarterly fees. | 0.10 | 42.50 |
| 5/22/2025 | LDB | Review and revise J. L. Day's draft correspondence to A. Kozlov re case status and recommendations. | 0.20 | 85.00 |

SUBTOTAL:                                                            [       5.20       2,202.00]

INSURANCE

| 4/10/2025 | LDB | Review insurance certificates and correspond with K. Perkins re the same (.3); Email to I. Leversee re Salacia auto insurance renewal (.1). | 0.40 | 170.00 |

WHITTIER SEAFOOD, LLC

Page  19

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/18/2025 | LDB | Email to I. Leversee re Salacia vehicle insurance. | 0.10 | 42.50 |
| 4/21/2025 | LDB | Correspond with J. L. Day and I. Leversee re insurance renewals. | 0.20 | 85.00 |
| 5/2/2025 | LDB | Correspond with I. Leversee re Salacia insurance. | 0.20 | 85.00 |
| 5/15/2025 | JLD | Read email from J. Zack regarding need for flood insurance on Modys building (.1); Email to A. Kozlov regarding same (.1) | 0.20 | 139.00 |
| 5/30/2025 | JLD | Email to client regarding need for flood insurance on Modys building. | 0.10 | 69.50 |
| | SUBTOTAL: | | [    1.20 | 591.00] |
| | REPORTING | | | |
| 4/3/2025 | LDB | Correspond with J. L. Day and K. Perkins re MORs; Email to E. Yocom re preparing the same for filing. | 0.10 | 42.50 |
| 4/4/2025 | LDB | Review finalized January and February MORs (1.4); Phone conference with J. L. Day discussing the reports and sale issues (.4) | 1.80 | 765.00 |
| 4/8/2025 | LDB | Correspond with J. L. Day and E. Yocom re status of MORs. | 0.10 | 42.50 |
| 4/9/2025 | LDB | Confer with J. L. Day re status of filing MORs and email to K. Evans re the same. | 0.10 | 42.50 |
| 4/10/2025 | LDB | Phone conference with J. L. Day discussing status of MORs (.1); Coordinate filing of same (.2); Review email correspondence between J. L. Day and A. Kozlov re the same (.1). | 0.40 | 170.00 |
| | JLD | Email to A. Kozlov regarding monthly operating reports. | 0.20 | 139.00 |

WHITTIER SEAFOOD, LLC                                                                      Page   20

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/18/2025 | LDB | Review March MORs and supporting documents for each debtor. | 1.00 | 425.00 |
| 5/19/2025 | LDB | Review Modys, MFI Inc., Silver Wave, and Salacia April MOR drafts. | 0.30 | 127.50 |
| 5/21/2025 | LDB | Review MOR instructions re cumulative amounts and correspond with I. Leversee re the same. | 0.20 | 85.00 |
| | SUBTOTAL: | | [    4.20 | 1,839.00] |

SALES OF ASSETS

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2025 | LDB | Email to A. Smith re status of coordinating Whittier site visit (.1); Correspond with S. Paison re status of lien releases (.1); Research re contact information for lien holders (.5); Correspond with J. Zack and S. Paison re Cathay's wire instructions (.1). | 0.80 | 340.00 |
| 4/2/2025 | LDB | Correspond with A. Behrend re Whittier sale status (.1); Email to J. Zack re the same (.1); Correspond with J. L. Day and T. Stratton re Salacia sale (.1). | 0.30 | 127.50 |
| 4/3/2025 | JLD | Read emails from L. Bohleber and from T. Stratton regarding bid procedures motion (.2); Read and respond to email from K. Herman regarding site visit (.1); Review revised escrow instructions (.1) | 0.40 | 278.00 |
| | LDB | Coordinate scheduled call with Hilco re Salacia sale status and timeline (.2); Review and revise escrow instructions and correspond with A. Smith re the same (.6); Correspond with S. Paison re title policy exceptions (.3); Phone conference with S. Paison re the same (.1); Research re liens and prior sale and review property records re the same (1.1); Phone conference with JLD strategizing re title issues; (.2); Correspond with K. Herman and S. Paison re Hilcos' wire instructions and closing status (.2); Correspond with J. L. Day re title issues (.2) | 2.90 | 1,232.50 |

WHITTIER SEAFOOD, LLC                                             Page   21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/3/2025 | JLD | Phone conference with L. Bohleber strategizing re title issues. | 0.20 | 139.00 |
| 4/4/2025 | LDB | Correspond with S. Paison re clearing of title insurance exceptions (.2); Correspond with K. Herman re the same (.1); Review prior correspondence and correspond with K. Herman and S. Marken re calculation of Hilco's fees (.8); Correspond with J. L. Day re Whittier sale proceeds distributions (.2). | 1.30 | 552.50 |
|  | JLD | Emails with L. Bohleber regarding payments due at closing of sale (.2); Email to A. Kozlov regarding same (.1) | 0.30 | 208.50 |
| 4/7/2025 | LDB | Video conference with A. Smith and J. L. Day discussing closing issues (.3); Review UCC search results and correspond with S. Paison and A. Smith re the same (.2); Review draft settlement statement (.1). | 0.60 | 255.00 |
|  | LDB | Video conference with J. L. Day and Hilco team re Salacia sale (.6); Review offering materials (.2). | 0.80 | 340.00 |
|  | JLD | Video conference with A. Smith and L. Bohleber regarding various closing issues (.3); Telephone conference with A. Kozlov regarding buyer's inquiries as to equipment (.2); Video conference with Hilco team and L. Bohleber regarding status Salacia marketing, scheduling weekly call (.6); Brief review of marketing documents (.1) | 1.20 | 834.00 |
| 4/8/2025 | LDB | Review redlined Salacia NDAs and correspond with M. Stotz re the same. | 0.50 | 212.50 |
|  | LDB | Correspond with S. Paison and I. Leversee re buyer entity documents (.2); Review Alaska and Wyoming corporate records, company org chart, and various governing documents to confirm signing authority (.6). | 0.80 | 340.00 |

WHITTIER SEAFOOD, LLC                                                                    Page   22

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/8/2025 | JLD | Correspondence to counsel and Hilco reps regarding establishing weekly status call regarding Salacia (.2); Read and respond to email from B. Rosen (.3); Email to T. Stratton regarding same (.1) | 0.60 | 417.00 |
| 4/9/2025 | JLD | Calls with A. Smith and with L. Bohleber regarding sale issues. | 0.80 | 556.00 |
|  | LDB | Correspond with I. Leversee re entity operating agreements and current managers, and review recent operating agreements (.6);  Phone conference with J. L. Day to strategize re sale issues (.3). | 0.90 | 382.50 |
| 4/10/2025 | LDB | Video conference with Hilco, Cathay Bank, and Cathay Holdings and respective counsel discussing status of Salacia sale (.4); Follow up with J. L. Day re the same (.3). | 0.70 | 297.50 |
|  | JLD | Read and respond to emails from K. Herman regarding issues to be resolved in Whittier sale (.2); Email to A. Smith regarding list of assets to be acquired (.1); Participate in weekly Salacia sale status call (.4); Read email and review attachments from A. Smith regarding alleged removal of items from Whittier (.3); Email to A. Kozlov regarding same (.1); Email to A. Smith regarding same (.1) | 1.20 | 834.00 |
| 4/11/2025 | LDB | Correspond with A. Smith re sale issues (1.0); Two phone conferences with J. L. Day re the same (.3). | 1.30 | 552.50 |
|  | JLD | Various emails with A. Kraft regarding listing of Modys building | 0.20 | 139.00 |
|  | JLD | Call with A. Smith regarding sale issues | 0.20 | 139.00 |
|  | JLD | Phone conferences with LDB discussing Whittier sale issues. | 0.30 | NO CHARGE |
| 4/13/2025 | LDB | Correspond with J. L. Day re status of Whittier sale. | 0.20 | 85.00 |

WHITTIER SEAFOOD, LLC                                                                    Page   23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/13/2025 | JLD | Email and call with A. Smith regarding Whittier sale issues (.6); Emails with L. Bohleber regarding Modys listing agreement (.1); Various emails with L. Bohleber regarding Whittier sale issues (.2) (NO CHARGE). | 0.70 | 486.50 |
| 4/14/2025 | LDB | Correspond with J. L. Day regarding Status of Whittier sale and Mody's listing agreement. | 2.50 | 1,062.50 |
|  | LDB | Phone conference with J. L. Day re sale issues (.1); Review correspondence with J. L. Day and A. Smith re the same (.2). | 0.30 | 127.50 |
|  | LDB | Correspond with J. L. Day and A. Kozlov re call with A. Kraft and listing price. | 0.20 | 85.00 |
|  | JLD | Various emails with L. Bohleber regarding Salacia bid procedures (.3); Call with L. Bohleber regarding sale matters (.1); Email to A. Smith regarding buyer's intent to withdraw from purchase (.1); Email to client regarding same (.2); Call with A. Kraft regarding listing of Modys building (.2) | 0.90 | 625.50 |
| 4/15/2025 | LDB | Confer with T. Buford re status of Whittier sale (.2); Phone conference with J. L. Day re the same (.1); Revisions to Salacia bid procedures and email the same to T. Stratton re the same (.4). | 0.70 | 297.50 |
|  | LDB | Numerous phone conferences with J. L. Day, K. Herman, and A. Kozlov discussing status of Whittier sale and strategy for closing the same. | 0.40 | 170.00 |
|  | JLD | Numerous calls with L. Bohleber, client , Hilco and A. Smith regarding Whittier sale issues | 1.30 | 903.50 |
|  | TAB | Discuss Whittier sale with L. Bohleber. | 0.20 | NO CHARGE |
| 4/16/2025 | LDB | Correspond with J. L. Day re open issues to discuss with A. Kozlov (.1); Correspond with T. Stratton and K. Herman re Salacia bid procedures and Whittier sale status (.4); Confer with A. J. Kornfeld re asset sale (.1). | 0.60 | 255.00 |

WHITTIER SEAFOOD, LLC                                                                  Page   24

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 4/17/2025 | LDB | Participate in weekly meeting with Hilco and interested parties and follow up email to J. L. Day re the same (.5); Phone call with A. Phan re preliminary title report for Salacia Plant and numerous email correspondences with A. Phan re the same (.5); Correspond with J. L. Day re status of Whittier sale (.1). | 1.10 | 467.50 |
|  | JLD | Various conferences with A. Smith regarding sale status (.4); Two emails to L. Bohleber and Hilco regarding same (.3); Read and respond to email from T. Stratton regarding dates for inclusion in bid procedures motion (.1); Email to A. Kraft regarding timeline for sale of Modys building (.1) | 0.90 | 625.50 |
| 4/18/2025 | LDB | Correspond with T. Stratton re bid procedure dates and breakup fee (.3); Phone conference with B. Mederios re Spokane Stainless' treatment in bid procedures (.2); Phone conference with J. L. Day re the same (.2); Correspond with J. L. Day re Lot 6-9 lien (.1). | 0.80 | 340.00 |
|  | LDB | Phone conference with K. Herman re Whittier sale issues and email to J. L. Day re the same. | 0.10 | 42.50 |
|  | JLD | Telephone conference with A. Kozlov regarding Whittier sale issues | 0.40 | 278.00 |
| 4/21/2025 | LDB | Correspond with B. Mederios re Spokane Stainless tanks and minimum purchase price (.2); Email to J. L. Day re the same (.1); Correspond with Y. Teytelman re Whittier sale status (.2); Phone conference with J. L. Day re the same (.2). | 0.70 | 297.50 |
|  | JLD | Read and respond to email from K. Herman regarding Whittier sale status. | 0.10 | 69.50 |
| 4/22/2025 | LDB | Phone conference with J. L. Day re status of Whittier sale and Salacia proposed dates (.2); Revise proposed Salacia dates and correspond with T. Straton re the same (.2); Phone conference and emails with B. Mederios re Spokane Stainless minimum bid amount (.2); Confer with J. L. Day re the same (.1); Revise bid procedures and begin drafting motion to approve bid | 1.70 | 722.50 |

WHITTIER SEAFOOD, LLC                                                                    Page   25

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | procedures (.8); Email to J. L. Day re various open sale and plan issues (.2). | | |
| 4/22/2025 | JLD | Correspondence to A. Smith regarding status of CMCC's interest in purchase (.1); Telephone conference with L. Bohleber regarding Salacia and Whittier sale issues and bid procedures (.2);  Brief meeting with L. Bohleber regarding Spokane Stainless (.1) | 0.40 | 278.00 |
| 4/23/2025 | LDB | Meeting with Hilco to discuss status of Whittier sale and strategy for proceeding (.7); Complete draft of Motion to Approve Bidding Procedures (.6). | 1.30 | 552.50 |
| | JLD | Correspondence to A. Kozlov regarding recommended bid deadlines for Salacia (.4); Emails with A. Kozlov and A. Smith regarding CMCC's intentions (.2); Telephone conference with Hilco reps regarding resurrecting Whittier sale (.3) | 0.90 | 625.50 |
| 4/24/2025 | LDB | Correspond with J. L. Day re status of A. Kozlov's approval of Salacia Bid Procedures (.1); Email the same to various interested parties (.2); Participate in weekly Salacia status meeting with Hilco, Cathay, the UCC, and others (.7). | 1.00 | 425.00 |
| | JLD | Prepare for and participate in weekly Salacia marketing status meeting with Hilco, Cathay, and Whittier professionals. | 0.80 | 556.00 |
| 4/25/2025 | LDB | Draft notice of intent to terminate and email the same to J. L. Day (1.0); Email to T. Stratton re Salacia contact log (.1). | 1.10 | 467.50 |
| | JLD | Read and edit draft correspondence to CMCC regarding termination of purchase agreement (.3); Email to A. Kozlov regarding same (.1) | 0.40 | 278.00 |
| 4/28/2025 | LDB | Correspond with K. Herman re status of Whittier sale (.2); Phone conference with J. L. Day re the same (.2). | 0.40 | 170.00 |

WHITTIER SEAFOOD, LLC                                                    Page   26

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/28/2025 | JLD | Call with L. Bohleber regarding Whittier sale issues (.2); Read and forward to Hilco email from Whittier broker regarding sale of residential condos (.2) | 0.40 | 278.00 |
| 4/29/2025 | JLD | Telephone conference with A. Smith regarding termination of CMCC purchase agreement (.2); Prepare notice of termination and disseminate (.3); Telephone conference with A. Kraft regarding status of sale of Modys building (.2) | 0.70 | 486.50 |
| 5/1/2025 | LDB | Video conference with J. Zack, E. Rubel, J. L. Day and Hilco discussing Salacia and Whittier sales (.5); Phone conference with J. L. Day following up re the same (.1); Review Shen lease and email to C. Shen re potential lease assignment and assumption (.3); Email to A. Smith re APAs for new transaction (.3). | 1.20 | 510.00 |
|  | JLD | Participate in video conference with creditor reps and Hilco regarding status of Salacia and Whittier sales (.5); Follow up call with L. Bohleber regarding same (.1); Calls with A. Kozlov and A. Smith regarding revised offer for Whittier assets (.7) | 1.30 | 903.50 |
| 5/2/2025 | LDB | Phone conference and email correspondence with C. Shen and W. Shen discussing potential lease cure and assumption (.6); Phone conference with J. L. Day re Whittier sale (.2); Phone conference and email correspondence with A. Smith discussing status of various Whittier assets (.5); Correspond with Stewart Title re preliminary title report for additional assets (.4); Review status of vessels and email to A. Kozlov re the same (.2). | 1.90 | 807.50 |
|  | JLD | Read and respond to email from A. Kozlov regarding commission on sales (.2); Telephone conference with L. Bohleber regarding Whittier sale status and issues (.2) | 0.40 | 278.00 |
| 5/5/2025 | LDB | Numerous email correspondences with A. Smith re various sale disclosures (.4); Correspond with K. Herman re the same (.2); Correspond with C. Shen re assignment and assumption consent (.2); Email to J. | 3.50 | 1,487.50 |

WHITTIER SEAFOOD, LLC                                                                Page   27

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | O'Niell re vessel disclosures and status (.2); Review loan documents for all Silver Wave Receivables (2.1); Email to J. L. Day re the same (.1); Correspond with I. Leversee re status of Begich Towers leases and review updated lease information (.3). | | |
| 5/5/2025 | JLD | Read and forward to L. Bohleber email from A. Smith regarding sale issues (.2); Read email from L. Bohleber regarding SW receivables (.1) | 0.30 | 208.50 |
| 5/6/2025 | LDB | Correspond with J. O'Niell re various vessel questions (.3); Correspond with K. Herman re sale disclosures (.3); Correspond with A. Smith re the same (.2); Analysis of Salacia preliminary title report and forward the same to Hilco (.3). | 1.10 | 467.50 |
| | LDB | Follow up email to A. Pham requesting status of preliminary title report (.1); Correspond with A. Smith re Asset Purchase Agreement status and upcoming availability (.2). | 0.30 | 127.50 |
| | JLD | Various emails with A. Smith, L. Bohleber and A. Kozlov regarding revisions to Whittier deal terms. | 0.70 | 486.50 |
| 5/7/2025 | LDB | Correspond with K. Herman re status of Whittier Asset Purchase Agreement and confer with J. L. Day re the same. | 0.20 | 85.00 |
| | JLD | Numerous calls and emails with A. Smith and A. Kozlov (.6); Conference with L. Bohleber regarding evolving Whittier sale terms (.1). | 0.70 | 486.50 |
| 5/8/2025 | LDB | Preliminary review of proposed APAs for Whittier and Silver Wave Assets and read correspondence from A. Smith re the same. | 0.50 | 212.50 |
| 5/9/2025 | LDB | Analysis of Alaska Wild APAs and prepare notes of open and potential issues re transfer of various assets and list of items to gather for schedules and disclosures (1.5); Email to J. L. Day re the same (.1). | 1.60 | 680.00 |

WHITTIER SEAFOOD, LLC                                                                        Page   28

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/12/2025 | LDB | Phone conference with J. L. Day discussing sale strategy (.2); Email to A. Kozlov re the same (.5); Correspond with A. Smith re escrow agent for Silver Wave sale (.1). | 0.80 | 340.00 |
|  | JLD | Two calls with A. Kozlov and call with L. Bohleber regarding sale strategy (.8); Read and respond to email from K. Herman regarding possible substitute sale transactions (.1) | 0.90 | 625.50 |
| 5/13/2025 | LDB | Correspond with J. Zack re Salacia Bid Procedures and review redlines to the same (.4); Revise Bid Procedures and Motion to Approve Bid Procedures and draft order and proposed form of Notice (1.1); Correspond with A. Kozlov and J. L. Day re status of approval of Bid Procedures dates and deadlines (.2); Three phone conferences with J. L. Day re various Whittier and Salacia sale issues and strategy (.5). | 2.20 | 935.00 |
|  | JLD | Read and respond to email from L. Bohleber regarding language for bid procedures order (.2); Multiple calls with L. Bohleber regarding sale issues and strategy (.5); Call with A. Kozlov regarding same (.2). | 0.90 | 625.50 |
| 5/14/2025 | JLD | Various emails with K. Herman regarding possible alternate Whittier transaction (.3); Two calls with L. Bohleber regarding same and regarding bid procedures and provisions for Salacia (.4); Telephone conference with A. Kozlov regarding sale issues (.5); Review draft Whittier closing checklist received from A. Smith (.2); Participate in call with A. Smith and L. Bohleber regarding same (.6 -NO CHARGE). | 1.40 | 973.00 |
|  | LDB | Numerous phone and email communications with J. L. Day discussing open sale issues and Salacia bid procedures (.4); Correspond with A. Kozlov, C. Rossi, and I. Leversee re the same (.6); Review various additional documents related to sale disclosures and schedules (.8); Correspond with A. Smith re the same (.2); Review A. Smith's closing checklist and revise the same (.2); Video conference with A. Smith and J. L. Day discussing closing checklist and open sale issues | 3.80 | 1,615.00 |

WHITTIER SEAFOOD, LLC                                                                    Page   29

|  |  | | Hours | Amount |
|---|---|---|---|---|
| | | (.7); Review City of Whittier municipal code and tax forms re vehicle transfer taxes (.5); Correspond with V. Glazer re status of preliminary title reports (.1); Email to J. ONeill re escrow services (.1): Correspond with K. Herman re Whittier sale status and strategy (.2). | | |
| 5/15/2025 | JLD | Read email from A. Kozlov regarding bid procedures timelines (.1); Emails to L. Bohleber and to Hilco team regarding same (.1); Weekly update call on Salacia marketing activity (.3); Follow up call with T. Stratton (.1) | 0.60 | 417.00 |
| | LDB | Phone conference with J. L. Day discussing open Whittier sale issues (.3); Phone conferences with Crystal at Seward Boat Harbor and J. Oneill discussing vessel transfer issues (.2); Correspond with J. Oneill re escrow agent (.1); Correspond with A. Smith re the same (.1); Work on gathering information for Whittier and Silver Wave Asset Purchase Agreement schedules and correspond with A. Kozlov and I. Leversee re the same (1.2); Redline APAs (1.3); Correspond with J. L. Day re status Salacia Bid Procedures; Participate in weekly Hilco video conference discussing Salacia sale (.3). | 3.50 | 1,487.50 |
| 5/16/2025 | JLD | Telephone conference with A. Kozlov regarding discussions with Whittier buyer. | 0.20 | 139.00 |
| | LDB | Work on numerous Whittier sale disclosures and schedules with I. Leversee, C. Rossi, and A. Kozlov including vessel payables, vehicles and titles, permits, software licenses, computer lists, tenant deposits and status of leases (3.5); Further revise Whittier Asset Purchase Agreement and schedules (.5); Update closing check list (.2); Email to A. Smith re update on progress (.3); Email to J. L. Day and A. Kozlov re the same (.1). | 4.60 | 1,955.00 |
| 5/19/2025 | JLD | Telephone conference with T. Stratton regarding Salacia sale issues (.1); Read and respond to email from K. Herman regarding status (.2); Telephone | 0.90 | 625.50 |

WHITTIER SEAFOOD, LLC                                                                     Page   30

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | conference with L. Bohleber regarding Whittier and Salacia sales issues (.6) |  |  |
| 5/19/2025 | LDB | Phone conference with J. L. Day discussing Whittier and Salacia sale issues (.6); Revise Salacia bid procedures and correspond with J. L. Day re dates and deadlines (.2); Correspond with D. Neu and J. Zack re revised Salacia bid procedures and status of Whittier sale (.2); Review condos limited liability report (.2); Emails to A. Kozlov and A. Smith discussing the same (.2); Further revise Whittier Asset Purchase Agreement (.4); Correspond with A. Smith re Lots 6-9 limited liability report (.1); Review outstanding Begich Towers invoices and correspond with M. Manning re the same (.3); Correspond with A. Smith re Silver Wave escrow agent (.1); Correspond with J. L. Day re Asset Purchase Agreement drafts and review redlines of the same (.1). | 2.40 | 1,020.00 |
| 5/20/2025 | JLD | Email to A. Kozlov regarding approval of final edits to APAs (.2); Calls with A. Kozlov and L. Bohleber regarding Salacia and Whittier sale issues (.6) | 0.80 | 556.00 |
|  | LDB | Phone conference with J. L. Day re Whittier sale motion (.1); Begin drafting the same (1.3). | 1.40 | 595.00 |
| 5/21/2025 | LDB | Correspond with A. Kozlov and J. L. Day re Asset Purchase Agreement schedules (.3); Confer with J. L. Day re title and sale issues related to unit 209 and status update (.2); Continue working on sale motion (1.1); Confer with J. L. Day re Whittier distributions (.1); Correspond with A. Smith re allocation schedule (.1); Video conference with J. L. Day, S. Marken, and K. Herman discussing Whittier sale status (.5); Phone conference with J. L. Day discussing additional sale issues and timing (.4); Correspond with A. Kozlov re unit 209 and related title insurance policy and approval of APAs (.3); Prepare clean and redlined APAs and email to A. Smith outlining Asset Purchase Agreement revisions (.9). | 3.90 | 1,657.50 |

WHITTIER SEAFOOD, LLC                                                                                              Page   31

|            |     |                                                                                                                                                                                                                                                                                                                                       | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 5/21/2025  | LDB | Confer with J. L. Day re status of bid procedures (.1); Minor revisions to bid procedures motion and prepare pleadings for filing (.3); Review notice of hearing and confer with E. Yocom re revisions to the same (.1); Coordinate filing of bid procedures motion and related documents (.1). | 0.60  | 255.00   |
|            | JLD | Emails with A. Kozlov and L. Bohleber regarding Asset Purchase Agreement schedules (.3); Telephone conference with A. Kozlov (.4); Conferences with L. Bohleber regarding sale issues related to unit 209 issues and status update and allocation of Whittier proceeds (.2) Participate in video conference with L. Bohleber and Hilco team regarding Whittier sale status (.5); Follow up call with L. Bohleber regarding same and regarding timing issues (.4). | 1.80  | 1,251.00 |
| 5/22/2025  | LDB | Weekly video conference with Hilco, J. Zack, J. L. Day, and E. Ruebel (.4); Correspond with B. Mederios re bidding procedures and proposed order language (.3); Begin drafting Salacia form Asset Purchase Agreement and schedules (1.7); Phone conference with J. L. Day discussing various sale issues and status (.2). | 2.60  | 1,105.00 |
| 5/23/2025  | LDB | Complete draft of Salacia Form Asset Purchase Agreement and schedules. | 1.10  | 467.50   |
|            | LDB | Review Vrsalovic Deed of Trust, promissory note, and payment records (.7); Draft related provisions of Second Sale Motion and proposed form of Vrsalovic Notice (2.0). | 2.70  | 1,147.50 |
| 5/27/2025  | JLD | Telephone conference with L. Bohleber regarding Whittier status (.1); Telephone conference with A. Smith regarding buyer's counter (.3); Email to A. Kozlov regarding same (.1) | 0.50  | 347.50   |
|            | LDB | Analysis of A. Smith's redlines to Whittier and Silver Wave PSAs and review correspondence between A. Smith and J. L. Day re the same. | 0.40  | 170.00   |

WHITTIER SEAFOOD, LLC                                                                    Page   32

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/27/2025 | LDB | Participate in weekly Salacia status meeting and follow up re the same. | 0.50 | 212.50 |
|  | LDB | Telephone conference with J. L. Day discussing status of Whittier sale. | 0.10 | NO CHARGE |
| 5/28/2025 | JLD | Calls with A. Kozlov, T. Stratton and L. Bohleber regarding sale issues. | 0.80 | 556.00 |
| 5/29/2025 | LDB | Review potential buyer's NDA redlines and correspond with M. Stotz re the same. | 0.20 | 85.00 |
| 5/30/2025 | JLD | Telephone conference with A. Kozlov regarding purchase terms and price allocation. | 0.20 | 139.00 |
|  | LDB | Work on proposed distributions for current proposed purchase price allocation for Whittier assets. | 0.80 | 340.00 |
|  |  | SUBTOTAL: | [     91.80 | 45,618.00] |

For professional services rendered                                              $130,044.00
Additional charges:

|  |  |  | Price |  |
|---|---|---|---|---|
| 4/4/2025 | CKP | Baluster invoice #109023 for copying and mailing of Notice of Hearing on Confirmation of the Debtor's Second Amended Plan of Reorganization and all related pleadings | 6,544.09 | 6,544.09 |
| 4/14/2025 | CKP | Baluster invoice #109056 for copying and mailing of Notice to Employ Kidder Mathews as Real Estate Broker | 460.36 | 460.36 |
| 4/24/2025 | CKP | Baluster invoice #109117 for copying and mailing of Bush Kornfeld's First Interim Fee App | 462.68 | 462.68 |

WHITTIER SEAFOOD, LLC                                                                     Page   33

|  |  |  | Price | Amount |
|---|---|---|---|---|
| 5/21/2025 | CKP | Baluster invoice #109263 for copying and mailing of Notice of Motion to Approve Salacia Bidding Procedures For Salacia Property and Form of Notice | 98.23 | 98.23 |

Total costs                                                                                  $7,565.36

Total amount of this bill                                                    $137,609.36