David C. Neu (Admitted *pro hac vice*)  
Miller Nash, LLP  
605 5th Ave. S., Suite 900  
Seattle, WA  98104  
Telephone: 206-777-7516  
Email: david.neu@millernash.com  

Counsel for the Official  
Unsecured Creditors Committee  

The Honorable Gary Spraker

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ALASKA AT ANCHORAGE  

In Re:

WHITTIER SEAFOOD, LLC[1]

          Debtors.

Chapter 11

Lead Case No. 24-00139  
Jointly Administered

THE OFFICIAL UNSECURED CREDITORS' COMMITTEE JOINDER IN CATHAY'S MOTION TO ASSUME RESPONSIBILITY FOR SALACIA MARKETING AND SALE PROCESS

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC (collectively, the "Company Debtors" or "Debtors").

THE OFFICIAL UNSECURED CREDITORS' COMMITTEE JOINDER - 1

MILLER NASH LLP  
ATTORNEYS AT LAW  
T: 206.624.8300 | F: 206.340.9599  
605 5TH AVE S, STE 900  
SEATTLE, WASHINGTON  98104

4914-7199-8554.2

The Official Unsecured Creditors' Committee of Whittier Seafoods, LLC (the "Committee")[2] joins[3] in Cathay's Motion for Plan Administration and to Assume Responsibility for Salacia Marketing and Sale Process. Dkt. #426. Whittier holds a lien on the Salacia Facility which, given the sale of the Whittier plant, remains the remaining likely source of recovery for Whittier's creditors. Accordingly, Whittier, and its creditors, have a vested interest in the sale of the Salacia facility for the highest and best price. To the extent that the allegations made by Cathay Bank regarding Mr. Kozlov's actions with respect to Salacia are true, there is legitimate concern that its value will not be maximized. Accordingly, the Committee supports Cathay Bank's request that an independent Plan Administrator assume responsibility for the sale and marketing process of Salacia's assets.

---

[2] On June 5, 2025, the court confirmed the joint debtors' Fourth Amended Plan (the "Plan"). The Plan contained inconsistencies related to the continued existence of the Committee. Section VII (I) dissolved the Whittier Committee as of the Effective Date while Sections VII(E)(4) and VII(F) specifically provide for an ongoing role for the Whittier Committee through to the sale of the Salacia facility. Section VII(E)(4) provides that:

"Cathay Bank and the Committee shall each have the right to move the Court to have the Plan Administrator assume responsibility for the Salacia Plant and Salacia Equipment marketing and sale process earlier than October 15, 2025, for cause . . . ."

Section VII (F) provides:

The Plan requires that the Debtors market for sale the Salacia Plant, the Salacia Equipment and the Modys Building, with a sale of Whittier assets being already pending as of the date hereof. In connection with such marketing activity, the Debtors shall (i) cause Hilco or any other applicable brokers to provide Cathay Bank, Harris Pacific, the Committee, and the Plan Administrator with (x) a copy of all marketing materials within three Business Days of the commencement of marketing; and (y) and copies of all Indications of Interest, Letters of Intent, Asset Purchase Agreements, offers, proposals and any and all other written expressions of interest from potential buyers within two business days of their receipt (in each case subject to an NDA or similar agreement); (ii) conduct weekly group calls among the Debtors, Hilco, Cathay Bank, Harris Pacific, the Committee, and the Plan Administrator as to the status of the marketing and sales processes, until the Salacia Plant and Salacia Equipment is sold.

[3] Cathay Bank extend the response deadline to August 4, 2025.

THE OFFICIAL UNSECURED CREDITORS' COMMITTEE JOINDER - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4914-7199-8554.2

1 | DATED this 4th day of August, 2025.

MILLER NASH LLP

By:*/s/David C. Neu*
David C. Neu (Admitted *pro hac vice*)
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: david.neu@millernash.com

Attorneys for the Official Unsecured Creditors Committee of Whittier Seafood, LLC

THE OFFICIAL UNSECURED CREDITORS' COMMITTEE JOINDER - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4914-7199-8554.2

## DECLARATION OF SERVICE

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

EXECUTED this 4th day of August, 2025, in Seattle, Washington.

*/s/David C. Neu*
David C. Neu, Admitted *pro hac vice*

DECLARATION OF SERVICE - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON  98104

4914-7199-8554.2