James L. Day, (admitted *pro hac vice*)
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
tbuford@bskd.com; lbohleber@bskd.com
*Former Attorneys for Debtors*

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC, [1]<br><br>                    Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>NOTICE OF TERMINATION OF ATTORNEYS FOR DEBTORS |

**P**LEASE TAKE NOTICE that, on August 4, 2025, the Debtors terminated the engagement of Bush Kornfeld LLP ("Bush Kornfeld") as bankruptcy counsel for each of the Debtors, effective immediately.

Bush Kornfeld has reviewed LBR 9010-1(b)(2)(A)(ii) and is aware of and acknowledges the requirement to file a Motion to Withdraw effective not less than 21 days following the date the notice of motion is served. However, it is unclear whether that rule is intended to apply following confirmation of a plan. Nevertheless, Bush Kornfeld advises the Court that, on August 4, 2025, it sent

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

NOTICE OF TERMINATION OF ATTORNEYS FOR DEBTORS– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

the Debtors (by way of delivery to the principal of each, Mr. Kozlov) a comprehensive communication that identified (i) each of the remaining material tasks to be completed, and (ii) each of the deadlines that are pending, as anticipated by LBR 9010-1(b)(2)(A)(ii)(III).

Pursuant to LBR 9010-1(b)(2)(A)(ii)(II), the last known address for the Debtors is as follows:

>Whittier Seafood, LLC
>MFI, Inc.
>MFI, LLC
>Salacia, LLC
>Silver Wave, LLC
>Modys, LLC
>c/o Aleksey Kozlov
>3 Lake Bellevue Drive, Suite 200
>Bellevue, WA  98005
>alekseyk@marinefishingint.com

Bush Kornfeld will appear at the hearing scheduled for August 6, 2025, and will seek the Court's guidance as to how it would like Bush Kornfeld to proceed.  Unless the Court directs otherwise, Bush Kornfeld shall no longer serve as attorneys for any of the Debtors in any capacity as of the date of this notice.

DATED this 5th day of August, 2025.

BUSH KORNFELD LLP

By  /s/ James L. Day
James L. Day, (admitted *pro hac vice*)
Lesley Bohleber, (admitted *pro hac vice*)
*Former Attorneys for the Debtors*

NOTICE OF TERMINATION OF ATTORNEYS FOR DEBTORS– Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104