UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC, [1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-00139-GS<br>Jointly Administered<br><br>ORDER DENYING REQUEST TO CONTINUE HEARING<br><br>Hearing Date<br>DATE: August 6, 2025<br>TIME: 3:00 p.m. |

On August 5, 2025, Aleksey N. Kozlov filed his Supplemental Declaration in Support of Response to Cathay's Motion for Plan Administrator to Assume Responsibility for Salacia Marketing and Sale Process (ECF No. 449) (Supplemental Declaration). At the conclusion of the Supplemental Declaration, Mr. Kozlov requested that the August 6, 2025 hearing on Cathay Bank's Motion for Plan Administrator to Assume Responsibility for Salacia Marketing and Sale Process (ECF No. 426) be continued for ten (10) days to allow the Debtors to hire new counsel after Mr. Kozlov terminated the Debtors' counsel on August 4, 2025. The court having considered Mr. Kozlov's request,

IT IS HEREBY ORDERED that Aleksey N. Kozlov's request to continue the August 6, 2025 hearing on Motion for Plan Administrator to Assume Responsibility for Salacia Marketing and Sale Process (ECF No. 426) is DENIED. The hearing will go forward as calendared.

DATED: August 5, 2025

BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

```
 1    Serve:  T. Buford, Esq.
              L. Bohleber, Esq.
 2            J. Day, Esq.
              G. Fox, Esq.
 3            D. Neu, Esq.
              M. Parise, Esq.
 4            L. Thornton, Esq.
              J. Torgerson, Esq.
 5            J. Kaplan, Esq.
              R. Murphy, Esq.
 6            M. Mills, Esq.
              T. Brannon, Esq.
 7            A. Ivanov, Esq.
              G. Pitts, Esq.
 8            J.M. Palomares, Esq.
              F. Rasch, Esq.
 9            J. Welch, Esq.
              K. Evans, Esq.
10            U.S. Trustee
              ECF Participants via NEF
11
12
13
14
15
16
17
18
19
20
21
22
23
```

ORDER DENYING MOTION TO SUSPEND DEADLINES
Page 2