SEWARD & KISSEL LLP
Robert J. Gayda, Esq.
Mark D. Kotwick, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Email:  gayda@sewkis.com
            kotwick@sewkis.com

*Attorneys for Hilco Corporate Finance, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-00139-GS<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |

**PLEASE TAKE NOTICE** that pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 9010-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Alaska, the undersigned counsel enters their appearance as counsel for Hilco Corporate Finance, LLC ("Hilco") and requests that all notices, pleadings, motions, and other papers filed or served in the above-captioned cases be served upon the following attorneys:

Robert J. Gayda, Esq.
Mark D. Kotwick, Esq.
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24- 00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

Telephone: (212) 574-1200
Email:  gayda@sewkis.com
kotwick@sewkis.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices nor any prior or later appearance, pleading, claim, or suit shall waive any right of Hilco to (a) have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Alaska (the "District Court"), (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (e) to have documents served in accordance with Rule 7004 of the Bankruptcy Rules and Rule 4 of the Federal Rule of Civil Procedure or (f) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 5, 2025
      New York, New York

By: */s/ Robert J. Gayda*
    Robert J. Gayda, Esq. (*pro hac vice forthcoming*)
    Mark D. Kotwick, Esq. (*pro hac vice forthcoming*)
    **SEWARD & KISSEL LLP**
    One Battery Park Plaza
    New York, NY 10004
    Telephone: (212) 574-1200
    Email: kotwick@sewkis.com
           gayda@sewkis.com

*Counsel for Hilco Corporate Finance, LLC*

## CERTIFICATE OF SERVICE

I certify that on August 5, 2025, a true and correct copy of the foregoing Notice of Appearance was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Dated: August 5, 2025

By: */s/ Robert J. Gayda*
Robert J. Gayda