SEWARD & KISSEL LLP
Robert J. Gayda, Esq.
Mark D. Kotwick, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Fax: (212) 480-8421

*Attorneys for Hilco Corporate Finance, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-00139-GS<br><br>(Jointly Administered)<br><br>**EX PARTE MOTION FOR PRO HAC VICE ADMISSION** |

Pursuant to Local Bankruptcy Rule 9010-2(b) of the United States Bankruptcy Court for the District of Alaska (the "Local Rules"), I, Robert J. Gayda, respectfully request permission to appear *pro hac vice* on behalf of Hilco Corporate Finance, LLC ("Hilco") in these matters. In support of my application, I declare the following:

1. By filing this motion, I request to be admitted for the above-captioned cases in order to make an appearance and represent Hilco, the Investment Banker to the Debtors.

2. I was admitted to practice in New York on January 26, 2005. I am a partner of the firm of Seward & Kissel LLP, which maintains an office for the practice of law at One Battery Park Plaza, New York, NY 10004. I am an attorney-at-law, duly admitted and in good standing

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24- 00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

to practice in the State of New York and the United States District Court for the Southern District of New York.

3. I am not and have never been subject to disciplinary proceedings, and I have read the Local Rules for this District. An original Certificate of Good Standing issued by the Supreme Court of the State of New York is attached hereto as **Exhibit A**.

I respectfully request that this Court enter an order granting my admission *pro hac vice* before this Court allowing me to appear as counsel for Hilco. A proposed order is attached hereto for this Court's consideration as **Exhibit B**.

Dated: August 6, 2025					**SEWARD & KISSEL LLP**

*/s/ Robert J. Gayda*
Robert J. Gayda, Esq.
gayda@sewkis.com

*Counsel for Hilco Corporate Finance, LLC*

# EXHIBIT A

## Certificate of Good Standing



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Robert John Gayda

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 26, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 12, 2024.

*Robert D Mayberger*

Clerk of the Court

CertID-00190905

**<u>EXHIBIT B</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-00139-GS<br><br>(Jointly Administered) |

**ORDER GRANTING EX PARTE MOTION
FOR PRO HAC VICE ADMISSION**

THIS MATTER CAME before the Court upon the *Ex Parte Motion for Pro Hac Vice Admission* (the "Motion") of Robert J. Gayda in the above-captioned cases. The Court has considered the Application and the record and files herein. The Court finds that good cause exists for the requested relief to be granted. Now, therefore, it is hereby:

ORDERED that the Motion is GRANTED and Mr. Gayda of Seward & Kissel LLP is admitted *pro hac vice* before this Court for the purposes of representing Hilco Corporate Finance, LLC in the above-captioned chapter 11 cases; and it is further

ORDERED that Mr. Gayda is charged with knowledge of the Local Rules in this District.

Dated: August __, 2025

_____
THE HONORABLE GARY SPRAKER
United States Bankruptcy Judge

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24- 00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

## **CERTIFICATE OF SERVICE**

I certify that on August 6, 2025, a true and correct copy of the foregoing *Ex Parte Motion for Pro Hac Vice Admission* was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

Dated: August 6, 2025

By: */s/ Robert J. Gayda*
    Robert J. Gayda
