1  Gregory R. Fox, WSBA No. 30559*
   James B. Zack, WSBA No. 48122*
2  Alena Ivanov, WSBA No. 59900*
   BALLARD SPAHR LLP
3  1301 2nd Ave, Suite 2800
   Seattle, WA 98101-2930
4  Telephone: (206) 223-7000
   foxg@ballardspahr.com
5  zackj@ballardspahr.com
   ivanova@ballardspahr.com
6  *Admitted Pro Hac Vice

7  Michael J. Parise, ABA No. 7906044
   BALLARD SPAHR LLP
8  1600 A Street, Suite 304
   Anchorage, AK 99503-2648
9  Tel: (907) 264-3322
   parisem@ballardspahr.com
10
   Attorneys for Cathay Bank
11 and Cathay Holdings LLC

12

13                   UNITED STATES BANKRUPTCY COURT
                            DISTRICT OF ALASKA
14

15                                          Chapter 11
   In re
16                                          Lead Case No. 24-00139-GS
                                            Jointly Administered
17
   WHITTIER SEAFOOD, LLC et al.,[1]        ORDER APPOINTING PLAN
18                                          ADMINISTRATOR TO ASSUME
                                            RESPONSIBILITY FOR SALACIA
                                            MARKETING AND SALE PROCESS
19
20                               Debtor.    Hearing Date
                                            DATE: August 6, 2025
21                                          TIME:  3:00 p.m.

22        On August 6, 2025, this matter came before the court on the *Motion for Plan Administrator*

23 *to Assume Responsibility for Salacia Marketing and Sale Process* (ECF No. 426) (the "Motion")

24

25 _____

26 [1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing
   International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case
27 No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

ORDER APPOINTING PLAN ADMINISTRATOR TO ASSUME                    BALLARD SPAHR LLP
RESPONSIBILITY FOR SALACIA MARKETING AND SALE PROCESS - 1        1301 2ND AVE, SUITE 2800
                                                                 SEATTLE, WA 98101-2930
                                                                 206.223.7000 FAX: 206.223.7107

1    filed by Cathay Bank.[2] Appearances were as noted on the record. The court having considered the

2    Motion, all papers filed in support thereof and in opposition thereto, and having considered the

3    argument of counsel at the hearing, for the reasons stated in the Motion and in the court's oral

4    ruling on the Motion,

5          IT IS HEREBY ORDERED as follows:

6          1.        The Motion (ECF No. 426) is GRANTED; and

7          2.        Immediately upon entry of this Order, the Plan Administrator shall assume and hold

8    exclusive responsibility for marketing and selling the Salacia Plant and the Salacia Equipment in

9    accordance with the Plan.

10         ENTERED this 7th day of August, 2025.

11                                          BY THE COURT

12                                          ___/s/ Gary Spraker_____

13                                          GARY SPRAKER
                                            United States Bankruptcy Judge

14   Presented by:

15   BALLARD SPAHR LLP

16

17   By/s/James B. Zack_____
        Gregory R. Fox, WSBA No. 30559*

18      Michael J. Parise, ABA No. 7906044
        James B. Zack, WSBA No. 48122*

19      Alena Ivanov, WSBA No. 59900*
     Attorneys for Cathay Bank

20   and Cathay Holdings LLC

21   *Admitted Pro Hac Vice

22

23   Serve:  T. Buford, Esq.
             L. Bohleber, Esq.

24           J. Day, Esq.
             G. Fox, Esq.

25           D. Neu, Esq.

26   [2] Capitalized terms used but not defined in this Order have the definition provided in the Plan (ECF
     No. 368).

27

ORDER APPOINTING PLAN ADMINISTRATOR TO ASSUME
RESPONSIBILITY FOR SALACIA MARKETING AND SALE PROCESS - 2

1    M. Parise, Esq.
2    L. Thornton, Esq.
     J. Torgerson, Esq.
3    J. Kaplan, Esq.
     R. Murphy, Esq.
4    M. Mills, Esq.
     T. Brannon, Esq.
5    A. Ivanov, Esq.
     G. Pitts, Esq.
6    J.M. Palomares, Esq.
7    F. Rasch, Esq.
     J. Welch, Esq.
8    K. Evans, Esq.
     U.S. Trustee
9    ECF Participants via NEF
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER APPOINTING PLAN ADMINISTRATOR TO ASSUME
RESPONSIBILITY FOR SALACIA MARKETING AND SALE PROCESS - 3