UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re

WHITTIER SEAFOOD, LLC, [1]

          Debtors.

Chapter 11

Lead Case No. 24-00139-GS
Jointly Administered

ORDER REQUIRING DEBTORS TO APPEAR THROUGH COUNSEL

On August 11, 2024, the court entered the Order Confirming Termination of Engagement of Attorneys for Debtors (ECF No. 464). Corporate debtors must be represented by counsel in appearances made before the court. AK LBR 9010-1(a)(3)[A]. Accordingly,

IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN, that any future appearance by the Debtors in this or related proceedings must be made by counsel retained to represent the Debtors. Failure of the Debtors to appear through counsel may result in the issuance of sanctions.

DATE: August 18, 2025

BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  Debtors
       T. Buford, Esq.
       L. Bohleber, Esq.
       J. Day, Esq.
       G. Fox, Esq.
       D. Neu, Esq.
       M. Parise, Esq.
       L. Thornton, Esq.
       J. Torgerson, Esq.
       J. Kaplan, Esq.
       R. Murphy, Esq.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

ORDER CONFIRMING TERMINATION OF ENGAGEMENT
OF ATTORNEYS FOR DEBTORS– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| | |
|---|---|
| 1 | M. Mills, Esq. |
| | T. Brannon, Esq. |
| 2 | A. Ivanov, Esq. |
| | G. Pitts, Esq. |
| 3 | J.M. Palomares, Esq. |
| | F. Rasch, Esq. |
| 4 | J. Welch, Esq. |
| | K. Evans, Esq. |
| 5 | U.S. Trustee |
| | ECF Participants via NEF |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

ORDER CONFIRMING TERMINATION OF ENGAGEMENT
OF ATTORNEYS FOR DEBTORS– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104