David C. Neu (Admitted *pro hac vice*)          The Honorable Gary Spraker
Miller Nash LLP
605 5th Ave. S., Suite 900
Seattle, WA 98104
Telephone: 206-777-7516
Email: david.neu@millernash.com

Counsel for the Official
Unsecured Creditors Committee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

In Re:

WHITTIER SEAFOOD, LLC[1]

    Debtors.

Chapter 11

Lead Case No. 24-00139
Jointly Administered

MOTION TO APPROVE ORDER GRANTING FIRST INTERIM FEE APPLICATION OF MILLER NASH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINAL AWARD OF FEES AND EXPENSES

    Miller Nash LLP ("Miller Nash"), counsel for the Official Unsecured Creditors' Committee of Whittier Seafoods, LLC in the above-captioned jointly administered bankruptcy hereby files this motion to approve the Order Granting First Interim Application of Miller Nash LLP for Compensation and Reimbursement of Expenses (the "Interim Order") as a final award of Miller Nash's Fees pursuant to Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1(a), (c) and (d).

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC (collectively, the "Company Debtors" or "Debtors").

MILLER NASH LLP'S MOTION TO APPROVE FEES ON A FINAL BASIS - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4912-1125-3859.1

The First Interim Order granted Miller Nash's fees on an interim basis for the period ending May 31, 2025, which is ostensibly the Effective Date of the Debtors' confirmed Chapter 11 Plan notwithstanding the fact that the plan had not been confirmed as of that date. By this Motion, Miller Nash seeks entry of an order deeming the Interim Order to be a final order confirming Miller Nash's fees for the application period ending May 31, 2025.

WHEREFORE, the foregoing reason, Miller Nash requests entry of an order approving the fees awarded Miller Nash in the Interim Order on a final basis.

A proposed Order is submitted herewith.

DATED this 28th day of August, 2025.

MILLER NASH LLP

By: /s/David C. Neu
David C. Neu (Admitted *pro hac vice*)
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: david.neu@millernash.com

Attorneys for the Official Unsecured Creditors Committee of Whittier Seafood, LLC

MILLER NASH LLP'S MOTION TO APPROVE FEES ON A FINAL BASIS - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4912-1125-3859.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the parties.

EXECUTED this 28th day of August, 2025, at Seattle, Washington.

*/s/ Anna Sier*
Anna Sier, Paralegal

CERTIFICATE OF SERVICE - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4912-1125-3859.1