David C. Neu (Admitted *pro hac vice*)  
Miller Nash LLP  
605 5th Ave. S., Suite 900  
Seattle, WA 98104  
Telephone: 206-777-7516  
Email: david.neu@millernash.com  

Interim Counsel for the Official  
Unsecured Creditors Committee

The Honorable Gary Spraker

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ALASKA AT ANCHORAGE

| In Re:<br><br>WHITTIER SEAFOOD, LLC[1]<br><br>           Debtors. | Chapter 11<br><br>Lead Case No. 24-00139<br>Jointly Administered<br><br>ORDER GRANTING FIRST INTERIM FEE APPLICATION OF MILLER NASH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES |
|---|---|

This matter came before the Court on the Motion to Approve First Interim Application of Miller Nash LLP for Compensation and Reimbursement of Expenses as Final Award of Fees and Expenses (the "Motion"). Appearances, if any, were as noted on the record. The court reviewed the Motion, responses or objections, if any; the arguments of counsel, if any; and the papers and pleadings on file herein; NOW, THEREFORE, it is hereby ORDERED:

1. The Motion is APPROVED.

2. Notice of the Motion was proper;

3. Miller Nash LLP's fees in the amount of $188,898 approved on August 18, 2025, are allowed on a final basis.

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

ORDER GRANTING MOTION TO APPROVE FEES ON A FINAL BASIS - 1

4904-7633-4691.1

MILLER NASH LLP  
ATTORNEYS AT LAW  
T: 206.624.8300 | F: 206.340.9599  
605 5TH AVE S, STE 900  
SEATTLE, WASHINGTON 98104

DATED this _____ day of September, 2025.

_____
The Honorable Gary Spraker

Presented by:

MILLER NASH LLP

By:/s/ David C. Neu
David C. Neu, (Admitted *pro hac vice*)
Counsel for the Official Unsecured Creditors
Committee of Whittier Seafood, LLC

ORDER GRANTING MOTION TO APPROVE FEES ON A FINAL BASIS - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4904-7633-4691.1