James L. Day, *admitted pro hac vice*
Lesley Bohleber, *admitted pro hac vice*
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206) 292-2110
jday@bskd.com
lbohleber@bskd.com
Former Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re | Chapter 11 |
| | Lead Case No. 24-00139-GS<br>Jointly Administered |
| WHITTIER SEAFOOD, LLC *et al.*,[1] | ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BUSH KORNFELD LLP AS ATTORNEYS FOR THE DEBTORS |
| Debtor. | |

THIS MATTER came before the Court on the *Final Application for Compensation and Reimbursement of Expenses of Bush Kornfeld LLP* (the "Application") for the period of April 1, 2025 through May 31, 2025 filed July 30, 2025 (ECF No. 443), for an order allowing compensation for services rendered and reimbursement of expenses in these jointly administered bankruptcy cases.

The Court, having reviewed the Application and the documents submitted in support of the Application, with no opposition having been filed (ECF No. 472),

IT IS HEREBY ORDERED as follows:

1. The *Final Application for Compensation and Reimbursement of Expenses of Bush Kornfeld LLP* (ECF No. 443) is APPROVED.

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2.      The Interim Fees[2] approved by the Court in the Interim Order are allowed and awarded to Bush Kornfeld on a final basis.

3.      Bush Kornfeld is allowed and awarded $137,609.36 comprised of fees of $130,044.00 and expenses of $7,565.36.

4.      This award is subject to section VIII(F) of Debtors' Fourth Amended Joint Plan of Reorganization (ECF No. 368).

DATED this 29th day of August, 2025.

BY THE COURT

 /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Presented by:

BUSH KORNFELD LLP

By      /s/James L. Day
James L. Day, WSBA #20474
Lesley Bohleber, WSBA #49150
Former Attorneys for the Debtor

Serve:  Debtors
T. Buford, Esq.
L. Bohleber, Esq.
J. Day, Esq.
G. Fox, Esq.
D. Neu, Esq.
M. Parise, Esq.
L. Thornton, Esq.
J. Torgerson, Esq.
J. Kaplan, Esq.
R. Murphy, Esq.

---

[2] Capitalized terms herein have the meaning identified in the Application unless otherwise indicated.

ORDER APPROVING FINAL APPLICATION FOR
COMPENSATION FOR BUSH KORNFELD LLP – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

M. Mills, Esq.
T. Brannon, Esq.
A. Ivanov, Esq.
G. Pitts, Esq.
J.M. Palomares, Esq.
F. Rasch, Esq.
J. Welch, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF

ORDER APPROVING FINAL APPLICATION FOR
COMPENSATION FOR BUSH KORNFELD LLP – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104