United States Bankruptcy Court
District of Alaska

In re:  Case No. 24-00139-GS
Whittier Seafood, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 097--3     User: admin     Page 1 of 3
Date Rcvd: Aug 29, 2025     Form ID: pdfcrs     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Whittier Seafood, LLC, 3 Lake Bellevue Drive, Suite 201, Bellevue, WA 98005-2440 |
| | | James Day, Bush Kornfeld LLP, 601 Union Street, Ste. 5000, Seattle, WA 98101-2373 |
| | | Lesley Bohleber, Bush Kornfeld LLP, 601 Union Street, Ste. 5000, Seattle, WA 98101-2373 |
| | | Thomas Buford, Bush Kornfeld LLP, 601 Union Street, Ste. 5000, Seattle, WA 98101-2373 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

**Name**     **Email Address**

Alan D. Smith
    on behalf of Creditor The Alaska Wild Seafoods LLC adsmith@perkinscoie.com bjacques@perkinscoie.com;docketsea@perkinscoie.com

Alena Ivanov
    on behalf of Creditor Cathay Bank ivanova@ballardspahr.com docketclerk_seattle@ballardspahr.com

Brian T Peterson
    on behalf of Other Professional The Stapleton Group brian.peterson@klgates.com

Bruce Medeiros
    on behalf of Creditor Spokane Stainless Technologies  Inc. saa@randalldanskin.com, bkm@randalldanskin.com

| | | |
|---|---|---|
| District/off: 097--3 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 29, 2025 | Form ID: pdfcrs | Total Noticed: 4 |

David C. Neu
    on behalf of Creditor Committee Official Unsecured Creditors' Committee of Whittier Seafood LLC david.neu@millernash.com, edgar.rosales@millernash.com

Faye C Rasch
    on behalf of Creditor Tesla Electric LLC faye@wrlawgroup.com

George Pitts
    on behalf of Creditor City of Whittier gpitts@bhb.com

George Pitts
    on behalf of Creditor Guillermo Sahaniuk gpitts@bhb.com

Gregory R Fox
    on behalf of Creditor Cathay Bank foxg@ballardspahr.com docketclerk_seattle@ballardspahr.com,NorbyA@ballardspahr.com,flabelA@ballardsphar.com

J. Todd Tracy
    on behalf of Creditor Master Craft Electric Inc. todd@thetracylawgroup.com

James B. Zack
    on behalf of Interested Party Cathay Holdings LLC zackj@ballardspahr.com, docketclerk_seattle@ballardspahr.com,NorbyA@ballardspahr.com,PooleM@ballardspahr.com

James B. Zack
    on behalf of Creditor Cathay Holdings LLC zackj@ballardspahr.com docketclerk_seattle@ballardspahr.com,NorbyA@ballardspahr.com,PooleM@ballardspahr.com

James B. Zack
    on behalf of Creditor Cathay Bank zackj@ballardspahr.com docketclerk_seattle@ballardspahr.com,NorbyA@ballardspahr.com,PooleM@ballardspahr.com

James E. Torgerson
    on behalf of Interested Party Aleksey N. Kozlov jim.torgerson@stoel.com babette.brewer@stoel.com;karen.warne@stoel.com;4273170420@filings.docketbird.com

Jesus Miguel Palomares
    on behalf of Creditor Master Craft Electric Inc. jesus.palomares@millernash.com

John S. Kaplan
    on behalf of Interested Party Aleksey N. Kozlov john.kaplan@stoel.com michelle.smock@stoel.com;docketclerk@stoel.com;jeannie.lihs@stoel.com;1932228420@filings.docketbird.com

Joseph M. Welch
    on behalf of Creditor Pacific Premier Bank joseph.welch@blankrome.com ann.grosso@blankrome.com;courtmail@blankrome.com

Kathryn Evans
    on behalf of U.S. Trustee Office of the U.S. Trustee Kathryn.Evans@usdoj.gov cori.gustafson@usdoj.gov,young-mi.petteys@usdoj.gov

Laurie Thornton
    on behalf of Interested Party Irina Kozlova lthornton@lawdbs.com assistant@lawdbs.com;jsmith@lawdbs.com

Lesley D Bohleber
    on behalf of Debtor Modys LLC lbohleber@bskd.com, aguyer@bskd.com

Lesley D Bohleber
    on behalf of Debtor Marine Fishing International LLC lbohleber@bskd.com, aguyer@bskd.com

Lesley D Bohleber
    on behalf of Debtor Silver Wave LLC lbohleber@bskd.com, aguyer@bskd.com

Lesley D Bohleber
    on behalf of Debtor Marine Fishing International Inc. lbohleber@bskd.com, aguyer@bskd.com

Lesley D Bohleber
    on behalf of Debtor Salacia LLC lbohleber@bskd.com, aguyer@bskd.com

Mark D Kotwick
    on behalf of Other Professional Hilco Corporate Finance LLC kotwick@sewkis.com

Michael J. Parise
    on behalf of Creditor Cathay Bank parisem@ballardspahr.com caudelj@ballardspahr.com;castorinas@ballardspahr.com

Michael R. Mills
    on behalf of Creditor Harris Pacific Northwest LLC mills.mike@dorsey.com, rupp.michele@dorsey.com;bankruptcyak@dorsey.com

Office of the U.S. Trustee
    USTPRegion18.ak.ecf@usdoj.gov

Robert Gayda

Case 24-00139    Filed 08/31/25    Entered 08/31/25 20:38:15    Doc# 480    Page 3 of 6

| | | | |
|---|---|---|---|
| District/off: 097--3 | | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 29, 2025 | | Form ID: pdfcrs | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Other Professional Hilco Corporate Finance LLC gayda@sewkis.com |
| Ryan Murphy | |
| | on behalf of Creditor Harris Pacific Northwest LLC rmurphy@fredlaw.com, mcalhoun@fredlaw.com;sstallings@fredlaw.com;docketing@fredlaw.com |
| Samuel Andre | |
| | on behalf of Creditor Harris Pacific Northwest LLC sandre@fredlaw.com |
| Thomas A. Buford, III | |
| | on behalf of Debtor Silver Wave LLC tbuford@bskd.com, psutton@bskd.com;eyocom@bskd.com;mbeck@bskd.com;tbuford@ecf.courtdrive.com;psutton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com;eyocom@bskd.com;eyocom@ecf.courtdrive.com;aguyer@bskd.com |
| Thomas A. Buford, III | |
| | on behalf of Debtor Salacia LLC tbuford@bskd.com, psutton@bskd.com;eyocom@bskd.com;mbeck@bskd.com;tbuford@ecf.courtdrive.com;psutton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com;eyocom@bskd.com;eyocom@ecf.courtdrive.com;aguyer@bskd.com |
| Thomas A. Buford, III | |
| | on behalf of Debtor Marine Fishing International LLC tbuford@bskd.com, psutton@bskd.com;eyocom@bskd.com;mbeck@bskd.com;tbuford@ecf.courtdrive.com;psutton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com;eyocom@bskd.com;eyocom@ecf.courtdrive.com;aguyer@bskd.com |
| Thomas A. Buford, III | |
| | on behalf of Debtor Marine Fishing International Inc. tbuford@bskd.com, psutton@bskd.com;eyocom@bskd.com;mbeck@bskd.com;tbuford@ecf.courtdrive.com;psutton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com;eyocom@bskd.com;eyocom@ecf.courtdrive.com;aguyer@bskd.com |
| Thomas A. Buford, III | |
| | on behalf of Debtor Modys LLC tbuford@bskd.com, psutton@bskd.com;eyocom@bskd.com;mbeck@bskd.com;tbuford@ecf.courtdrive.com;psutton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com;eyocom@bskd.com;eyocom@ecf.courtdrive.com;aguyer@bskd.com |
| Todd Brannon | |
| | on behalf of Creditor Cathay Bank brannont@ballardspahr.com yadavj@ballardspahr.com;docketclerk_anchorage@ballardspahr.com |

TOTAL: 37

David C. Neu, *admitted pro hac vice*
Miller Nash LLP
605 5th Ave. S., Suite 900
Seattle, WA 98104
Telephone: (206) 777-7516
david.neu@millernash.com

Counsel for the Official
Unsecured Creditor Committee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Lead Case No. 24-00139-GS<br>Jointly Administered<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR TO THE WHITTIER COMMITTEE** |

On July 22, 2025, this matter came before the Court on the First Application of Dundon Advisers, LLC, for Compensation and Reimbursement of Expenses (ECF No. 429) (the "<u>Application</u>") Appearances were as noted on the record. The court reviewed the Application, the Declaration of Eric A. Reubel in support thereof, responses or objections, if any; the arguments of counsel, if any; and the papers and pleadings on file herein; NOW, THEREFORE, it is hereby ORDERED:

1. The Application (ECF No. 429) is APPROVED.

//

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

ORDER GRANTING FEE APPLICATION – Page 1

2. Dundon Advisers, LLC is awarded fees in the amount of $149,797 and expenses of $1,614.13 for a total interim compensation award of $151,411.13

DATED this 29th day of August, 2025.

    /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Presented by:

MILLER NASH LLP

By:/s/ David C. Neu
   David C. Neu, (Admitted *pro hac vice*)
Interim Counsel for the Official Unsecured Creditors Committee of Whittier Seafood, LLC

Approved as to Entry:
Jonas V. Anderson
Acting United States Trustee for Region 18

*/s/ Kathryn Evans*
Kathryn Evans, Cal Bar 240149

Serve:  Debtors
      T. Buford, Esq.
      L. Bohleber, Esq.
      J. Day, Esq.
      G. Fox, Esq.
      D. Neu, Esq.
      M. Parise, Esq.
      L. Thornton, Esq.
      J. Torgerson, Esq.
      J. Kaplan, Esq.
      R. Murphy, Esq.
      M. Mills, Esq.
      T. Brannon, Esq.
      A. Ivanov, Esq.
      G. Pitts, Esq.
      J.M. Palomares, Esq.

ORDER GRANTING FEE APPLICATION – Page 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5 T H AVE S, STE 900
SEATTLE, WASHINGTON 98104

F. Rasch, Esq.
J. Welch, Esq.
B. Peterson, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF

ORDER GRANTING FEE APPLICATION – Page 3

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5 T H AVE S, STE 900
SEATTLE, WASHINGTON 98104