Susan S. Ford, (*pro hac vice* admission pending)  
Thomas W. Stilley, (*pro hac vice* admission pending)  
Garrett S. Eggen (*pro hac vice* admission pending)  
SUSSMAN SHANK LLP  
1000 SW Broadway, Suite 1400  
Portland, OR  97205-3089  
Telephone: (503) 227-1111  
Facsimile: (503) 248-0130  
E-Mail: sford@sussmanshank.com  
　　　　tstilley@sussmamshank.com  
　　　　geggen@sussmanshank.com  

*Attorneys for Debtors*

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re | Chapter 11 |
| | Lead Case No. 24-00139 |
| WHITTIER SEAFOOD, LLC, [1] | Jointly Administered |
| Debtors | DECLARATION OF ERIC YOCOM REGARDING VRSALOVIC NOTICE |

I, Eric Yocom, declare as follows:

1. I am over the age of 18 and competent to testify to the matters herein. I give this declaration based on my own personal knowledge of the matters stated herein, unless indicated otherwise.

2. I am a legal assistant at Bush Kornfeld LLP ("Bush Kornfeld"), former counsel for the

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

Page 1 of 3 - DECLARATION OF ERIC YOCOM

1 Debtors. I have personal knowledge of the facts set forth in this declaration.

2  3. On July 11, 2025, I obtained a skip trace report for Jan Vrsalovic from Washington Legal Messengers, Inc. The skip trace results indicated a current address of 2020 Muldoon Rd, Unit 216, Anchorage, AK 99504. A true and correct copy of the email containing the skip trace results is attached hereto as **Exhibit A**.

 4. On July 14, 2025, I caused copies of the notice attached hereto as **Exhibit B** (the "Vrsalovic Notice") to be mailed U.S. First-Class mail, postage prepaid, to the following addresses (the Vrsalovic Notice was mailed via Certified Mail to the Chester Park Senior Housing address):

**Jan Vrsalovic**
**Chester Park Senior Housing**
**2020 Muldoon Rd Unit 216**
**Anchorage, AK 99504**

**Jan Vrsalovic**
**P.O. Box 113004**
**Anchorage, Alaska 99511**

**Estate of Ricardo Vrsalovic**
**P.O. Box 113004**
**Anchorage, Alaska 99511**

 5. To my knowledge, none of the above-mentioned mailings were returned as undeliverable.

 6. USPS indicates the Vrsalovic Notice served on Ms. Vrsalovic was delivered on July 17, 2025. A true and correct copy of the USPS confirmation is attached hereto as **Exhibit C**.

 7. On July 20, 2025, the Anchorage Daily News published the Vrsalovic Notice. A true and correct copy of the receipt from the Anchorage Daily News is attached hereto as **Exhibit D**.

 8. To my knowledge, Bush Kornfeld did not receive any response, inquiry, or communication from any party regarding the Notice.

Page 2 of 3 - DECLARATION OF ERIC YOCOM

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  DATED this 16th day of September, 2025 at Seattle, Washington.
4
5  */s/Eric Yocom*
   Eric Yocom
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Page 3 of 3** - DECLARATION OF ERIC YOCOM

# EXHIBIT A

Case 24-00139    Filed 09/16/25    Entered 09/16/25 14:53:26    Doc# 487    Page 4 of 16

| | |
|---|---|
| **From:** | wlm washingtonlegalmessengers.com <wlm@washingtonlegalmessengers.com> |
| **Sent:** | Friday, July 11, 2025 3:56 PM |
| **To:** | Eric Yocom |
| **Subject:** | Re: Skip Trace Request |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Eric,

Here are the skip trace results for Jan Vrsalovic and I have her current address in Anchorage. She has been reported here since Nov. 2023, around the same time when she sold her home on Kvichak Cir in December 2023.

Jan Vrsalovic
DOB: 03/06/1943
2020 Muldoon Rd Unit 216
Anchorage, AK 99504
"Chester Park Senior Housing"

Possible cell #: 907-229-2452


Let me know if you have any questions or need any other info.


Thank you!
Arlene


Washington Legal Messengers, Inc.
2225 4th Ave, Suite B
Seattle, WA 98121
(206) 374-0100

1

# EXHIBIT B

James L. Day, (admitted *pro hac vice*)
Lesley Bohleber, (admitted *pro hac vice*)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Telephone: (206)292-2110
Fax: (206) 292-2014
Email: jday@bskd.com;
tbuford@bskd.com; lbohleber@bskd.com
Attorneys for Debtors

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

In re

WHITTIER SEAFOOD, LLC, [1]

Debtors.

Chapter 11

Lead Case No. 24-00139

Jointly Administered

**NOTICE OF PROPOSED SALE OF REAL PROPERTY FREE AND CLEAR OF LIEN OF VRSALOVIC DEED OF TRUST, AND OBJECTION TO CLAIM**

TO:        JAN VRSALOVIC
AND TO:   ALL SUCCESSORS IN INTEREST TO RICARDO VRSALOVIC

A.    NOTICE OF PROPOSED SALE FREE AND CLEAR OF LIENS

**PLEASE TAKE NOTICE** that Whittier Seafood, LLC (the "Debtor") has filed a motion with the United States Bankruptcy Court for the District of Alaska seeking approval of the sale of the following real property located in Whittier, Alaska, free and clear of all liens, claims, encumbrances, and interests, including any interest claimed under a deed of trust dated June 5, 2018, in favor of Ricardo and Jan Vrsalovic securing an obligation in the original amount of $350,000 (the "Vrsalovic DOT"), duly recorded against the below referenced Real Property in the records of the Anchorage Recording District, Third Judicial District, State of Alaksa, Serial Number 2018-020557-0.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

NOTICE OF PROPOSED SALE OF REAL PROPERTY FREE AND CLEAR OF LIEN OF VRSALOVIC DEED OF TRUST, AND OBJECTION TO CLAIM
– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**Property Address:** 34 Billings Street, Whittier, Alaska 99693

**Legal Description:**

Lots 6, 7, 8 and 9, Block 2, CITY OF WHITTIER SUBDIVISION, PHASE ONE, according to the official plat thereof, filed under Plat No. 73-2, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska.

(the "Property")

The Debtor's records reflect that all obligations under the promissory note secured by the Vrsalovic DOT have been fully satisfied, and that no balance remains owing, but the Vrsalovic DOT has not been released.

**YOU ARE HEREBY NOTIFIED** that, in connection with the sale of the Property, the Debtor will reserve, for a limited period of time, **$350,000** from the sale proceeds (the "Vrsalovic Reserve") that would otherwise be paid to the Debtor's creditors, pending further order of the Bankruptcy Court.

**IF YOU BELIEVE THAT AN AMOUNT REMAINS DUE AND OWING UNDER THE VRSALOVIC DOT AND THE UNDERLYING PROMISSORY NOTE, YOU MUST FILE A WRITTEN STATEMENT ENTITLED "NOTICE OF UNPAID LIEN" WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA, STATING THE AMOUNT ALLEGEDLY UNPAID AND THE BASIS FOR THE CLAIM.**

You must file the Notice of Unpaid Lien by **August 18, 2025**.

**Court Address for Filing:**
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court for the District of Alaska
Old Federal Building
605 West 4th Avenue, Room 138
Anchorage, AK 99501

IF NO NOTICE OF UNPAID LIEN IS TIMELY FILED, THE SALE OF THE PROPERTY WILL BE DEEMED **FREE AND CLEAR OF THE VRSALOVIC DOT** PURSUANT TO 11 U.S.C. § 363(F), AND THE VRSALOVIC RESERVE MAY BE RELEASED BY FURTHER ORDER OF THE COURT.

**B.    OBJECTION TO CLAIM**

**NOTICE IS HEREBY GIVEN THAT** the Debtor objects to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated**.  You should read these papers carefully and discuss them with your attorney, if you have one.

NOTICE OF PROPOSED SALE OF REAL PROPERTY FREE AND CLEAR OF LIEN OF VRSALOVIC DEED OF TRUST, AND OBJECTION TO CLAIM
 – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

If you do not want the court to eliminate or change your claim, then on or before **August 18, 2025** (the "Response Deadline"), you or your attorney must:

- File with the Court a written response to the objection, explaining your position at the following address:

    Clerk of the Bankruptcy Court
    U.S. Bankruptcy Court for the District of Alaska
    Old Federal Building
    605 West 4th Avenue, Room 138
    Anchorage, AK 99501

- If your written response is mailed to the court for filing, you must mail it early enough so that the court will receive it on or before the Response Deadline.

- You must also mail a copy of your written response to the undersigned attorney at the address provided below on or before the Response Deadline.

- Attend the hearing on the objection, which will be separately scheduled for a date following on or before the Response Deadline.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THE STEPS OUTLINED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.

## SUMMARY OF OBJECTION

The Debtor, pursuant to (among other bases) 11 U.S.C. section 502(b)(1) and Bankruptcy Rule 3007, objects to the allowance of any claim in favor of Ricardo Vrsalovic, Jan Vrsalovic, or either of their heirs, successors and assigns (collectively, "Vraslovic"), on the basis that any such claim has been fully satisfied. The Debtor therefore asks that the Court disallow any claim in favor of Vraslovic with prejudice and authorize the release of the Vraslovic Reserve.

DATED this 14th day of July, 2025.

            BUSH KORNFELD LLP

            By */s/ Lesley Bohleber*
              James L. Day, (admitted *pro hac vice*)
              Lesley Bohleber, (admitted *pro hac vice*)
              *Attorneys for the Debtors*

**NOTICE OF PROPOSED SALE OF REAL PROPERTY FREE AND CLEAR OF LIEN OF VRSALOVIC DEED OF TRUST, AND OBJECTION TO CLAIM**
   – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

# EXHIBIT C




**BUSH KORNFELD** LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373

Jan Vrsalovic
Chester Park Senior Housing
2020 Muldoon Rd Unit 216
Anchorage, AK 99504

7021 0350 0000 8862 6776

CERTIFIED MAIL®




07/14/2025
036B 0011825802

US POSTAGE
$006.04
First-Class - IMI
ZIP 98101

# EXHIBIT D

| | |
|---|---|
| **From:** | Legalads@adn.com |
| **Sent:** | Friday, July 18, 2025 3:19 PM |
| **To:** | legalads@adn.com |
| **Cc:** | lmisa@adn.com; Eric Yocom |
| **Subject:** | Thank you for placing your order with us. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

## THANK YOU for your ad submission!

This is your confirmation that your order has been submitted. Below are the details of your transaction. Please save this confirmation for your records.

### Job Details

Order Number:
W0053920
Classification:
Misc. Legals
Package:
Legals ADN
Base amount:
$698.40
Service fee:
$55.74
Type
VISA
Discount:
-$0.00
Total payment:
$754.14
Payment Type:
visa

### Schedule for ad number W00539200

**Sun Jul 20, 2025**
**Anchorage Daily News Legals**
*All Zones*

### Account Details

Bush Kornfeld LLP
601 Union St. #5000
Seattle, WA 98101
206-292-2110
legalads@adn.com
Credit Card - visa
************7011

### Additional Options

Affidavit Charge - Digital $5

1

TO: JAN VRSALOVIC
AND TO: ALL SUCCESSORS IN INTEREST TO RICARDO VRSALOVIC

a) NOTICE OF PROPOSED SALE FREE AND CLEAR OF LIENS

PLEASE TAKE NOTICE that Whittier Seafood, LLC (the "Debtor") has filed a motion with the United States Bankruptcy Court for the District of Alaska seeking approval of the sale of the following real property located in Whittier, Alaska, free and clear of all liens, claims, encumbrances, and interests, including any interest claimed under a deed of trust dated June 5, 2018, in favor of Ricardo and Jan Vrsalovic securing an obligation in the original amount of $350,000 (the "Vrsalovic DOT"), duly recorded against the below referenced Real Property in the records of the Anchorage Recording District, Third Judicial District, State of Alaksa, Serial Number 2018-020557-0.

Property Address: 34 Billings Street, Whittier, Alaska 99693

Legal Description:

Lots 6, 7, 8 and 9, Block 2, CITY OF WHITTIER SUBDIVISION, PHASE ONE, according to the official plat thereof, filed under Plat No. 73-2, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska.

(the "Property")

The Debtor's records reflect that all obligations under the promissory note secured by the Vrsalovic DOT have been fully satisfied, and that no balance remains owing, but the Vrsalovic DOT has not been released.

YOU ARE HEREBY NOTIFIED that, in connection with the sale of the Property, the Debtor will reserve, for a limited period of time, $350,000 from the sale proceeds (the "Vrsalovic Reserve") that would otherwise be paid to the Debtor's creditors, pending further order of the Bankruptcy Court.

IF YOU BELIEVE THAT AN AMOUNT REMAINS DUE AND OWING UNDER THE VRSALOVIC DOT AND THE UNDERLYING PROMISSORY NOTE, YOU MUST FILE A WRITTEN STATEMENT ENTITLED "NOTICE OF UNPAID LIEN" WITH THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA, STATING THE AMOUNT ALLEGEDLY UNPAID AND THE BASIS FOR THE CLAIM.

You must file the Notice of Unpaid Lien by August 18, 2025 in the Chapter 11 bankruptcy of Whittier Seafood, LLC, Case No. 24-00139 in the United States Bankruptcy Court for the District of Alaska.

Court Address for Filing:
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court for the District of Alaska
Old Federal Building
605 West 4th Avenue, Room 138
Anchorage, AK 99501

IF NO NOTICE OF UNPAID LIEN IS TIMELY FILED, THE SALE OF THE PROPERTY WILL BE DEEMED FREE AND CLEAR OF THE VRSALOVIC DOT PURSUANT TO 11 U.S.C. § 363(F), AND THE VRSALOVIC RESERVE MAY BE RELEASED BY FURTHER ORDER OF THE COURT.

b) OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN THAT the Debtor objects to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before August 18, 2025 (the "Response Deadline"), you or your attorney must:

· File with the Court a written response to the objection, explaining your position at the following address:

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court for the District of Alaska
Old Federal Building
605 West 4th Avenue, Room 138
Anchorage, AK 99501

· If your written response is mailed to the court for filing, you must mail it early enough so that the court will receive it on or before the Response Deadline.

· You must also mail a copy of your written response to the undersigned attorney at the address provided below on or before the Response Deadline.

· Attend the hearing on the objection, which will be separately scheduled for a date following on or before the Response Deadline.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THE STEPS OUTLINED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.
SUMMARY OF OBJECTION

The Debtor, pursuant to (among other bases) 11 U.S.C. section 502(b)(1) and Bankruptcy Rule 3007, objects to the allowance of any claim in favor of Ricardo Vrsalovic, Jan Vrsalovic, or either of their heirs, successors and assigns (collectively, "Vraslovic"), on the basis that any such claim has been fully satisfied. The Debtor therefore asks that the Court disallow any claim in favor of Vraslovic with prejudice and authorize the release of the Vraslovic Reserve.

Pub: July 20, 2025

2

# CERTIFICATE OF SERVICE

I, Amy E. Sinclair declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on September 16, 2025, I served the **DECLARATION OF ERIC YOCOM REGARDING VRSALOVIC NOTICE** on all ECF participants as indicated on the Court's CM/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 16, 2025.

*/s/ Amy E. Sinclair*
_____
Amy E. Sinclair, Paralegal

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130