JOHN S. KAPLAN (*Admitted Pro Hac Vice*)
john.kaplan@stoel.com
JAMES E. TORGERSON, Bar No. 8509120
jim.torgerson@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
*Attorneys for Aleksey N. Kozlov*

The Honorable Gary Spraker

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC et al.,[1]<br><br>Debtor. | Case No. 24-00139<br><br>Chapter 11<br><br>**DECLARATION OF JOHN S. KAPLAN IN SUPPORT OF MOTION TO REMOVE HILCO AS INVESTMENT BANKER, TERMINATE AUTHORITY OF PLAN ADMINISTRATOR TO CONDUCT THE SALE AND MARKETING OF THE SALACIA ASSETS OR CHANGE PLAN ADMINISTRATOR, AND REQUIRE ACCOUNTING** |

I, John S. Kaplan, declare as follows:

1. I am over the age of 18 and competent to testify to the matters herein. I give this declaration based on my own personal knowledge of the matters stated herein, unless indicated otherwise.

2. I am a partner at Stoel Rives LLP and the lead attorney for the above-captioned Debtor in this case. I make this declaration in support of the *Motion to Remove Hilco as*

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

DECLARATION OF JOHN S. KAPLAN    1

150492207.2 0083694-00002

*Investment Banker, Terminate Authority of Plan Administrator to Conduct the Sale and Marketing of the Salacia Assets or Change Plan Administrator, and Require Accounting*.

3. Attached hereto as **Exhibit A** is a true and correct copy of an email I received from James L. Day (without the attachment and with the bidder name redacted) on August 7, 2025. The bidder in question was identified as "Company C" on Mr. Kozlov's August 4, 2025 Declaration in Support of Response to Cathay's Motion for Plan Administrator to Assume Responsibility for Salacia Marketing and Sale Process [Dkt. No. 447], at ¶¶ 20-21.

4. The Plan Administrator apparently decided to extend the bid deadlines previously established by Hilco, to make bids due on Thursday August 28, 2025 at 5:00 p.m. Alaska Time. No order was entered extending the deadline. When I heard nothing by the alleged new bid deadline, I sent an email to a wide group inquiring whether there had been any bids. I received a response back from Teri Stratton on August 28 stating that: "We have received a few bids on equipment only and real estate only and are working through them. We will provide more information when we can." A true and correct copy of this email exchange is attached hereto as **Exhibit B**.

5. I never received copies of any bids. I spoke several times by telephone with Brian Peterson, counsel for the Plan Administrator, and was first told that there were 2 bids on the real estate and 2 bids on the equipment, and they were sorting through them and trying to get certain bidders to qualify. I had a follow-up email exchange with Mr. Peterson, a true and correct copy of which is attached hereto as **Exhibit C**.

6. I never saw an actual bid for any of the Salacia assets until the Plan Administrator filed its Notice of Stalking Horse Bidder on September 17, 2025, notifying all parties to the case that they intended to sell most of the Salacia assets for $7.25 million.

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900    Fax 206.386.7500

DECLARATION OF JOHN S. KAPLAN                    2

7. Attached hereto as **Exhibit D** is a true and correct copy of *John Ketcham's, RRG Global Partners Pisces LP's, and NIF Seafood Lender, LLC's Objection to Motion of Hilco Corporate Finance, LLC, as Investment Banker to the Receiver, for Allowance and Payment of Compensation and Reimbursement of Expenses* dated July 7, 2025 filed in the Superior Court of King County, Washington (Case No. 24-2-08809-1 SEA).

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 25th day of September, 2025, at Seattle, Washington.

*/s/ John S. Kaplan*
John S. Kaplan

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

DECLARATION OF JOHN S. KAPLAN                 3

150492207.2 0083694-00002

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2025, a true and correct copy of the attached document was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

DATED: September 25, 2025

*/s/ John S. Kaplan*
John S. Kaplan