Kaplan, John S.

| | |
|---|---|
| **From:** | Jim Day <jday@bskd.com> |
| **Sent:** | Thursday, August 7, 2025 11:41 AM |
| **To:** | Zack, James B.; Kaplan, John S.; Stratton, Teri; Marken, Sanjay; david.neu@millernash.com; David Stapleton |
| **Subject:** | FW: Asset Bid Question - Salacia |
| **Attachments:** | Salacia Form APA ('ie22jf01yw').docx |

FYI. We felt it best to send the form APA promptly, as the court has not entered the order as to the plan administrator's expanded duties and the bidder indicated its intent to submit a bid today.

**James L. Day | Bush Kornfeld LLP**
601 Union Street, Suite 5000 | Seattle, WA 98101
Direct: 206.521.3858 | Mobile: 206.817.8924
Email: jday@bskd.com | Website: www.bushkornfeld.com

---

**From:** Lesley Bohleber <lbohleber@bskd.com>
**Sent:** Thursday, August 7, 2025 11:34 AM
**To:** [redacted]; Jim Day <jday@bskd.com>
**Subject:** RE: Asset Bid Question - Salacia

Denni,

The Form APA is attached here.

**Lesley Bohleber**
**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101
Direct: (206) 521-3849
Receptionist: (206) 292-2110
lbohleber@bskd.com
www.bskd.com

---

**From:** [redacted]
**Sent:** Thursday, August 7, 2025 11:21 AM
**To:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>
**Subject:** Asset Bid Question - Salacia

> You don't often get email from [redacted]. Learn why this is important

Hello,

1

**Exhibit A - Page 1 of 2**

is planning to submit a bid today for certain assts of Salacia, LLC. The bidding procedures reference a possible "Form APA." Can you let us know if there is a Form APA for this bid process? If not, are bidders free to submit their own versions that are compliant with the bid procedures?

Thank you for your assistance.
Best,



---

CONFIDENTIALITY NOTICE
The information in this message is intended only for the addressee or the addressee's authorized agent. The message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the recipient's authorized agent, then you are notified that any dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender and then delete the message.