**Kaplan, John S.**

---

| | |
|---|---|
| **From:** | Stratton, Teri <tstratton@hilcocf.com> |
| **Sent:** | Friday, August 29, 2025 1:44 PM |
| **To:** | Kaplan, John S.; Betsy Landoll; Marken, Sanjay; Zack, James B.; Fox, Gregory; Rosen, Brian S.; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com); David Scheiber; David Stapleton; Michelle Papenfuss; Jonathan David; David Neu |
| **Cc:** | Jim Day; Lesley Bohleber; Mardesich, Alina; Herman, Kyle; Stotz, Michael |
| **Subject:** | RE: Salacia Update 6-19-2025 [SR-ACTIVE.FID5912853] |

We have received a few bids on equipment only and real estate only and are working through them. We will provide more information when we can.

---

**From:** Kaplan, John S. <john.kaplan@stoel.com>
**Sent:** Thursday, August 28, 2025 6:40 PM
**To:** Betsy Landoll <Betsy.Landoll@jsheld.com>; Marken, Sanjay <smarken@hilcocf.com>; Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>; David Scheiber <david.scheiber@cathaybank.com>; David Stapleton <David.Stapleton@jsheld.com>; Michelle Papenfuss <Michelle.Papenfuss@jsheld.com>; Jonathan David <jonathan.david@cathaybank.com>; David Neu <david.neu@millernash.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025 [SR-ACTIVE.FID5912853]

**This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.**

Could someone please report whether there were any submissions by today's deadline?

Thanks. John

**John S. Kaplan** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7524 | Mobile: (206) 369-1634
john.kaplan@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

1

**From:** Betsy Landoll <Betsy.Landoll@jsheld.com>
**Sent:** Friday, August 8, 2025 8:35 AM
**To:** Marken, Sanjay <smarken@hilcocf.com>; Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>; David Scheiber <david.scheiber@cathaybank.com>; David Stapleton <David.Stapleton@jsheld.com>; Michelle Papenfuss <Michelle.Papenfuss@jsheld.com>; Jonathan David <jonathan.david@cathaybank.com>; David Neu <david.neu@millernash.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

Thank you, Sanjay. From the Plan Admin team, we are good with these dates.

Please communicate the updated timeline to prospects.

Best,
Betsy

**Betsy Landoll** | Director
Stapleton Group, a part of J.S. Held LLC
515 S. Flower Street, 18th Floor, Los Angeles, CA 90071
Office 512-704-6686

**email** | **stapletoninc.com**

Stapleton Group has joined J.S. Held's Strategic Advisory practice. **Click here to learn more.**



This email message is intended only for the recipient to whom it is addressed and may contain information that is privileged or confidential. Nothing contained in this email (1) constitutes an offer or a solicitation to buy or sell any security or other financial instrument or (2) provides tax, legal, insurance or investment advice. If you are not the intended recipient of this email, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and permanently delete all copies that you may have. J.S. Held, its affiliates and subsidiaries are not certified public accounting firm(s) and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. Securities offered through PM Securities, LLC, d/b/a Phoenix IB or Ocean Tomo Investments, a part of J.S. Held, member FINRA/ SIPC. All rights reserved.

**From:** Marken, Sanjay <smarken@hilcocf.com>
**Sent:** Thursday, August 7, 2025 5:26 PM
**To:** Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>; David Scheiber <david.scheiber@cathaybank.com>; Betsy Landoll <Betsy.Landoll@jsheld.com>; David Stapleton <David.Stapleton@jsheld.com>; Michelle Papenfuss <Michelle.Papenfuss@jsheld.com>; Jonathan David <jonathan.david@cathaybank.com>; David Neu <david.neu@millernash.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>;

Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

**CAUTION EXTERNAL**

Per our earlier discussion, we are proposing the following dates for the revised process.  Please let us know if you have any questions or comments.

| Event | Date/Deadline |
|---|---|
| File and Serve Notice of Selection of Stalking Horse Bid (if applicable) and/or Auction Notice ("Stalking Horse Designation Deadline") | Friday, August 22, 2025 at 5:00 p.m. Alaska Time |
| Deadline for Submission of Materials to become a Qualified Bidder ("Qualified Bid Deadline") | Thursday August 28, 2025 at 5:00 p.m. Alaska Time |
| Auction (if necessary) | Wednesday September 3, 2025 (time and location TBD) |
| File and Serve Sale Notice and Motion (if necessary) | No later than Monday September 8, 2025 at 5:00 p.m. Alaska Time |
| Sale Hearing (if necessary) (subject to the Court's availability) | Not less than 7 (seven) days after the date of the Notice of Hearing on Sale Motion subject to the Court's availability |
| Sale Close | As soon as practical after entry of the Sale Order. |

**From:** Marken, Sanjay
**Sent:** Thursday, July 31, 2025 2:03 PM
**To:** Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>; David Scheiber <david.scheiber@cathaybank.com>; Betsy Landoll <Betsy.Landoll@jsheld.com>; David Stapleton <David.Stapleton@jsheld.com>; Michelle Papenfuss <Michelle.Papenfuss@jsheld.com>; Jonathan David <jonathan.david@cathaybank.com>; David Neu <david.neu@millernash.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

Please see attached for the latest Salacia update.

Best,
Sanjay

**From:** Marken, Sanjay
**Sent:** Thursday, July 24, 2025 3:06 PM
**To:** 'Zack, James B.' <ZackJ@ballardspahr.com>; 'Fox, Gregory' <FoxG@ballardspahr.com>; 'Rosen, Brian S.' <brosen@proskauer.com>; 'Kaplan, John S.' <john.kaplan@stoel.com>; 'lthornton@lawdbs.com' <lthornton@lawdbs.com>; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>; 'David Scheiber' <david.scheiber@cathaybank.com>; 'Betsy Landoll' <Betsy.Landoll@jsheld.com>; 'David Stapleton' <David.Stapleton@jsheld.com>; 'Michelle Papenfuss' <Michelle.Papenfuss@jsheld.com>; 'Jonathan David' <jonathan.david@cathaybank.com>
**Cc:** 'Jim Day' <jday@bskd.com>; 'Lesley Bohleber' <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

Please see attached for the latest Salacia update.

Best,
Sanjay

**From:** Marken, Sanjay
**Sent:** Thursday, July 17, 2025 2:46 PM
**To:** Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>; David Scheiber <david.scheiber@cathaybank.com>; Betsy Landoll <Betsy.Landoll@jsheld.com>; David Stapleton <David.Stapleton@jsheld.com>; Michelle Papenfuss <Michelle.Papenfuss@jsheld.com>; Jonathan David <jonathan.david@cathaybank.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

Please see attached for the latest Salacia update.

Best,
Sanjay

**From:** Marken, Sanjay
**Sent:** Thursday, July 10, 2025 2:26 PM
**To:** Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>; David Scheiber <david.scheiber@cathaybank.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

Please see attached for the latest Salacia update.  Per David's comments last week, we attempted to provide more color on the potential bidders.

Best,
Sanjay

**From:** Marken, Sanjay
**Sent:** Thursday, July 3, 2025 2:32 PM
**To:** Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

Please see attached for the latest Salacia update.

Best,
Sanjay

---

**From:** Marken, Sanjay
**Sent:** Thursday, June 26, 2025 1:31 PM
**To:** Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** RE: Salacia Update 6-19-2025

Please see attached for the latest Salacia update.

Best,
Sanjay

---

**From:** Marken, Sanjay
**Sent:** Thursday, June 19, 2025 11:40 AM
**To:** Zack, James B. <ZackJ@ballardspahr.com>; Fox, Gregory <FoxG@ballardspahr.com>; Rosen, Brian S. <brosen@proskauer.com>; Kaplan, John S. <john.kaplan@stoel.com>; lthornton@lawdbs.com; Eric Reubel - Dundon Advisers LLC (er@dundon.com) <er@dundon.com>
**Cc:** Jim Day <jday@bskd.com>; Lesley Bohleber <lbohleber@bskd.com>; Stratton, Teri <tstratton@hilcocf.com>; Mardesich, Alina <amardesich@hilcocf.com>; Herman, Kyle <kherman@hilcocf.com>; Stotz, Michael <mstotz@hilcoglobal.com>
**Subject:** Salacia Update 6-19-2025

Please see attached for the latest Salacia update.  We can discuss on our upcoming call.

Additionally, I wanted to provide links to the Salacia listing.  We've begun to get some calls from brokers in the area and can discuss on our call.
https://hilcorealestatesales.com/listings/?propertyId=hcf-bankruptcy-coldstorage-marysville-wa
https://www.loopnet.com/Listing/14101-45th-Ave-NE-Marysville-WA/36270583/

(Please note that I've included everyone that I can see that is invited to our call…if you have colleagues that had the invite forwarded or otherwise aren't on here, please feel free to forward and let me know so that we can include them on future distributions.)

Best,
Sanjay

**Sanjay Marken**
Director │ Houston, TX
**Hilco Corporate Finance**
Mobile: (401) 301-9013
smarken@hilcocf.com
www.hilcoglobal.com