**Kaplan, John S.**

| | |
|---|---|
| **From:** | Kaplan, John S. |
| **Sent:** | Tuesday, September 16, 2025 11:53 AM |
| **To:** | 'Peterson, Brian T.' |
| **Cc:** | Neu, David |
| **Subject:** | RE: Salacia Sale status [SR-ACTIVE.FID5912853] |

Brian,

My client justifiably has no confidence in Hilco, and thus in Stapleton if they are insisting on retaining Hilco.  The goal should not be to get the best deal under which Hilco can earn a commission, or the best deal that barely pays Cathay Bank; the criteria should be the best deal that reflects market value after the property is properly marketed by someone who knows the market.  That process has not even begun, and the monthly interest accruals are huge.  Anecdotally, I spoke with numerous people in the case at the DBS Law event last Friday, and no one understands why Hilco has not been fired.   This looks like a re-run of Peter Pan, and we have been provided numerous pleadings by people in that case that we will be presenting to Judge Spraker.

Additionally, Stapleton is refusing to provide Aleksey with any accounting information for (1) what their monthly fees are, and (2) what they have spent each month.  The debtors need to have accurate financial records to file accurate tax returns.  This should be information they already have and requires a 5-minute email.

Unless the Plan Administrator has, by the end of this week, (1) either (a) obtained a signed agreement at a reasonable sales price or (b) fired Hilco and started retaining a new broker, and (2) communicated the accounting about what they have spent in the case on themselves and other creditors, we plan to file a motion next week to bring these issues to the court and change the Plan Administrator.

On a personal level, I am very disappointed with Stapleton's performance.  I have always liked their people personally, and I thought that they knew what they were doing and viewed the complaints about Peter Pan as a case-specific outlier, but their performance in this case is consistent with the complaints I heard from others regarding Peter Pan.

John


**John S. Kaplan** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7524 | Mobile: (206) 369-1634
john.kaplan@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

1

Exhibit C - Page 1 of 4

**From:** Peterson, Brian T. <Brian.Peterson@klgates.com>
**Sent:** Thursday, September 11, 2025 5:37 PM
**To:** Kaplan, John S. <john.kaplan@stoel.com>
**Cc:** Neu, David <david.neu@millernash.com>
**Subject:** RE: Salacia Sale status [SR-ACTIVE.FID5912853]


John,

The Plan Administrator is still evaluating options here and determining how to move forward with the bidders in play. We hope to have a decision soon, and at that point will provide you and the Court with an update.

We don't have additional details to share with you at this time. We do not want your client interfering with the process or contacting the bidders that Hilco is engaged with. As you are aware, your client no longer has any authority over the sale process with respect to Salacia.

I understand that your client may have differing views about how this process should be run, but there are competent professionals involved who are maximizing value for the assets.

-Brian

**From:** Kaplan, John S. <john.kaplan@stoel.com>
**Sent:** Tuesday, September 9, 2025 2:52 PM
**To:** Peterson, Brian T. <Brian.Peterson@klgates.com>
**Cc:** Neu, David <david.neu@millernash.com>
**Subject:** RE: Salacia Sale status [SR-ACTIVE.FID5912853]

Brian,

Thank you for this update.  Do you have anything further to report?

I am holding back my client, but we will be filing something next week if there is no sale motion and/or if the Plan Administrator plans to move forward with a deeply discounted real estate sale just so Hilco can get a fee.  Everyone has given Hilco adequate time to find a strategic buyer, and there was none.  This is not Hilco's fault if the market reflected that no strategic buyer wanted the combination of equipment and building that Aleksey was building.   However, if it is down to a sale of industrial real estate in Snohomish County, Hilco is an exceedingly poor choice.

I spoke today with a real estate consultant I respect, who consults with family offices regarding their real estate portfolios, and he recommended setting up an RFP process with JLL, CBRE, Colliers, and Kidder Matthews, hearing their marketing plans for the land and building, and then picking one in the next couple weeks and moving forward.  Time is of the essence here, and if Hilco does not have a market buyer, they need to be replaced by a real estate broker who knows this market and the universe of potential buyers for the main site and the 2 auxiliary lots.

John

**John S. Kaplan** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7524 | Mobile: (206) 369-1634
john.kaplan@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

---

**From:** Peterson, Brian T. <Brian.Peterson@klgates.com>
**Sent:** Saturday, September 6, 2025 1:58 PM
**To:** Kaplan, John S. <john.kaplan@stoel.com>
**Cc:** Neu, David <david.neu@millernash.com>
**Subject:** RE: Salacia Sale status [SR-ACTIVE.FID5912853]

Hi John,

Presently, no auction is scheduled. Hilco is seeking clarification as to the terms of two bids received for equipment to determine whether any auction will be necessary for equipment.

As for the real estate, two offers were made, but unfortunately the bidder making the higher offer failed to fund the required deposit and dropped out of the bidding late yesterday. Hilco is determining whether there is any additional interest for the real estate before the Plan Administrator decides whether to proceed with the second highest initial bid.

Hopefully we have more information for your both soon.

-Brian

---

**From:** Kaplan, John S. <john.kaplan@stoel.com>
**Sent:** Friday, September 5, 2025 5:50 PM
**To:** Peterson, Brian T. <Brian.Peterson@klgates.com>
**Cc:** Neu, David <david.neu@millernash.com>
**Subject:** Salacia Sale status [SR-ACTIVE.FID5912853]

Brian,

Can you please let me know what's going on with the sale?  You had told me on Tuesday we would hear by the end of the week what the bids were, and whether there will be an auction or whether the administrator will be proceeding with a sale motion. David called me because he has not heard anything.  His client group and my client are the most at risk, and given my client's experience with Hilco to date, his assumption is no news is bad news.

Thanks. John

**John S. Kaplan** | Partner
**STOEL RIVES LLP** | 600 University Street, Suite 3600 | Seattle, WA 98101
Direct: (206) 386-7524 | Mobile: (206) 369-1634
john.kaplan@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Brian.Peterson@klgates.com.