1    Susan S. Ford (admitted *pro hac vice*)
     Thomas W. Stilley (admitted *pro hac vice*)
2    Garrett S. Eggen (admitted *pro hac vice*)
     SUSSMAN SHANK LLP
3    1000 SW Broadway, Suite 1400
     Portland, OR  97205-3089
4    Telephone: (503) 227-1111
     Facsimile: (503) 248-0130
5    E-Mail: sford@sussmanshank.com
             tstilley@sussmanshank.com
6            geggen@sussmanshank.com

7    Attorneys for Debtors

8
                    IN THE UNITED STATES BANKRUPTCY COURT
9
                           DISTRICT OF ALASKA
10
     In re                              )    Chapter 11
11                                      )
     WHITTIER SEAFOOD, LLC,[1]          )
12                                      )    Lead Case No. 24-00139-GS
                      Debtors.          )    (Jointly Administered)
13                                      )
                                        )    DEBTORS' JOINDER IN MOTION TO
14                                      )    REMOVE HILCO AS INVESTMENT
                                        )    BANKER, TERMINATE AUTHORITY
15                                      )    OF PLAN ADMINISTRATOR TO
                                        )    CONDUCT THE SALE AND
16                                      )    MARKETING OF THE SALACIA
                                        )    ASSETS OR CHANGE PLAN
17                                      )    ADMINISTRATOR, AND REQUIRE
                                        )    ACCOUNTING
18   _____)

                                    **JOINDER**
19
            The Debtors hereby submit this joinder (the "Joinder") to the *Motion to Remove Hilco As*
20
     *Investment Banker, Terminate Authority of Plan Administrator to Conduct the Sale and Marketing*
21
     *of the Salacia Assets or Change Plan Administrator, and Require Accounting* [Docket No. 499]
22
     (the "Motion")[2].   In support of this Joinder, the Debtors respectfully represent as follows:
23

24   [1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine
     Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No.
25   24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case
     No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").
26   [2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms
     in the Motion.

DEBTORS' JOINDER IN MOTION TO REMOVE HILCO AS
INVESTMENT BANKER, TERMINATE AUTHORITY OF
PLAN ADMINISTRATOR TO CONDUCT THE SALE AND
MARKETING OF THE SALACIA ASSETS OR CHANGE
PLAN ADMINISTRATOR, AND REQUIRE ACCOUNTING -
Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1        **ARGUMENT**

2        The relief sought in the Motion is in the best interests of the Debtors' estate for several

3   reasons.  First, the Plan Administrator's and Hilco's proposed trajectory for the Salacia assets sale

4   appears dismal at best.  More specifically, the Plan Administrator's and Hilco's designated stalking

5   horse bid of merely $7.25 million sets a base bid for the Salacia assets that is approximately 20%

6   of their appraised fair market value.  *See* Docket No. 489; Motion, at p. 5.  The Debtors have no

7   confidence that a bidding process initiated by such an underwhelming bid will come close to

8   yielding a price that reflects the true value of the Salacia assets.  Such an outcome would be

9   detrimental to the Debtors' creditors, many of whom are dependent upon the successful sale of the

10  Salacia assets for recoveries in this case.  *See generally*, Art. VII.G. of *Debtors' Fourth Amended*

11  *Joint Plan of Reorganization* [Docket No. 368].

12       Second, the Debtors are confident that appointing Kidder Matthews and Mr. Elkins as

13  proposed by the Motion will remedy the current shortcomings in the Salacia sales process and, in

14  turn, increase the value of the Salacia assets and creditor recoveries in this case.  In particular,

15  Kidder Matthews and its professionals are highly experienced real estate brokers with a proven

16  track record in the Pacific Northwest and familiarity with the Salacia assets.  *See* Motion, at pp. 5-

17  6.  Relying on this experience and expertise, Kidder Matthews appraised the Salacia assets at an

18  amount approximately five times greater than the currently designated stalking horse bid for the

19  same.  *See* Docket Nos. 98, 144.  Similarly, Mr. Elkins is a neutral, disinterested professional with

20  pertinent and extensive experience marketing and selling real estate in the Pacific Northwest who

21  could effectively oversee the sale of the Salacia assets in a commercially reasonable manner.  *Id.*

22  at p. 10.

23       On the other hand, Hilco is an investment banker with a questionable history selling similar

24  assets in the region and whose exorbitant fees do not justify its present results.  *See generally*,

25  Kaplan Decl., Ex. D.  Correspondingly, Stapleton's refusal to remove Hilco or otherwise perform

26

DEBTORS' JOINDER IN MOTION TO REMOVE HILCO AS
INVESTMENT BANKER, TERMINATE AUTHORITY OF
PLAN ADMINISTRATOR TO CONDUCT THE SALE AND
MARKETING OF THE SALACIA ASSETS OR CHANGE
PLAN ADMINISTRATOR, AND REQUIRE ACCOUNTING -
Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  any independent due diligence with respect to the Salacia assets calls into question its ability to

2  oversee the marketing and sale of the same.  By any measure over the past 13 months this case has

3  been pending, Stapleton and Hilco have wholly failed to deliver results with respect to the Salacia

4  assets, including the specific milestones set for Hilco upon its appointment as the investment

5  banker in this case. No more time should be allowed.

6         Moreover, notwithstanding its completely unacceptable failures to perform its role, Hilco

7  has continued to charge the estate substantial fees without having delivered anything of value.  No

8  further awards are appropriate, and awards made in the past warrant reconsideration.  Accordingly,

9  the Debtors reserve the right to object to all compensation requested or previously allowed fees to

10  Hilco and asks this Court to immediately terminate the involvement of Hilco as to all matters in

11  this case and Stapleton's authority with respect to the Salacia assets sale.

12         Finally, for the reasons set forth in the Motion, the Debtors request that the Court require

13  a full accounting from the Plan Administrator regarding what funds they have expended and what

14  happened to the Whittier sales proceeds.

15                              SUSSMAN SHANK LLP

16                                  */s/ Garrett S. Eggen*

17                          By _____
                               Susan S. Ford (admitted *pro hac vice*)
18                             Thomas W. Stilley (admitted *pro hac vice*)
                               Garrett S. Eggen (admitted *pro hac vice*)
19                                Attorneys for Debtors

20

21

22

23

24

25

26

DEBTORS' JOINDER IN MOTION TO REMOVE HILCO AS
INVESTMENT BANKER, TERMINATE AUTHORITY OF
PLAN ADMINISTRATOR TO CONDUCT THE SALE AND
MARKETING OF THE SALACIA ASSETS OR CHANGE
PLAN ADMINISTRATOR, AND REQUIRE ACCOUNTING -
Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

## CERTIFICATE OF SERVICE

1

2    I, Amy E. Sinclair declare as follows:

3    I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen

4    years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400,

5    Portland, Oregon 97205-3089, in said county and state.

6    I certify that on September 30, 2025, I served the *DEBTORS' JOINDER IN MOTION TO*

7    *REMOVE HILCO AS INVESTMENT BANKER, TERMINATE AUTHORITY OF PLAN*

8    *ADMINISTRATOR TO CONDUCT THE SALE AND MARKETING OF THE SALACIA ASSETS*

9    *OR CHANGE PLAN ADMINISTRATOR, AND REQUIRE ACCOUNTING* on all ECF participants

10   as indicated on the Court's CM/ECF system.

11   I swear under penalty of perjury that the foregoing is true and correct to the best of my

12   knowledge, information, and belief.

13   Dated: September 30, 2025.

14

15   */s/ Amy E. Sinclair*
     _____
16   Amy E. Sinclair, Paralegal

17

18

19

20

21

22

23

24

25

26

DEBTORS' JOINDER IN MOTION TO REMOVE HILCO AS
INVESTMENT BANKER, TERMINATE AUTHORITY OF
PLAN ADMINISTRATOR TO CONDUCT THE SALE AND
MARKETING OF THE SALACIA ASSETS OR CHANGE
PLAN ADMINISTRATOR, AND REQUIRE ACCOUNTING -
Page 4

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130