UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC et al.,[1]<br><br>　　　　　Debtor. | Case No. 24-00139-GS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME ON HEARING ON ALEKSEY N. KOZLOV'S MOTION TO REMOVE HILCO AS INVESTMENT BANKER, TERMINATE AUTHORITY OF PLAN ADMINISTRATOR TO CONDUCT THE SALE AND MARKETING OF THE SALACIA ASSETS OR REPLACE PLAN ADMINISTRATOR, AND REQUIRE ACCOUNTING**<br><br>Hearing Date<br>DATE: October 9, 2025<br>TIME: 10:00 a.m. |

This matter came before the court on the *Motion to Shorten Time on Hearing on Aleksey N. Kozlov's Motion to Remove Hilco as Investment Banker, Terminate Authority of Plan Administrator to Conduct the Sale and Marketing of the Salacia Assets or Replace Plan Administrator, and Require Accounting* (the "***Motion***") filed by Aleksey Kozlov (the "***Movant***") (ECF No. 504). The court having considered the Motion (together with all papers filed in support thereof and in opposition thereto) and concluded that sufficient legal and factual bases for the relief sought in the Motion were established by the Movant, HEREBY ORDERS as follows:

　　1.　　The Motion (ECF No. 504) is GRANTED.

　　2.　　The hearing on the *Motion to Remove Hilco as Investment Banker, Terminate Authority of Plan Administrator to Conduct the Sale and Marketing of the Salacia Assets or Replace Plan Administrator, and Require Accounting* (ECF No. 499) (the "***Removal Motion***") will

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

1

be held before the undersigned on **October 9, 2025 at 10:00 a.m. AKDT** in the Herbert A. Ross Historic Courtroom, Old Federal Building, 605 West 4th Avenue, Anchorage, Alaska by remote appearance via Zoom video conference.

    3.    Responses or objections, if any, to the Removal Motion shall be filed with the court and served on the United States Trustee and counsel for the movant via expedited means (email, facsimile, and/or personal delivery) no later than **October 8, 2025 at 12:00 p.m. AKDT**.

    4.    Replies to any responses may be made orally at the hearing.

    5.    Any party who cannot appear for the hearing in person may appear telephonically or by Zoom video conference. The parties are responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the hearing through the Zoom video, participation may be telephonic. Instructions for appearing via Zoom or telephone are available on the court's website at www.akb.uscourts.gov and on the posted hearing calendar.

DATE: September 30, 2025

                                                                 BY THE COURT

                                                                 /s/ Gary Spraker  
                                                                 GARY SPRAKER  
                                                                 United States Bankruptcy Judge

Serve:  Debtors  
        G. Eggen, Esq.  
        S. Ford, Esq.  
        T. Stilley, Esq.  
        T. Buford, Esq.  
        L. Bohleber, Esq.  
        J. Day, Esq.  
        G. Fox, Esq.  
        D. Neu, Esq.  
        M. Parise, Esq.  
        L. Thornton, Esq.  
        J. Torgerson, Esq.  
        J. Kaplan, Esq.  
        R. Murphy, Esq.  
        M. Mills, Esq.  
        T. Brannon, Esq.

A. Ivanov, Esq.
G. Pitts, Esq.
J.M. Palomares, Esq.
F. Rasch, Esq.
J. Welch, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF
Calendar