Susan S. Ford (admitted *pro hac vice*)
Thomas W. Stilley (admitted *pro hac vice*)
Garrett S. Eggen (admitted *pro hac vice*)
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: sford@sussmanshank.com
      tstilley@sussmanshank.com
      geggen@sussmanshank.com

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Lead Case No. 24-00139-GS<br>(Jointly Administered)<br><br>SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM |

**MOTION**

The Debtors hereby move (the "Motion") this Court for entry of an order, substantially in the form attached hereto as <u>Exhibit A</u> (the "Proposed Order"), extending the currently scheduled deadline of October 31, 2025 (the "Current Deadline") to file objections to proofs of claims to December 31, 2025 (the "Proposed Deadline"). In support of this Motion, the Debtors respectfully represent as follows:

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

**BACKGROUND**

On July 9, 2025, the Debtors filed a motion to extend the original deadline to object to proofs of claim to the Current Deadline. *See* Docket No. 420 (the "Original Motion"). The Debtors explained that the Original Motion was necessary because "[t]he payment of Claims is largely dependent on the sale of the Salacia Plant" and that "[t]he closing of the sale is anticipated to occur in September 2025." *Id.* at p. 2. Given this, the Debtors represented that an extension of the original deadline would "preserve resources and avoid incurring legal fees to object to Claims . . . before the availability of funds to pay such Claims is known." *Id.* Ultimately, the Court granted the Original Motion on July 10, 2025. *See* Docket No. 421.

On July 16, 2025, Cathay Bank filed a motion for the Plan Administrator to assume responsibility for the Salacia marketing and sale process. *See* Docket No. 426. On August 7, 2025, the Court entered an order granting this motion. *See* Docket No. 459.

On August 5, 2025, the Debtors filed a notice indicating that they had terminated their engagement of Bush Kornfeld LLP ("Bush Kornfeld"). *See* Docket No. 450. On August 11, 2025, the Court entered an order terminating Bush Kornfeld as counsel for the Debtors. *See* Docket No. 464.

On September 11, 2025, Sussman Shank LLP ("Sussman Shank") filed a notice of appearance as counsel for the Debtors in this case. *See* Docket No. 483.

On September 17, 2025, counsel for the Plan Administrator filed the Notice of Designation of Stalking Horse Bidder. *See* Docket No. 489 (the "Stalking Horse Notice"). Pursuant to the Stalking Horse Notice, the stalking horse bid received for the Salacia Plant is $7,250,000 (the "Stalking Horse Bid") and an auction will not be held until October 3, 2025.

On September 25, 2025, Aleksey N. Kozlov filed a motion to remove Hilco as the Debtors' investment banker and to terminate the Plan Administrator's authority to sell and market the Salacia assets. *See* Docket No. 499 (the "Motion to Remove the Plan Administrator").

SECOND EX PARTE MOTION TO EXTEND DEADLINE TO
FILE OBJECTIONS TO PROOFS OF CLAIM - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

| | |
|---|---|
| 1 | **POINTS AND AUTHORITIES** |
| 2 | The Debtors believe that good cause exists for extending the Current Deadline to the |
| 3 | Proposed Deadline.  As an initial matter, the issues that existed at the time of the filing of the |
| 4 | Original Motion are still present.  Indeed, the Stalking Horse Bid falls far short of paying off |
| 5 | Cathay's secured claim in full, and unless substantial overbids are received there will not be |
| 6 | sufficient funds to pay unsecured creditors.  Such a result would negate any legitimate purpose for |
| 7 | pursuing a claims objection process. |
| 8 | Similarly, the Motion to Remove the Plan Administrator inserts additional uncertainty to |
| 9 | the current Salacia sale process.  While the Debtors support this motion for the reasons set forth in |
| 10 | their joinder [Docket No. 506], it would nonetheless be premature to file claim objections |
| 11 | before there is a clear path forward in the Salacia sale process. |
| 12 | Separately, the Debtors believe that they need to amend their Schedules to accurately |
| 13 | reflect creditors' claims as they existed as of the Petition Date.  In so doing, the Debtors will need |
| 14 | to provide notice to those creditors impacted by these amendments and provide them with an |
| 15 | opportunity to file new claims.  This process likely could not be resolved by the Current Deadline, |
| 16 | and therefore extending the deadline to object to claims to the Proposed Deadline is necessary. |
| 17 | Finally, no party would be prejudiced by granting this extension as no party's substantive |
| 18 | rights are being impacted by this motion. |
| 19 | SUSSMAN SHANK LLP |
| 20 | |
| 21 | By  */s/ Garrett S. Eggen*  _____ |
| 22 | Susan S. Ford (admitted *pro hac vice*) |
|    | Thomas W. Stilley (admitted *pro hac vice*) |
|    | Garrett S. Eggen (admitted *pro hac vice*) |
| 23 | Attorneys for Debtors |
| 24 | |
| 25 | |
| 26 | |

SECOND EX PARTE MOTION TO EXTEND DEADLINE TO
FILE OBJECTIONS TO PROOFS OF CLAIM - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Susan S. Ford (admitted *pro hac vice*)
Thomas W. Stilley (admitted *pro hac vice*)
Garrett S. Eggen (admitted *pro hac vice*)
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: sford@sussmanshank.com
       tstilley@sussmanshank.com
       geggen@sussmanshank.com

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| In re | ) | Chapter 11 |
|---|---|---|
| WHITTIER SEAFOOD, LLC,[1] | ) | |
| | ) | Lead Case No. 24-00139-GS |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM |

THIS MATTER came before the Court upon the Debtors' Second Ex Parte Motion to Extend Deadline to File Objections to Proofs of Claim [Docket No. _____] (the "Motion").[2]

The Court, having considered the Motion and the record and files herein, finds that good cause exists to grant the requested relief. Now, therefore, it is hereby:

**ORDERED**:

1.   The Motion [Docket No. _____] is granted;

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

[PROPOSED] ORDER GRANTING SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Exhibit A - Page 1 of 2

2. The deadline for the Debtors to file objections to proofs of claim is extended to and including December 31, 2025.

BY THE COURT

_____
GARY SPRAKER
United States Bankruptcy Judge

PRESENTED BY:

SUSSMAN SHANK LLP

*/s/ Garrett S. Eggen*
_____
Susan S. Ford (admitted *pro hac vice*)
Thomas W. Stilley (admitted *pro hac vice*)
Garrett S. Eggen (admitted *pro hac vice*)
  Attorneys for Debtors

Serve:  ECF Participants

[PROPOSED] ORDER GRANTING SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Exhibit A - Page 2 of 2

**CERTIFICATE OF SERVICE**

I, Amy E. Sinclair declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 S.W. Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on October 1, 2025, I served the *SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM* on all ECF participants as indicated on the Court's CM/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Dated: October 1, 2025.

*/s/ Amy E. Sinclair*
_____
Amy E. Sinclair, Paralegal

SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM - Page 4

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130