Susan S. Ford (admitted *pro hac vice*)
Thomas W. Stilley (admitted *pro hac vice*)
Garrett S. Eggen (admitted *pro hac vice*)
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: sford@sussmanshank.com
tstilley@sussmanshank.com
geggen@sussmanshank.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC,[1]<br><br>            Debtors. | Chapter 11<br><br>Lead Case No. 24-00139-GS<br>(Jointly Administered)<br><br>ORDER GRANTING SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM |

THIS MATTER came before the Court upon the Debtors' Second Ex Parte Motion to Extend Deadline to File Objections to Proofs of Claim [ECF No. 511] (the "Motion").[2] The court having considered the Motion and the record and files herein, for the reasons stated in the Motion,

**IT IS HEREBY ORDERED**:

1. The Second Ex Parte Motion to Extend Deadline to File Objections to Proofs of Claim [ECF No. 511] is GRANTED.

2. The deadline for the Debtors to file objections to proofs of claim is extended to and including December 31, 2025.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International, LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Debtors").

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

ORDER GRANTING SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Dated: October 15, 2025

BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

PRESENTED BY:

SUSSMAN SHANK LLP

/s/ Garrett S. Eggen
_____
Susan S. Ford (admitted *pro hac vice*)
Thomas W. Stilley (admitted *pro hac vice*)
Garrett S. Eggen (admitted *pro hac vice*)
Attorneys for Debtors

Serve:  Debtors
G. Eggen, Esq.
S. Ford, Esq.
T. Stilley, Esq.
J. Day, Esq.
G. Fox, Esq.
D. Neu, Esq.
M. Parise, Esq.
L. Thornton, Esq.
J. Torgerson, Esq.
J. Kaplan, Esq.
R. Murphy, Esq.
M. Mills, Esq.
T. Brannon, Esq.
A. Ivanov, Esq.
G. Pitts, Esq.
J.M. Palomares, Esq.
F. Rasch, Esq.
J. Welch, Esq.
J. Zack, Esq.
J. Tracy, Esq.
B. Peterson, Esq.
A. Smith, Esq.
B. Medeiros, Esq.
M. Kotwick, Esq.
R. Gayda, Esq.
S. Andre, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF

ORDER GRANTING SECOND EX PARTE MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130