Brian T. Peterson, *Pro Hac Vice*  
K&L GATES LLP  
925 Fourth Avenue, Suite 2900  
Seattle, WA 98104-1158  
(206) 623-7580  

HONORABLE GARY SPRAKER

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| In re:<br><br>WHITTIER SEAFOOD, LLC<br><br>   Debtors[1]. | Chapter 11<br>Case No. 24-00139<br><br>Jointly Administered<br><br>NOTICE OF HEARING ON THE STAPLETON GROUP'S MOTION FOR ORDER AUTHORIZING THE SALE OF SALACIA PLANT FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES |

    **PLEASE TAKE NOTICE** that on October 16, 2025, The Stapleton Group (the "Plan Administrator") filed a *Motion for Order Authorizing the Sale of Salacia Plant Free and Clear of all Liens, Claims, Interersts, and Encumbrances* (the "Motion") [Docket No. 556].

    The Motion is based upon the following: The Plan Administrator seeks Court approval authorizing the sale of the real estate and warehouse facility ("Salacia Plant") of Debtor Salacia, LLC to The Conversion of RCCI, LLC ("Buyer"), free and clear of all liens, claims, interests, and encumbrances in exchange for $10,500,000. The Plan Administrator entered into an APA with Buyer for the Salacia Plant, as the highest and best offer. The Plan Administrator requests that the Court enter an order approving the APA with Buyer; approving payment of a breakup fee to the Stalking Horse bidder; authorizing distributions of the sale proceeds in accordance with the terms of the Plan; and finding that the Buyer is a good faith purchaser for purposes of Bankruptcy Code Section 363(m). The Motion and supporting documents are on file with the Bankruptcy Court. You may contact the Bankruptcy Clerk or the undersigned to obtain a copy of the Motion and exhibits.

    **NOTICE IS HEREBY GIVEN THAT** a hearing will be held on the Motion at the Herbert A. Ross Historic Courtroom, Old Federal Building, 605 W. Fourth Avenue, Anchorage Alaska, on **October 29, 2025, at 2:00 PM AKT.** Parties appearing at the hearing, including the debtors, may appear in person in the courtroom or by Zoom video or telephonically. Parties appearing telephonically are responsible for calling in to the court's teleconference phone number. Instructions for appearing via Zoom or telephonically are available on the court's website at https://www.akb.uscourts.gov/attending-court-hearings.

---

[1] The Debtors are Marine Fishing International, Inc. ("MFI Inc."), Case No. 24-00140; Marine Fishing International,LLC ("MFI LLC"), Case No. 24-00141; Modys, LLC ("Modys"), Case No. 24-00142; Salacia, LLC ("Salacia"), Case No. 24-00143; Silver Wave, LLC ("Silver Wave"), Case No. 24-00144; and Whittier Seafood, LLC ("Whittier") (collectively, the "Whittier Group").

NOTICE OF HEARING ON THE STAPLETON GROUP'S  
MOTION FOR ORDER APPROVING SALE OF SALACIA  
PLANT FREE AND CLEAR - 1

K&L GATES LLP  
925 FOURTH AVENUE  
SUITE 2900  
SEATTLE, WASHINGTON 98104-1158  
TELEPHONE: (206) 623-7580  
FACSIMILE: (206) 623-7022

**PLEASE TAKE FURTHER NOTICE** that if you object to the granting of the Motion and entry of an order by the Court you must object in writing two business days prior to the hearing. Your written objection is to be filed with the Office of the Clerk of the above-entitled Court at the Old Federal Building, 605 West Fourth Avenue, Room 138, Anchorage, Alaska 99501-2296, a copy served upon the undersigned, and transmit a copy to the United States trustee at 605 West Fourth Avenue, Room 258, Anchorage, Alaska 99501-2296, on or before said date.

SHOULD YOU FAIL TO SO OBJECT, PLEASE BE ADVISED THAT THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO YOU.

DATED this 17th day of October, 2025.

K&L GATES LLP

By /s/ *Brian T. Peterson*
Brian T. Peterson, *Pro Hac Vac*
Attorney for The Stapleton Group, as Plan Administrator

NOTICE OF HEARING ON THE STAPLETON GROUP'S MOTION FOR ORDER APPROVING SALE OF SALACIA PLANT FREE AND CLEAR - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a paralegal in the law firm of K&L Gates LLP, and on October 17, 2025, she caused the foregoing document to be mailed to the creditor's address by first-class mail and filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 17th day of October, 2025 at Spokane, Washington.

/s/Anne Marie Landis
Anne Marie Landis

NOTICE OF HEARING ON THE STAPLETON GROUP'S MOTION FOR ORDER APPROVING SALE OF SALACIA PLANT FREE AND CLEAR - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022