David C. Neu (Admitted *pro hac vice*)              The Honorable Gary Spraker
Miller Nash, LLP
605 5th Ave. S., Suite 900
Seattle, WA  98104
Telephone: 206-777-7516
Email: david.neu@millernash.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

In Re:

WHITTIER SEAFOOD, LLC[1]

Debtors.

Chapter 11

Lead Case No. 24-00139
Jointly Administered

MILLER NASH LLP's RESPONSE TO PLAN ADMINISTRATOR'S MOTION FOR ORDER AUTHORIZING THE SALE OF SALACIA PLANT FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES

    Miller Nash LLP ("Miller Nash") an administrative creditor of Whittier Seafood, LLC ("Whittier") files this limited response to the Plan Administrator's Motion for Order Authorizing the Sale of Salacia Plan Free and Clear of All Liens, Claims, Interests, and Encumbrances (the "Salacia Sale Motion").

    Miller Nash is an administrative creditor of Whittier Seafood, LLC holding a claim for fees and costs approved by the Court. Miller Nash files this response to seek clarification of the proposed order (the "Salacia Sale Order") approving the Salacia Sale Motion. The

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC (collectively, the "Company Debtors" or "Debtors").

MILLER NASH RESPONSE - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON  98104

4906-6494-3221.3

waterfall for distribution of the proceeds of the sale of the Salacia Facility does not conform to the approved Plan, which states at Section G(1)(a):

> To the extent that the Whittier Sale occurs prior to the sale of the Salacia Plant, such that (i) Hilco's contractual commission and fees paid from the proceeds of the Whittier Sale exceed the Pro Rata allocation as set forth herein, and (ii) all Allowed Claims in Class 10 have not been paid in full, Whittier **shall receive a distribution from the Net Proceeds of the Salacia Sale** of the lesser of (x) the amount necessary to such that Salacia has paid it Pro Rata share of Hilco's total commission, or (ii) the amount necessary to pay all Allowed Claims in Class 10 in full.

The Salacia Sale Order does not provide for this distribution of Salacia Sale proceeds. By way of background, Hilco's contract requires that its full Sale Transaction Fee be paid out of the proceeds of the "first closing of a sale transaction." Declaration of Terri Straton [Skt. No. 159, Ex. A, ¶2(b). In other words, Hilco's sale transaction fee (the greater of 3% or $500,000, plus associated monthly fees, or $600,000) was to be paid from proceeds of the Whittier Sale, and then, per Section (G)(1)(a) of the Plan, Hilco was to be paid a recalculated fee (reflecting a 3% commission on the combined sale proceeds of both the Salacia and Whittier estates), with Whittier to receive a distribution from the Salacia sale proceeds equal to the difference between its pro rata share of the recalculated fee and the $600,000 initially paid from Whittier sale proceeds (in this case, $427,368.29).

The Sale Order neither conforms with this procedure nor provides for the release of the Whittier Sale proceeds held back (the "Whittier Holdback") by the Plan Administrator subject to further order of the Court.

In order to conform to the Plan and Hilco's engagement letter, the Proposed Order should be modified as follows:

1. Upon the entry of this Order, The Plan Administrator is authorized to release the $600,000 established under paragraph 11(a)(4) of the Whittier sale order (the "Whittier Sale Order") found at Docket No. [424] on account of Hilco's claim for its Commission of $704,793.68 that consists of (i) Salacia commissions and monthly fees of $532,162.97 and (ii) Whittier commissions and monthly fees of $172,631.71.

DISCLOSURE STATEMENT OBJECTION - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4906-6494-3221.3

2.      The Plan Administrator is authorized and directed to disburse the sale proceeds after Closing under the APA in accordance with the terms of Article VII.G of the Plan, as follows:

    (a)    First, Hilco shall be paid $104,793.68, reflecting the outstanding portion of its total fee of $704,793.68(a) for its contractually owed 3% commission in connection with the APA, and (b) monthly fees attributable to the Salacia assets not already satisfied from the release of the $600,000.00 holdback described immediately above in paragraph 18.

In accordance with Section VII(G)(1)(a) of the Fourth Amended Joint Plan of Reorganization found at Docket [No. 368], the Plan Administrator shall distribute $427,368.29 to Whitter creditors in the order of priority contained in 11 U.S.C. §507.

This may seem like a distinction without meaning, but it is not. Under the Plan, the proceeds of the Whittier Sale were not distributed in accordance with the priorities of 11 U.S.C. §507, rather the proceeds left after payment of Hilco's Sales Transaction Fee and to pay the adequate protection and equipment liens of Cathay Bank, were distributed to Whittier general unsecured creditors, skipping higher priority claims. Salacia Sale proceeds owed to Whittier are not subject to the same distribution scheme as Whittier Sale proceeds, meaning that they would be distributed according to the priorities of the Bankruptcy Code.

DISCLOSURE STATEMENT OBJECTION - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4906-6494-3221.3

DATED this 28th day of October, 2025.

        MILLER NASH LLP

By: */s/David C. Neu*
    David C. Neu (Admitted *pro hac vice*)
    Tel: (206) 624-8300
    Fax: (206) 340-9599
    Email: david.neu@millernash.com

    Attorneys for Miller Nash, LLP

DISCLOSURE STATEMENT OBJECTION - 4

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4906-6494-3221.3

**DECLARATION OF SERVICE**

I hereby certify that on October 28, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the parties.

EXECUTED this 28th day of October, 2025, at Arlington, Washington.

*/s/ Edgar Rosales*
Edgar Rosales, Paralegal

DECLARATION OF SERVICE - 5

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4906-6494-3221.3