# Notice Recipients

| | | |
|---|---|---|
| District/Off: 097−−3 | User: admin | Date Created: 10/30/2025 |
| Case: 24−00139 | Form ID: pdfcrs | Total: 29 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee | USTPRegion18.ak.ecf@usdoj.gov |
| aty | Alan D. Smith | adsmith@perkinscoie.com |
| aty | Alena Ivanov | ivanova@ballardspahr.com |
| aty | Brian T Peterson | brian.peterson@klgates.com |
| aty | Bruce Medeiros | saa@randalldanskin.com |
| aty | David C. Neu | david.neu@millernash.com |
| aty | Faye C Rasch | faye@wrlawgroup.com |
| aty | Garrett Eggen | geggen@sussmanshank.com |
| aty | George Pitts | gpitts@bhb.com |
| aty | Gregory R Fox | foxg@ballardspahr.com |
| aty | J. Todd Tracy | todd@thetracylawgroup.com |
| aty | James B. Zack | zackj@ballardspahr.com |
| aty | James E. Torgerson | jim.torgerson@stoel.com |
| aty | James L. Day | jday@bskd.com |
| aty | Jesus Miguel Palomares | jesus.palomares@millernash.com |
| aty | John S. Kaplan | john.kaplan@stoel.com |
| aty | Joseph M. Welch | joseph.welch@blankrome.com |
| aty | Kathryn Evans | Kathryn.Evans@usdoj.gov |
| aty | Laurie Thornton | lthornton@lawdbs.com |
| aty | Mark D Kotwick | kotwick@sewkis.com |
| aty | Michael J. Parise | parisem@ballardspahr.com |
| aty | Michael R. Mills | mills.mike@dorsey.com |
| aty | Robert Gayda | gayda@sewkis.com |
| aty | Ryan Murphy | rmurphy@fredlaw.com |
| aty | Samuel Andre | sandre@fredlaw.com |
| aty | Susan S. Ford | sford@sussmanshank.com |
| aty | Thomas W Stilley | tstilley@sussmanshank.com |
| aty | Todd Brannon | brannont@ballardspahr.com |

TOTAL: 28

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Whittier Seafood, LLC | 3 Lake Bellevue Drive, Suite 201 | Bellevue, WA 98005 |

TOTAL: 1