1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

David C. Neu (Admitted *pro hac vice*)
Miller Nash LLP
605 5th Ave. S., Suite 900
Seattle, WA  98104
Telephone: 206-777-7516
Email: david.neu@millernash.com

Counsel for the Official
Unsecured Creditors Committee

The Honorable Gary Spraker

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

In Re:

WHITTIER SEAFOOD, LLC[1]

Debtors.

Chapter 11

Lead Case No. 24-00139
Jointly Administered

NOTICE OF FILING OF MILLER NASH
LLP'S MOTION FOR RELEASE OF SALE
PROCEEDS

PLEASE TAKE NOTICE that Miller Nash LLP ("Miller Nash"), counsel for the Official

Unsecured Creditors' Committee of Whittier Seafoods, LLC (the "Committee") is filing the

Motion for Release of Sale Proceeds (the "Motion") seeking an order authorizing the Plan

Administrator, the Stapleton Group, Inc. (the "Plan Administrator"), to release proceeds of

sales of the processing plants and equipment located in Whitter, Alaska (the "Whittier

Plant") and Marysville, Washington (the "Salacia Plant") as set forth the Motion.

PLEASE TAKE FURTHER NOTICE that any party opposing the Motion must serve a

written response to the undersigned counsel at 605 5th Avenue, Ste. 900, Seattle, WA 98104, and

file a response with the Clerk of the United States Bankruptcy Court, Old Federal Building, 605

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC (collectively, the "Company Debtors" or "Debtors").

NOTICE OF FILING - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON  98104

4906-3178-5841.1

1    W. 4th Ave., #138, Anchorage, Alaska on the response date, which is **DECEMBER 1, 2025.** The

2    Court may enter an Order without an actual hearing or further notice unless a written objection is

3    timely filed and served.

4            Any party seeking a complete copy of the Motion and proposed order may contact

5    David Neu at david.neu@millernash.com or in writing indicated in the lower right-hand corner

6    of this pleading.

7            DATED this 7th day of November, 2025.

8            MILLER NASH LLP

9

10           By:/s/David C. Neu
                David C. Neu (Admitted *pro hac vice*)
11              Tel:  (206) 624-8300
                Fax:  (206) 340-9599
12              Email: david.neu@millernash.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF FILING - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON  98104

4906-3178-5841.1

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on November 7, 2025, I caused to be electronically filed the

3   foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4   such filing to the attorney of record for the parties.

5        EXECUTED this 7th day of November, 2025, at Seattle, Washington.

6

7        /s/ Anna Sier
         Anna Sier, Paralegal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON  98104

4906-3178-5841.1