Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone:  (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank

HONORABLE GARY SPRAKER

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| In re | Chapter 11 |
| WHITTIER SEAFOOD, LLC *et al.*,[1] | Lead Case No. 24-00139<br>Jointly Administered |
| Debtor. | **STIPULATED MOTION RE SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS** |

## I.    INTRODUCTION & RELIEF REQUESTED

Cathay Bank ("Cathay") respectfully requests entry of an order authorizing the Plan Administrator to distribute certain cash proceeds generated from the sale of debtor Salacia, LLC's real property (the "Salacia Plant").

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

1

## II.  <u>STATEMENT OF FACTS</u>

2    On June 5, 2025, the Court entered an order confirming the *Debtors' Fourth Amended Joint*

3    *Plan of Reorganization* (the "<u>Plan</u>").[2]  *See* ECF No. 368 (Plan); ECF No. 386 (order confirming

4    Plan).  The Plan is effective as of May 31, 2025.  *See* Plan § II.A.69.

5    On October 30, 2025, the Court entered an order authorizing the Plan Administrator to sell

6    the Salacia Plant (the "<u>Sale</u>").  *See* ECF No. 583 (the "<u>Sale Order</u>").

7    On November 14, 2025, the Plan Administrator closed the Sale and received cash proceeds

8    totaling $10,500,000 (the "<u>Sale Proceeds</u>").

9    Pursuant to the Plan and Sale Order, the Plan Administrator either made the following

10   distributions of Sale Proceeds when the Sale closed or continues to hold Sale Proceeds to make

11   these distributions by the end of this month (collectively, the "<u>Closing Distributions</u>"):

| AMOUNT | RECIPIENT & APPLICATION |
|---|---|
| $217,500 | SCT Investments, Ltd., applied to its stocking horse break-up fee |
| $90,016 | Closing fees, including seller property taxes and title fees |
| $149,548 | Plan Administrator, applied to or held for its compensation and expenses for July, September, and October 2025 |
| $65,000 | Plan Administrator, holdback for its estimated compensation and expenses for November 2025 |

*See* Plan § VII.G.1.b.; Sale Order ¶¶ 18(c), 18(d).

Pursuant to the Plan and Sale Order, the Plan Administrator also held back, and continues

to hold, (i) $445,162 "pending the entry by the Court of a further order determining how the Plan

Administrator shall pay Hilco's contractually owed commission and fees," (ii) $67,796 for Hilco's

expenses related to the Sale, and (iii) $84,000 to "cover any quarterly United States Trustee fees

---

[2] Capitalized terms used but not defined in this Stipulation have the meaning set forth in the Plan.

STIPULATED MOTION RE
SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS - 2

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

1  for the fourth quarter of 2025," to be paid when due (collectively, the "Closing Holdbacks").  *See*

2  Plan §§ VII.G.1.a, VIII.D; Sale Order ¶¶ 18(a), 18(c).[3]

3  After deducting the $522,064 aggregate Closing Distributions and the $596,958 aggregate

4  Closing Holdbacks, the Plan Administrator is holding the remaining Sale Proceeds in the total

5  amount of $9,380,978 for distribution to lienholders (the "Remaining Sale Proceeds").

6  The Plan requires the Plan Administrator to hold the Remaining Sale Proceeds pending

7  resolution of certain lien priority disputes among Cathay, Harris Pacific Northwest, LLC, Tesla

8  Electric, LLC, Mastercraft Electric, Inc., and the Official Unsecured Creditors Committee of

9  Whittier Seafood, LLC.  *See* Plan § VII.G.1.b.; Sale Order ¶ 18(e).

10  ### III.  MOTION

11  Cathay, Harris Pacific Northwest, LLC, and Tesla Electric, LLC have agreed to the

12  following priorities (and amounts) for distributing the Remaining Sale Proceeds:

| AMOUNT | RECIPIENT & APPLICATION |
|---|---|
| $3,175,000 | Harris Pacific Northwest, LLC, to apply to the Class 2 Allowed Claim |
| $350,000 | Tesla Electric, LLC, to apply to the Class 3 Allowed Claim |
| $5,240,502 | Cathay, to apply to the Class 1 Allowed Claim[4] |
| $615,476 | Cathay, to hold in a Cathay-controlled account without applying to the Class 1 Allowed Claim, until final resolution of the *Motion for Order (i) Granting Derivative Standing to Pursue Surcharge; and (ii) Approving Surcharge Under 11 U.S.C. § 506(c) Against Cathay Bank's Collateral* filed by Bush Kornfeld [ECF No. 586][5] |
| $0 | Mastercraft Electric, Inc. |
| $0 | Official Unsecured Creditors Committee of Whittier Seafood, LLC |

---

[3] The Sale Order provides for a $104,000 holdback for the US Trustee's fourth quarter fees; however, the US Trustee's fees applicable to the Sale are $84,000, whereas the Plan Administrator allocated proceeds from other assets sales to cover the portions of the US Trustee's quarterly fees applicable to those sales ($36,907 from the Whittier assets, and $23,200 from the Salacia equipment).

[4] The Class 1 Allowed Claim balance, including principal and interest, is $18,294,563.12 as of November 20, 2025.

[5] Cathay reserves all rights and defenses to Bush Kornfeld's surcharge motion.

STIPULATED MOTION RE
SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS - 3

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

1  Pursuant to Plan § VII.G.1.b. and Sale Order ¶ 18(e), Cathay now requests that the Court authorize

2  and direct the Plan Administrator to distribute the Remaining Sale Proceeds in the agreed amounts

3  set forth above, within three (3) business days of entry of the proposed order or upon receipt of

4  payment instructions to be provided by each party to the Plan Administrator, whichever is later.

5                              **IV.**    **CONCLUSION**

6          For these reasons, Cathay respectfully requests that the Court enter the proposed order

7  attached hereto as <u>Exhibit A</u>, to distribute the Remaining Sale Proceeds in the agreed amounts.

8  DATED:  November 26, 2025          BALLARD SPAHR LLP

9

10                                     By:  */s/ James B. Zack*
                                       James B. Zack, *Admitted Pro Hac Vice*
11                                     Attorneys for Cathay Bank

12  **STIPULATED BY:**

13

14  DATED:  November 26, 2025          FREDRIKSON & BYRON P.A.

15

16                                     By:  */s/ Ryan T. Murphy*
                                       Ryan T. Murphy, *Admitted Pro Hac Vice*
17                                     Attorneys for Harris Pacific Northwest, LLC

18  DATED:  November 26, 2025          WENOKUR RIORDAN PLLC

19

20                                     By:  */s/ Faye C. Rasch*
                                       Faye C. Rasch, *Admitted Pro Hac Vice*
21                                     Attorneys for Tesla Electric, LLC

22

23

24

25

26

27

STIPULATED MOTION RE                              BALLARD SPAHR LLP
SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS - 4      1301 2ND AVE, SUITE 2800
                                                   SEATTLE, WA 98101-2930
                                              206.223.7000 FAX: 206.223.7107

# EXHIBIT A

1  Gregory R. Fox, WSBA No. 30559*                    HONORABLE GARY SPRAKER
   James B. Zack, WSBA No. 48122*
2  Alena Ivanov, WSBA No. 59900*
   BALLARD SPAHR LLP
3  1301 2nd Ave, Suite 2800
   Seattle, WA 98101-2930
4  Telephone:  (206) 223-7000
   foxg@ballardspahr.com
5  zackj@ballardspahr.com
   ivanova@ballardspahr.com
6  *Admitted Pro Hac Vice

7  Michael J. Parise, ABA No. 7906044
   BALLARD SPAHR LLP
8  1600 A Street, Suite 304
   Anchorage, AK 99503-2648
9  Tel: (907) 264-3322
   parisem@ballardspahr.com
10
   Attorneys for Cathay Bank
11

12
                    UNITED STATES BANKRUPTCY COURT
13                         DISTRICT OF ALASKA

14  In re                                    Chapter 11

15  WHITTIER SEAFOOD, LLC *et al*.,[1]        Lead Case No. 24-00139
                                             Jointly Administered
16                            Debtor.
                                             **[PROPOSED]**
17                                           **STIPULATED ORDER RE SALACIA**
                                             **PLANT SALE PROCEEDS**
18                                           **DISTRIBUTIONS**

19  ──────────────────────────────────

20       This matter came before the Court on the *Stipulated Motion re Salacia Plant Sale Proceeds*

21  *Distributions* (the "Motion")[2] filed by Cathay, and stipulated to by Harris Pacific Northwest, LLC

22  and Tesla Electric, LLC; the Court has considered the Motion and the record and files herein and

23

24  ────────────────
    [1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing
25  International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case
    No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.
26
    [2] Capitalized terms used but not defined in this Order have the meaning set forth in the Stipulation.
27

1   finds that adequate notice of the Motion was given, and sufficient cause exists to grant the

2   requested relief.  Now, therefore,

3   **IT IS HEREBY ORDERED:**

4   1.      The Motion is GRANTED; and

5   2.      The Plan Administrator is authorized and directed to distribute the Remaining Sale

6   Proceeds in the following amounts, within three (3) business days of entry of this Stipulated Order

7   or upon receipt of payment instructions to be provided by each party to the Plan Administrator,

8   whichever is later:

9           a.      $3,175,000 to Harris Pacific Northwest, LLC;

10          b.      $350,000 to Tesla Electric, LLC;

11          c.      $5,240,502 to Cathay; and

12          d.      $615,476 to Cathay, to hold in a Cathay-controlled account without

13                  applying to the Class 1 Allowed Claim, until final resolution of the *Motion*

14                  *for Order (i) Granting Derivative Standing to Pursue Surcharge; and (ii)*

15                  *Approving Surcharge Under 11 U.S.C. § 506(c) Against Cathay Bank's*

16                  *Collateral* filed by Bush Kornfeld [ECF No. 586].

17          ENTERED this ___ day of November 2025.

18

19          _____

20          THE HONORABLE GARY SPRAKER
            United States Bankrupcy Judge

21   Serve:      Debtors
22               U.S. Trustee
                 ECF Participants via NEF

23

24

25

26

27

1

<u>CERTIFICATE OF SERVICE</u>

2

3

The undersigned hereby certifies that on November 26, 2025, a true and correct copy of the foregoing document was served electronically through the ECF system as indicated on the Notice of Electronic Filing, including the following persons:

4

5

Debtors
U.S. Trustee
Registered ECF Participants

6

7

By:  <u>/s/James B. Zack</u>
     James B. Zack, Ballard Spahr LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION RE
SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS - 5

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107