David C. Neu (Admitted *pro hac vice*)      The Honorable Gary Spraker
Miller Nash, LLP
605 5th Ave. S., Suite 900
Seattle, WA  98104
Telephone: 206-777-7516
Email: david.neu@millernash.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA AT ANCHORAGE

In Re:

WHITTIER SEAFOOD, LLC[1]

    Debtors.

Chapter 11

Lead Case No. 24-00139
Jointly Administered

MILLER NASH LLP'S REPLY TO ALEKSEY KOZLOV'S RESPONSE TO MOTION FOR RELEASE OF SALE PROCEEDS

## I.    REPLY

While Mr. Kozlov's Response is not couched as an objection to Miller Nash LLP's ("Miller Nash") Motion for Release of Sale Proceeds (the "Motion"), Miller Nash nonetheless replies to his request that the Salacia Sale Proceeds[2] held by the Plan Administrator be distributed *pro rata* among Miller Nash, Dundon Advisors ("Dundon"), and Bush Kornfeld, the administrative creditors of Whitter. As is set forth in the Declaration of David C. Neu (the "Neu Decl."), Miller Nash, Dundon, and Bush Kornfeld have worked to reach an agreement on the allocation of the Salacia Sale Proceeds at issue. An agreement was necessary given that Bush Kornfeld has an administrative claim not just against the Whittier estate, but also against the other five Debtors. While not an exact science by any means, counsel for Miller Nash reviewed

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC ("Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC (collectively, the "Company Debtors" or "Debtors").

[2] Unless otherwise defined, capitalized terms have the same meaning as set forth in the Motion.

MILLER NASH LLP'S REPLY TO ALEKSEY KOZLOV'S
RESPONSE TO MOTION FOR RELEASE OF SALE
PROCEEDS - 1

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4915-2923-9166.2

all of Bush Konrfeld's fees and expenses and produced an allocation that Miller Nash, Dundon, and Bush Kornfeld agreed to.

As detailed in the Neu Decl., counsel for Miller Nash looked at the time entries in Bush Kornfeld's invoices. Fees and expenses that were only related to Whittier, such as negotiating the sale, working to close the sale, talking with potential buyers, etc. were allocated solely to the Whittier estate. Time and expenses related solely to other Debtors, such as negotiations related to the Mody's office building, the Silver Wave vessels, or the Salacia sale, were excluded from the "Whittier bucket." Time and expenses for work that was done for all of the Debtors, such as Plan drafting, negotiations, case administration, etc., was divided by six and one-sixth was allocated to the Whittier bucket. Moreover, Bush Kornfeld agreed to return a portion of the retainer it held to the Whittier estate, in the same proportion as the fees that were allocated to Whittier. Again, this was not an exact science, and there was debate amongst the parties as to whether greater allocations should be imposed on Whittier, Modys and Salacia. At the end of the day, Miller Nash, Dundon, and Bush Korfeld have agreed to an allocation reflected in the redline order attached hereto. A spreadsheet detailing the calculation is attached to the Neu Decl. as <u>Exhibit A</u>.

## II.    CONCLUSION

Based on the above, Miller Nash requests that the revised order be entered by the Court.

DATED this 8th day of December, 2025.

MILLER NASH LLP

By: <u>/s/David C. Neu</u>
    David C. Neu (Admitted *pro hac vice*)
    Tel: (206) 624-8300
    Fax: (206) 340-9599
    Email: david.neu@millernash.com

Attorneys for Miller Nash, LLP

MILLER NASH LLP'S REPLY TO ALEKSEY KOZLOV'S RESPONSE TO MOTION FOR RELEASE OF SALE PROCEEDS - 2

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

4915-2923-9166.2

## **DECLARATION OF SERVICE**

I hereby certify that on December 8, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the parties.

EXECUTED this 8th day of December, 2025, at Seattle, Washington.

*/s/ Anna Sier*
Anna Sier, Paralegal

DECLARATION OF SERVICE - 3

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON  98104

4915-2923-9166.2