JOHN S. KAPLAN (*Admitted Pro Hac Vice*)
john.kaplan@stoel.com
JAMES E. TORGERSON, Bar No. 8509120
jim.torgerson@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
*Attorneys for Aleksey N. Kozlov*

The Honorable Gary Spraker

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re

WHITTIER SEAFOOD, LLC et al.,[1]

Debtor.

Case No. 24-00139

Chapter 11

**DECLARATION OF ALEKSEY N. KOZLOV IN SUPPORT OF OBJECTION TO STIPULATED MOTION RE SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS**

I, Aleksey N. Kozlov, declares and states as follows:

1.  I am over the age of 18 and competent to testify to the matters herein. I make this declaration based on my own personal knowledge of the matters stated herein, unless indicated otherwise.

2.  I make this declaration in support of my objection to the *Stipulated Motion RE Salacia Plant Sale Proceeds Distributions* (Dkt. 598).

3.  I disagree that Tesla Electric, LLC ("**Tesla**") is owed $350,000 or more by Debtor Salacia, LLC ("**Salacia**"). Attached hereto as **Exhibit A** is true and correct copy of a document labelled "Salacia Invoice Update 10/26/2023" that Salacia received from Tesla.

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

DECLARATION OF ALEKSEY N. KOZLOV IN SUPPORT OF OBJECTION TO STIPULATED MOTION RE SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS

1

151376968.1 0083694-00002

4. Attached hereto as **Exhibit B** is true and correct copy of Tesla Electric Invoice #21A in the amount of $92,420.17, which is part of the charges listed on Exhibit A. Tesla billed Salacia a total of $98,242.64 for an *estimate* for future work in the Spring of 2023. Salacia had three companies provide estimates. Salacia ultimately awarded the job to Mastercraft Electric, Inc. No other contractor charged Salacia just to give an estimate. Tesla's estimate was not part of any contract or change order between Salacia and Tesla; in other words, there was no written agreement for Salacia to pay Tesla for providing an estimate. The invoice includes mark-ups for overhead and profit which are even more inappropriate for an estimate.

5. Attached hereto as **Exhibit C** is true and correct copy of a check stub for a payment of $153,900.06 made on or about May 9, 2023 from Salacia to Tesla (the "**May 9 Payment**"), along with a calculation supporting such payment and an Unconditional Release of Lien signed by Tesla Electric signed on May 9, 2023 with a Wavier Date of April 26, 2023.

6. Tesla signed the Unconditional Release of Lien" in exchange for a check in the amount of $153,900.06. Salacia would not have made the May 9 Payment if it had not received a simultaneous Unconditional Lien Release from Tesla.

7. The Unconditional Lien Release as of April 26, 2024 clearly covers the "Labor November 2022" and "Labor December 2023" included on Invoice 023A, as listed on Exhibit A, as well as most or all of the Estimate work that is the subject of Invoice #21A.

8. I agree that Salacia owes Tesla for Invoices 22A, 22B, and 25A on Exhibit A. I do not believe that I was ever provided the support for Invoice 24A and do not know what it covers and whether it is legitimately owed to Tesla.

//

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 10th day of December, 2025, at Paradise Valley, Arizona.

Aleksey N. Kozlov

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

DECLARATION OF ALEKSEY N. KOZLOV IN SUPPORT OF OBJECTION TO STIPULATED MOTION RE SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS

3

151376968.1 0083694-00002

**EXHIBITS**

Exhibit A    Salacia Invoice Update 10/26/2023

Exhibit B    Tesla Electric Invoice #21A in the amount of $92,420.17

Exhibit C    Check Stub for $153,900.06 for May 9, 2023 check along with an accounting for such payment and Unconditional Release of Lien signed by Tesla Electric

# EXHIBIT A



## Salacia Invoice Update 10/26/2023

**Invoice #:** 21A, 22A, 22B, 23A, 24A, 25A, Late fees

**Customer:** Salacia

**Project:** Building 1, Delta 3-4

**Scope:** Provide electrical support for construction of building 1 and support for research, development, and pricing of the "Delta 3 & 4" (process area) changes.

**Date:** 12/2021 – 9/2023

| # | Task | Description | Cost | Extended |
|---|---|---|---|---|
| | | | | |
| 1 | Invoice 21A submitted 4/4/22 Labor Costs | Design review / research & constructability | $ 66,781.92 | |
| | | Overhead (15%) | $ 10,017.29 | |
| | | Subtotal | $ 76,799.21 | |
| | | Profit (10%) | $ 7,679.92 | |
| | | Subtotal | $ 84,479.13 | |
| | | Total (inc tax) submitted 5/12/23 | $ 92,420.17 | |
| | | Late Fees (6/1 - 10/18/22) | $ 5,822.47 | $ 98,242.64 |
| | | | | |
| 2 | Invoice 022A | On site storage container 4/8-10/8 @ 9.4% | $ 6,849.36 | $ 6,849.36 |
| 3 | Invoice 022B | On site storage container 3/8-4/8 @ 9.3% | $ 1,602.44 | $ 1,602.44 |
| | | | | |
| 4 | Invoice 023A Outstanding Labor | Outstanding money owed on Labor | | |
| | | Labor November 2022 | $ 29,244.20 | |
| | | Labor December 2022 | $ 40,371.57 | |
| | | Subtotal | $ 69,615.77 | |
| | | Overhead (15%) | $ 10,442.37 | |
| | | Subtotal | $ 80,058.14 | |
| | | Profit (10%) | $ 8,005.81 | |
| | | Subtotal | $ 88,063.95 | |
| | | WA Sales Tax (9.4%) | $ 8,278.01 | |
| | | Subtotal | $ 96,341.96 | |
| | | Late Fees 2/18 - 10/18 | $ 11,561.04 | $ 107,903.00 |
| | | | | |
| 5 | Invoice 024A Labor 5/1-5/5, Fieldwire, Pacific Mobile, Fastenal | Labor & Support | $ 18,771.88 | |
| | | Overhead (15%) | $ 2,815.78 | |
| | | Subtotal | $ 21,587.66 | |
| | | Profit (10%) | $ 2,158.77 | |



| | | | | |
|---|---|---|---|---|
| | | Subtotal | $ 23,746.43 | |
| | | Total (inc tax) **Not Yet Submitted** | $ 25,978.59 | $ 25,978.59 |
| | | | | |
| | | | | |
| 3 | **Invoice 25A** | Labor Costs to clear site | $ 8,914.08 | |
| | **Demobilization** | Trailer rental / milage | $ 564.40 | |
| | | Subtotal | $ 9,478.48 | |
| | | Overhead (15%) | $ 1,421.77 | |
| | | Subtotal | $ 10,900.25 | |
| | | Profit (10%) | $ 1,090.03 | |
| | | Subtotal | $ 11,990.28 | |
| | | Total (inc tax) **Not Yet Submitted** | $ 13,117.37 | $ 13,117.37 |
| | | | | |
| 4 | **Late Fees** | Fees on bounced checks ($31,953.54) | | |
| | | 5/12 - 6/26 | $ 958.61 | $ 958.61 |
| | | | | |
| | | | | |
| | | | Total: | $ 254,652.01 |

# EXHIBIT B

# Tesla Electric LLC     Project - Salacia
PO Box 7066, Bonney Lake, WA 98391     Invoice #021A

**Bill To**
Salacia, LLC
3 Lake Bellevue Drive Bellevue, WA 98005 Attn: Roger Stiles

**Date**
1/01/2023
Thru 4/30/2023

05/04/2023                                                                                    Payment Due 5/25/2023

| Description | Man Hours | Rate | Amount |
|---|---|---|---|
| Delta 3 & 4 Contract - Scope of Work: Review Design, Get Revised Equipment Requirements from Salacia, Make Design Changes, Specify appropriate Materials and Estimate / Quote the Changes. | | | |
| Labor: Sr.Proj. Manager | 264.0 | $120.00 | $31,680.00 |
| Labor: General Foreman | | $116.45 | $0.00 |
| Labor: Foreman | 337.0 | $104.16 | $35,101.92 |
| Labor: Journeyman | | $98.39 | $0.00 |
| Labor: Apprentice | | $85.42 | $0.00 |
| Materials Only: | | | |
| | | | $0.00 |
| Sub-Total | | | $66,781.92 |
| Overhead 15% | | 15.00% | $10,017.29 |
| Sub-Total | | | $76,799.21 |
| Profit 10% | | 10.00% | $7,679.92 |
| Sub Total | | | $84,479.13 |
| Washington State Sales Tax 9.4% | | | $7,941.04 |
| | | | |
| **Total Progress Bill for Delta 3 & 4** | | | **$92,420.17** |

We appreciate your prompt payment.

| E-mail | | | Web Site |
|---|---|---|---|
| spencer@teslaelectricwa.com | | | teslaelectricwa.com |

## Salacia - January through April Total Time / Labor Breakdown By Contract

| Delta 3 & 4 Contract | PM | General Forman | Forman | Journeyman | Apprentice |
|---|---|---|---|---|---|
| 1/1-1/7 | 24 | | | | |
| 1/15-1/21 | 40 | | | | |
| 2/5-2/11 | 24 | | | | |
| 2/12-2/18 | | | 16 | | |
| 3/5-3/11 | 24 | | 32 | | |
| 3/12-3/18 | | | 36 | | |
| 3/19-3/25 | 24 | | 3 | | |
| 3/26-3/31 | 32 | | 20 | | |
| 4/2-4/8 | 24 | | 40 | | |
| 4/9-4/15 | 24 | | 40 | | |
| 4/16-4/22 | 24 | | 78 | | |
| 4/23-4/29 | 24 | | 72 | | |
| **Totals** | **264** | **0** | **337** | **0** | **0** |
| Hourly Rates | $ 120.00 | $116.67 | $ 104.16 | $ 98.39 | $ 85.42 |
| Totals | $ 31,680.00 | $ - | $ 35,101.92 | $ - | $ - |

# EXHIBIT C

Salaci, LLC

Tesla Electric LLC  
5/9/2023  
1100

1100

| Date | Description | Orig. Amt. | Amt. Due | Discount | Amount |
|---|---|---|---|---|---|
| 5/8/2023 | Bill #FC 02.28.2023 | 153,900.06 | 153,900.06 | | 153,900.06 |

Finance charges for invs. from Jul 2021 thru Febru    153,900.06

PRODUCT SSLT103    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

2973867200  
D8IRG8  SLKDK02  03/01/2023 14:09  -401-

**Salacia invoices with payment dates and # of days over 30 daysBeforereceipt.**

| Salacia Invoice # | QuickBooks Invoice # | Invoice Total | Subtotal prior to tax | Invoice Date | Received Date | Days until payment | Number of Days over 30 | Interest Penalty - Calc's by Gary 1.5% | |
|---|---|---|---|---|---|---|---|---|---|
| 001 Base-Jul Invoice | | | | | | | | | |
| | 1 | $ 74,644.91 | $ 74,644.91 | 7/30/2021 | 9/2/2021 | 34 | 4 | $ 149.29 | |
| 004 Aug Invoice | | | | | | | | | |
| | 3 | $ 52,000.11 | $ 52,000.11 | 9/2/2021 | 9/29/2021 | 27 | | | |
| 005 Sept Invoice | | | | | | | | | |
| | 4 | $ 50,746.52 | $ 35,482.64 | 10/1/2021 | 10/27/2021 | 26 | | | |
| 006 Oct Invoices 4A,4B | | | | | | | | | |
| 4A | 5 | $ 214,830.06 | $ 196,550.83 | 11/1/2021 | 12/7/2021 | 36 | 6 | $ 589.65 | |
| 4B | 6 | $ 2,736.16 | $ 2,503.35 | 11/1/2021 | 12/7/2021 | 36 | 6 | $ 7.51 | |
| 007 Nov Invoices 5A,5B | | | | | | | | | |
| 5A | 8 | $ 174,680.24 | $ 159,817.24 | 12/1/2021 | 1/12/2022 | 42 | 12 | $ 958.90 | |
| 5B | 7 | $ 5,634.06 | $ 5,154.68 | 11/30/2021 | 12/22/2021 | 22 | | | |
| 008 Dec Invoices 6A,6B | | | | | | | | | |
| 6A | 9 | $ 91,231.77 | $ 83,469.14 | 1/3/2022 | 2/7/2022 | 35 | 5 | $ 208.67 | |
| 6B | 10 | $ 35,282.34 | $ 32,280.27 | 1/3/2022 | 3/10/2022 | 66 | 36 | $ 581.04 | |
| 009 Jan Invoices 7A,7B,7C | | | | | | | | | |
| 7A | 11 | $ 161,684.03 | $ 147,926.84 | 2/3/2022 | 2/18/2022 | 15 | | | |
| 7B | 13 | $ 2,870.43 | $ 2,626.19 | 2/3/2022 | 3/10/2022 | 35 | 5 | $ 6.57 | |
| 7C | 12 | $ 797.36 | $ 729.51 | 2/3/2022 | 2/18/2022 | 15 | | | |
| 010 Feb Invoices 8A,8B,8C | | | | | | | | | |
| 8A | 14 | $ 450,723.33 | $ 412,372.67 | 3/1/2022 | 4/12/2022 | 42 | 12 | $ 2,474.24 | |
| 8B | 15 | $ 11,721.61 | $ 10,724.25 | 3/1/2022 | 4/12/2022 | 42 | 12 | $ 64.35 | |
| 8C | 16 | $ 3,101.83 | $ 2,837.91 | 3/1/2022 | 4/12/2022 | 42 | 12 | $ 17.03 | |
| 011 Mar Invoices 9A,9B,9C | | | | | | | | | |
| 9A | 17 | $ 673,387.88 | $ 615,245.13 | 4/1/2022 | 5/19/2022 | 48 | 18 | $ 5,537.21 | $ 10,100.82 |
| 9B | 18 | $ 13,628.52 | $ 12,468.92 | 4/1/2022 | 5/19/2022 | 48 | 18 | $ 112.22 | $ 5,977.47 |
| 9C | 19 | $ 7,715.61 | $ 7,059.11 | 4/1/2022 | 5/19/2022 | 48 | 18 | $ 63.53 | |
| 012 Apr Invoices 10A,10B | | | | | | | | | |
| 10A | 20 | $ 412,467.92 | $ 376,601.38 | 5/4/2022 | 6/27/2022 | 54 | 24 | $ 4,519.22 | |
| 10B | 21 | $ 9,613.64 | $ 8,787.60 | 5/4/2022 | 6/27/2022 | 54 | 24 | $ 105.45 | |
| 013 May Invoices 11A,11B,11C | | | | | | | | | |
| 11A | 22 | $ 462,773.14 | $ 422,877.33 | 6/1/2022 | 9/26/2022 | 117 | 87 | $ 18,395.16 | $ 19,854.87 |
| 11B | 23 | $ 2,571.74 | $ 2,350.77 | 6/1/2022 | 9/26/2022 | 117 | 87 | $ 102.26 | |
| 11C | 24 | $ 3,466.62 | $ 3,168.76 | 6/1/2022 | 9/26/2022 | 117 | 87 | $ 137.84 | |
| | | | | | Interest Credit - Progress Payments | | | $ (7,307.50) | |
| 014 Jun Invoices 12A, 12B | | | | | | | | | |
| 12A | 25 | $ 353,736.57 | $ 321,996.17 | 7/1/2022 | 11/15/2022 | 137 | 107 | $ 17,226.80 | |
| 12B | 26 | $ 7,393.90 | $ 6,758.59 | 7/1/2022 | 11/15/2022 | 137 | 107 | $ 361.58 | |
| | | | | | Interest Credit - Progress Payments | | | $ (5,289.71) | |
| 015 Jul Invoices 13A, 13C | | | | | | | | | |
| 13A | 27 | $ 320,503.67 | $ 291,538.55 | 8/1/2022 | 12/23/2022 | 144 | 114 | $ 16,617.70 | |
| 13C | 28 | $ 1,830.07 | $ 1,672.82 | 8/1/2022 | 12/23/2022 | 144 | 114 | $ 95.35 | |
| | | | | | Interest Due w/ Progress Payments Credit | | | | $ 55,734.35 |
| 016 Aug Invoices R1-14A, 14B | | | | | | | | | |
| R1-14A | 29 | $ 351,671.54 | $ 320,784.65 | 9/1/2022 | 2/27/2023 | 179 | 149 | $ 23,898.46 | |
| 14B | 30 | $ 239,243.12 | $ 218,686.58 | 9/1/2022 | 2/27/2023 | 179 | 149 | $ 16,292.15 | |
| 017 Sept invoices 15A,15B,15C | | | | | | | | | |
| 15A | 31 | $ 280,098.22 | $ 256,031.28 | 10/3/2022 | 2/27/2023 | 147 | 117 | $ 14,977.83 | |
| 15B | 32 | $ 276,664.02 | $ 252,892.16 | 10/1/2022 | 2/27/2023 | 149 | 119 | $ 15,047.08 | |
| 15C | 33 | $ 3,673.06 | $ 3,357.46 | 10/1/2022 | 2/27/2023 | 149 | 119 | $ 199.77 | |
| 018 Oct invoices 16A, 16B | | | | | | | | | |
| 16A | 34 | $ 522,623.16 | $ 477,672.24 | 11/1/2022 | 2/27/2023 | 118 | 88 | $ 21,017.58 | |
| 16B | 35 | $ 6,447.19 | $ 5,893.23 | 11/1/2022 | 2/27/2023 | 118 | 88 | $ 259.30 | |
| 019 Nov invoices 17A, 17B | | | | | | | | | |
| 17A | 36 | $ 56,719.65 | $ 51,846.39 | 12/1/2022 | 2/27/2023 | 88 | 58 | $ 1,503.55 | |
| 17B | 37 | $ 99,597.25 | $ 91,039.53 | 12/1/2022 | 2/27/2023 | 88 | 58 | $ 2,640.15 | |
| 020 Dec invoices 18A, 18B | | | | | | | | | |
| 18A | 38 | $ 199,218.82 | $ 182,101.30 | 1/3/2023 | 2/27/2023 | 55 | 25 | $ 2,276.27 | |
| 18B | 39 | $ 4,689.55 | $ 4,286.61 | 1/3/2023 | 2/27/2023 | 55 | 25 | $ 53.58 | |
| | | | | | | | Interest Due - Open Invoices | | $ 98,165.71 |
| | | | | | Interest Calc thru February 28, 2023 | | | | $ 153,900.06 |

## UNCONDITIONAL WAIVER OF LIEN

The undersigned Contractor hereby acknowledges receipt of the Payment specified below as payment in full for all labor, professional services, materials, and/or equipment furnished by Contractor to Salacia LLC, a Washington limited liability company, for use on or about the Property identified below through the waiver date specified below.

By executing and delivering this Waiver, Contractor releases and waives any right to assert, record, and/or foreclose any lien against the Property– including any lien right that may arise pursuant to RCW 60.04 – for labor, professional services, materials, and/or equipment provided by Contractor with respect to the Property through the waiver date. Contractor reserves the right to assert a claim, lien, or bond claim for any retention, and for labor, professional services, materials, and/or equipment provided after the waiver date, to the extent allowed by law.

The person signing this waiver warrants that he/she is authorized to execute this Waiver of Lien on behalf of the Contractor, and that this Waiver is the binding act of the Contractor for all purposes and enforceable according to its terms.

CONTRACTOR: Tesla Electric

PAYMENT: $153,900.06      CHECK NO: 1100

WAIVER DATE: 4/26/2023

PROPERTY: Salacia's food processing facility in Snohomish County, Washington, with a site address of 14101 45th Ave NE, Marysville, Washington 98271, and comprised of Snohomish County Assessor Parcel Nos. 31053300400500, 31053300400900, 31053300400700, 30050400102500, and 31053300400400.

**I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE ABOVE IS A TRUE AND CORRECT STATEMENT.**

Contractor:

Tesla Electric                    [company name]

By: _Spencer Tomlinson_ [signature]
     SPENCER TOMLINSON     [name of person signing]
Its:    OWNER                [title of person signing]

DATE SIGNED: 5/9/23

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2025, a true and correct copy of the attached document was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

DATED:  December 10, 2025

/s/ John S. Kaplan
John S. Kaplan