Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone: (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
**Admitted Pro Hac Vice*

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re<br><br>WHITTIER SEAFOOD, LLC *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Lead Case No. 24-00139-GS<br>Jointly Administered<br><br>**STIPULATED ORDER RE SALACIA PLANT SALE PROCEEDS DISTRIBUTIONS** |

This matter came before the Court on the *Stipulated Motion re Salacia Plant Sale Proceeds Distributions* (ECF No. 598) (Motion) [2] filed by Cathay, and stipulated to by Harris Pacific Northwest, LLC and Tesla Electric, LLC; the Court has considered the Motion and the record and

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

[2] Capitalized terms used but not defined in this Order have the meaning set forth in the Stipulation.

files herein and finds that adequate notice of the Motion was given, and sufficient cause exists to grant the requested relief. Now, therefore,

**IT IS HEREBY ORDERED:**

1. This Stipulated Order shall only be effective if entered by December 31, 2025;

2. The objection to the Motion filed by Aleksey N. Kozlov (ECF No. 612) is hereby withdrawn;

3. The Stipulated Motion re Salacia Plant Sale Proceeds Distributions (ECF No. 598) is GRANTED; and

4. The Plan Administrator is authorized and directed to distribute the Remaining Sale Proceeds in the following amounts, within three (3) business days of entry of this Stipulated Order or upon receipt of payment instructions to be provided by each party to the Plan Administrator, whichever is later:

   a. $3,175,000 to Harris Pacific Northwest, LLC;

   b. $350,000 to Tesla Electric, LLC;

   c. $5,240,502 to Cathay; and

   d. $615,476 to Cathay, to hold in a Cathay-controlled account without applying to the Class 1 Allowed Claim, until final resolution of the *Motion for Order (i) Granting Derivative Standing to Pursue Surcharge; and (ii) Approving Surcharge Under 11 U.S.C. § 506(c) Against Cathay Bank's Collateral* filed by Bush Kornfeld [ECF No. 586].

ENTERED this 15th day of December 2025.

/s/ Gary Spraker
GARY SPRAKER
United States Bankrupcy Judge



BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

Order Presented and Stipulated by:

BALLARD SPAHR LLP

By: */s/ James B. Zack*
James B. Zack, *Admitted Pro Hac Vice*
Attorneys for Cathay Bank

FREDRIKSON & BYRON P.A.

By: */s/ Ryan T. Murphy*
Ryan T. Murphy, *Admitted Pro Hac Vice*
Attorneys for Harris Pacific Northwest, LLC

WENOKUR RIORDAN PLLC

By: */s/ Faye C. Rasch*
Faye C. Rasch, *Admitted Pro Hac Vice*
Attorneys for Tesla Electric, LLC

STOEL RIVES LLP

By: */s/ John S. Kaplan*
John S. Kaplan, *Admitted Pro Hac Vice*
Attorneys for Aleksey N. Kozlov

Serve: Debtors
J. Day, Esq.
G. Fox, Esq.
D. Neu, Esq.
M. Parise, Esq.
L. Thornton, Esq.
J. Torgerson, Esq.
J. Kaplan, Esq.
R. Murphy, Esq.
M. Mills, Esq.
T. Brannon, Esq.
A. Ivanov, Esq.
G. Pitts, Esq.
J.M. Palomares, Esq.



BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

F. Rasch, Esq.
J. Welch, Esq.
J. Zack, Esq.
J. Tracy, Esq.
B. Peterson, Esq.
A. Smith, Esq.
B. Medeiros, Esq.
M. Kotwick, Esq.
R. Gayda, Esq.
S. Andre, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF



BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107