Gregory R. Fox, WSBA No. 30559*
James B. Zack, WSBA No. 48122*
Alena Ivanov, WSBA No. 59900*
BALLARD SPAHR LLP
1301 2nd Ave, Suite 2800
Seattle, WA 98101-2930
Telephone:  (206) 223-7000
foxg@ballardspahr.com
zackj@ballardspahr.com
ivanova@ballardspahr.com
*Admitted Pro Hac Vice

Michael J. Parise, ABA No. 7906044
BALLARD SPAHR LLP
1600 A Street, Suite 304
Anchorage, AK 99503-2648
Tel: (907) 264-3322
parisem@ballardspahr.com

Attorneys for Cathay Bank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| In re | Chapter 11 |
|---|---|
| WHITTIER SEAFOOD, LLC *et al.*,[1] | Lead Case No. 24-00139-GS<br>Jointly Administered |
| Debtor. | **STIPULATED ORDER RE SURCHARGE MOTION INTERIM DISTRIBUTION AND RESERVATION** |

This matter having come before the court on the "*Stipulation re Surcharge Motion Interim Distribution and Reservation*" [sic] attached hereto as Exhibit A (ECF No. 625) (Stipulation),[2] and the court having considered the Stipulation, and it appearing to the court that good cause exists to approve the Stipulation; now, therefore,

//

---

[1] The Debtors are Marine Fishing International, Inc., Case No. 24-00140; Marine Fishing International, LLC, Case No. 24-00141; Modys, LLC, Case No. 24-00142; Salacia, LLC, Case No. 24-00143; Silver Wave, LLC, Case No. 24-00144; and Whittier Seafood, LLC.

[2] Capitalized terms used but not defined in this Order have the meaning set forth in the Stipulation.

STIPULATED ORDER RE SURCHARGE MOTION INTERIM
DISTRIBUTION AND RESERVATION - 1

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107

**IT IS HEREBY ORDERED:**

1.      The "*Stipulation re Surcharge Motion Interim Distribution and Reservation*" (ECF No. 625) is APPROVED;

2.      Cathay shall distribute $100,370 to Cathay from the Surcharge Motion Reserve, for Cathay to apply to its Class 1 Allowed Claim; and

3.      Cathay shall continue to hold $515,106 as the Surcharge Motion Reserve in a Cathay-controlled account until final resolution of the Surcharge Motion.

ENTERED this 15th day of January 2026.


/s/ Gary Spraker
GARY SPRAKER
United States Bankrupcy Judge

Serve:  Debtors
J. Day, Esq.
G. Fox, Esq.
D. Neu, Esq.
M. Parise, Esq.
L. Thornton, Esq.
J. Torgerson, Esq.
J. Kaplan, Esq.
R. Murphy, Esq.
M. Mills, Esq.
T. Brannon, Esq.
A. Ivanov, Esq.
G. Pitts, Esq.
J.M. Palomares, Esq.
F. Rasch, Esq.
J. Welch, Esq.
J. Zack, Esq.
J. Tracy, Esq.
B. Peterson, Esq.
A. Smith, Esq.
B. Medeiros, Esq.
M. Kotwick, Esq.
R. Gayda, Esq.
S. Andre, Esq.
K. Evans, Esq.
U.S. Trustee
ECF Participants via NEF

STIPULATED ORDER RE SURCHARGE MOTION INTERIM
DISTRIBUTION AND RESERVATION - 2

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE, WA 98101-2930
206.223.7000 FAX: 206.223.7107